UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
Case No. 2:25-cv-765

M.A.,

        *Plaintiff.*

v.

KEVIN GUTHRIE et al.,

        *Defendants.*

**DECLARATION OF MIRIAM HASKELL IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

I, Miriam Haskell, declare as follows:

1. I am a Senior Attorney and Director of Litigation at the Community Justice Project, Inc. ("CJP"), and am counsel for Plaintiff in this case. The following facts are based on my own personal knowledge and, if called as a witness, I could and would testify competently thereto.

**Plaintiff M.A.**

2. On August 22, 2025, I met with Plaintiff M.A. at "Alligator Alcatraz." M.A. is currently detained at the facility.

3. Plaintiff M.A. explained that has lived in the United States since 2018.

1

He is married to a U.S. citizen and has five U.S. citizen stepchildren.

4. M.A. explained to me that he was arrested on July 23, and that on July 26, he was taken to the facility.

5. After I spoke with M.A. about the requirements involved, M.A. expressed his desire to be a plaintiff and class representative in this case.

**My Qualifications to Serve as Class Counsel**

6. I am a member of the bar of Florida, and am admitted to practice in the U.S. Courts of Appeals for the Eleventh Circuit and the U.S. District Courts for the Northern, Middle and Southern Districts of Florida. I graduated from the University of North Carolina School of Law in 2009. Prior to my work at CJP, I was a Senior Staff Attorney at the Southern Poverty Law Center. I have also worked as an assistant public defender and a legal services attorney in Miami, Florida.

7. My qualifications to serve as class counsel include more than 11 years litigating class action lawsuits and civil rights cases, including complex immigration-related, at all levels of the federal and state courts.

8. I have represented numerous individuals and class members in government custody throughout my career, in a variety of legal claims and defenses. *E.g.*, *R.W. v. Kiser*, No. 5:16-cv-00045 (M.D. Fla.) (individual civil rights action on behalf of incarcerated teenager), *Braggs, et al. v. Dunn, et al.*, No. 2:14-cv-601 (M.D. Ala.) (class-action on behalf of incarcerated individuals related to medical care,

mental health care and treatment of people with disabilities), *Hughes, et al. v. Judd, et al.*, No. 8:12-cv-00568 (M.D. Fla.) (class-action on behalf of youth incarcerated in Florida jail), *D.L. v. Slattery*, No. 0:10-cv-61902 (S.D. Fla.) (civil rights action on behalf of youth incarcerated in Florida juvenile prison).

9. I have also litigated several challenges to state and local laws or practices concerning immigration. *See, e.g., FLIC v. Uthmeier*, 1:25-cv-21524-KMW (S.D. Fla.) (challenging Florida's Senate Bill SB 4C Sections 3 and 4 criminalizing the entry and re-entry of certain immigrants into the state), *City of South Miami v. DeSantis*, No. 1:19-cv-22927 (S.D. Fla.), 408 F. Supp. 3d 1266 (S.D. Fla. 2019) (challenge to Florida's "anti-sanctuary city" law, S.B. 168), *C.F.C., et al, v. Miami-Dade County, Florida, et al* (1:2018-cv-22956 (challenging the reliance on immigration detainers by Miami-Dade County as unconstitutional), and *Ruiz, et al. v. Robinson*, 1:11-cv-23776 (S.D. Fla.) (challenging denial of in-state tuition rates at Florida universities as unconstitutional).

**Alana Greer's Qualifications to Serve as Class Counsel**

10. I am a member of the bar of Florida, and am admitted to practice in the U.S. Courts of Appeals for the Eleventh Circuit and the U.S. District Courts for the Northern, Middle and Southern Districts of Florida. I graduated from Harvard University School of Law in 2011. I have worked as an attorney and Executive Director of CJP since 2014. Prior to that, I worked at Advancement Project's National

Office and Florida Legal Services.

11. During my time at CJP, I have litigated multiple class action lawsuits and civil rights cases, including complex immigration-related, at all levels of the federal and state courts.

12. I have litigated several challenges to state and local laws or practices concerning immigration. *See, e.g., FLIC v. Uthmeier*, 1:25-cv-21524-KMW (S.D. Fla.) (challenging Florida's Senate Bill SB 4C Sections 3 and 4 criminalizing the entry and re-entry of certain immigrants into the state), *City of South Miami v. DeSantis*, No. 1:19-cv-22927 (S.D. Fla.), 408 F. Supp. 3d 1266 (S.D. Fla. 2019) (challenge to Florida's "anti-sanctuary city" law, S.B. 168), and *C.F.C., et al, v. Miami-Dade County, Florida, et al* 1:2018-cv-22956 (challenging the reliance on immigration detainers by Miami-Dade County as unconstitutional).

13. In addition to the above, I have represented individuals and class members in government custody in other matters, including *C.F.C., et al, v. Miami-Dade County, Florida, et al* 1:2018-cv-22956 (challenging the reliance on immigration detainers by Miami-Dade County as unconstitutional) and represented putative class members in other contexts, including *Miami Workers Center v. Carroll* 1:2017-cv-24047 (seeking access for Hurricane Irma survivors with disabilities to D-SNAP Program).

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Miriam Haskell*
Miriam Haskell

Executed on August 22, 2025.

5