UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Case No. 2:25-cv-765

M.A.,

       *Plaintiff.*

       v.

KEVIN GUTHRIE et al.,

       *Defendants.*

# DECLARATION OF MARK FLEMING IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

I, Mark Fleming, declare the following under penalty of perjury and pursuant to 28 U.S.C. § 1746:

1. I am the Associate Director of Litigation at the National Immigrant Justice Center (NIJC), and am counsel for the Plaintiff in this case. I make this declaration to describe my qualifications and those of my colleague to serve as counsel for the Proposed Class. I have personal knowledge of the facts in this declaration, and I can testify to them if needed.

## The National Immigrant Justice Center

2. NIJC represents immigrants, refugees, and asylum seekers *pro bono* or at low cost. NIJC handles cases before United States Citizenship & Immigration Services (USCIS), in immigration courts, before the Board of Immigration Appeals (BIA), and in federal courts. NIJC serves more than 10,000 people each year and provides full representation to more than 2,500 people at any given time. NIJC also has a long history in federal court litigation, both with class actions and individual matters, and maintains one of the largest federal-court litigation dockets of any immigration nonprofit organization.

3. NIJC attorneys have been appointed class counsel in numerous cases challenging immigration-related policies and practices. *See, e.g., Refugee &*

2

*Immigrant Ctr. for Educ. & Legal Servs. v. Noem*, No. 25-cv-306 (RDM), ___F. Supp. 3d ___, 2025 WL 1825431 (D.D.C. July 2, 2025) (challenging presidential proclamation under 8 U.S.C. § 1182(f) to eliminate access to asylum); *Ahmed v. DHS*, No. 3:23-cv-1892 (N.D. Cal. filed Apr. 19, 2023) (class counsel in action that resulted in settlement expediting asylum adjudications for thousands of Afghan people); *Garcia Ramirez v. ICE*, 568 F. Supp. 3d 10 (D.D.C. 2021) (class counsel for successful action on behalf of immigrant teens detained by ICE); *O.A. v. Trump*, 404 F. Supp. 3d 109 (D.D.C. 2019) (class counsel on challenge to immigration regulation limiting access to asylum); *Jimenez Moreno v. Napolitano*, 213 F.Supp.3d 999 (N.D. Ill. 2016) (class counsel on challenge regarding the use of immigration detainers); *Roy v. County of Los Angeles*, 2018 WL 914773 (C.D. Cal. Feb. 7, 2018) (class counsel in two consolidated class actions regarding enforcement collaboration between ICE and local law enforcement); *Castañon Nava v. Dep't of Homeland Sec.*, 435 F. Supp. 3d 880 (N.D. Ill. 2020) (representing noncitizens challenging ICE's use of its warrantless arrest authority resulting in class consent decree); *Xirum v. ICE*, No. 1:22-cv-801, 2024 WL 4348245 (S.D. Ind. Sept. 30, 2024) (class counsel in ongoing challenge to inspection scheme at detention facility); *A.M.P. v. DHS*, No. 2:23-cv-13230 (E.D. Mich. filed Dec. 19, 2023) (challenge to delays in providing preliminary relief to U-visa applicants; class certification motion filed).

4.   NIJC seeks to rely primarily on two attorneys—myself and Mark

Feldman—to serve as class counsel, in collaboration with co-counsel at the American Civil Liberties Union (ACLU) and Community Justice Project (CJP).

**Mark Fleming**

5. I am a 2006 graduate of Georgetown University Law Center and licensed in New York. I am admitted to practice in the U.S. Courts of Appeals for the Second, Seventh, and Ninth Circuits; and the U.S. District Courts for the Northern District of Illinois, Central District of Illinois, the Eastern District of Wisconsin, and the Eastern District of Michigan. I litigate complex immigration-related cases and have been appointed class counsel in many of NIJC's cases listed above, including *Garcia Ramirez*, *Roy*, *Jimenez Moreno*, *Castañon Nava*, and *Xirum*.

**Mark Feldman**

6. Mark Feldman graduated from Stanford Law School in 2014 and is licensed to practice law in California. Mr. Feldman joined NIJC in 2021, where he has worked on and been counsel on many of the cases listed above. Prior to joining NIJC, Mr. Feldman was a senior attorney at the Capital Area Immigrants' Rights Coalition, where he represented detained individuals deemed mentally incompetent to represent themselves in immigration court. Previously, Mark was a fellow at the Equal Justice Initiative in Montgomery, Alabama, and a law clerk in the Central District of California and the Southern District of New York.

**Adequacy of Proposed Representatives**

7. Mr. Feldman and I participated in the investigation and preparation of this lawsuit. We have been involved in developing the facts and legal arguments and in the drafting of the complaint and briefing.

8. NIJC is committed to zealously representing the Plaintiff and the class whom they seek to represent.

9. NIJC represents Plaintiff on a pro bono basis. NIJC is not being reimbursed for its representation of the Plaintiff or from other members of the proposed class, nor, to my knowledge, is co-counsel.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 22, 2025, in Chicago, Illinois.

_____
Mark Fleming
National Immigrant Justice Center