UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

M.A., on behalf of himself and a class of
similarly situated individuals,

    *Plaintiffs*,

    v.                                                 Case No. 2:25-cv-765

KEVIN GUTHERIE, et al.,

    *Defendants*.
_____/

## NOTICE OF APPEARANCE OF LEAD COUNSEL

PLEASE TAKE NOTICE of the appearance of Jeffrey P. DeSousa, as lead counsel for Defendants Kevin Gutherie, in his official capacity as Executive Director of the Florida Division of Emergency Management; Ricky D. Dickson, in his official capacity as Secretary of the Florida Department of Corrections; Mark Glass, in his official capacity as Commissioner of the Florida Department of Law Enforcement; Jerome Worley, in his official capacity as Division Director of the Florida Department of Business & Professional Regulation, Division of Alcoholic Beverages and Tobacco; Rodney Barreto, in his official capacity as Chairman of the Florida Wildlife Conservation Commission; Alexis A. Lambert, in her official capacity as Secretary of the Florida Department of Environmental Protection; and John F. Davis, in his official capacity as Secretary of the Florida Department of

1

Lottery. Please serve copies of all filings, orders, and other correspondence at the following addresses:

    Primary E-mail:        jeffrey.desousa@myfloridalegal.com

    Secondary E-mail:    jenna.hodges@myfloridalegal.com

                             Respectfully submitted,

                             JAMES UTHMEIER
                              *Attorney General*

                           */s/ Jeffrey P. DeSousa*
                           Jeffrey P. DeSousa (FBN 110951)
                             *Acting Solicitor General*

                           Office of the Attorney General
                           The Capitol, PL-01
                           Tallahassee, Florida 32399-1050
                           (850) 414-3300
                           (850) 410-2672 (fax)
                           jeffrey.desousa@myfloridalegal.com
                           jenna.hodges@myfloridalegal.com

                           *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of September, 2025, a true and correct copy of this document was filed electronically with the Clerk of Court and has been served on the parties through the Florida Courts E-filing portal.

*/s/ Jeffrey P. DeSousa*
Jeffrey P. DeSousa
