## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| M.A., on behalf of himself and a class of similarly situated individuals, *et al.*,<br><br>*Plaintiff*,<br><br>v.<br><br>KEVIN GUTHRIE, in his official capacity as Executive Director of the Florida Division of Emergency Management, *et al.*,<br><br>*Defendants*. | No. 2:25-cv-765-JLB-KCD |

## JOINT MOTION FOR BRIEFING SCHEDULE
## ON PRELIMINARY PROCEEDINGS

Plaintiff and State Defendants[1] (Parties) have conferred and now respectfully request that the Court enter an order setting forth a briefing schedule for Plaintiff's Time-Sensitive Motion for Class Certification, DE4, and Plaintiff's forthcoming motion for preliminary injunction. The Parties further respectfully request that all other proceedings in this matter be stayed pending resolution of these two motions.

---

[1] State Defendants are the Executive Director of Florida Department of Emergency Management (Kevin Guthrie), the Secretary of the Florida Department of Corrections (Ricky D. Dickson), the Director of the Florida Highway Patrol (David M. Kerner), the Commissioner of the Florida Department of Law Enforcement (Mark Glass), the Adjutant General of the Florida National Guard (John D. Haas), the Executive Director of the Florida State Guard (Mark Thieme), the Division Director of the Alcoholic Beverages and Tobacco of the Florida Department of Business and Professional Regulation (Jerome Worley), the Chief Financial Officer of the Florida Department of Financial Services (Jimmy Patronis), the Chairman of the Florida Wildlife Conservation Commission (Rodney Barreto), the Secretary of the Florida Department of Environmental Protection (Alexis A. Lambert), and the Secretary of the Florida Lottery (John F. Davis). State Defendants do not include Defendant Matthew Mordant.

## MEMORANDUM

Plaintiff, MA, has filed a petition for writ of habeas and complaint for injunctive and declaratory relief, DE1, challenging Defendants' authority to hold him in the facility known as "Alligator Alcatraz." Plaintiff seeks relief on his own behalf and on behalf of a putative "class of similarly situated current and future detainees at Alligator Alcatraz." DE1 ¶ 4. Plaintiff also intends to seek preliminary injunctive relief. DE1 at 24; DE4 at 1.

In order to streamline proceedings and promote judicial economy, the Parties respectfully suggest that the Court enter an order: (1) setting forth a briefing schedule on Plaintiff's pending Time-Sensitive Motion for Class Certification and forthcoming motion for a preliminary injunction; and (2) staying all other proceedings until the foregoing motions are resolved. Under the Parties' proposed briefing schedule,

- Plaintiff files a motion for preliminary injunction on or before September 29, 2025;

- State Defendants file a consolidated response to the motions for class certification and a preliminary injunction within three weeks (21 days) of the filing of the motion for a preliminary injunction. The consolidated response will be limited to 40 pages;

- Plaintiff files a consolidated reply in support of his motions limited to 20 pages due within 10 days of State Defendants' consolidated response.

Good cause exists for staying proceedings pending resolution of these motions because the resolution of Plaintiff's motion for preliminary injunction and motion for class certification is likely to significantly affect the contours of the case moving forward and to produce an appeal. Staying State Defendants' deadline to respond to the complaint and all discovery deadlines will conserve the Parties' and the Court's resources.

In addition, the Parties submit that a reply is appropriate for these proceedings. The issues here are sufficiently complex and warrant full development, and a reply will assist the Court with a full understanding of the issues and the legal arguments presented. The Parties agree that Plaintiff's consolidated reply should be limited to 20 pages.

Therefore, the Parties respectfully request that the Court enter an order setting forth the foregoing briefing schedule and staying all further proceedings pending the resolution of Plaintiff's motions for class certification and for preliminary injunction.

Respectfully submitted on
September 10, 2025.

JAMES UTHMEIER
  *Attorney General*

/s/ *Spencer Amdur*          | /s/ *Robert S. Schenck*

Spencer Amdur*

Michael K.T. Tan*

Cody Wofsy*

Hannah Steinberg*

Corene Kendrick*

Kyle Virgien*

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

425 California Street, Suite 700

San Francisco, CA 94104

T: (415) 343-0770

samdur@aclu.org

m.tan@aclu.org

cwofsy@aclu.org

hsteinberg@aclu.org

ckendrick@aclu.org

kvirgien@aclu.org


Omar Jadwat*

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

125 Broad Street, 18th Floor

New York, NY 10004

T: (212) 549-2660

ojadwat@aclu.org


Eunice H. Cho*

AMERICAN CIVIL LIBERTIES UN-
ION FOUNDATION

915 15th St. N.W., 7th Floor

Washington, DC 20005

202-548-6616

JEFFREY P. DESOUSA (FBN 110951)
  *Acting Solicitor General*
JASON MUEHLHOFF
  *Chief Deputy Solicitor General*
ROBERT S. SCHENCK (FBN 1044532)
  *Assistant Solicitor General*
WILLIAM H. STAFFORD III (FBN 70394)
  *Special Counsel*
OFFICE OF THE ATTORNEY GENERAL
The Capitol, PL-01
Tallahassee, FL 32399
Phone: (850) 414-3300
Facsimile: (850) 410-2672
*jeffrey.desousa@myfloridalegal.com*
*jason.muehlhoff@myfloridalegal.com*
*robert.schenck@myfloridalegal.com*
*william.stafford@myfloridalegal.com*

*Counsel for State Defendants*

echo@aclu.org
Amy Godshall, Fla. Bar No.
1049803
Daniel Tilley, Fla. Bar No. 102882
AMERICAN CIVIL LIBERTIES UN-
ION FOUNDATION OF FLORIDA
4343 West Flagler Street, Suite 400
Miami, FL 33134
786-363-2714
agodshall@aclufl.org
dtilley@aclufl.org

Miriam Haskell (Fla. Bar No. 69033)
miriam@communityjusticepro-
ject.com
Alana Greer (Fla. Bar No. 92423)
alana@communityjusticeproject.com
COMMUNITY JUSTICE PROJECT,
INC.
3000 Biscayne Blvd. Suite 106
Miami, Florida 33137
Tel: (305) 907-7697

Mark Fleming*
Mark Feldman*
NATIONAL IMMIGRANT JUSTICE
CENTER
111 W. Jackson Blvd., Suite 800
Chicago, Illinois 60604
Tel: 312-660-1628
mfleming@immigrantjustice.org
mfeldman@immigrantjustice.org

*Attorneys for Plaintiffs*
*\*Pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished by electronic service through the CM/ECF Portal on September 10, 2025, to all counsel of record.

/s/ *Spencer Amdur*

*Counsel for Plaintiffs*

/s/ *Robert S. Schenck*
Assistant Solicitor General

*Counsel for State Defendants*