UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| M.A., on behalf of himself and a class of similarly situated individuals, *et al.*,<br><br>    *Plaintiff*,<br> v.<br>KEVIN GUTHRIE, in his official capacity as Executive Director of the Florida Division of Emergency Management, *et al.*,<br>    *Defendants*. | No. 2:25-cv-765-JLB-DNF |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE of the appearance of William H. Stafford III as co-counsel for Defendants Kevin Gutherie, in his official capacity as Executive Director of the Florida Division of Emergency Management; Ricky D. Dickson, in his official capacity as Secretary of the Florida Department of Corrections; Mark Glass, in his official capacity as Commissioner of the Florida Department of Law Enforcement; Jerome Worley, in his official capacity as Division Director of the Florida Department of Business & Professional Regulation, Division of Alcoholic Beverages and Tobacco; Rodney Barreto, in his official capacity as Chairman of the Florida Wildlife Conservation Commission; Alexis A. Lambert, in her official capacity as Secretary of the Florida Department of Environmental Protection; John F. Davis, in his official capacity as Secretary of the Florida Department of Lottery; David M. Kerner, in his official capacity

as Director of the Florida Highway Patrol; and John D. Haas, in his official capacity as the Adjutant General of the Florida National Guard. Please serve copies of all filings, orders, and other correspondence at the following addresses:

    Primary email:    William.Stafford@myfloridalegal.com

    Secondary email: complexlitigation.eservice@myfloridalegal.com

        Respectfully submitted,

        JAMES UTHMEIER
         *Attorney General*

        */s/ William H. Stafford III*
        WILLIAM H. STAFFORD III (FBN 70394)
         *Special Counsel*
        Complex Litigation Division
        Office of the Attorney General
        PL - 01, The Capitol
        Tallahassee, Florida 32399-1050
        (850) 414-37850
        *william.stafford@myfloridalegal.com*
        *complexlitigation.eservice@myfloridalegal.com*

## **CERTIFICATE OF SERVICE**

I certify that on September 16, 2025, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

        *William H. Stafford III*
        WILLIAM H. STAFFORD III