UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

M. A., ON BEHALF OF HIMSELF
AND A CLASS OF SIMILARLY
SITUATED INDIVIDUALS,

    Plaintiff,

v.

Case No.:   :2:25-cv-765-JLB-DNF

KEVIN GUTHRIE, EXECUTIVE
DIRECTOR OF THE FLORIDA
DIVISION OF EMERGENCY
MANAGEMENT, IN HIS OFFICIAL
CAPACITY; RICKY D. DICKSON,
SECRETARY OF THE FLORIDA
DEPARTMENT OF
CORRECTIONS, IN HIS OFFICIAL
CAPACITY; DAVID M. KERNER,
DIRECTOR OF THE FLORIDA
HIGHWAY PATROL, IN HIS
OFFICIAL CAPACITY; MARK
GLASS, COMMISSIONER OF THE
FLORIDA DEPARTMENT OF LAW
ENFORCEMENT, IN HIS
OFFICIAL CAPACITY; JOHN D.
HASS, ADJUTANT GENERAL OF
THE FLORIDA NATIONAL
GUARD, IN HIS OFFICIAL
CAPACITY; MARK THIEME,
EXECUTIVE DIRECTOR OF THE
FLORIDA STATE GUARD, IN HIS
OFFICIAL CAPACITY; JEROME
WORLEY, DIVISION DIRECTOR
OF THE FLORIDA DEPARTMENT
OF BUSINESS & PROFESSIONAL
REGULATION, DIVISION OF
ALCOHOLIC BEVERAGES AND

TOBACCO, IN HIS OFFICIAL
CAPACITY; JIMMY PATRONIS,
CHIEF FINANCIAL OFFICER OF
THE FLORIDA DEPARTMENT OF
FINANCIAL SERVICES, IN HIS
OFFICIAL CAPACITY; RODNEY
BARRETO, CHAIRMAN OF THE
FLORIDA WILDLIFE
CONSERVATION COMMISSION,
IN HIS OFFICIAL CAPACITY;
ALEXIS A. LAMBERT,
SECRETARY OF THE FLORIDA
DEPARTMENT OF
ENVIRONMENTAL PROTECTION,
IN HER OFFICIAL CAPACITY;
MATHEW MORDANT, WARDEN
OF "ALLIGATOR ALCATRAZ", IN
HIS OFFICIAL CAPACITY; AND
JOHN F. DAVIS, SECRETARY OF
THE FLORIDA LOTTERY, IN HIS
OFFICIAL CAPACITY,

      Defendant.

## **ORDER**

This cause is before the Court on the parties' Joint Motion for Briefing Schedule on Preliminary Proceedings (Doc. 62) filed on September 10, 2025. The parties request that the Court enter an agreed on briefing schedule related to Plaintiff's Time-Sensitive Motion for Class Certification (Doc. 4) and Plaintiff's forthcoming motion for preliminary injunction. (Doc. 62, p. 1). The parties also request that all other proceedings be stayed pending resolution of these two motions. (Doc. 62, p. 1). The Court reviewed the parties briefing schedule and finds it

reasonable. The Court also finds that a stay in this matter until these motions are resolved will conserve the Court's and the parties' resources.

It is hereby **ORDERED**:

(1) The Joint Motion for Briefing Schedule on Preliminary Proceedings (Doc. 62) is **GRANTED**.

(2) The following is the briefing schedule:

    (a) Plaintiff to file a motion for preliminary injunction by September 29, 2025;

    (b) State Defendants to file a consolidated response to the motions for class certification and a preliminary injunction within three weeks (21 day) of the filing of the motion for a preliminary injunction. The consolidated response will be limited to 40 pages;

    (c) Plaintiff to file a consolidated reply in support of his motions limited to 20 pages due within 10 days of the State Defendants' consolidated response.

    (d) All further proceedings are stayed pending the resolution of Plaintiff's motion for class certification and for preliminary injunction.

**DONE** and **ORDERED** in Fort Myers, Florida on September 17, 2025.

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties