UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

C.M., Michael Borrego Fernandez, J.M.C.,
E.R., *on behalf of themselves and all others
similarly situated, et al.*,

   Plaintiffs*,*

v.                                           Case No 1:25-cv-23182-RAR

KRISTI NOEM, *Secretary of the United
States Department of Homeland Security, et al.*,

   Defendants.

## THE STATE DEFENDANTS' RESPONSES TO
## PLAINTIFFS' MOTION FOR LIMITED EXPEDITED DISCOVERY

Defendants Ron DeSantis, in his official capacity as Governor of the State of Florida, Kevin Guthrie, in his official capacity as Executive Director of the Florida Division of Emergency Management, and the Florida Division of Emergency Management (State Defendants), respond to Plaintiffs' Motion for Limited Expedited Discovery and this Court's order (ECF 41) as follows:

### GENERAL OBJECTIONS

1.    By responding to these requests, the State Defendants do not admit or concede that any fact, event, characterization, or legal conclusion in the requests is accurate or correct, and the State Defendants reserve the right to contest all assumed facts, events, characterizations, and legal conclusions.

2.    The State Defendants provide these responses and objections without waiving or intending to waive, but rather preserving and intending to preserve all applicable privileges, immunities, and protections.

3.    The State Defendants provide these responses to the best of their knowledge

1

based upon all information presently available to and known by them at this early stage of the litigation. Because discovery in this case has not even begun, the State Defendants reserve the right to supplement, amend, or otherwise revise these responses in accordance with the Federal Rules of Civil Procedure and any applicable court order, as may be deemed appropriate upon further review.

**Requests for Production**

1. Produce all written agreements—including but not limited to all contracts, memoranda of agreement under 8 U.S.C. § 1357(g)(1), and any other agreements—that provide the legal authority for any government agency or private contractor to detain people and exercise any other immigration officer functions at Alligator Alcatraz.

**Response**: The State Defendants have attached all responsive documents as **Exhibits 1-9** to this response.

**Interrogatories**

1. Identify all federal, state, and/or local government agencies that have legal custody over people detained at Alligator Alcatraz.

**Response**: The State Defendants join in the Federal Government's response. The following Florida state agencies, which are performing detention duties at the Facility, have 287(g) agreements with ICE: Florida Department of Corrections; Florida Department of Business & Professional Regulation, Division of Alcoholic Beverages and Tobacco; Florida Department of Law Enforcement; Florida Department of Financial Services; Florida Department of Highway Safety and Motor Vehicles, Division of Highway Patrol; Florida

2

Wildlife Conservation Commission; Florida Department of Environmental Protection; Florida Lottery; Florida National Guard.

2.      Identify all federal, state, and/or local government agencies and contractors that are responsible for carrying out detention operations at Alligator Alcatraz.

**Response**: The State Defendants object to the phrase "responsible for carrying out detention operations" as vague and unclear. Nonetheless, in addition to the state agencies listed in the response to Interrogatory #1, the Florida Division of Emergency Management, Florida State Guard, Critical Response Strategies, LLC; and GardaWorld Security Services, Inc., are assisting with detention operations at the Facility, all in accordance with the authority conferred by 8 U.S.C. § 1357(g)(1).

Dated: August 7, 2025                       Respectfully submitted,

/s/*Nicholas J.P. Meros*
NICHOLAS J.P. MEROS (FBN 120270)
TARA K. PRICE (FBN 98073)
KASSANDRA S. REARDON (FBN 1033220)
**SHUTTS & BOWEN LLP**
215 South Monroe Street, Suite 804
Tallahassee, Florida 32301
(850) 241-1717
NMeros@shutts.com
TPrice@shutts.com
KReardon@shutts.com

*Counsel for the State Defendants*

3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF system, which provides notice to all parties, on August 7, 2025.

/s/ *Nicholas J.P. Meros*
*Counsel for the State Defendants*