**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**No. 25-cv-22896-KMW**

FRIENDS OF THE EVERGLADES, INC., et al.,

     Plaintiffs,

v.

KRISTI NOEM, et al.,

     Defendants.

<u>**DECLARATION OF IAN GADEA-GUIDICELLI**</u>

     I, Ian Gadea-Guidicelli, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct based upon my personal knowledge and review of the relevant records. If called as a witness, I could and would competently testify to the matters set forth herein.

     1.     I am the State Emergency Response Team (SERT) Chief and Bureau Chief of Response at the Florida Division of Emergency Management (FDEM). I hold a bachelor's degree in International Affairs from Florida State University and a Master's degree in Public Administration from the University of Central Florida. I have worked at FDEM for the past nine years.

     2.     In my role as SERT Chief and Bureau Chief of Response, I lead the State's preparedness and response to emergencies and disasters. My duties require that I oversee the operations of multiple bureaus and governmental agencies; direct high-level policy and logistical decisions; coordinate with internal and external stakeholders to ensure a unified and effective

emergency response; and work closely with Executive Director Guthrie to carry out his mission to protect our State from both natural and man-made disasters and emergencies.

3.      In 2023, Governor Ron DeSantis declared that the illegal immigration crisis affecting our Nation poses a statewide emergency.  Ex. 1.  Governor DeSantis has extended that emergency declaration to the present date.  Ex. 2.  Those orders have empowered FDEM to direct the State's response to that emergency and, among other things:

- Seek direct assistance and enter into agreements with any and all agencies of the federal government as may be needed to meet this emergency.

- Direct all state, regional, and local governmental agencies, including law enforcement agencies, to identify personnel needed from those agencies to assist in meeting the response, recovery, and mitigation needs created by this emergency, and to place all such personnel under the direct command and coordination of the FDEM to meet this emergency.

- Suspend the effect of any statute, rule, or order that would in any way prevent, hinder, or delay any mitigation, response, or recovery action necessary to cope with this emergency.  Ex. 1.

4.      In June 2025, Executive Director Guthrie used his emergency powers to assume control over the Dade-Collier Training and Transition Airport (TNT) to build a detention facility for illegal aliens pending deportation.  Ex. 3.  As SERT Chief and Bureau Chief of Response, I am charged with supervising and coordinating FDEM's day-to-day operations at the site.  Though I conduct my business primarily from FDEM headquarters in Tallahassee, I have visited the facility several times and am deeply familiar with its operation, physical layout, and on-site structures.

5.      To effectively carry out my responsibilities, it is essential that I understand the
airport's prior operations and condition to determine the most appropriate use of the site in
response to the immigration emergency.  Accordingly, I have familiarized myself with the site's
historical condition and operations through, among other things, discussions with Joseph
Kinnebrew, TNT Airport Manager for Miami-Dade County, and by reviewing business records he
provided.

6.      TNT is a small airport owned by Miami-Dade County that is almost entirely located
in the town Ochopee,  in Collier County, Florida.  A tiny grass extension of the airport runway lies
in Miami-Dade County.  The attached schematic, Ex. 4, which I received during the course of my
ordinary duties at FDEM, outlines TNT before the detention facility was built:



7.      In this image, the pale blue line surrounding the runway reflects the airport's fenced
perimeter.  This fence line extends around the entire airport.  The images attached here were taken

3

by me and accurately reflect the perimeter fence.  Comp. Ex. 5.  It is roughly eight feet tall and is
topped with barbed wire.  The fence existed at the airport long before the detention facility was
built.

8.      The red line on the right side of the above image reflects the county line dividing
Collier County on the left and Miami-Dade County on the right.  The red line on the left side of
the image reflects the service road that leads to the airport's main gate from Tamiami Trail.  The
trapezoidal structure in the center of the image reflects the airport runway and taxiway.  The square
structure immediately above the runway and taxiway is an aircraft loading area, which currently
houses the detention facility.

9.      The full extent of the airport area that has been commandeered for FDEM's
operations is reflected in red in the image below, which was created by FDEM staff, at my
direction, using a standard GIS application:



Ex. 6.

10.     The line that bisects the image above again reflects the county line dividing Collier County on the left and Miami-Dade County on the right.  As reflected in the box above the image's legend, the total area reflected in red amounts to roughly 1119 acres.  Of that acreage, 1096 acres are in Collier County and 23 acres are in Miami-Dade County.  As a percentage, 98% of the land commandeered by FDEM exists in Collier; just 2% exists in Miami-Dade.  The small portion of the airport that exists in Miami-Dade is unpaved and devoid of critical infrastructure.  As a result, none of FDEM's operations have taken or will take place in the Miami-Dade portion of the airport.  FDEM's day-to-day operations at TNT have been, and will remain, confined to Collier County.

11.     In the course of my duties managing the detention facility, I have received flight logs for the airport from Joseph Kinnebrew, TNT's Airport Manager.  Ex. 7.  These logs contain detailed flight data for the airport from January 1, 2025 to July 23, 2025.  The data reflects that 27,997 landings and take offs occurred during that time span—roughly 137 operations a day.  However, this data likely underestimates the average number of daily operations in the past several months because it includes a month of data from *after* the State commandeered the airport on June 23, 2025.  During that period, public flights at the airport quickly ceased, meaning that the overall average flight activity from January 1 to July 23 would be much higher if the detention facility had not been built.

12.     The flight logs reflect that, of the 27,997 operations at TNT in the past several months, 4,349 involved multi-engine planes; 391 involved business jets; 137 involved helicopters; 521 involved military planes; and 199 involved military helicopters.  Many of these flights occurred in the daytime, but the airport also was open for night flights upon request.

13.     Before the detention facility opened at the site, training pilots typically used TNT to practice "touch and gos."  In a touch and go, a pilot will take off, fly a short distance, land, and then take off again without coming to a complete stop or deplaning.  It is my understanding that Miami-Dade County's flight-tracking software did not log touch and go operations until November 2024.  Accordingly, the flight data recorded in that software severely underreported the total flight operations occurring at the airport on a daily basis.  In other words, it is inaccurate.

14.     I have personally seen flights land and take off at the airport.  They are, quite obviously, very loud.  Because the surrounding land is flat and there are no nearby buildings, the sound tends to reverberate well beyond the airport itself.  In my experience, the sound of planes landing at and taking off from the airport would be loud enough to jolt most humans, let alone surrounding wildlife.

15.     Since FDEM has assumed control of the airport, about two to three flights land or take off from the airport each day, though there are days when no flights land or take off.  Flight traffic at the airport has thus decreased approximately 98% since the detention facility opened based on the flight data discussed above.

16.     Turning to the facility's grounds, there were structures at the site even before the detention facility was built.  The airport has two buildings on-site.  These buildings have outdoor lights that are lit 24/7 and are bright enough to light both the buildings and the surrounding area.  The airport also has runway lights that would turn on during night landings and take offs.

17.     The detention facility contains several types of structures, including tarped detention tents, lights, generators, fencing, and paved roads.  Each of those pieces of infrastructure are critical to secure the safety of both the facility's detainees and operators.  Importantly, all

infrastructure at the facility is temporary and can be removed once FDEM's operations cease at the airport.

18.    FDEM has worked hard to ensure that the facility does not inadvertently harm the surrounding environment. It has instituted a rigorous waste-management policy that ensures waste is securely removed from the facility daily. Ex. 8. It has paved exclusively over land that was previously filled and leveled when the airport was first built in the 1970s. It has installed new silt fencing—black plastic fencing designed to block sediment runoff—around newly paved areas to stop debris or other materials from inadvertently falling into the surrounding wetlands. Ex. 9 (identifying areas in which silt fencing has been installed). And, at least until the Court entered a temporary restraining order barring further construction of infrastructure at the site, FDEM was building a drainage basin to provide further protection for surrounding wetlands. That work is now on hold to comply with the Court's order.

19.    FDEM has also endeavored to ensure that the detention facility does not meaningfully affect local wildlife. It commissioned a preliminary study that determined there would not be meaningful impacts on species native to the area, like panther, bonneted bat, wood stork, or snail kite. Ex. 10. It has also installed roughly forty speed bumps along the preexisting service road leading to the airport's main gate to slow the speed of traffic, as reflected in the attached picture, which I took. Ex. 11. The speed limit on many roads in and surrounding the airport is 15 MPH, which further mitigates any effect additional traffic will have on the area. In all events, the preexisting service road leading to the airport was traveled even before the detention facility was built, as it was used by training pilots to reach the airport. And State Road 41—which vehicles must travel across to reach the facility—has long been a heavily used road, as it connects the east and west portions of the State.

20.     As for the facility's origins, the facility was developed by the State to assist in enforcing federal immigration law.  FDEM has considered TNT as a possible staging area for the State's response to a South Florida hurricane given its location and active runway, so it was a natural fit for responding to the illegal immigration emergency.  So far as I am aware, at no point did federal officials order the State to construct the site, nor did Florida seek federal permission to build the site.

21.     To that end, the facility was entirely State constructed.  It was built pursuant to the emergency powers Governor DeSantis conferred to FDEM in his orders declaring a statewide illegal immigration emergency.  And it was constructed by state-paid vendors and funded solely with state dollars.  The only federal involvement with the construction process at the site was a post-construction compliance check by ICE to ensure the site met federal standards for housing federal immigration detainees.  It is my understanding that ICE ran the same compliance check that it runs for other state facilities that house federal immigration detainees, like county jails and correctional facilities.

22.     FDEM does not know whether FEMA will reimburse state funding used for the facility, how much funding FEMA may provide, or how long it will take FEMA to issue reimbursement.

23.     FDEM and its sister state agencies—including Florida Department of Corrections; Florida Department of Business & Professional Regulation, Division of Alcoholic Beverages and Tobacco; Florida Department of Law Enforcement; Florida Department of Financial Services; Florida Department of Highway Safety and Motor Vehicles, Division of Highway Patrol; Florida Wildlife Conservation Commission; Florida Department of Environmental Protection; Florida

Lottery; Florida National Guard; and Florida State Guard—operate the site with assistance from FDEM's vendors.

24.     On any given day, there are about 115 state officials and between 800-1000 state contractors carrying out various activities at the site.  In comparison, there are just four ICE officers present for the limited purpose of coordinating the transportation and physical custody of the detainees.  The ICE officers do not control the site, nor do they have any infrastructure on site. Construction and day-to-day maintenance of the site is handled exclusively by state officials.

25.     Because the State operates this facility of its own volition, it has significant control over whom it houses there.  For example, the State may turn down detainees from the federal government.  If the State no longer wishes to hold a detainee, it can require the federal government to reassume custody.  The State has in fact declined to hold entire classes of persons, including women, children, and illegal aliens of high medical risk, though it could choose to house those individuals in its discretion.  If so, they would be separated from the general, adult male population.

26.     Given my experience with the facility, I am aware that many illegal aliens at the facility are violent criminals with dangerous criminal records.  I am also aware that many of these illegal aliens were apprehended in Florida before they were placed in this facility.


Executed on August 11, 2025, in Tallahassee, Florida.

_____
Ian Gadea-Guidicelli, SERT Chief

9

EXHIBIT 1

# STATE OF FLORIDA

## OFFICE OF THE GOVERNOR
## EXECUTIVE ORDER NUMBER 23-03
### (Emergency Management – Illegal Migration)

**WHEREAS**, on September 28, 2021, I issued Executive Order 21-223, directing state law enforcement agencies and other state agencies to take necessary actions to protect Floridians from the dangerous impacts of the Biden Border Crisis; and

**WHEREAS**, in recent months, the numbers of individuals attempting to come to the United States and unauthorized alien interdictions in and around Florida have risen to alarming levels not seen for decades; and

**WHEREAS**, in the first two months of the current fiscal year, U.S. Customs and Border Protection (CBP) has encountered over 460,000 persons attempting entry along the Southwest Border;

**WHEREAS**, during the last fiscal year, over 2.3 million encounters with unauthorized aliens occurred at the Southwest Border; and

**WHEREAS**, as the lawlessness at the Southwest Border continues unabated and the Biden Administration has repeatedly demonstrated its ineptitude at managing the crisis it created, more migrants are seeking entry into the United States; and

**WHEREAS**, from August 2022 to the present, federal, state, and local officials have interdicted approximately 8,042 migrants in Florida's territorial waters alone; and

**WHEREAS**, approximately 300 unauthorized aliens unlawfully entered the Dry Tortugas National Park in the Florida Keys on January 1, 2023; and

County Exhibit A

**WHEREAS**, reports indicate an additional 45 unauthorized aliens unlawfully entered Key West on the evening of January 5, 2023; and

**WHEREAS**, intelligence reports reveal additional vessels are en route to Florida shores; and

**WHEREAS**, such a mass migration of unauthorized aliens, including the associated abandonment of vessels, without appropriate support from the federal government, has created an unmanageable strain on local resources and will continue to overburden the capabilities of local governments throughout the state; and

**WHEREAS**, mass migration by sea or land is extremely dangerous and must be discouraged; and

**WHEREAS**, the response from the Biden Administration on this crisis is inadequate and presents an undue burden on local law enforcement to prevent the mass migration that is now occurring and only likely to worsen; and

**WHEREAS**, given the magnitude of this situation, which is further exacerbated by the Biden Administration's failure to secure the border, central coordination, direction, and state resources are needed to identify and respond to the anticipated large influx of unauthorized aliens immigrating from foreign countries to Florida; and

**WHEREAS**, Florida's history of assisting refugees, including Cubans and others fleeing communist regimes, has previously involved support from the federal government and a coordinated effort among federal, state, and local governments; and

**WHEREAS**, as Governor, I am responsible to meet the dangers presented to Florida and its people by this emergency.

**NOW, THEREFORE, I, RON DESANTIS**, as Governor of Florida, by virtue of the authority vested in me by Article IV, Section 1(a) of the Florida Constitution and by the Florida

2

Emergency Management Act, as amended, and all other applicable laws, promulgate the following

Executive Order, to take immediate effect:

Section 1. Because of the foregoing conditions, I hereby find that the migration of

unauthorized aliens to the State of Florida is likely to constitute a major disaster. I therefore declare

that a state of emergency exists in the State of Florida.

Section 2. I designate the Director of the Division of Emergency Management as the State

Coordinating Officer for the duration of this emergency and direct him to execute the State's

Comprehensive Emergency Management Plan and other response, recovery, and mitigation plans

necessary to cope with the emergency. Pursuant to section 252.36(1)(a), Florida Statutes, I delegate

to the State Coordinating Officer the authority to exercise those powers delineated in sections

252.36(6)-(12), Florida Statutes, which he shall exercise as needed to meet this emergency, subject

to the limitations of section 252.33, Florida Statutes. In exercising the powers delegated by this

Executive Order, the State Coordinating Officer shall confer with the Governor to the fullest extent

practicable. The State Coordinating Officer shall also have the authority to:

A. Invoke and administer the Emergency Management Assistance Compact

("EMAC") (sections 252.921-252.9335, Florida Statutes) and other compacts and agreements

existing between the State of Florida and other states, and the further authority to coordinate the

allocation of resources from such other states that are made available to Florida under such

compacts and agreements so as to best meet this emergency.

B. Seek direct assistance and enter into agreements with any and all agencies of

the federal government as may be needed to meet this emergency.

C. Direct all state, regional, and local governmental agencies, including law

enforcement agencies, to identify personnel needed from those agencies to assist in meeting the

response, recovery, and mitigation needs created by this emergency, and to place all such personnel

under the direct command and coordination of the State Coordinating Officer to meet this emergency.

D.  Direct the actions of any state agency as necessary to implement the Federal Emergency Management Agency's National Disaster Recovery Framework.

E.  Designate Deputy State Coordinating Officers and Deputy State Disaster Recovery Coordinators, as necessary.

F.  Suspend the effect of any statute, rule, or order that would in any way prevent, hinder, or delay any mitigation, response, or recovery action necessary to cope with this emergency. In accordance with section 252.3611(1), Florida Statutes, any order, declaration, or other action suspending a statute or rule shall specify each statute or rule being amended or waived, if applicable, and the expiration date for the order or action.

G.  Enter orders as may be needed to implement any of the foregoing powers; however, the requirements of sections 252.46 and 120.54(4), Florida Statutes, do not apply to any such orders issued by the State Coordinating Officer. No such order shall remain in effect beyond the expiration of this Executive Order, including any extension thereof.

Section 3.  I order the Adjutant General to activate the Florida National Guard, as needed, to deal with this emergency.

Section 4.  I find that the special duties and responsibilities resting upon some state, regional, and local agencies and other governmental bodies in responding to this emergency may require them to suspend or waive the effect of certain statutes, rules, ordinances, and orders they administer.  Therefore, I issue the following authorizations:

A.  Pursuant to section 252.36(6)(a), Florida Statutes, the Executive Office of the Governor may suspend all statutes and rules affecting budgeting to the extent necessary to provide budget authority for state agencies to cope with this emergency.  The requirements of sections

4

252.46 and 120.54(4), Florida Statutes, do not apply to any such suspension issued by the Executive Office of the Governor. No such suspension shall remain in effect beyond the expiration of this Executive Order, including any extension thereof.

B. Each state agency may suspend the provisions of any regulatory statute prescribing the procedures for conduct of state business or the orders or rules of that agency, if strict compliance with the provisions of any such statute, order, or rule would in any way prevent, hinder, or delay necessary action in coping with the emergency. This includes, but is not limited to, the authority to suspend any and all statutes, rules, ordinances, or orders which affect leasing, printing, purchasing, travel, and the condition of employment and the compensation of employees. In accordance with section 252.3611(1), Florida Statutes, any agency order, declaration, or other action suspending a statute or rule shall specify each statute or rule being amended or waived, if applicable, and the expiration date for the order or action. The requirements of sections 252.46 and 120.54(4), Florida Statutes, shall not apply to any such suspension issued by a state agency. No such suspension shall remain in effect beyond the expiration of this Executive Order, including any extension thereof.

C. In accordance with section 252.38(3), Florida Statutes, each political subdivision within the State of Florida may waive the procedures and formalities otherwise required of the political subdivision by law pertaining to:

1) Performance of public work and taking whatever prudent action is necessary to ensure the health, safety, and welfare of the community;

2) Following local procurement and contracting policies;

3) Entering into contracts; however, political subdivisions are cautioned against entering into time and materials contracts without a ceiling as defined by 2 C.F.R. 200.318(j) or cost plus percentage contracts as defined by 2 C.F.R. 200.324(d);

4) Incurring obligations;

5) Employment of permanent and temporary workers;

6) Utilization of volunteer workers;

7) Rental of equipment;

8) Acquisition and distribution, with or without compensation, of supplies, materials, and facilities; and

9) Appropriation and expenditure of public funds.

D. All agencies whose employees are certified as disaster service volunteers within the meaning of section 110.120(2)(d), Florida Statutes, may, in accordance with section 110.120(3), Florida Statutes, release any such employees for such service as requested by the employee to meet this emergency.

Section 5. I find that the demands placed upon funds specifically appropriated to state and local agencies for disaster relief or response are unreasonably great and that such funds may be inadequate to pay the costs of coping with this emergency. In accordance with section 252.37(2)(b), Florida Statutes, I direct that sufficient funding be made available, as needed, by transferring and expending moneys from the Emergency Preparedness and Response Fund created under section 252.3711, Florida Statutes.

In accordance with section 252.37(2)(a), Florida Statutes, state agencies responding to this emergency must first spend funds specifically appropriated for disaster relief or response. If no specifically appropriated funds exist, or if funds specifically appropriated are exhausted, state agencies are authorized to spend funds from the Emergency Preparedness and Response Fund through the procedures outlined in Memorandum No. 22-046, Emergency Preparedness and Response.

Section 6.  All state agencies entering emergency orders, emergency declarations, or other emergency actions in response to this emergency shall advise the State Coordinating Officer contemporaneously or as soon as practicable thereafter, and, pursuant to section 252.36(3)(b), Florida Statutes, shall submit the order or declaration to the Division of Administrative Hearings within five days of issuance.

Section 7.  Medical professionals and workers, social workers, and counselors with good and valid professional licenses issued by states other than the State of Florida may render such services in Florida during this emergency for persons affected by this emergency with the condition that such services be rendered to such persons free of charge, and with the further condition that such services be rendered under the auspices of the American Red Cross or the Florida Department of Health.

Section 8.   All actions taken by the Director of the Division of Emergency Management with respect to this emergency before the issuance of this Executive Order are ratified.

Section 9.   This Executive Order is effective immediately and shall expire sixty (60) days from this date unless extended.



IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the Great Seal of the State of Florida to be affixed, at Tallahassee, this 6th day of January, 2023.

RON DESANTIS, GOVERNOR

ATTEST:

SECRETARY OF STATE

EXHIBIT 2

# STATE OF FLORIDA

## OFFICE OF THE GOVERNOR
## EXECUTIVE ORDER NUMBER 25-120

**(Emergency Management – Extension of Executive Order 23-03 – Illegal Immigration)**

**WHEREAS,** on January 6, 2023, I issued Executive Order 23-03, declaring a state of emergency in Florida due to the mass migration of illegal aliens to Florida; and

**WHEREAS,** Executive Order 23-03, as subsequently extended by Executive Order 25-75, expires on June 3, 2025, unless extended; and

**WHEREAS,** an extension of Executive Order 23-03 is necessary because the large influx and number of illegal aliens within the State remains and the response from the Biden Administration was inadequate; and

**WHEREAS,** this ongoing crisis continues to strain local resources and requires the continued coordination, direction, and resources of the State of Florida.

**NOW, THEREFORE, I, RON DESANTIS,** as Governor of Florida, by virtue of the authority vested in me by Article IV, Section l(a) of the Florida Constitution and by the Florida Emergency Management Act, as amended, and all other applicable laws, promulgate the following Executive Order, to take immediate effect:

Section 1. The state of emergency and all provisions of Executive Order 23-03 are renewed for sixty (60) days following the date of this Executive Order.

Section 2. Except as amended herein, Executive Order 23-03 is ratified and reaffirmed.

County Exhibit B

1

<u>Section 3</u>. This Executive Order is effective immediately.

IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the Great Seal of the State of Florida to be affixed, at Tallahassee, this 2nd day of June, 2025.

RON DESANTIS, GOVERNOR

ATTEST:

SECRETARY OF STATE

FILED
2025 JUN -2 AM 9:20
DEPARTMENT OF STATE
TALLAHASSEE, FL

EXHIBIT 3



# STATE OF FLORIDA
## DIVISION OF EMERGENCY MANAGEMENT



**Ron DeSantis**, *Governor*                                                          **Kevin Guthrie**, *Executive Director*

**VIA ELECTRONIC MAIL**

June 23, 2025

The Honorable Daniella Levine Cava
Mayor, Miami-Dade County
Stephen P. Clark Center
111 NW 1st Street
Miami, FL 33128

**Re: Notice of Intent to Utilize the Dade-Collier Training and Transition Airport (TNT)**

Dear Mayor Levine Cava,

I am in receipt of your "Response to Letter of Intent for Purchase of TNT" dated June 23, 2025. On behalf of the State of Florida and the Florida Division of Emergency Management (the "Division"), this letter serves as notice that the Division intends to utilize the Dade-Collier Training and Transition Airport, located at 54575 Tamiami Trail E, Ochopee, Florida, 34141 (the "Property"), pursuant to Governor DeSantis's emergency powers under section 252.36(6)(b) and (i), Florida Statutes, and delegated to me as the State Coordinating Officer in Executive Order 23-03, which remains in effect and was most recently extended by Executive Order 25-120. The Division's utilization of the Property will last no longer than the duration of the state of emergency.

While the negotiations to purchase the property are underway, the Division will begin immediate utilization of the improved area of the site, as I now deem it necessary to meet the Division's current operational demands in coping with the emergency. Time is of the essence. We must act swiftly to ensure readiness and continuity in our statewide operations to assist the federal government with immigration enforcement. The Division remains committed to working collaboratively with all appropriate authorities.

I appreciate your support of statewide emergency operations and your commitment to our shared mission to safeguard the people of Florida. I request that your team coordinate with the Division's General Counsel, Stephanie Houp, Esq., should there be any questions or concerns regarding this matter.

Thank you for your partnership and prompt attention.

Sincerely,

**Kevin Guthrie**
**Executive Director**
Florida Division of Emergency Management
Kevin.Guthrie@em.myflorida.com
(850) 294-8250

County Exhibit E

**DIVISION HEADQUARTERS**
2555 Shumard Oak Boulevard
Tallahassee, FL 32399-2100

Telephone: 850-815-4000
www.FloridaDisaster.org

**STATE LOGISTICS RESPONSE CENTER**
2702 Directors Row
Orlando, FL 32809-5631

EXHIBIT 4



EXHIBIT 5











EXHIBIT 6



DADE-COLLIER TRANSITION AIRPORT
54575 TAMIAMI TRL E, OCHOPEE, FL

EXHIBIT 7

# virtower
Airport Operations Tracking

**VirTower LLC**
13721 Jetport Commerce Pkwy, Suite 2
Fort Myers FL 33913
Phone +1 888 31 70 747
virtower.com | info@virtower.com

**Airport Operations**
**Snapshot Local Time**
Start Date    01/01/2025 00:00 LT
End Date    07/23/2025 23:59 LT

Creation    07/24/2025 20:38
User    _KTNT_user
Customer ID    KTNT

## Summary

| Landings | | Take-Offs | | Totals | |
|---|---|---|---|---|---|
| Single Engine | 11664 | Single Engine | 10253 | Single Engine | 21917 |
| Single Engine Turbine | 47 | Single Engine Turbine | 48 | Single Engine Turbine | 95 |
| Multi Engine | 2192 | Multi Engine | 2056 | Multi Engine | 4248 |
| Multi Engine Turbine | 51 | Multi Engine Turbine | 50 | Multi Engine Turbine | 101 |
| Business Jet | 201 | Business Jet | 190 | Business Jet | 391 |
| Helicopter | 59 | Helicopter | 78 | Helicopter | 137 |
| Military | 260 | Military | 261 | Military | 521 |
| Military Helicopter | 77 | Military Helicopter | 122 | Military Helicopter | 199 |
| Light Sport Aircraft | 216 | Light Sport Aircraft | 156 | Light Sport Aircraft | 372 |
| Other | 9 | Other | 7 | Other | 16 |
| **TOTAL** | **14776** | **TOTAL** | **13221** | **TOTAL** | **27997** |

## FAA AAC/ADG Summary

| Landings | | Take-Offs | | Totals | |
|---|---|---|---|---|---|
| A1 | 13550 | A1 | 11980 | A1 | 25530 |
| A2 | 34 | A2 | 35 | A2 | 69 |
| B1 | 362 | B1 | 355 | B1 | 717 |
| B2 | 97 | B2 | 90 | B2 | 187 |
| B3 | 241 | B3 | 242 | B3 | 483 |
| C1 | 53 | C1 | 49 | C1 | 102 |
| C2 | 17 | C2 | 17 | C2 | 34 |
| C3 | 6 | C3 | 5 | C3 | 11 |
| C4 | 2 | C4 | 2 | C4 | 4 |
| D2 | 8 | D2 | 8 | D2 | 16 |
| D4 | 1 | D4 | 1 | D4 | 2 |
| HEL | 136 | HEL | 200 | HEL | 336 |
| UKN | 269 | UKN | 237 | UKN | 506 |
| **TOTAL** | **14776** | **TOTAL** | **13221** | **TOTAL** | **27997** |

## Operations by Aircraft Type

| Single Engine | | Single Engine Turbine | | Multi Engine | | Multi Engine Turbine | | Business Jet | | Jet 2 | | Jet NB | | Jet 4 | | Jet WB | | Helicopter | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AA5A | 8 | C208 | 21 | AC50 | 4 | B300 | 18 | BAE125 | 4 | | | | | | | | | A109 | 34 |
| BE33 | 19 | M600 | 6 | B200 | 18 | B350 | 38 | BE40 | 16 | | | | | | | | | A139 | 2 |
| BE35 | 26 | PC12 | 32 | B58 | 15 | B90 | 6 | C500 | 7 | | | | | | | | | AS350 | 21 |
| BE36 | 125 | TBM7 | 2 | BE18 | 2 | BE20 | 13 | C501 | 9 | | | | | | | | | AS50 | 1 |
| C150 | 81 | TBM8 | 12 | BE55 | 97 | BE30 | 2 | C500 | 18 | | | | | | | | | AW139 | 8 |
| C152 | 1537 | TBM7 | 22 | BE58 | 52 | BE9L | 2 | C551 | 5 | | | | | | | | | B06 | 1 |
| C162 | 11 | | | BE76 | 1183 | CVLT | 2 | C55B | 8 | | | | | | | | | B407 | 2 |
| C172 | 13323 | | | BE95 | 8 | MU2 | 18 | C680 | 12 | | | | | | | | | B429 | 2 |
| C177 | 109 | | | C337 | 18 | SF34 | 2 | C68A | 4 | | | | | | | | | B505 | 2 |
| C182 | 159 | | | C401 | 12 | | | C700 | 2 | | | | | | | | | BK117 | 1 |
| C206 | 50 | | | C402 | 25 | | | E505 | 15 | | | | | | | | | EC20 | 9 |
| C207 | 2 | | | C404 | 8 | | | E50P | 108 | | | | | | | | | H60 | 1 |
| C210 | 6 | | | C414 | 12 | | | E545 | 4 | | | | | | | | | R22 | 4 |
| C240 | 32 | | | C421 | 45 | | | E55P | 3 | | | | | | | | | R44 | 14 |
| COL3 | 2 | | | DA42 | 16 | | | F2000 | 2 | | | | | | | | | R66 | 6 |
| CTLS | 12 | | | DA62 | 379 | | | F2TH | 12 | | | | | | | | | S76 | 14 |

# virtower
#### Airport Operations Tracking

**VirTower LLC**
13721 Jetport Commerce Pkwy, Suite 2
Fort Myers FL 33913
Phone +1 888 31 70 747
virtower.com | info@virtower.com

Airport Operations
**Snapshot Local Time**
Start Date     01/01/2025 00:00 LT
End Date       07/23/2025 23:59 LT

Creation       07/24/2025 20:38
User           _KTNT_user
Customer ID    KTNT

| Single Engine | | Single Engine Turbine | | Multi Engine | | Multi Engine Turbine | | Business Jet | | Jet 2 | | Jet NB | | Jet 4 | | Jet WB | | Helicopter | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DA20 | 5 | | | G690 | 8 | | | G550 | 5 | | | | | | | | | Others | 15 |
| DA40 | 311 | | | G695 | 22 | | | GIV | 4 | | | | | | | | | | |
| DHC2 | 8 | | | P2006 | 297 | | | GLF4 | 12 | | | | | | | | | | |
| J250 | 10 | | | P2006T | 2 | | | GLF5 | 6 | | | | | | | | | | |
| Kitfox | 2 | | | P68 | 10 | | | GV | 4 | | | | | | | | | | |
| KODI | 31 | | | P68C | 5 | | | H25B | 10 | | | | | | | | | | |
| Lancair | 4 | | | PA23 | 8 | | | HA420 | 10 | | | | | | | | | | |
| LibertyXL2 | 464 | | | PA30 | 63 | | | HDJT | 18 | | | | | | | | | | |
| M20 | 34 | | | PA31 | 28 | | | LJ31 | 2 | | | | | | | | | | |
| M600 | 33 | | | PA34 | 1501 | | | LJ60 | 102 | | | | | | | | | | |
| M7 | 2 | | | PA44 | 408 | | | SF50 | 14 | | | | | | | | | | |
| NG5 | 2 | | | | | | | | | | | | | | | | | | |
| P2008 | 61 | | | | | | | | | | | | | | | | | | |
| PA28 | 1896 | | | | | | | | | | | | | | | | | | |
| PA32 | 80 | | | | | | | | | | | | | | | | | | |
| PA38 | 4 | | | | | | | | | | | | | | | | | | |
| PA46 | 91 | | | | | | | | | | | | | | | | | | |
| R114 | 20 | | | | | | | | | | | | | | | | | | |
| RV12 | 236 | | | | | | | | | | | | | | | | | | |
| RV14 | 8 | | | | | | | | | | | | | | | | | | |
| RV6 | 16 | | | | | | | | | | | | | | | | | | |
| S22T | 106 | | | | | | | | | | | | | | | | | | |
| SLG2 | 16 | | | | | | | | | | | | | | | | | | |
| SLING | 22 | | | | | | | | | | | | | | | | | | |
| SR20 | 1425 | | | | | | | | | | | | | | | | | | |
| SR22 | 1334 | | | | | | | | | | | | | | | | | | |
| T11 | 23 | | | | | | | | | | | | | | | | | | |
| T240 | 4 | | | | | | | | | | | | | | | | | | |
| T28 | 4 | | | | | | | | | | | | | | | | | | |
| TB-20 | 4 | | | | | | | | | | | | | | | | | | |
| TB-20 | 54 | | | | | | | | | | | | | | | | | | |
| TB9 | 2 | | | | | | | | | | | | | | | | | | |
| V1 | 17 | | | | | | | | | | | | | | | | | | |
| V1.0 | 42 | | | | | | | | | | | | | | | | | | |
| VIRUS SW100 | 14 | | | | | | | | | | | | | | | | | | |
| XS | 2 | | | | | | | | | | | | | | | | | | |

| Military | | Military Helicopter | | Light Sport Aircraft | | Glider | | UAV | | Blimp | | Balloon | | GND Emergency | | GND Vehicle A | | Other | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C17 | 2 | A565 | 199 | A5 | 9 | | | | | | | | | | | | | Others | 16 |
| C27J | 28 | | | BRISTELL | 6 | | | | | | | | | | | | | | |
| C30J | 4 | | | Cavalon | 2 | | | | | | | | | | | | | | |
| CN35 | 481 | | | CTLS | 20 | | | | | | | | | | | | | | |
| TEX2 | 4 | | | IconA5 | 2 | | | | | | | | | | | | | | |
| Others | 2 | | | PIAT | 2 | | | | | | | | | | | | | | |
| | | | | SLG2 | 13 | | | | | | | | | | | | | | |
| | | | | SLH4 | 217 | | | | | | | | | | | | | | |
| | | | | Sling | 101 | | | | | | | | | | | | | | |

**Activity Summary**

| | |
|---|---|
| LANDING RWY 09 | 12422 |
| LANDING RWY 27 | 2354 |



**VirTower LLC**
13721 Jetport Commerce Pkwy, Suite 2
Fort Myers FL 33913
Phone +1 888 31 70 747
virtower.com | info@virtower.com

Airport Operations
**Snapshot Local Time**
Start Date        01/01/2025 00:00 LT
End Date          07/23/2025 23:59 LT

Creation        07/24/2025 20:38
User            _KTNT_user
Customer ID     KTNT

| | |
|---|---:|
| TAKEOFF RWY 09 | 10987 |
| TAKEOFF RWY 27 | 2234 |
| T&G RWY 09 | 2186 |
| T&G RWY 27 | 433 |

*This report was generated using sensors monitoring aircraft operations at the selected airport and may not contain aircraft that do not have ADS-B. Airports that have multiple sensors deployed will also feature aircraft fitted with transponders only. The information presented is correct to the best of our knowledge from available sensors at the time: Les Goldsmith, President VirTower LLC*

EXHIBIT 8

 

# TDF Waste Management Plan Overview

## Overview

This plan if for the initial waste management of the temporary detention facility and will be expanded as site build out allows for more comprehensive permanent solutions to be implemented. The goal of the Division and contracted vendors is to ensure a robust, proactive logistics and installation plan that fully eliminates the potential for environmental issues related to waste production, solid waste management, recycling, construction and demolition debris, and potable water management for all on-site restroom, shower, and laundry trailers by integrating high-capacity containment, secure plumbing, secondary spill containment, solid waste management, recycling, construction and demolition debris handling, and robust monitoring, this plan addresses and eliminates environmental risks, ensuring compliance and safe conditions for site occupants.

### Monitoring, Evaluation and Compliance

On-site personnel will monitor biowaste and solid waste storage, potable water systems, dumpster, recycling, and C&D debris areas for leaks, spills, overflow, or contamination. Preventive maintenance schedules will be followed, including pump-outs of frac tanks and timely waste, recycling, and debris hauling. All procedures will comply with federal, state, and local environmental regulations.

## Wastewater and Potable Water

### Wastewater

Shower, restroom, and laundry units, as well as administrative and billeting trailers produce graywater, blackwater, and lint waste. Each waste-producing trailer will be hard-plumbed directly to designated 22,000-gallon frac tanks, reducing frequency of tank exchanges and minimizing transfer points. Frac tanks will be maintained at less than 50% of capacity. To secure connection points, all waste discharge lines will utilize 2-inch camlock connections. All connection points, hoses, and storage tanks will be within containment trays for spill protection. A trained team will inspect all plumbing and containment systems daily to maintain zero environmental impact.

### Potable Water

Potable water will be delivered by 2,000-gallon and 6,000-gallon tanker trucks and transferred via secure plumbing to ensure safe transport and storage. To provide sealed connections, all potable water hookups will use 2-inch camlock fittings for a closed system. Water tanks will be sanitized, flushed, and water quality tested regularly.

## Solid Waste

Appropriately sized roll-off dumpsters will be strategically placed throughout the site to handle all solid waste generated by operations and personnel. All dumpsters will be equipped with lids or tarps to prevent littering, wind dispersal, and animal intrusion. Dumpsters will be placed on stable ground with adequate clearance for truck access. A daily swap schedule for removal and replacement will be maintained to prevent overflow and ensure site cleanliness. Waste haulers will be responsible for safe transport and disposal at permitted facilities.

### Recycling

Clearly marked recycling containers will be placed next to general waste dumpsters and throughout common areas to encourage source separation of recyclable materials. Materials such as cardboard, plastic, metal, and paper will be collected separately to reduce contamination and maximize recycling efficiency. A dedicated recycling hauler will collect and transport recyclable materials to an approved recycling facility on a routine schedule.

Exhibit 2 to Declaration of Eve Samples

**C&D Debris Management**

Dedicated roll-off containers will be provided specifically for construction and demolition debris to avoid mixing with general waste and recyclables. Materials such as wood, metal, concrete, and drywall will be separated where practical to facilitate recycling and reuse opportunities. All C&D debris will be removed by licensed haulers and transported to permitted disposal or recycling facilities in compliance with local regulations.

## Biowaste

Health and Medical vendor will ensure biohazard waste management involves proper containment, labeling, segregation, and disposal to prevent the spread of infection and environmental contamination. This includes using designated leak-proof, puncture-resistant containers, ensuring proper labeling with the biohazard symbol, and following specific disposal protocols for different types of biohazardous materials, such as sharps and liquid waste.

*Containment*
Biohazard waste will be placed in sturdy, leak-proof containers that are resistant to punctures. Sharps will be disposed of in designated sharps containers.

*Labeling*
All containers must be clearly labeled with the universal biohazard symbol and appropriate warnings, such as "Biohazardous Waste" or "Infectious Waste".

*Segregation*
Different types of biohazardous waste (e.g., sharps, liquid waste, pathological waste) will be segregated into separate containers to minimize risks and facilitate proper treatment.

*Disposal*
Biohazard waste from the site will be picked up by a certified and registered Biohazard disposal company and disposed of in accordance with Florida regulations.

Exhibit 2 to Declaration of Eve Samples

EXHIBIT 9



EXHIBIT 10

116 East Indiana Avenue
DeLand, FL 32724

**Corporate Headquarters**
6575 West Loop South, Suite 300
Bellaire, TX 77401
Main: 713.520.5400

# MEMORANDUM

| | |
|---|---|
| **TO:** | Carlos D. Rodriguez, Lemoine CDR Logistics |
| **FROM:** | Tom Roberts |
| **COPIES:** | |
| **SUBJECT** | Everglades Detention Center Preliminary Ecological Assessment |
| **DATE:** | August 04, 2025 |
| **PROJECT NUMBER:** | PRJ113094 |

The Florida Division of Emergency Management (FDEM) began construction of the Everglades Detention Center (EDC) also known as "Alligator Alcatraz" on June 25, 2025. EDC is entirely situated within the Dade-Collier Training and Transition Airport (DCTTA) located at 54575 East Tamiami Trail, Ochopee, Collier County, Florida. For the purposes of this evaluation, the project area, including the existing DCTTA and an additional 500-foot buffer, was assessed to determine potential environmental impacts. This preliminary ecological evaluation is based on a database review of the project area and a site visit conducted by Resource Environmental Solutions, LLC (RES) staff on July 29, 2025.

## Existing Conditions

DCTTA is centrally located within an approximately 4700-acre parcel owned by Dade County. Florida Land Use and Cover Classification System (FLUCCS) data was used to determine land use in the project area. Land use within or adjacent to the DCTTA includes Upland Hardwood Forests (FUCCS 420), Reservoirs (FLUCCS 530), Cypress (FLUCCS 621), Wetland Scrub (FLUCCS 631), Freshwater/Prairie Marsh (FLUCCS 641), and Airports (FLUCCS 811). DCTTA was historically constructed as the Big Cypress Swamp Jetport in 1968 to accommodate supersonic aircraft including the Boeing 2707, also known as the Boeing SST (Supersonic Transport). Much of the airport footprint was cleared and filled, with runways and some roadways paved. Filled areas not paved were maintained through mowing. The airport currently includes one 10,499-foot-long runway that is 150 feet wide, with a parallel taxiway 75 feet wide.

The EDC footprint is located entirely within the DCTTA land use area that was filled in 1968 and has been maintained since that time. Two grass-covered areas were graded, stabilized with additional road base, and topped by asphalt. The first is an approximately 8-acre area south of the former aircraft parking apron, now used for the detention facility and supporting services. The second is an approximately 30-acre area near the west end of the runway, currently used for employee badging and parking. In addition to the newly added structures, numerous generators are in operation to power the facility, including numerous portable lights.

## Wetlands and Surface Waters

The areas modified to facilitate operation of the EDC were inspected to determine if work had been conducted outside of the original airport footprint. Current and historic aerials were reviewed prior to the site visit on July 29, 2025. Based on this review and field observations, no direct impacts to wetland areas were identified. Best Management Practices (BMPs) for work near wetlands appear to have been implemented. Most work occurred at least 25 feet from wetlands, though some areas were as close as 15 feet. To minimize potential secondary or indirect impacts, silt fencing and metal fencing were installed. Silt fence helps reduce turbidity and prevents stormwater runoff and associated contaminants from entering the wetland areas. Metal fencing restricts human access and limits windblown trash and debris. Regular removal of effluent and castoff potable water reduces the likelihood of leaks and provides for regular inspections of those systems.

*Everglades Detention Center*
*Preliminary Ecological Assessment*
*RES Project Number 113094*

**Protected Species**

A literature and historic aerial review were conducted to identify those species classified by the United States Fish and Wildlife Service (USFWS) and Florida Fish and Wildlife Conservation Commission (FWC) as being Endangered or Threatened (collectively recognized as "protected species") within the DCTTA. In addition to the literature review, species lists were obtained using the USFWS Information for Planning and Consultation (IPaC) web-based mapping tool. The IPaC database indicates there are 10 federally protected wildlife species: Florida bonneted bat (*Eumops floridanus*), Florida panther (*Puma concolor coryi*), crested caracara (*Caracara plancus*), Eastern black rail (*Laterallus jamaicensis jamaicensis*), Everglade snail kite (*Rostrhamus sociabilis plumbeus*), red-cockaded woodpecker (*Leuconotopicus borealis*), wood stork (*Mycteria americana*), American alligator (*Alligator mississippiensis*), Eastern indigo snake (*Drymarchon couperi*), and monarch butterfly (*Danaus plexippus*). There is also the potential for two plant species to occur: Florida prairie-clover (*Dalea carthagenensis var. floridana*) and Garber's spurgewith (*Chamaesyce garberi*). The project is not located within an area designated by the USFWS as critical habitat.

The project area is located within the Big Cypress National Preserve, established on October 11, 1974, as the nation's first national preserve. However, direct impacts and many of the secondary impacts occurred earlier, during the construction of the Big Cypress Swamp Jetport in 1968. Inspection of these areas on July 29, 2025 confirmed that no additional impacts to previously natural habitat resulted from modifications initiated in June 2025. Therefore, the following protected species secondary/indirect impact assessment is considered preliminary and subject to change as further research and literature reviews are conducted.

*Eastern Black Rail*
The Eastern black rail is listed by the USFWS as Threatened due to habitat loss, destruction, and modification; sea level rise and tidal flooding; and incompatible land management. They are wetland-dependent birds and are primarily associated with herbaceous, persistent emergent plant cover. They require dense overhead perennial herbaceous cover with underlying moist to saturated soils with or adjacent to very shallow water. No suitable Eastern black rail habitat was impacted by the project. However, potential suitable habitat may exist adjacent to the project area, but further assessment is needed. Until that assessment is complete, potential indirect impacts cannot be fully determined, and an effects determination cannot be made.

*Crested Caracara*
Crested caracara is a large species of raptor that is listed as Threatened by the USFWS. They have a dark brown to black belly, wings and back with a white lower belly, head and throat.  Their bill is bluish gray to white, red facial skin and a white tail.  This species inhabits wet prairies with cabbage palms but may also be found in wooded areas with saw palmetto, cypress, and scrub oaks. They will also inhabit pastures.  None of this habitat was impacted by the project.  Further review will determine if a "**no effect**" a "**may affect, or not likely to adversely affect**" determination may be justified.

*Florida Bonneted Bat*
Bonneted bats are known to roost in both natural and artificial structures with potential roosting structures. Natural roosting sites may include mature live or dead trees, snags, and trees with cavities, hollows, or crevices. Artificial roosting structures may include rock crevices, buildings, bridges, utility poles, and bat houses. Potential bonneted bat roosting trees include those that are equal to or greater than 34 feet tall and snags equal to or greater than 28 feet tall with a Diameter at Breast Height (DBH) equal to or greater than 7.4 inches. Artificial structures equal to or greater than 15 feet in height can also be considered potential bonneted bat roosting structures. Foraging habitat for bonneted bats is characterized by relatively open (e.g. few obstacles) areas with prey sources and water. Examples of bonneted bat foraging habitats include open fresh water, permanent or seasonal freshwater wetlands, wetlands and upland forests, wetland and upland shrubs, agricultural lands, golf courses, parking lots, parks, and relatively small patches of natural habitat. No trees and no structures were removed within the project area so there were no direct impacts to roosting structures. Indirect impacts are still being evaluated but there are two main factors to be considered: lights and noise. It is anticipated that the additional lighting will bring more insects to the area for foraging. The effects of current noise levels on bat echolocation to navigate and find food in the dark have not been determined. However, this species is known to do well in urban environments. Therefore, a "**may affect, not likely to adversely affect**" determination may be justified.

## Everglade Snail Kite

The Everglade snail kite, listed as endangered by the USFWS, is a mid-sized raptor that can reach a length of 14.2-15.4 inches. Males are slate gray with red eyes and orange legs, which turn more reddish during breeding season. Females are brown with red eyes and yellow to orange legs, with varying amounts of white streaking on the face, neck, and chest. The Everglade snail kite feeds almost exclusively on apple snails (Pomacea), which are captured at or near the water's surface. Snail kites hunt for snails by flying slowly or perching over sparsely vegetated lake shores or marshes and grabbing snails with their feet that are within six inches of the water's surface. There were no direct impacts to snail kite habitat. However, there may be potential suitable habitat adjacent to the project area, but further assessment is needed. Until that assessment is complete potential indirect effects cannot be determined at this time.

## Wood Stork

The wood stork is a long-legged wader and a large bodied white bird with black in the wings and tail. Wood storks nest in colonies in a variety of inundated forested wetlands such as cypress swamps, sloughs or mangroves. Foraging habitat includes shallow freshwater marshes, ponds, ditches or pastures. The USFWS and FWC list the wood stork as Threatened. The project area is located within two miles of four different documented wood stork colonies. However, the current activity status of these colonies has not been determined. No wood storks were observed during the site visit and there were no direct impacts to wood stork foraging habitat. However, potential secondary impacts from the adjacent facility, such as increased lighting, human activity, and noise, may have indirect effects on nearby foraging or nesting behavior. While these effects are expected to be minimal given the absence of suitable habitat within the project area, proximity to multiple wood stork colonies justifies a "may affect, not likely to adversely affect" determination for the wood stork, pending further coordination and review.

## Eastern Indigo Snake

The Eastern indigo snake is listed by both the USFWS and FWC as Threatened. This large, stout-bodied, shiny black snake can reach 8 feet in length and will utilize a wide range of habitats from scrub and sandhills to wetlands throughout Florida. They are known to winter in gopher tortoise burrows. Eastern indigo snakes require large tracts of natural land to survive, typically foraging in more hydric habitats. The altered and maintained infield at DCTTA did not provide refuge for this species prior to the modifications. Therefore, no direct impacts are anticipated. Indirect effects could include noise and light pollution into the adjacent habitat, however, there may also be beneficial effects such as an increase in rodent population due to human presence. Because of the potential of indirect impacts to potential foraging habitat a "**may affect, not likely to adversely affect**" determination may be justified.

## Florida Panther

The Florida panther (*Puma concolor coryi*), listed by the USFWS as endangered, is a large, long-tailed cat with a great deal of color variation: pale brown or rusty upper parts, dull white or buffy under parts; tail tip, back of ears, and sides of nose are dark brown or blackish. Florida panthers occur in peninsular Florida primarily south of Orlando. They will use all habitat types to some degree but rely upon forested areas that provide dense understory vegetation for rest sites, den sites and stalking cover. Suitable panther habitat was not impacted by the project and no panthers have been documented within the project area. While traffic has increased within the project area, the speed limit is 15 miles per hour (mph) through most of the area with some small stretches of 35 mph along the entry road. However, much of this is fenced and there are frequent speed bumps to dampen speed. Based on this a "**may affect, not likely to adversely affect**" determination may be justified.

## Red-Cockaded Woodpecker

Red-cockaded Woodpecker (RCW) require mature, open-canopy longleaf pine or slash pine forest for nesting and foraging habitat. This habitat is not present in the project area, therefore there will be "**no effect**" on this species.

## Monarch Butterfly

This large colorful butterfly that is identified by its orange and black markings is a Candidate species but has not yet been listed or proposed for listing by the USFWS. Monarch butterfly habitat includes roadsides and open fields which are available within the airport infield. If the listing status of the monarch butterfly is elevated by USFWS, consultation with the USFWS to determine potential effects can be initiated at that time. Therefore, impacts to this species are not anticipated.

*Everglades Detention Center*
*Preliminary Ecological Assessment*
*RES Project Number 113094*

## *American alligator*

After being legally protected for many years, the alligator, listed by the USFWS as Threatened (due to similarity of appearance), has made a remarkable comeback, and is now common in areas that will support it. Alligators can be found in most types of wetlands that have standing water and ample food supplies. No alligator habitat was impacted by the project. Therefore, it is anticipated that the project will have "**no effect**" on the species.

## *Protected Plants*

Two federally protected plant species, Florida prairie-clover and Garber's spurgewith have the potential to occur within habitats found adjacent to the project area. However, there was no suitable habitat within the EDC. Therefore, there should be "**no effect**" on these species.


End of Memorandum.

EXHIBIT 11

