1          STATE IMMIGRATION ENFORCEMENT COUNCIL MEETING

2

3

4

5

6

7

8                        March 31, 2025

9

10

11

12

13

14

15                   10:00 a.m. - 2:15 p.m.

16

17

18

19

20

21

22                  Proceedings Reported By:

23                    Katherine A. Lyle

24

25

```
1                        APPEARANCES

2

3        Sheriff Grady Judd, Polk County Sheriff's Office

4       Sheriff Bob Gualtieri, Pinellas County Sheriff's Office

5        Sheriff T.K. Waters, Jacksonville Sheriff's Office

6     Sheriff Bill Prummell, Charlotte County Sheriff's Office

7        Chief Charles Broadway, Clermont Police Department

8         Chief Ciro Dominguez, Naples Police Department

9         Chief Robert Bage, Fort Walton Police Department

10        Chief Doug Goerke, St. Cloud Police Department

11                      Melissa Bujeda

12

13

14

15                      *  *  *  *  *

16

17

18

19

20

21

22

23

24

25
```

```
 1              P R O C E E D I N G S
 2         SHERIFF JUDD:  Good morning.
 3         Welcome to the March 31st, 2025, State
 4    Immigration Enforcement Council Meeting.
 5         This is our first meeting, and it's a public
 6    meeting to discuss issues relating to illegal
 7    immigration in the state of Florida.
 8         Please place all communication devices in
 9    airplane mode or turn them off.  This include
10    devices that can transmit and receive calls or any
11    messaging.  Please answer these devices beyond the
12    hearing range of the meeting or whatever you say or
13    whatever these folks hear will be public records.
14         Council Members, I appreciate your willingness
15    to serve.  I welcome your active participation in
16    these proceedings.
17         To the other individuals here with us today,
18    thank you for taking time to be with us.  The State
19    Immigration Council encourages all members of the
20    public to provide comments on matters before the
21    council.
22         At the end of the meeting you may address the
23    counsel upon the conclusion of the scheduled agenda
24    items.  Please fill out a comment card if you
25    intend to speak so I can call you up in an orderly
```

1      fashion at the end of the meeting today.

2          So, with that, if you will all stand and we'll

3      do our pledge to the flag.

4          (Whereupon, the Pledge of Allegiance was

5      said.)

6          SHERIFF JUDD:  Thank you very much.

7          I'm going to provide a few opening remarks.

8          Once again, welcome everyone, including

9      watching this meeting on the Florida Channel.

10         Good things don't just happen.  Good people

11     make good things happen.  My intent for this State

12     Immigration Enforcement Council is that we do the

13     right things at the right time for the right reason

14     to make sure we keep our state and nation safe and

15     secure.  In other words, we, as this council, are

16     going to make good things happen.

17         This council will be focused on supporting the

18     mission of the State Board of Immigration

19     Enforcement with a sense of urgency.  I know that

20     we're going to make a positive difference and make

21     our state safer.

22         Today we're going to hear from subject matter

23     experts about what the law is and what our role

24     will be.  We will be advised on administrative and

25     technical issues related to the State Board of

1       Immigration Enforcement and the State Immigration
2       Enforcement Council, and we will hear about where
3       we are now, where we are headed in immigration
4       enforcement.  We will learn, discuss and focus on
5       how we will work with our federal partners to have
6       a decisive impact on illegal immigration in the
7       state of Florida.
8           Congratulations to each of you who have been
9       appointed to the State Immigration Enforcement
10      Council.  We have got a very big job ahead of us.
11      First, I thank my friend and President of Florida
12      Senate, Ben Albritton, the appointed Sheriff
13      Bob Gualtieri in meeting as council.  I appreciate
14      his trust.
15          Also, I thank House Speaker Danny Perez for
16      appointing Sheriff T.K. Waters and President of the
17      Florida Sheriff's Association, Sheriff Bill
18      Prummell, and last I thank President Albritton and
19      Speaker Perez for their passionate work and
20      leadership on the immigration issue.  Both
21      President Albritton and Speaker Perez are real
22      leaders in the state of Florida who are making a
23      positive difference and improving the lives of
24      Floridians.
25          Now, there are two other critically important

1    people I need to thank today.

2    Governor Ron DeSantis who is at the forefront of

3    this issue.  He is a visionary, and he has made a

4    real difference in fighting the negative effects of

5    illegal immigration.  It's been my honor to host

6    three news conferences at the Polk County Sheriff's

7    Office with Governor DeSantis to advocate for and

8    highlight Florida's efforts to stand up for law and

9    order, go after cross-border fentanyl traffickers,

10   fight illegal immigration and protect and keep safe

11   the people of Florida.

12        I also had the honor to join Governor DeSantis

13   at the Arizona/Mexico border to highlight the

14   crisis of illegal immigration.  Ron DeSantis gets

15   it.  He's a dedicated proven leader.  I thank him

16   and Attorney General Uthmeier, Chief Financial

17   Officer Patronis and Agricultural Commissioner

18   Simpson for appointing me as Chairman.

19        The governor and cabinet of the state of

20   Florida acting as a state board of immigration

21   enforcement have also appointed to the council

22   outstanding police chiefs who are here this

23   morning.  Chief Broadway from Clermont, soon to be

24   considered, Chief Dominguez from Naples, Chief Bage

25   from Fort Walton and Chief -- is it Goerke?

1            CHIEF GOERKE:  It's Goerke.

2            SHERIFF JUDD:  Goerke?

3            CHIEF GOERKE:  Yes, sir.

4            SHERIFF JUDD:  Like Turkey, right?

5            CHIEF GOERKE:  Right.  Appreciate that,

6        Sheriff.

7            SHERIFF JUDD:  From St. Cloud.

8            We, as a united council, are proud to work

9        with the State Immigration Enforcement Board to

10        advise, assist, recommend how we can best work, do

11        the work necessary so we solve the problem of

12        illegal immigration in Florida and accomplish

13        President Trump's mission mandated to him by the

14        voters of the United States.

15            The game changer is now President Donald

16        Trump.  Under the Biden administration there was no

17        serious attempt to control the border or deal with

18        the illegal immigration crisis.  In fact, the Biden

19        administration enabled and encouraged illegal

20        immigration into this country.  We have violent

21        crime and over a quarter of a million fentanyl

22        overdose deaths to prove the lack of action over

23        the last four years.

24            In just a few weeks effective policies from

25        the Trump administration since he took office put

1           into action by federal law enforcement on the

2           southern border has reduced illegal immigration at

3           the border from a torrent to a trickle.  That

4           wasn't the result of a so-called new comprehensive

5           federal immigration bill.  It was a result of

6           strong leadership using the tools that are already

7           in place and a sense of urgency from

8           President Trump.  So I thank him for his leadership

9           and his promise to fix our broken system or maybe a

10          better word is a nonexistent system.  This system

11          can be better and it will be better.  That was step

12          one, secure the border.

13               Step two is holding accountable those who have

14          illegally entered the United States and those who

15          have remained in the United States illegally.

16          They're violating federal law, and many of them are

17          violating state and local laws every day.  Illegal

18          aliens or illegal immigrants, whatever term you

19          want to use, I use them interchangeably.  Alien

20          does not mean extraterrestrial, it means a person

21          from another country.  Merriam-Wester's Dictionary

22          says "relating, belonging or owing allegiance to

23          another country or government."  All that's just

24          semantics.

25               President Trump and border czar Tom Homan both

1       said ICE must focus on criminal illegal immigrants

2       under the worst first approach.  This means

3       prioritizing the 1.4 million aliens withstanding

4       deportation orders.  Serious and violent criminals

5       that are illegally in our country and violent

6       criminals who are illegally in the country and any

7       illegal immigrant who has committed or is

8       committing a crime in the United States after first

9       illegally entering or illegally remaining in the

10      United States.  It is reported that there is

11      somewhere between 10 and 20 million illegal aliens,

12      take your choice of the number, in the United

13      States.

14          ICE's infrastructure labor force and capacity

15      to take custody of process for removing illegal

16      immigrants is insufficient at this time, and

17      recently reports say they're already reaching

18      capacity of their estimated 40,000 beds nationwide.

19          Governor DeSantis, President Albritton,

20      Speaker Perez are leading from the front.  Florida

21      is stepping up to help solve this immigration

22      crisis.  The new Florida immigration law passed

23      during this special session outlines how we're

24      going to assist ICE to accomplish their mission to

25      remove illegal immigrants.

1        We are surveying ways to increase ICE's

2     ability to arrest, house and transport illegal

3     aliens in Florida pending deportation.  We're also

4     seeking new ways that we can help take illegal

5     immigrants into custody and help transport them

6     more effectively.  This is part of our scope of

7     work.

8        There are obvious areas where we need policy

9     change from ICE or new executive orders from

10    President Trump so state and local law enforcement

11    can help ICE's mission more effectively.

12       Let me underscore.  Local ICE supervision and

13    agents are doing a great job within their current

14    scope of duties and the resources they have, but

15    here's some examples of things we need.  A waiver

16    of ICE national detention standards and permission

17    to use sheriff, county and state detention

18    facilities governed by Florida law and professional

19    jail housing standards allowing the ability to

20    house individuals for more than 48 hours in jail

21    and prison facilities.

22       Next, allow the state of Florida to set up

23    temporary housing to create much needed additional

24    detention capacity.  Fast track designated

25    immigration officers, DIO's.  Delays in

1    credentialing and training prevent timely action by

2    local law enforcement officers.

3        We request that law enforcement officers be

4    allowed to begin enforcement immediately after

5    completing the training with background checks and

6    credentialing expedited thereafter.  Enhance the

7    Florida Immigration Response Center, the FIRC.  To

8    support the increased number of DIO's, we need

9    additional resources for FIRC staffing to ensure a

10   rapid 24/7 response and robust access to ICE

11   databases which is necessary for enabling quicker

12   and more effective immigration enforcement.  Draft

13   a policy to immediately detain unauthorized aliens

14   without active removal of warrants or state charges

15   which would allow local law enforcement or state

16   law enforcement to take action with and on behalf

17   of ICE according to the rules that they promulgate.

18       The ultimate purpose of our council is to

19   advise the State Board of Immigration about how

20   Florida's local county and state law enforcement

21   officers in Florida jails can work with federal

22   agencies to enforce our nation's immigration laws

23   as effectively and efficiently as possible or, as

24   we say in Polk County, "to get it done before

25   quick."

1          It cannot be overstated that ICE must modify

2      its current policy and create proactive rules

3      allowing local and state law enforcement in Florida

4      to help ICE reach their full potential, resolve the

5      immigration crisis.  This is not something that ICE

6      can do at the local level.  It has to be done at

7      the highest level of ICE and even by executive

8      order by the president.

9          We in the state of Florida are on board ready

10     to robustly assist our ICE colleagues.  Our Florida

11     sheriffs have already stepped up under the

12     direction of Sheriff Gualtieri.  He coordinated

13     with the Florida Sheriff's Association.  All 67 of

14     Florida's jail systems signed up for ICE's 287(g)

15     WSO program.  The training is underway.

16         All of us have signed a basic order in

17     agreement.  They are agreements to allow jails to

18     temporarily house ICE detainees should ICE choose

19     to do so.

20         And third, the 287(g) task force agreements by

21     all 67 sheriffs so law enforcement can become DIO's

22     to properly investigate the status of suspected

23     illegal immigrants.  Training is underway, although

24     very slowly.

25         So, Sheriff, thank you for all that hard work

1      that you coordinated with all of your colleagues

2      throughout the state and FSA for getting us all on

3      board quick.

4           In just a few minutes we're going to hear more

5      about this council and what it's authorized to do

6      by law, but here are my priorities as your

7      Chairman.  We will act with a sense of urgency

8      supporting the mission of the State Board of

9      Immigration Enforcement to, number one, work

10     closely with ICE to do everything we can within the

11     law to expedite the process of removing illegal

12     aliens from Florida in line with President Trump's

13     and border czar Tom Homan's direction, the worst

14     first, expedite our recommendations in facilitating

15     priorities for what expenses should be reimbursed

16     under local law enforcement immigration grant

17     program and funding criteria for the program.  We

18     will present recommended infrastructure for the

19     grant program.

20          I would like us to consider those and approve

21     and recommend them or approve them today at this

22     meeting so we can get started using the grant

23     funds.

24          Number three, work with ICE to request they

25     approve the system to fast track 287(g) training so

1      the city, county and state law enforcement can be

2      full partners with ICE.

3           Four, recommend how we can enhance information

4      sharing between Florida's law enforcement agencies

5      and federal agencies.  That must start with making

6      sure all ICE deportation orders and warrants are in

7      NCIC.

8           Next, ensure that Florida law enforcement

9      officers have quick access to robust 24/7 ICE

10     response centers or hotlines so ICE can get Florida

11     law enforcement authorization and the appropriate

12     documents to take illegal immigrants into custody.

13     Without this rapid and active data access, our law

14     enforcement officers are flying blind.

15          I talked about this earlier, but it bears

16     repeating.  Find ways to provide available beds at

17     the state and local level for ICE to hold illegal

18     immigrants pending deportation.  Capacity or lack

19     of the capacity is one of the biggest problems we

20     see currently.

21          Six, determine what kind of data we should be

22     collecting and how to do it without unnecessary

23     expense or resource or waste.

24          It should be noted none of this would be

25     necessary if those illegally violating Federal law

```
 1          would self deport on their own terms and timetable
 2          rather than waiting to be arrested and taken to
 3          jail and deported under the government's terms and
 4          timetables.  It can't be too soon to self deport if
 5          you're here illegally violating federal law.
 6               Once again, I want to thank Sheriff Gualtieri
 7          and his staff at Pinellas County for hosting us
 8          today.
 9               With that, let's get started.
10               First, for the record, FDLE is going to take a
11          roll call and confirm we have a quorum and then we
12          will follow our agenda.
13               MS. BUJEDA:  We'll start with the roll call.
14               Sheriff Bob Gualtieri?
15               SHERIFF GUALTIERI:  Here.
16               MS. BUJEDA:  Sheriff T.K. Waters?
17               SHERIFF WATERS:  Here.
18               MS. BUJEDA:  Sheriff Bill Prummell?
19               SHERIFF PRUMMELL:  Here.
20               MS. BUJEDA:  Chief Charles Broadway?
21               CHIEF BROADWAY:  Present.
22               MS. BUJEDA:  Chief Ciro Dominguez?
23               CHIEF DOMINGUEZ:  Here.
24               MS. BUJEDA:  Chief Robert Bage?
25               CHIEF BAGE:  Here.
```

16

```
 1            MS. BUJEDA:  Chief Doug Goerke?

 2            CHIEF GOERKE:  Here.

 3            MS. BUJEDA:  Sheriff Grady Judd?

 4            SHERIFF JUDD:  Here.

 5            MS. BUJEDA:  Sheriff, we have a quorum.

 6            SHERIFF JUDD:  Thank you very much.

 7        At this time I would like each member to

 8      briefly introduce themselves.

 9            Let's start with Sheriff Gualtieri.

10            SHERIFF GUALTIERI:  Good morning, everyone.

11        I'm Bob Gualtieri of the Pinellas County

12      Sheriffs.  I welcome you all here to

13      Pinellas County.  I look forward to working with

14      you and getting some effective work done in the

15      local level of immigration.

16            SHERIFF JUDD:  Sheriff Waters.

17            SHERIFF WATERS:  Sheriff T.K. Waters,

18      Jacksonville, Duval County Sheriff.  Pleasure to be

19      here.  Looking forward to the work that we're going

20      to do and get done.

21            SHERIFF JUDD:  Sheriff Prummell.

22            SHERIFF PRUMMELL:  Sheriff Bill Prummell,

23      Sheriff, Charlotte County, Florida.  I too look

24      forward to the work we're going to get done here

25      today and I'm very happy to be here.
```

1          SHERIFF JUDD:  Chief Broadway.

2          CHIEF BROADWAY:  Charles Broadway, currently

3     the Chief of Police at Clermont Police Department

4     for the next 14 hours.  Tomorrow I will be Chief of

5     Police at the Kissimmee Police Department.  I am

6     looking forward to making any contribution that I

7     can to enforce the safe streets and safe

8     communities and address this complex issue.

9          Thank you.

10          SHERIFF JUDD:  Chief Dominguez.

11          CHIEF DOMINGUEZ:  Ciro Dominguez from Naples,

12     Florida.  I'm chief of police there.  I am really

13     excited about getting to work on this.  This is a

14     problem that's been overlooked for decades, and I

15     look forward to working with all of you.

16          SHERIFF JUDD:  Chief Bage.

17          CHIEF BAGE:  Chief Robert Bage from the City

18     of Fort Walton Beach.  I'm honored to be here with

19     these great individuals and look forward to the

20     great work that we're going to do.

21          SHERIFF JUDD:  Chief Goerke.

22          CHIEF GOERKE:  Chief Doug Goerke, St. Cloud

23     Police.  Again, to echo everything, it's an

24     absolute honor to be here.  A lot of my years in my

25     career I've actually been with Homeland Security as

1        a task force agent.  I've worked with all the

2        federal partners.  So I hope I can bring a lot of

3        this to the board to assist them.  Looking forward

4        to working with everyone.

5            SHERIFF JUDD:  Thank you very much.

6            FDLE Interim General Counselor Kate Holmes,

7        will you please provide the Commission with

8        information about the Sunshine Law.

9            MS. HOLMES:  Good morning.

10            Thank you for having me here today.  I'm

11        pleased to be able to present on the Sunshine Law

12        issue as well as Florida Statutes as well.

13            So the Sunshine Law is the statute that

14        governs the right of access to public meetings in

15        the State of Florida, and it is found in 286.011.

16            And what does the Sunshine Law mean.  There

17        are three basic requirements for the Sunshine Law.

18        It means that meetings of any board must be open to

19        the public, that reasonable notice of a meeting

20        must be given and that minutes are taken of the

21        meeting.  It applies to any of the following formal

22        commission, meeting or workshop and any gathering

23        in which two or more members for some matter which

24        may -- discussions of some matter that would

25        foreseeably come before the Commission or the board

1    in the future.

2        It applies to any form of communication,

3    whether that is in a telephone conversation, a text

4    message, email, anything like that.  If you all

5    receive emails in connection to your duties as

6    council, it's also important to remember public

7    records law requirements and make sure that you

8    retain those for any sort of public records

9    purposes.

10        It is important to remember and note that it

11   is the content of the communication that determines

12   whether or not the Sunshine Law applies, and that

13   means that if you are going to discuss anything

14   else that pertains to your duties as law

15   enforcement officers that have nothing to do with

16   counsel, you can talk about that.  You can talk

17   about the Florida Gators and the basketball team.

18   That is perfectly open and you are able to discuss

19   that.  It's just whether or not any of those

20   discussions are pertaining to any of your work that

21   you will be doing here, and with that work you

22   would need to make sure that those discussions are

23   held in the Sunshine Law.

24        There are some penalties if the Sunshine Law

25   is violated.  A knowing violation can potentially

1          be a second-degree misdemeanor, and if it's a

2          non-violation it could potentially be a civil

3          infraction up to a $500 fine.

4              You must have all your discussions done in the

5          Sunshine unless the legislature specifically

6          authorizes closure of a particular public meeting.

7              Sheriff Gualtieri, I'm sure you are familiar

8          with this from your work on the Marjory Stoneman

9          Douglas Public Safety Commission.  You were given

10         the opportunity in that to be able to close the

11         meeting and discuss confidential information.  That

12         is not the case at this point in time, but that is

13         something that legislature has done in other areas.

14             If there is any sort of pending litigation,

15         you can have discussions with your attorney and be

16         able to close the meeting at that point in time if

17         there is any pending litigation.  You will just

18         need to declare that you're going to close a

19         portion of the meeting to then be able to talk to

20         your attorney for that.

21             Does anybody have any questions about the

22         Sunshine Law?

23             It's just a general quick overview of the

24         matter.

25             SHERIFF JUDD:  I would like to underscore that

1    we don't have the ability to go into executive

2    session at this time, so we will not be talking

3    about anything that's tactical or strategic.  This

4    will just be a policy discussion today.

5         Okay.  If you will, Ms. Holmes, would you give

6    us an overview of Florida Statute 908.811 and any

7    other information we need to have.

8         MS. HOLMES:  Sure.

9         I'll wait for the power point.

10         All right.  So we will talk about 908 first

11    and then I will move into Chapter 811.

12         So 908.101 talks about the legislative

13    findings and intent.  The legislature found that it

14    was an important state interest to cooperate and

15    assist the federal government in the enforcement of

16    federal immigration laws within the state.  This

17    has been something that has been on the books, I

18    believe, since 2019, so it has been a long standing

19    or longish standing point of the legislature to

20    make sure that we cooperate with any sort of

21    immigration enforcement.

22         908.102 provides some definitions.  This

23    statute defines a federal immigration agency.  It

24    also defines what an immigration detainer is.  I

25    kind of highlighted and underlined some important

1      parts of the statute of the definition.  It has to

2      be issued by a federal immigration agency using

3      their official form to request another law

4      enforcement agency to detain a person based upon

5      probable cause to believe that person is a

6      removable alien, and a law enforcement agency is to

7      consider the immigration detainer facially

8      sufficient if it meets these requirements.  It's

9      complete, the form is complete and it indicates on

10     its face that there is probable cause to believe

11     that the individuals are a removable alien or, if

12     the form is incomplete and it fails to indicate on

13     its face that the federal immigration official has

14     probable cause to believe that the person is a

15     removable alien, but there is some other sort of

16     documentation that's attached with it that will

17     then show that there is probable cause to believe

18     that that person is a removable alien.  Then,

19     finally, there is a warrant that's for their arrest

20     under Florida law that you are issued.

21         So the federal immigration detainer is deemed

22     facially sufficient if it has one of these three

23     things.

24         The definition section also defines an inmate,

25     law enforcement agency, local governmental entity

1          and state entity.  These words are used throughout

2          the course of 908, so it's important to understand

3          what those definitions are.  I did not include them

4          here, but they are within the statute.

5               It also defines a sanctuary policy.  So a

6          sanctuary policy is something that, A, the law,

7          policy, practice, procedure or custom or adopted or

8          allowed by a state entity that prohibits or impedes

9          a law enforcement agency from complying with

10         8-USC-1373.

11              So, there is some sort of policy that

12         prohibits law enforcement cooperation from doing

13         any of these items.  So whether or not that is

14         complying with the immigration detainer, you've

15         received it, you know that there is no immigration

16         detainer and there is a policy in your local

17         community that says, no, you're not going to comply

18         with an immigration detainer.  That deals with what

19         a sanctuary policy would be defined as.

20              You're complying with the request from a

21         federal immigration agency.  You're prohibited from

22         complying with a request from a federal immigration

23         agency to notify the agency before the release of

24         an inmate providing -- you're prohibited from

25         providing information or access to an inmate for an

1        interview.  You're prohibited from participating in

2        any program or agreement under 287 and you're

3        prohibited from providing the federal immigration

4        agency with any sort of release date or providing

5        any information regarding to their custody.  You're

6        prohibited from executing a lawful judicial warrant

7        or participating in any sort of operation.

8            So, if there is a policy that some local

9        entity issues, then it could be deemed a sanctuary

10       policy if it prohibits a law enforcement agency

11       from doing any of these items in the state of

12       Florida.

13           Now we turn to the new statutes that were just

14       passed in February.  That starts with the State

15       Board of Immigration Enforcement.  In this

16       situation it defines the board as the cabinet.  All

17       board action must be done by unanimous vote and it

18       requires the appointment of an executive director

19       to assist in the implementation of its

20       responsibilities.

21           The executive director that was appointed to

22       do that is Mr. Larry Keefe who is also here today

23       to talk to you all as well.

24           So legislature broke up the different duties

25       between the board as well as you all's duties as

1      the council.  So the board is the Chief Immigration
2      Officer of the State, and they will serve as the
3      resource for ICE, coordinate and cooperate with the
4      federal government, coordinate and provide
5      assistance to law enforcement agencies and
6      administer the law enforcement immigration grant
7      program that's established in 908.1033.
8           The board is also to collect data from law
9      enforcement agencies.  The board has to submit a
10     report by December 15th of each year to the
11     president of the senate and the speaker of the
12     house.  It contains recommendations to improve the
13     state's cooperation in coordination with the
14     federal government, and it must be a detailed
15     number of law enforcement officers that are trained
16     as well as any coordination between federal
17     immigration agencies and state entities, federal
18     immigration agencies and local government and
19     federal immigration agencies and law enforcement
20     agencies.
21          The board is also to actively seek
22     congressional action to amend the National Crime
23     Prevention and Privacy Compact to require states to
24     report immigration status and to be able to share
25     that for criminal justice purposes so people are

 1          aware of what an individual's immigration status

 2          is.

 3               I believe this one has already been completed

 4          to the board to submit or report to the president

 5          of the senate and speaker of the house a number of

 6          vacant beds available for accused that could be

 7          subset.  The law also allows the board to create

 8          rules, and FDLE must provide administrative support

 9          to the board.

10               Now your duties as the council.  You're

11          created within the State Board of Immigration for

12          purposes of advising the board.  Your first meeting

13          shall be held no later than April 1st, so we have

14          been able to meet that.  Check that box.  We're

15          able to do that.  You can have meetings held

16          quarterly thereafter and, Mr. Chair, you definitely

17          can call other meetings as you see fit.  You're not

18          bound by just having one every quarter.  If there

19          is other work that needs to be done to make sure

20          that things are done expeditiously, then there is a

21          way to be able to call those additional meetings as

22          well.  And it can be done by teleconference or

23          other electronic means.

24               So your duty as the council.  Your duty is to

25          assist the State Board of Immigration on any issues

1    related to immigration enforcement.  You are to

2    recommend to the board participation expenses and

3    what you see based upon you all's work and

4    experiences, what should be reimbursable under the

5    local law enforcement grant program and also

6    establishing a funding criteria as well.

7        You also are required to request guidance

8    pertaining to any additional training that might be

9    available for law enforcement officers in order to

10   be able to help assist in any sort of federal

11   immigration program and then consider those

12   trainings as potentially reimbursable under the

13   grant program and then also advise the board on the

14   efforts of local law enforcement agencies

15   pertaining to federal immigration laws.

16       Your duties continue and you are to provide

17   recommendations on the financial resources

18   necessary to aid local law enforcement agencies and

19   any other resources that are necessary to

20   facilitate the training and cooperation with the

21   federal government in the enforcement of federal

22   immigration laws.

23       You also are to provide recommendations to

24   enhance that information sharing what we talked

25   about earlier, Mr. Chair, relating to how to best

1          be able to provide information and coordinate with
2          all the different levels of the federal government
3          with these other governmental centers as well.

4              You are also required to provide any
5          recommendations that you may see to increase the
6          number of beds that might by available for ICE to
7          be able to utilize, and then upon unanimous
8          approval of the board, which I believe has already
9          been done by resolution at the last board meeting,
10         to collect data from law enforcement agencies as
11         required for the board to then be able to submit
12         their report that they're required to submit by
13         December 15th.

14             The grant program, I'm going to skip over that
15         now, and we will talk about that later this
16         afternoon on that.

17             So, additionally, the statute goes on to talk
18         about the cooperation with federal immigration
19         authorities.  The statute says that all agencies,
20         state and local law enforcement agencies, shall use
21         their best efforts to support the enforcement of
22         immigration law and it only applies to the official
23         representative agent when they're acting within the
24         scope of their employment or within the scope of
25         their official duties.

1          The statute goes on to talk about how the

2     local governmental entity or the law enforcement

3     agency or employee may not prohibit or in any way

4     restrict a law enforcement agency from taking any

5     of the following actions with respect to

6     information regarding a person's immigration

7     status.

8          So your agency or a local government cannot

9     prohibit a law enforcement agency from doing any of

10    these items that are listed.  For sending

11    information relating to federal immigration agency

12    recording or maintaining any information for

13    purposes of this chapter, you have to document, and

14    we'll talk about that a little bit later, there is

15    some other documentation requirements that an

16    agency will need to maintain for purposes of this

17    chapter.

18          They cannot prohibit you from exchanging

19    information with a federal immigration agency.

20    They cannot prohibit you from using the information

21    to comply with an immigration detainer or to

22    confirm the identity of an individual or to be able

23    to provide any information pertaining to any sort

24    of a verified requirement.

25          A state entity, local governmental entity or

1          law enforcement agency cannot prohibit or restrict

2          a law enforcement agency from executing or

3          assisting in the execution of a lawful judicial

4          warrant.  You get to execute your warrants.

5              It goes on to talk about what an applicable

6          criminal case is for another portion of the statute

7          that we'll get into in a moment, and the applicable

8          criminal case means a criminal case in which the

9          judgment requires the Defendant to be confined in a

10         secured detention facility and the judge indicates

11         on the record that the individual is subject to an

12         immigration detainer or that they are somehow

13         otherwise related to being transferred into federal

14         custody.

15             The statute provides that when a judge

16         sentences an individual who is subject to an

17         immigration detainer they shall issue an order that

18         requires the correctional detention facility to

19         reduce a Defendant's sentence by a period of not

20         more than 12 days if the person is going to be

21         transferred into federal custody so that there is a

22         seemless transfer from state custody into that

23         federal custody.  Then, if that information that

24         they're subject to the immigration detainer is not

25         available at the time that the judge issues the

1        order, then they will have to go back and be able

2        to get that information to then be able to provide

3        that seemless transfer of custody.

4            This part of the statute continues to go on

5        into where they can securely transport an

6        individual.  If you're going to transport an

7        individual out of state, then you need to obtain

8        judicial authorization in order to ensure that that

9        individual can be moved out of state.  If the

10       federal immigration asks for anybody who is in your

11       custody who might be subject to removal or any

12       inmate information, you can provide that

13       information to that federal immigration agency.

14           So, while you're required to provide all of

15       that information, there is also this portion of the

16       statute that talks about where you don't

17       necessarily have to provide some information.  This

18       is when you're dealing with witnesses or victims of

19       the criminal offense.

20           So, if your witness or victim is necessary to

21       your investigation or prosecution, you're going to

22       need them there in trial if you're going to have a

23       successful prosecution for that, but you have to

24       respond in good faith that they are cooperating

25       with your investigation and they are providing

1          assistance and they're necessary for that

2          successful prosecution.

3               If you are going to have someone who is a

4          necessary witness or a victim, you shall document

5          their cooperation in your investigative records,

6          and you have to retain those records for 10 years

7          for the purpose of any audit or verification or

8          inspection by the auditor general.

9               So, if there is an individual who is an

10         unauthorized alien who is necessary for

11         prosecution, you have to document it and then you

12         have to keep that documentation.  You can't detain

13         an alien pursuant to an immigration detainer solely

14         because the alien witnessed or reported a crime or

15         was a victim of a criminal offense.

16              So it also does not apply if the person is a

17         witness or a victim of any of these enumerated

18         crimes that are listed in this.  If you're talking

19         about any sexual assault, if you're talking about

20         murder, manslaughter, anything like that, if they

21         are a witness to any of those crimes, this

22         subsection does not apply in terms of being able to

23         provide the information and detain them and remove

24         them from Florida.  You have to still maintain that

25         documentation to justify the reason why you are not

1      proceeding further with any of that.

2          So the statute also provides for the duties

3      related to immigration detainers.  The law

4      enforcement agency that has custody of a person

5      subject to an immigration detainer shall do these

6      four items.

7          You have to provide to the judge authorized to

8      grant the person's release on bail.  You have to

9      notice them that they're subject to an immigration

10     detainer.  So this happens a lot at first

11     appearance where they have to be made aware that

12     this person is subject to an immigration detainer.

13     You have to report in your investigative files that

14     they're subject to an immigration detainer.  You

15     have to comply with the request of that immigration

16     detainer as well, and you have to notify the state

17     attorney that the person is subject to that

18     immigration detainer so then the State Attorney's

19     Office knows as they move forward through their

20     prosecution that the individual is subject to an

21     immigration detainer.

22          If you are the law enforcement agency A and

23     you make all those notification requirements and

24     that individual is transferred into agency B's

25     custody, agency B doesn't have to go and make all

those notifications as long as agency A did
everything that they were supposed to do.  Then a
judge who receives that notice that the person is
subject to an immigration detainer shall state that
on the record that the person is subject to an
immigration detainer.

So, what happens if the local governmental
entity or anybody adopts a rule that refuses to
comply with a federal immigration agency or any
immigration detainer.  Well, this statute requires
that the attorney general must initiate judicial
proceedings to enforce the compliance of the
section, and if the court finds that there is
noncompliance, then they shall declare that
ordinance invalid and issue a permanent injunction
against that local government prohibiting it from
enforcing that ordinance, local ordinance, or
regulation or rule.

It is not a defense that they were acting on
advice of counsel or they were acting on good
faith.  If there is some sort of policy that is
created that refuses to comply with an immigration
detainer, the attorney general has his obligations
to enforce compliance with the section.

If the court determines that there is a

1    willful or knowing violation, there is a civil fine

2    assessed of up to $5,000 against the elected

3    official, and then you cannot use public funds for

4    defense of that unlawful conduct as well.

5         So 901.106, reimbursement of costs, I believe

6    this has already kind of been done, but each

7    correctional facility shall enter into an agreement

8    or agreements with federal immigration agencies for

9    temporary housing and for payments of the costs

10   associated with the housing detaining of those

11   persons.

12        Enforcement is talked about in 908.107.  It

13   says that any executive or administrative state,

14   county or municipal officer who violates his or her

15   duties under this chapter.  So, everything that we

16   have already talked about, if anybody violates any

17   of those things, they may be subject to action by

18   the governor, including potential suspension from

19   office and then the governor may initiate judicial

20   proceedings to enforce compliance with whatever the

21   violation is or restrain any other act that is not

22   authorized by this chapter.

23        In addition to the governor's abilities to be

24   able to potentially suspend someone from office or

25   initiate proceedings, the attorney general may also

1    file suit against a local governmental entity or

2    local law enforcement agency for declaratory

3    injunctive relief for any violation of this

4    chapter.

5        The court must enjoin and prohibit an unlawful

6    sanctuary policy.  The court will have continuing

7    jurisdiction over that case in order to make sure

8    that the person who violated or had a sanctuary

9    policy no longer has the sanctuary policy and they

10   can initiate contempt proceedings as provided by

11   law if there is a continuing violation, and the

12   judge must make written findings of fact that

13   describes how the individual or how the local

14   governmental entity violated the chapter.  So there

15   has to be that additional step from the judge to be

16   able to issue those written findings of fact.

17       This chapter does not apply to education

18   records except that what's relatable in accordance

19   with FERPA.  You cannot discriminate as well.  You

20   may not base your actions under this chapter on

21   gender, race, religion, national origin or physical

22   disability of a person except to the extent

23   authorized by the United States Constitution or the

24   State Constitution.

25       So 908.11 talks about immigration enforcement,

1        assistance, agreements and the reporting

2        requirements.  I believe you all have already done

3        or entered into your immigration 287(g) agreements

4        with this.  This is just the statutory requirement

5        in order to be able to do that, but if, for some

6        reason, somebody had not entered into an agreement,

7        they would have to notify the State Board as to why

8        that reason is.  The State Board of Immigration

9        must approve any termination of those agreements.

10       There was an April 1st deadline, but I believe that

11       everybody has already complied with this portion of

12       the statute.

13           So 908.111 talks about prohibition against

14       governmental entities contracting with common

15       carriers, and, again, as with most statutory

16       provisions, they provide for definitions, a common

17       carrier contract, governmental entity and

18       unauthorized aliens.

19           What this says is that a local governmental

20       entity cannot enter into a contract or renew a

21       contract if that common carrier is willfully

22       providing any service in furtherance of

23       transporting a person into the state of Florida

24       knowing that person is an unauthorized alien except

25       to facilitate the detention and removal.

1          So, if you need to enter into a contract and

2     have some assistance in terms of transporting the

3     individual from the state or the United States, you

4     can enter into those contracts, but in terms of any

5     other contracts pertaining to just in general the

6     contractor transport of unauthorized aliens into

7     the state, you cannot enter into those contracts.

8          The statute was amended to include any sort of

9     contract renewals to make sure that there is an

10    attestation clause that who you are contracting

11    with says that they are not transporting an

12    unauthorized alien in the state, and DMS created

13    rules to that effect as well.

14         So the next section talks about transnational

15    crime organization.  It provides a definition of

16    transnational crime organizations and reclassifies

17    the offenses.

18         So, if an individual has committed a

19    misdemeanor or a felony that's for the purpose of

20    benefiting or promoting or furthering the interest

21    of a transnational crime organization, those

22    offenses are reclassified up.  So a second-degree

23    misdemeanor becomes a first-degree misdemeanor, a

24    first-degree misdemeanor become a third-degree

25    felony, a third-degree felony becomes a second, a

1          second-degree felony becomes a first, a

2          first-degree felony becomes a life felony.  So it's

3          just your enhancement of the offense which we've

4          seen in other areas of statute.

5              So 908.13 talks about the unauthorized alien

6          transport program.  This program is created within

7          DEM for the purpose of facilitating the transport

8          of unauthorized aliens consistent with federal law.

9              In order for the division to provide those

10         transport services, there is three requirements

11         that must be met.  ICE must specifically request

12         the assistance with the transport pursuant to

13         specific federal legal authority, ICE must

14         reimburse for the actual cost of the transport of

15         those and the transport must occur under the direct

16         supervision of ICE.  Then the section is repealed

17         on June 30th, 2027.

18             So that's all of 908.

19             Then we have 811 which is the new statutes

20         that were just created with the special session in

21         February.

22             So, again, you have your definitions.  I'm not

23         going to belabor that point because the next two

24         sections talk about what the state crimes are.

25             So you have 811.102 which talks about the

illegal entry by an adult unauthorized alien into
the state.  So, if an unauthorized alien is
18 years old or older, knowingly enters or attempts
to enter the state after entering the United States
by alluding or avoiding examination or inspection,
if it's their first offense, it's a misdemeanor of
the first degree, and there is a minimum mandatory
term of imprisonment of nine months.

If, for some reason, there is a second
conviction, they have been convicted the first
time, they have been sent to county jail time for
nine months, they then get out and they commit the
offense again, it now becomes a third-degree felony
and now they're sentenced to a minimum mandatory of
a year and a day.

If there is two or more convictions, it's
still a third-degree felony and then they are
subject to a term of imprisonment of two years for
a third or subsequent conviction; however, there is
always a however, they may not be arrested if
during the investigation of another crime and the
unauthorized alien witnessed or reported such crime
or was a victim of a crime.

So, if an unauthorized alien reports a
burglary or a robbery, then they may not be

```
1         arrested for the 811.102.  The legislature also

2         provided for affirmative defenses to prosecution

3         that if they were -- if the federal government

4         provided them some sort of relief, their relief

5         under the Cuban Adjustment Act or their entry did

6         not violate federal law, then those are affirmative

7         defenses to the prosecution of that offense.

8              Additionally, the legislature said that the

9         court shall presume that there is no conditions of

10        release that will secure their attendance at a

11        future trial date.  So they're to be ordered

12        detained at that point in time pending resolution

13        of the state criminal case and they're not eligible

14        for any sort of civil citation or diversion program

15        or anything like that.  They're not authorized to

16        have that.

17             So, additionally, the legislature requires

18        some additional notification requirements if an

19        individual is arrested for 811.102.  The arresting

20        law enforcement agency shall notify ICE regarding

21        the arrest and shall also notify the Department of

22        Law Enforcement and must include information to us

23        to include their fingerprints, photographs and any

24        other biometric information necessary to identify

25        the unauthorized alien.
```

1          The final section is the felony version of the
2     offense.  So this is an illegal reentry of an
3     unauthorized alien.  This is where the individual
4     is 18 years of age or older, they have been denied
5     admission, excluded, removed, deported and after
6     that removal proceeding or that removal order has
7     happened they are then found to enter the state,
8     they attempt to enter the state or they're found in
9     the state, that is a felony of the third degree.
10         If they have reembarked at a place outside the
11    United States and the attorney general expressly
12    consented to it or they were denied or there is
13    something else that happened to where they are now
14    allowed back into the country, then they are not
15    prohibited.
16         So, like with the misdemeanor version of it,
17    there are some minimum mandatories associated with
18    violation of this offense.  So, for first offense,
19    the individual has to be sentenced to a year and a
20    day, and if they have three or more prior
21    convictions for a misdemeanor or a felony that does
22    not include an aggravated felony, then they must be
23    imprisoned for two years.  If the individual has a
24    prior conviction for a forceable felony or an
25    aggravated felony under federal law, they commit a

1          felony of a second degree and they're sentenced to

2          a minimum mandatory of five years in prison for

3          that.

4                  Again, unless there is some sort of

5          prohibition otherwise, the court is to presume that

6          no conditions of release can assure their

7          attendance at future court proceedings and they

8          must be detained pending disposition of the case.

9          They're not eligible for any sort of civil citation

10         or diversion program or anything like that.

11                 Again, there are the notification requirements

12         where they must notify -- arresting law enforcement

13         agency must notify ICE regarding the alien's arrest

14         as well as notify the Department of Law Enforcement

15         and provide fingerprints, photographs and any other

16         biometric information as well necessary to identify

17         the individual.

18                 And that concludes my presentation.

19                 SHERIFF JUDD:  Are there any questions of

20         Ms. Holmes?

21                 CHIEF BAGE:  I do.  I have one question.

22                 SHERIFF JUDD:  Yes, sir.

23                 CHIEF BAGE:  So, when you were outlining the

24         statutes on 811.103 and 102, the sneaking into the

25         country statutes, there has been some concern.  I'm

1          the incoming president for the Florida police
2          chiefs and a lot of the chiefs around the state are
3          concerned that in '03 it talks about at any time
4          found in the state, and in 102 it only talks about
5          entering or attempting to enter the state.
6                So, for 102, would you have to catch them at
7          the state line?
8                MS. HOLMES:  So that is something that I've
9          been in discussions with, with the Attorney
10         General's Office, and we are looking into all of
11         that because that is something that I notice that
12         there was that distinction between the felony
13         version as well as the misdemeanor, but that is
14         something that we're looking into for that.  I'll
15         be able to provide you with an answer to that once
16         I talk with the Attorney General's Office and get
17         that clarification.
18               CHIEF BAGE:  Thank you.
19               SHERIFF JUDD:  Any other questions?
20               Yes, sir.
21               SHERIFF PRUMMELL:  Yeah.  We've had that same
22         discussion, but, in addition to that, if there has
23         been a misdemeanor, if it doesn't occur within our
24         presence, we cannot make the arrest on them; is
25         that correct?

```
 1              MS. HOLMES:  Yes.  That is correct, and that
 2         is something that I'm working with the Attorney
 3         General's Office as well on.
 4              SHERIFF GUALTIERI:  So I've got an opinion on
 5         that.
 6              MS. HOLMES:  Please share.
 7              SHERIFF GUALTIERI:  I'm going to cover it
 8         during my presentation.
 9              SHERIFF JUDD:  Okay.
10              SHERIFF GUALTIERI:  I'll share with you what
11         that is.
12              MS. HOLMES:  Thank you.
13              SHERIFF JUDD:  Anything else?
14              Thank you very much.
15              Let me underscore before we go on.  Some of
16         this is down in the weeds for those of you, maybe
17         police agencies, sheriff's office that may be
18         watching it.  I underscore, I highlight, I put in
19         parentheses, make sure you pay attention to this
20         very detailed law.
21              The governor is absolutely unequivocally,
22         along with the attorney general, going to hold any
23         government, any actor, any government actor, no
24         matter what level, accountable and responsible if
25         they don't follow these laws.
```

1          So, at the end of the day, we want to give

2     fair warning to everyone that the governor is very

3     serious about this, and anyone who tries to desert

4     or defy this law will be held accountable by the

5     appropriate sources.

6          So, as we go through this education period,

7     the reason we're doing that today is so that

8     everyone has a clear understanding.  If there is

9     anyone here or anyone that's watching that still

10    does not understand or needs further help, please

11    contact -- you can contact counsel through FDLE and

12    we'll get you educational material.  We don't want

13    you in trouble; however, if you don't pay strict

14    attention to these laws, the governor and the

15    attorney general will make sure that you're held

16    accountable.

17         Now, with that, we're going to have three

18    speakers.  First we're going to begin with the

19    federal enforcement removal operations overview.

20    Then Sheriff Gualtieri is going to report.  Then

21    our executive director of the state board,

22    Mr. Larry Keefe, is going to introduce himself and

23    report to us as well.

24         We're not going to take any questions until

25    the three of them finish speaking because some of

1        this will overlap.  Some of the questions you may

2        have of one will be answered later on.  Then at the

3        end we'll have a discussion with any of our

4        colleagues.

5            So our next speaker is Deputy Field Office

6        Director Juan Lopez-Vega.  He's going to brief us

7        on operations.

8            Sir, welcome to the council.

9            MR. LOPEZ-VEGA:  Good morning, and thank you

10       for having us over.  It's a pleasure to be here,

11       and I'm looking forward to our future

12       collaboration.

13           I will be presenting on the basics of what our

14       agency is entrusted and delegated to do when it

15       comes to immigration enforcement.

16           The history and the beginning of ICE after the

17       911 terrorist attacks, U.S. Congress passed the

18       Home Security Act of November 2002 thus creating

19       the Department of Homeland Security.

20           Okay.  The DHS absolved the former Immigration

21       and Naturalization Services, and the former U.S.

22       Customs Services approved three new agencies, ICE,

23       Immigration and Custom Enforcement, U.S. Customs

24       and Border Protection and the U.S. Citizenship and

25       Immigration Services.

1          We, within ICE, are the enforcement aspect of
2     the immigration.  We also have HSI who handles
3     criminal investigations.  ERO handles custody
4     management, the enforcement side of field
5     operations, health services corp that does the
6     medical treatment and care of our detainees in
7     custody.  Law Enforcement System and Analysis, they
8     are our IT brand.  They create all the systems we
9     work with and utilize.  We have the non-detained
10    management, which is a large portion of our
11    portfolio, our support, which handles all the
12    purchasing, all the contracting, et cetera, of our
13    operations and then the removals portion.

14          What do we do, ERO.  We identify, arrest, we
15    contain, we also process, that is not in the slide,
16    and we remove.  They identify and focus our
17    resources on the great threats to our homeland
18    security; however, we do enforce immigration laws
19    and any violators of our immigration laws.

20          We have our partnerships with the local and
21    other state and federal as well through the use of
22    the detainer at 247.  It's a lawful request issued
23    by the bureau to federal and state and local or
24    tribal law enforcement agencies to maintain custody
25    of unidentified aliens up to 48 hours beyond when

1          they would have been released to the community

2          and/or notification required allowing us time to

3          assume custody of the subject before its release.

4              Detainers are one of the primary ways ERO's

5          carry out its public safety mission and helps

6          safely remove criminal aliens before they can be

7          released into the community and potentially

8          reoffend.

9              Partnerships with local, state and tribal law

10         enforcement organizations provide a safe and

11         efficient method of engaging criminal offenders in

12         a secured and controlled environment.

13             One big portion of our identifying section is

14         the collaborations with locals and states with the

15         287(g) program.  We have the jail enforcement motto

16         of the 287(g) and we have two of the most producing

17         arrest counties in the whole country, one of them

18         being Duval County and the other one being

19         Collier County.

20             The jail enforcement delegates their authority

21         to state and local law enforcement agencies to

22         identify criminal aliens and immigration violators

23         in the state or local custody and place them into

24         immigration proceedings.

25             We also have the Warrant Service Officer

1      program which is delegation to local and state

2      partners to execute a warrant on an alien that ERO

3      has identified as such.

4           The new aspect of the 287(g) program that we

5      are incorporating now is the field Task Force

6      Officer model, TFO.  This Task Force Officer model

7      allows certain immigration enforcement authority

8      limited and under our oversight to local and state

9      law enforcement.

10          The arrest focuses on this our enforcement

11     actions are those who pose the biggest threat to

12     national security, public safety and border

13     security; however, we also pursue enforcement on

14     those who are in violation of the immigration law

15     in the country.

16          This is a chart where you can see within the

17     last year how many arrests have been completed by

18     our agency located in 25 field offices across the

19     country.  They are criminal prosecutions or this is

20     our ECP initiates prosecution, criminal cases and

21     executes criminal warrants of aliens under Title 8

22     and Title 18 of the United States Code in

23     cooperation with offices of the U.S. Attorney.

24          We aggressively prosecute criminal offenders

25     identified through ICE enforcement activities

1      enhancement public safety.  Fiscal year 2024 have

2      resulted in 3,034 arrests in violation of criminal

3      law, 3,012 criminal indictments and 3,014 criminal

4      convictions.  Those arrested with a criminal

5      history totaled 516,050 charges and convictions for

6      administrative arrests which are the immigration

7      enforcement aspect of it.  ERO conducts these or

8      aids will have probable cause to believe they were

9      removed from the United States, and those were 113

10     administrative arrests as well.

11          We have our field operations.  We target large

12     enforcement.  The continued operation provides

13     direction and support to locate and arrest at large

14     aliens within the United States and

15     intelligence-driven leads.  Our future operation

16     personnel oversee targeted enforcement related to

17     at large aliens, ICE most wanted and foreign

18     fugitives.

19          Fugitive operations consists of 129 fugitive

20     operation scenes across the nation, 10 mobile

21     criminal apprehension teams, and our target

22     enforcement operations are coordinated and focus on

23     specific immigration violators such as sex

24     offenders, previous DUI and opioid traffickers.

25          Our apprehensions program focuses on the

1          identification and administrative arrests of aliens
2          in prisons and jails nationwide who have been
3          arrested by other law enforcement agencies for
4          criminal activities.  This ensures secured transfer
5          of those aliens to our ERO officers.  They're taken
6          into custody in a secured environment decreasing
7          risk to officers, the aliens and the community.
8              Our official use of resources taking criminal
9          aliens directly into custody is significantly more
10         efficient than attempting to locate and arrest them
11         at large and supports public safety by, I assume,
12         custody of our criminal aliens through CAT.  It
13         prevents the alien from being released back into
14         the community where they may reoffend.
15             We have our detention portfolio.  We oversee
16         the civil immigration detention of one of the most
17         diverse and fluid detained operations in the world.
18         ERO manages detention operations to provide for the
19         safety, security and care of persons in ICE
20         custody.  ERO detains aliens for the purpose of
21         processing and removal.
22             Detention facilities that house aliens operate
23         under one of five sets of detention standards;
24         National Detention Standards 2000,
25         Performance-Based National Detention Standards

1          2008, 2011, National Detention Standards 2019 and
2          Family Residential Standards 2020.
3               The ERO also has also instituted policies and
4          programs to promote the safety and welfare of
5          vulnerable populations in custody.
6               I mentioned earlier the biggest portfolio that
7          we manage is the non-detained portfolio.  Within
8          the non-detained portfolio, there is an alternative
9          to the detention program.  ATD uses technology,
10         case management and other tools to manage aliens'
11         compliance with release conditions while in the
12         non-detained document.
13              ATD provides additional oversight for aliens
14         who may not warrant ICE's resources and detention.
15         Qualified ATD participants adhere to the following
16         types of monitoring:  Facial comparison, GPS
17         monitoring and telephonic or electronic reporting.
18              Facial comparison technology monitors
19         participant's compliance via smart phones and other
20         technologies, GPS monitoring tracks the locations
21         to make sure of compliance, these are done via an
22         ankle brace, ankle monitor or a bracelet that is a
23         new technology being utilized, and the phone calls
24         are telephonic recordings of the phone calls.
25         There is a voice comparison, voiceprint, that is

1    obtained during enrollment, and that's how we check

2    on these subjects.

3        Removal of aliens from the U.S. who are all

4    subject to final removal issued by immigration

5    judge or other lawful order.  Removals include

6    aliens arrested by ERO in the interior as well as

7    those apprehended by CBP at the border.

8        How do we remove.  ERO is responsible for

9    coordinating, managing and facilitating efforts to

10   remove aliens from the United States.  ERO's air

11   operation provides a network of air transportation

12   to ERO's 25 field offices to facilitate the

13   movement of aliens within the United States and the

14   removal of aliens' destination worldwide via air

15   charter and commercial air services.

16       ERO removes aliens subject to final order of

17   removal issued by immigration judge or other lawful

18   order.  ERO places personnel onboard brought to

19   work with foreign governments to remove aliens from

20   the U.S.  In collaboration with the Department of

21   State, ERO works with the international partners to

22   ensure the countries accept the return of their

23   nationals.

24       In fiscal year 2024 we moved the numbers and

25   conducted removal operations to 192 countries.  237

1          known or suspected terrorists were removed by ERO

2          in 2024, 3,706 known or suspected gang members were

3          removed by ERO and eight human rights violators.

4          Most countries adhere to international regulations

5          to accept the return of citizens.

6              ERO considered countries that systematically

7          refuse to do so to be uncooperative.  ERO

8          coordinates with the United States Department of

9          State to address this issue, including through the

10         issuance of visa sanctions.

11             That is a brief summary of what ERO does here

12         in the community here in Florida.

13             SHERIFF JUDD:  Thank you very much.

14             We'll take questions after all of the

15         presenters speak.  I appreciate you being here.

16             Our next guest is Mr. Larry Keefe.  He serves

17         as the Executive Director of the State Board of

18         Immigration.

19             Larry, if you will, tell us a little about

20         yourself and then we look forward to your

21         presentation.

22             MR. KEEFE:  Very good.

23             Does the time that I spend here talking about

24         myself count against my perceptions?

25             SHERIFF JUDD:  Of course not.

1          MR. KEEFE:  Good morning everyone.

2          About me.  I grew up in a military family, an

3     Air Force brat that still locates and grew up in

4     the Fort Walton Beach/Destin area of north Florida

5     with a University of Florida undergrad and to law

6     school.

7          I practiced law for about 30 years and then

8     President Trump during his first administration

9     appointed me to be the U.S. Attorney for the

10    northern district of Florida.  I did that proudly

11    honorably.  It was an honor to serve

12    President Trump then.  When his administration

13    ended, I went to work for Governor DeSantis.  He

14    referred to me as Florida's public safety czar, and

15    I proudly did that job for a while.  Then I went

16    into kind of a retirement, did some private

17    consulting work.

18         I got this call about a month ago when all of

19    us were watching, including myself, in special

20    session and seeing everything unfold of what I

21    thought was kind of a perfect storm as

22    President Trump, his mandate for secured borders,

23    his mandate for mass deportation interior

24    enforcement.

25         Then I knew what the governor was all about in

1            Florida's cabinet, Florida's legislature was all

2        about, so we had that perfect storm come together

3        with the right president in the right place at the

4        right time having had some lessons learned four

5        years prior to that.

6            My work with the governor largely during the

7        Biden administration was kind of fighting an

8        asymmetric battle against the Biden administration

9        and, with all due respect, open borders and the

10        crisis.

11            So, when I saw as a retired grandpa doing some

12        consulting work on the side this perfect storm, and

13        then I saw the special session occur with Florida

14        saying we want to be right there with you,

15        President Trump, Florida is going to be the best as

16        it usually is, we're going to be a model, we're

17        going to be a blueprint and we're providing you the

18        best and brightest in Florida's resources to rule

19        in on this where Florida will be lock stead with

20        the president of the United States.

21            I was sitting there in Shalimar, Florida,

22        wondering man, that's going to be a great job for

23        whoever it is who gets the call to do it.  I did

24        get that call, and I immediately accepted the job

25        and here I am as the Executive Director of the

1          State Board of Immigration Enforcement and proud to

2          do that.

3              I want to introduce -- I introduced him to you

4          all before the meeting -- Dan Cadman, my colleague.

5          He just stepped out.  Perfect timing.

6              Dan Cadman, as I'll note in a minute in my

7          substantive remarks, has a long history before

8          there was even a DHS before 911, before there was a

9          Department of Homeland Security.  He was in

10         Immigration Naturalization Services, INS guy, and

11         he worked very closely with this man who you

12         mentioned a number of times, President Trump, our

13         country's border czar, Tom Homan.  Tom Homan refers

14         to Dan Cadman -- actually, I'm glad he's not here

15         because he shrugs whenever I say this.

16             I was in Sarasota with czar Homan and the

17         governor about a week ago and Dan Cadman.  He is a

18         Pinellas County product.  He lives here in

19         Pinellas County.  Tom Homan referred to Dan Cadman

20         as his mentor.  The state of Florida could not have

21         a better person with insights into the federal

22         system, immigration system, the ICE system.  So,

23         when he comes back in, we'll know these things.

24             If I may, that's enough background on me, I'll

25         jump into what I believe you asked me to do,

1          Sheriff Judd, because nobody has a more plain,

2     frank, straightforward way of speaking than you on

3     this planet, as far as I can tell through my

4     experience with you.

5          You wanted to know my perceptions.  I saw some

6     input in that line perception what is the mission

7     of this board, what are we doing here and what are

8     the roles of the council and what are my roles.

9          It all hinges on understanding what I'm about

10    to be say about that.  To me it's all dependent on

11    context, looking at this context.  Every question

12    that you want to talk about, everything you want to

13    think that about on this overall problem, you have

14    to appreciate the context in which it occurs, and

15    that is the president gets elected in November on

16    this mandate, he gets inaugurated in January and he

17    makes it a national priority, a national emergency.

18    We are no longer in regular order.  The President

19    of the United States has declared a state of

20    emergency.

21         Sheriff Judd, you used the expression today of

22    "the sense of urgency," and that's an expression

23    that I wish I could have remembered that you used

24    like "Polk County quick" or something like that.

25         So any time I get into a meeting or something

1          like this where we're talking about this issue, I

2          say we are not in regular order, this is not

3          another wonderful government program, it's a

4          great -- we have to have a board and a commission

5          and council, let's go study this and we'll have a

6          couple legislative sessions and we'll build a

7          bureaucracy.

8               My perception, I hope it's that of the board,

9          I think it is, I hope it's that of the legislature,

10         I think it is.  Every time I see the president of

11         the United States it seems to be -- and when I was

12         with czar Homan a week ago with his former mentor

13         Dan Cadman it certainly was.  So that's why I'm

14         here.  That's why I'm doing this.

15              So, shortly after that happened, the president

16         is inaugurated, we are in a state of emergency.

17         The state of Florida is taking the same posture.

18         We are lodged up with the president who is going to

19         be better, smarter and provide more resources.

20              We see all these laws that were up on the

21         screen a moment ago all designed to implement this

22         mindset that Florida is going to be the best.

23              Now, another thing that I haven't heard

24         mentioned yet in our discussion today that I give a

25         very high degree of priority once I get beyond kind

1          of the description of the context here is, if what

2          you're really trying to do is mass importation at

3          the national level and at the state level in

4          Florida, knowing the feds are primary and we're

5          secondary, we are support to assist them.  I know

6          this from working for the governor and from what I

7          know about President Trump, it's about success,

8          being a winner, it's about numbers, it's about

9          measurement.

10          If this is all about mass deportation, how

11          many people in the state of Florida are -- if I get

12          this term right -- amenable to the deportation, how

13          many of them are there, where are they and let's go

14          and make it happen, let's engage, let's find them,

15          sort them in terms of where they are in the

16          continuum of removability.  Find them, sort them,

17          arrest, detain -- I just say "detain" -- detain

18          them and deport them.

19          Any conversation I have, sense of urgency and

20          where does it fit in on that analytical framework.

21          Find them.  Who knows how to find them.  Feds have

22          a lot of edges with lots of databases in these

23          things.  The state is developing their own.  The

24          locals are working together on that, but it's

25          finding the ones in Florida, sorting them which is

1          uniquely a federal function, lots of lawyers

2          looking at what their criteria and status are,

3          where they are what I call the continuum of

4          removability and then arresting them, apprehending

5          them, detaining them and deporting them.

6               So I get this job and I want to immerse myself

7          in it, and it really becomes know your customers

8          they say in the private sector.  You got to know

9          your customer before you can really help and

10         assist.

11              So the first thing I did was go to Washington,

12         and I went to talk to the people as high up as I

13         could get in the organization, including the

14         director and the senior staff of your organization

15         and all the other federal alphabet agencies in

16         Washington that had anything to do with that.

17              Then in Florida the largest concentration from

18         my observation of federal immigration related

19         people are in Miami, the HSI building just south of

20         Miami in Dural.

21              So I went down there and taking my state law

22         enforcement colleagues with me to wrap myself

23         around a customer too, as they describe it,

24         understand their problem set, you know, how are you

25         looking at this, how are you thinking about this.

1          Amongst all the discussion about -- basically

2     there is two approaches to this.  There is list

3     based where you can get criteria, identify people,

4     you find them, where is their last known address,

5     what are their criteria, where are they on the

6     scale of an ability to deportation.

7          Then the rest of it really is less of a law

8     enforcement thing.  It's more of a logistics thing.

9     It's about once you have them, you've apprehended

10    them, you need to get them into federal detention

11    custody, and there is lot of transportation that's

12    hidden in that.

13          How do you get them from the side of the road

14    or wherever they are to where they need to be

15    within timeframes with all of these different

16    federal, largely federal.  Be very careful when you

17    hear is it federal, is it a policy, is it norm, is

18    it custom, is it a federal statute, is it an act of

19    congress that says you can or cannot do something

20    or is it something perhaps a little bit less.  It

21    could be a promulgated rule that supports them now.

22          A lot of the conversations you will see in the

23    fine print is, it's a policy, it's custom, it's a

24    norm, it's a way during regular order and ordinary

25    times that you do things.

1          Once again, not to beat the emergency drum too
2     much more, the president of the United States and
3     the Florida legislature and our governor cabinet
4     and all these elected people, just like you four up
5     there are elected and accountable to people, made
6     it a national priority, and that's what we need to
7     focus on.

8          My perception thus far into all of this is
9     that the federal government and the state and local
10    government will share their data and put their
11    databases together are going to be pretty good.
12    They already are pretty good on the find and sort
13    part, but where all roads lead in my time in this
14    job is the transportation, detention, physical
15    capacities, logistics, Federal Express-type stuff,
16    not so much -- it's infused and there is overlays
17    of legal stuff in it, but it's how to effectively
18    and efficiently move people around from the point
19    of apprehension to various facilities, meeting
20    certain timelines and then detaining them safely
21    and humanely.

22          So that's where my focus has almost
23    exclusively been in my vast one month on this job
24    and a couple days is really zeroing in on to do
25    this at scale, to effect a mass deportation.  I'm

1          only looking at the state of Florida.  It is an
2          attractable Gordian knot problem unless you come up
3          with, as Florida often does -- national problems,
4          you take our sheriffs that are the absolute best,
5          our police chiefs, our law enforcement along with
6          all the accolades.
7              Florida is doing good.  We get results.  We
8          make things happen.  Other states sometimes don't
9          like saying it, but they can copy what we do.  We
10         have a lot of smart, highly-motivated people.  We
11         are in a very good place as a state.
12             So I'm in this space and I see this.  So our
13         leaders say we need somebody other than law
14         enforcement, with all due respect, people in the
15         room, so to speak.
16             Well, I know that we have the world class
17         absolute best in Kevin Guthrie, the Director of the
18         Division of Emergency Management, and he is really
19         good about safely moving people and stuff around in
20         high-stress, high-pressure, emergency situations
21         including soft-sided facilities, hard-sided
22         facilities.  Whatever the state of the art is in
23         the planet earth on how to house people and move
24         people and feed people and treat people safely and
25         well, he knows it and his very close, you know,

1      sibling in that space is the Florida National

2      Guard, Lieutenant John Haas.  They work very, very

3      well together.  General Haas and the National Guard

4      have unique capabilities on the security side of

5      things, and come to find they even have judge

6      advocate general military JAG's and there is a way

7      to get them authorized relatively rapidly to be

8      immigration judges.  There is all sorts of tools

9      and fixes if you just look at them.

10         So the greatest contribution I think I've made

11     in this endeavor thus far is recognizing

12     Kevin Guthrie of Emergency Management needs to be

13     here, his brain, and General Haas.

14         So, over the last two or three weeks, to

15     summarize this, those fellows, what I would

16     straight up call geniuses, have been trying to

17     communicate at the Florida level in the fed side up

18     in Washington to the federal level of solutions.

19         We have embraced the federal government, we've

20     gone to Washington, we've gone to Miami, we

21     understand the problem.  The attractable Gordian

22     knot is detention capacity and transportation

23     capacity.

24         Low and behold, there are Florida blueprint

25     fixes for that, and they have them and they have

1          been trying to communicate them and express them.

2          That's still under review and consideration.  There

3          is a lot of embedded questions like who is going to

4          pay for it and other not necessarily details, but

5          if you really want to know could this be done, it

6          is my assessment and belief that the state of

7          Florida could have a few weeks ago, other than some

8          compliance with 287(g) qualification process,

9          completed the training, but are waiting to get

10         credentials or awaiting background checks.  I know

11         some of your agencies polygraph people at the

12         outset before they come onboard.  So they're pretty

13         relatively trustworthy people.

14              All of that is coming together well.  Of

15         course, Florida is first through the sheriffs,

16         particularly Sheriff Gualtieri, on the 287(g).

17         They're the first ones in line ready to go to be

18         force multipliers.

19              I've heard it said over my time with the

20         Department of Justice that 85 percent of all law

21         enforcement in this country is state, local.  Less

22         than 15 percent is federal.  Well, it's all about

23         finding them, sort them.  Let's get the sheriff's

24         deputies and the police officers out in the field.

25         They're very close to being there.  They're very

1      close to being there, but, then again, you run into

2      the problem that you always come back to, detention

3      and transportation.

4           So right now I would just say here that there

5      are viable solutions that have critical aspects of

6      the cost, but in terms of rapid deployment, speed,

7      state of Florida, hurricane, we've learned a lot of

8      lessons from that, we've got people that are there

9      that are ready to go as all part of the Florida

10     blueprint that are scalable and can be used in

11     other states.  We're awaiting ultimately federal

12     review consideration and authorization that I hope

13     comes soon.

14          So where things are revolving for me in terms

15     of my perception of my role is certainly not to be

16     duplicative of this obvious group of law

17     enforcement career professionals.  I'm always

18     particularly impressed with the sheriffs because

19     you're also accountable with the people.  You're

20     elected.  No offense to you all, but you're chosen

21     by councils or boards and that sort of thing.

22          I'm the classic political appointee, nobody

23     elected me to do this job, but for so long as I am

24     in it I will try to bear truth and transparency to

25     you.

1      I really see my role right know as being a
2  diplomatic, but an honest straight shooter on
3  identifying what I call show points, frictions, you
4  know, why can't this be different.
5      I sense there is a frustration around the
6  state of Florida where I've lived most of my
7  63 years.  We know Governor DeSantis and the
8  cabinet take care of business, we know how the
9  legislature feels and we know how President Trump
10  is.
11      What's the problem.  What's going on here.
12  Every day people hear about all the things you are
13  doing to get ready to get on the field and out
14  there through 287(g), not just in the jails, but on
15  the field.  You're ready to go and do that.
16      I am a very expendable person, so I will try
17  to do the best I can to be diplomatic and measured,
18  but, at the same time, call it like it is.  If it
19  is an intractable problem based on my observation
20  immersing myself in this, I will so tell you that,
21  if I think it is a solvable problem, that it has
22  dynamics to it, everything is simple, but I do
23  think Florida has a lot to offer as being the model
24  or blueprint for the country on this.
25      So, in my wind down on some things, just to

1          particularly highlight, not to the exclusion of

2          anything else, there is many important things that

3          I haven't noted here, but in regard to 287(g) --

4          you know, it's one thing, an important thing, the

5          law requires it, to sign up for it in the jails, in

6          the task forces and it's commendable and it's

7          excellent, but that's kind of like being eligible

8          to get on the field in the basketball game.

9              It's like are you going to get in there and

10         give effort, are you going to play.  The statute

11         talks about best efforts and such things and

12         admonishing those that might inhibit, impede or

13         restrict those folks.

14             So that's a critical thing to watch and keep

15         an eye on is the level of exercising best efforts

16         for the mission, actually engaging in play, not

17         just having the credentials to play.  So that's an

18         area in which I'm very interested in as well.

19             The other thing is, I noted a little bit

20         earlier, there is this whole notion of are we

21         talking about a federal law, is there a federal

22         statute, an act of congress, or is this a policy or

23         norm or a custom.

24             You noted, Sheriff Judd, I think in one of

25         your remarks or a number of them at the outset of

1    are these the kind of things that President Trump

2    in executive order can say that is no longer the

3    policy, that is no longer the norm, that is no

4    longer the custom, it does not require new

5    legislature of an act of congress.

6         Ask yourself that question when somebody is

7    giving you the can't do, no, because it is my

8    preliminary assessment, and I think I have somewhat

9    a license to say this because I am, one, a lawyer

10   that is, is what I predict is a significant number

11   of these show points will be attributable to not

12   the operational decisions of what is a physical way

13   to get this done.

14        It will be risk eversion, sometimes well

15   placed.  It will be fear of what President Trump

16   calls lawfare or weaponization or warfare.  We see

17   it play out every day in the news.  President Trump

18   strikes this, we're in an emergency posture, he

19   directs the people who carry out his policies to do

20   everything that is all lawful means necessary to go

21   forward.  You got to be careful that the

22   distinction unprecedented and unconventional

23   doesn't mean unlawful.  There are lawyers, some

24   whom I predict, that are making these judgment

25   calls that become the reason not to do.  There may

```
1        be good reason.  All I want to do is see that it be
2        transparent and open so the people know why this
3        isn't happening.
4             At the end of the day, it turns out to be
5        well, we might get sued and be lawsuit Number 1,562
6        related to immigration.  Maybe that's where this
7        needs to play out.  I see it as my role until the
8        board tells me or you all recommended the board to
9        tell me otherwise.
10            That's about it.
11            I look forward to you asking your questions,
12       but I know we're going to defer the questions until
13       Sheriff Gualtieri goes.
14            SHERIFF JUDD:  Thank you, sir.
15            MR. KEEFE:  Yes, sir.
16            SHERIFF JUDD:  Thank you.
17            Next I would like to introduce
18       Sheriff Gualtieri.  He has a wealth of knowledge in
19       the field of illegal immigration.  I've had the
20       pleasure of working with him on this issue back to,
21       what, 2017, Bob, something like that.
22            He is our subject matter expert.  He's not
23       only an outstanding Florida sheriff, but he's also
24       an attorney and he's focused his effort and his
25       research in this specific area.
```

1        His focus has been what can we do and what is

2    the limits of our authority so that we don't

3    violate some federal law or some state law or

4    certainly some constitutional issue.

5        There is no one that I'm aware of that is

6    better qualified to educate us than

7    Sheriff Gualtieri.  He's made this a mission for

8    years and years.

9        So, Sheriff, thank you.

10        SHERIFF GUALTIERI:  Thank you, Sheriff Judd.

11        Good morning everybody.

12        As Sheriff Judd said, I've had, really, the

13    opportunity to be involved with this now for the

14    last, really, seven years.

15        During the first Trump administration there

16    was push to do the same thing that's happening now,

17    but not as robustly as what's happening now.  Some

18    of the problems we ran into were some of the things

19    that others have talked about, Mr. Keefe talked

20    about it and others, are these bumps in the road.

21        The way that I've approached this, working

22    with people at headquarters since 2018, including

23    Mr. Homan and others, is let's figure out how to

24    get to the yes.  Let's figure out how to get to the

25    finish line.  Let's figure out how to make all this

1       happen.

2            Against the constraints of law, rules,

3       regulations and trying to get around the obstacles

4       wherever we can and when you talk about federal

5       immigration law, it is complex.  I think it's

6       probably overused, but it's accurate when it comes

7       to federal immigration law, and there are a lot of

8       rules and a lot of regulations and a lot of law

9       that you have to navigate.  Again, it is probably

10      one of the most complex areas.  It's very difficult

11      to understand.

12           Also, what I'm going to try to do this morning

13      is trying to put it in a local law enforcement

14      perspective, local law enforcement context, because

15      it's not something that we deal with.  It is not

16      something that we have traditionally dealt with.

17      It's traditionally been a federal responsibility.

18           So, as we begin talking about it, one of the

19      things, that's why against the backdrop it's been

20      set up, I'm just going to reiterate this briefly.

21           So you've got the Department of Homeland

22      Security, you've got ICE.  Within ICE you have ERO,

23      which is Enforcement and Rule Operations, and then

24      the other side under ICE you have HSI, which is

25      Homeland Security Investigations.

1          I would say from my perspective 99 percent of

2     the time when people talk about ICE they're talking

3     about ERO, they're not talking about HSI, and

4     people don't understand that difference.

5          You heard Mr. Lopez-Vega talk about -- he used

6     the term "administrative," administrative charges

7     and administrative warrants.  Let's put it in our

8     terms and our terminology.  That means civil.  It

9     means that it ain't criminal.

10          Okay.  So, when you're talking about

11     immigration violations as well, you're talking

12     about immigration charges.  There is a whole lot in

13     immigration that is criminal.  There is a whole lot

14     that has a civil companion to it or you could flip

15     it around and say there is a whole lot to civil, it

16     has a criminal companion.

17          There is also some things in immigration law

18     that have no criminal charges that are fairly

19     civil.  People get all this mixed up and messed up

20     and it all gets twisted around.

21          So, as an example, it's a crime under federal

22     law as well as there being a companion civil

23     charge.  If you cross the border illegally, it's

24     criminal and civil, but if all you do is overstay,

25     is that all you do to come here illegally and

1          you're on a visa and you overstay, that's never,

2          never criminal.  Congress has always said that's

3          civil.  You can't be criminally charged for that

4          under federal law.

5              This is one of the problems that some of the

6          states have run into because they have tried to

7          criminalize simply being present and get shot down

8          under the supremacy clause of the U.S. Constitution

9          because congress has said and they have -- it gets

10         into all this legal stuff.  I don't call it legal

11         stuff.  It gets into what's called field perception

12         preemption and other forms of preemption, and it

13         says congress has said that ain't never a criminal.

14         So states you can't say that's criminal.

15             So this is where it gets all over the place

16         with it, but just know there are some things that

17         are criminal, there are some things that are

18         criminal and civil and there are some things that

19         are only civil.

20             We're trying to figure this out.  We're trying

21         to figure out what can we do and what are our

22         roles, and it also goes to what we can do and can't

23         do, as you will see as I get into this.  This is

24         why, as an example, with some of the warrants, that

25         people talk about warrants, is that it gets into

1           why we -- we're cops, we can serve warrants.  No,

2           you can't, because there are administrative

3           warrants, there are civil warrants and the law says

4           only these specific people can serve those.

5               Again, it's a very twisted path.  It's very

6           achievable, and you can absolutely get to where you

7           need to be and get it done, but you got to wind

8           through it.

9               So where we often face, as local law

10          enforcement, a huge misunderstanding from the

11          community is that the basic premise is that

12          immigration enforcement is solely the

13          responsibility of the federal government and we,

14          generally speaking and traditionally, have not had

15          any authority to enforce immigration law.

16              So, without some specially-designated

17          authority which everybody -- and I would suggest to

18          you that we'd all be well served if we just forgot

19          this term 287(g) because it causes confusion.

20          287(g) -- you will see as I get into this, all

21          287(g) is, is Section 287, Paragraph G of the INA

22          which is the Immigration Nationality Act, and

23          that's all it is.  So, there is a whole bunch of

24          stuff under it, but that's what everybody calls

25          them.  The Homeland Security Secretary can

1    designate that authority, and that's when we can

2    act.

3         Now, when you get into the authority to act

4    and you get into what we can do, there are really

5    three types of immigration enforcement actions that

6    our people, whether you're a state law enforcement

7    officer, you're a deputy sheriff, you're a city

8    police officer, et cetera, is that where you can

9    function as what's called a DIO, or Designated

10   Immigration Officer, and you can assist ICE,

11   meaning more specifically and most of the time it

12   is ERO in getting these people out of here, and

13   that's what it's all about.

14        Like Mr. Keefe said, the goal on the majority

15   of these is not criminal prosecution.  The U.S.

16   Attorney's Office by and large -- the U.S.

17   Attorney's Office is that they will criminally

18   charge some of these people, but most of this is

19   not criminal.  The majority is civil, and it's to

20   get them out of here so that they're not in the

21   United States.

22        So we talked about these three models.  I'm

23   going to go through these, but another thing that

24   we have an opportunity in some places in the

25   country to cooperate with ICE and to help ICE is,

1        really is ICE doing its own thing.  All we're doing
2        is providing them the space and the opportunity
3        where it is the lowest of hanging fruit.
4            You will see in a minute when I talk about
5        this as the priority -- Mr. Lopez-Vega talked about
6        it a little bit about their priorities, and
7        Sheriff Judd talked about it as he's heard from the
8        president, Mr. Homan and from others.  It's the
9        worst of the worst first, and that's the criminally
10       illegals, the people who are wreaking havoc in the
11       community that we need to get out of here.
12           In most cases it's the bigger jails, bigger
13       county jails.  There are some where there is some
14       medium and maybe some smaller ones, but this is
15       where ICE offices are called.  So, remember, we're
16       talking about deportation officers under the ERO
17       side.  We're not talking about the special agents
18       on the HSI side.  We're talking about the guys that
19       are the boots on the ground every day that are
20       doing the job to get these people out of here or
21       they will embed ERO deportation officers in the
22       county jails.
23           Now, to me, that's the win of the win because
24       they're doing their own work.  We don't have to be
25       worried about deputizing people, you don't have to

1    worry about having access to databases, you don't

2    have to worry about navigating all these nuances

3    because they're there and they do it themselves and

4    then they can make those civil arrests, they can

5    watch those detainers, they can do all of that.

6        The reality of it is, ERO doesn't have the

7    personnel to put people in most county jails across

8    the United States.  So it's rare that that happens,

9    but there is a model out there where that does

10    occur in some places.

11        So, as we talk about the three programs and,

12    as I said, the authority for those programs comes

13    from the Immigration and Nationality Act,

14    Section 287, and that is all in the Code of Federal

15    Regulations, CFR, and it's in Title 8 of the U.S.

16    Code which is where all the immigration stuff is.

17        So these three types of programs are -- the

18    first of all is the Warrant Service Officer

19    program.  That's the newest of all of these.  The

20    Warrant Service Officer program is what we came up

21    with back in 2018.  We're trying to figure out a

22    way to honor these detainers.

23        We were really beating our heads against the

24    wall trying to figure out a way to do this

25    lawfully.  So that's something that we worked with

ICE on and then Director Homan to come up with
this, and this is the newest of the programs, the
WSO program.

The second, which was talked about a minute
ago briefly, is the JEM program or the Jail
Enforcement Model, and then the third, which is
attached to this model, which is the cops on the
street.

I'll talk more about the specifics of these,
but you get into what is law, what is rule, what is
regulation and what is practice for policy.  Well,
the DHS secretary really has excessive latitude in
determining the implementation of these, if you
will, 287(g) programs and what the requirements
are, what are the designation of authorities, what
does the training have to be, how fast can you do
it, how much training has to happen, what are the
limits on what you can do.

They have great latitude in this, and
sometimes -- I'll just say it candidly -- sometimes
the bureaucracy gets a little bit much in getting
this done, I think, but they're moving fast and
they got a lot of people, they're working hard on
it, but it's still a process.  They do have
latitude in this because it depends upon the

1    designation by the DHS secretary.

2         So we talked about, a little bit, I think,

3    some of the priorities and the top priorities.  As

4    stated by the administration and by ICE, the top

5    priorities are those who are criminal illegals.

6    Those are people that have committed state law

7    crime, been arrested and they're booked into a

8    jail.

9         Those who also pose a public safety or a

10   national security threat, they are a priority for

11   removal or deportation.

12        Those who have been previously removed, but

13   they come back.  To me, you know, that's one of the

14   worst of the worst because what did you not get,

15   they didn't get the message.  We told them to get

16   out and then they came back.

17        We had a deputy back in 2022 that was killed

18   here in Pinellas County by a guy who was previously

19   removed twice and he came back through Eagle Pass,

20   Texas, and he killed one of our deputies.  So,

21   these people who are removed and come back

22   certainly fall under that category, a priority, and

23   I'm glad to see for ICE it's a priority.

24        Then, finally, those who didn't get the

25   message even after a judge told them to get out.

1          So there are about 1.4 million people here in
2     the United States that have final orders of
3     deportation issued by an immigration judge.  That
4     means they had their day in court.  That means they
5     got to go through the immigration system.  They got
6     to make their case.  They got to fight it as much
7     as they wanted to fight it.
8          That system is, you go before an immigration
9     judge and then you go before the Board of
10    Immigration Appeals, you go to the district court
11    if you want, you can go wherever you want, but when
12    you get that final order and then they issue that
13    warrant that says you're done and gone, you need to
14    go.  There is about 1.4 million people here who
15    just thumb their nose at the system after they had
16    their day in court and have not left.
17         So those are the priorities.
18         Now, as we talk about the priorities, the one
19    that's at the top of the bucket list are these
20    criminal illegals.  The reason why I say that
21    they're at the top of the bucket list is because
22    those are the people that have committed crimes,
23    those are the people that are wreaking havoc in our
24    community, those are the people in which you are a
25    U.S. citizen, you're an LPR or Legal Permanent

 1          Risk, whether you're a noncitizen, whatever, there

 2     ain't nobody here in this country that wants these

 3     people in our communities that are out there

 4     committing these crimes and wreaking havoc and

 5     causing people to be victimized.  I don't care who

 6     you are.  You want them out of here.  It's also the

 7     priority because it's the safest way for ICE, for

 8     their officers, to take these people into custody.

 9          The communities around the United States, and

10     we don't have any here in Florida because of the

11     effective policies of the legislature or the

12     governor of what they have done to say we will not

13     stand for these sanctuary cities in Florida.

14          These sanctuary locations in the United States

15     that won't let ICE into their jails are actually

16     making it worse and they're making it less safe for

17     their officers because when you got the guy who

18     committed that rape, the robbery, the murder or

19     whatever it is, that means they got to go out into

20     the community and pick these people up as opposed

21     to being able to have a seemless transition from

22     the time that their state custody is up.  They go

23     right out into ICE custody, they go through that

24     process and right now it probably depends on the

25     circumstances, but 60, 70 days they can get them

1      out of here.

2          Sometimes if they're a rat removal, they can

3      get them out of here in about two days, but it's

4      safe for them.  We shouldn't be forcing them

5      because we're not cooperating with them because we

6      don't have that here in Florida to force them out

7      into the community.

8          So this also, okay, maximizes the limited bed

9      space and minimizes or mitigates what people

10     complain about which are collaterals.  So when they

11     go out into the community, they do what we do.  If

12     we go out to somebody's house because we got a

13     warrant for somebody on a robbery charge and we go

14     into that house and we arrest that guy on the

15     robbery charge, but there is three other people

16     there and they got warrants for no valid DL's,

17     well, they're going too, right.  Every place, every

18     time, every cop in the country is going to do that.

19         Well, when they go out there and they got this

20     guy they're trying to pick up because they have an

21     administrative warrant, okay, a 200 or a 205, we'll

22     talk about that, for this guy because he's here

23     illegally because he underlined that he committed a

24     robbery, but there is also three other people who

25     are here illegal even though they didn't commit any

1     crime, they're going too.

2          So those are what they call collaterals.  So,

3     if you're picking them up from the jail, then it

4     mitigates the nonpriority collateral arrest which

5     also maximizes limited bed space because bed space

6     is limited.

7          Across the country they probably got somewhere

8     for -- we're talking about the long-term bed,

9     something more than 72 hours.  I think Sheriff Judd

10    mentioned in his comments there were around 40,000.

11         Today in the state of Florida there is only

12    2,000 ICE beds.  Now, as of tomorrow, Glades County

13    is coming online with their contract, and they're

14    going to open up with about 300 beds and then

15    hopefully down the road a little bit they will get

16    a couple hundred more.

17         So they're overloaded, they don't have the

18    capacity, so that's why I'm trying to focus on

19    these illegals while Mr. Keefe in his efforts are

20    trying to expand it out further, but right now this

21    is what they got and what we've got to work with.

22    So we need to really focus on the worst of the

23    worst here in the moment.

24         This is what shouldn't happen.  You shouldn't

25    be in the U.S.  This is why it's a priority.  This

1          is why the criminal illegals are our target.  You

2          should not be in the U.S. illegally, first and

3          foremost, but if you are in the U.S. illegally, you

4          better be walking on eggshells and you better not

5          be going out and committing a crime because you

6          should not be here illegally, commit awful crimes,

7          get arrested and then be freed from jail on a

8          pretrial order or some sort of bail while your case

9          is going through the system, or after you are

10         sentenced not go straight into ICE custody and you

11         go back on the street where then they got to go

12         find you.  So this is why this process from the

13         jail is so important.

14              So I'll give you a couple of examples of

15         people sitting about five miles east of us where we

16         are right now at the Pinellas County Jail.  We have

17         about 3,000 inmates in the Pinellas County Jail

18         today and about 185 of those this morning had ICE

19         detainers on them.

20              We got one guy who is here illegally that

21         there is a detainer on.  He's here from Mexico and

22         he's charged with 20 different counts of possession

23         of child pornography.  Another one, lewd and

24         lascivious battery of a child under 12, and he's

25         her illegally from El Salvador.  Another one from

1    Mexico for sexual battery or raping a child under

2    12 years old.  A guy from Cuba, he's charged with a

3    DUI and DUI manslaughter because he killed somebody

4    while he was driving drunk and then resisted

5    arrest.  We have another one from Honduras who

6    raped a physically helpless person and committed

7    numerous acts of lewd and lascivious molestation of

8    a child.

9         That's why these criminal illegals are our

10   priority, and that's why it is wrong for any place

11   in this country not to be working with ICE and let

12   them in these jails and get these people who are

13   wreaking havoc and committing these crimes out of

14   here and these people should never be back out on

15   the street.  They shouldn't be in the country, but

16   they shouldn't be back out on the street again.

17        So here's how it works.  In these next few

18   slides we'll kind of go through this, but I'm going

19   to kind of summarize it for you.

20        In every jail in the United States through

21   AFIS, which is the Automated Fingerprint

22   Identification System, people go to the jail and

23   there is no more old school imprints.  It doesn't

24   happen.  Everything is electronic.

25        So, when people's prints get taken, they

1        automatically go up to the FDLE, they go up to the

2        FBI.  The FBI and the Department of Justice, they

3        will work sharing an agreement with ICE and there

4        is a law enforcement service center in Burlington,

5        Vermont.  So all these prints, biometrics

6        automatically go -- when everybody gets booked into

7        a jail, they go up to the FBI, they go over to the

8        law enforcement service center.

9             They look at their system and the ICE system

10       and they want to see if there is a biometric match

11       to this person they got booked in.  This is why

12       when you have the advocacy groups out there that

13       are bellyaching and moaning about this guy only got

14       arrested on a suspended driver's license charge,

15       this guy only got arrested on a petit theft charge.

16            Yeah, but there is an underlying reason why

17       the person was previously deported for all kinds of

18       other stuff, and it could be violent crime and it

19       could be because they were removed previously.  It

20       could be before because of known public safety

21       threats or national security threats.  All this is

22       because they got arrested even on a minor charge

23       and it goes over to ICE.

24            ICE looks at it and sees if that person's

25       biometric matches in their system and if that

1    person meets some of their priority criteria.  So,
2    jail, routes out to the FBI, over to ICE to the law
3    enforcement service center, they look at it.  If
4    they see it meets the criteria, then they send it
5    down to one of the local ERO offices.
6        The local ERO office, one of the deportation
7    officers looks at it and says does that guy meet a
8    criteria and do we want that person taken into
9    custody immediately upon the resolution of the
10   state charge, which means they got booked in and,
11   before they could bond out, bail, released on
12   recognizance or, if they're sentenced, conclusion
13   of the state charge.  Whatever it is, do we want
14   them.
15       If they do, then the deportation officer goes
16   to their supervisor, they get approval to send over
17   to that county jail a detainer, which we'll talk
18   about, and a warrant for that person.  That's what
19   results in the transfer through the detainer
20   process of this person.  So that's how it works.
21   Sometimes it's a biometric, and sometimes it's a
22   biographical match.  So they match two ways,
23   biometrically and biographically, but when they
24   determine they want that person taken into custody,
25   that's how it works, and then they issue the

1      immigration detainer.

2          Now, contrary to a lot of misinformation

3      that's out there, a lot of confusion about it is

4      that these ICE detainers have no culpability

5      outside of county jail.  In Florida there are 67

6      county jails, 57 are run by sheriffs, 10 are run by

7      the counties.

8          So, for the city police departments or the FHP

9      or anybody else, they don't have to worry about

10     detainers.  Detainers are a jail thing, and it's an

11     ask by ICE.  I'll explain that more in a second.

12     It's an ask by ICE to hold these people so they

13     don't get out like those people I just went through

14     that are sitting out here in the county jail now,

15     so they don't get out and get back into the

16     community and ICE can take them into custody.

17         So the same we call a detainer is -- again,

18     it's federal government, so there is all these form

19     numbers and we shorthand them by having all these

20     form numbers.  It's called an I-247.

21         Now, accordingly, I've got it in quotes.  I'm

22     going to show you here in a second on the copy that

23     I have and have given you that's in front of you.

24         This 247 is a request by ICE to hold the

25     person on these civil -- so nothing criminal.

1          Okay.  This is all civil.  To hold these people on
2      their civil federal immigration charges for up to
3      48 hours after those state charges are resolved.
4          This is where my involvement heavily came into
5      being back in 2018 because what was happening is,
6      is that a whole lot of county jails across the
7      United States were getting sued because they were
8      holding people on these 247's, on these detainers.
9          You had all these predecessor programs.  You
10     had secure communities, you had the enforcement
11     program, you had all these other things that went
12     on for years and everybody was just going on along
13     and they were honoring these detainers because, as
14     you can see --
15         I'll show it to you here, which was the
16     detainer.  It looks like a legal document.  It
17     looks like something oh, this is pretty good, I can
18     just hold based on this.  Well, not so much.
19         What was happening was, back starting probably
20     around 2013, 2014 it took a while to wind through
21     the course is that somebody actually read this
22     thing.  They said huh.  What's it say on here.
23     Look at the copy I gave you.  It's highlighted.
24         It says it's requested that you hold these
25     people.  It doesn't say you shall, it doesn't say

1     you must and it doesn't say any statutory authority

2     for you to do it.

3         So somebody read it and then they started

4     filing lawsuits.  And guess what.  Sheriffs and

5     county jail operators across the United States,

6     they got their tail end sued off and all the people

7     who were suing them, they won, and rightfully so

8     because this thing doesn't provide any legal basis

9     to hold somebody.

10        So this is where the discussion started.  How

11    do we get to a yes because you don't just stop and

12    say there is nothing we can do.  Yeah, there is

13    something you can do.  You got to figure out how to

14    get there.

15        So, after all these court decisions came out,

16    we had to come up with a way.  As I said out here,

17    and you can look at it, it says that it's an

18    immigration detainer, maintain custody for no

19    longer than 48 hours and it's requested.

20        One of the other things that often comes up

21    too is, is that under this "can you hold somebody

22    for more than 48 hours," and the answer is no, and

23    that is in the Code of Federal Regulations.  So the

24    48-hour period.  Again, this thing by itself, it

25    doesn't do anything for you.  If somebody holds --

1          and I can tell you that it's still happening

2          because people don't understand it.

3               You know, there is a lot of good that comes

4          out of the work of this council and the state board

5          and all of what we're doing.

6               I got a call as recently as a couple weeks

7          ago, and there was a county jail that still is

8          misunderstanding us because it's complicated.

9          They're holding people just on this.  If you hold

10         people just on this, I can't be clearer, you're

11         going to lose.  You're going to get sued, and the

12         person is going to win.  You can't hold somebody

13         just on that.

14              So what we came up with was Option 1, and

15         Option 1 is really to let ICE do its own work.

16         There is housing agreements, two types basically.

17         One is called the "Basic Border Agreement," and

18         that's what we came up with in 2018.  The other

19         thing is called an IGSA and there is also an IGA,

20         but don't worry about all those acronyms.  They're

21         just contracts for housing.

22              So how it works under Option 1 is that you got

23         a person that's sitting in the county jail and as

24         long as the county jail has a contract to house

25         somebody is that ICE knows the person is there.  A

 1          number of ways this can be done, is that when that

 2          person's state law charges are resolved, a

 3          deportation officer comes by the jail and signs the

 4          247 which is the detainer.

 5              Now, importantly, because I just got done

 6          saying that detainer by itself doesn't mean

 7          anything, but you have to put something along with

 8          it, and that is an arrest warrant.  The arrest

 9          warrants are the I-200's and the I-205's.

10              If you look at the next document that you have

11          in there -- I'll show it to you in a second.  This

12          is a warrant for arrest.  This is the I-200.  The

13          I-200 is a probable cause more for arrest, and this

14          is where a deportation officer has probable cause

15          to the person to remove illegal alien and they go

16          to the DDSO which is the Detention Deportation

17          Supervisor, and they sign it and they allow the

18          person's arrest by issuing this warrant.

19              There is also a lot of griping out there

20          around the country about these warrants.  People

21          say well, I'm not going to honor that warrant

22          because it's issued by ICE, it's issued by a

23          supervisor within one of the DHS components, it

24          doesn't have to be ERO.  It can be some other ones,

25          but a supervisor with -- what we deal with well is

1      ERO.  They can issue these warrants.  People don't

2      like them.  Well, if you don't like them, go to

3      congress because congress is the one that put in

4      law that the only officials that can execute and

5      sign these warrants and can authorize warrants is a

6      supervisory official within ICE.

7           A U.S. district court judge cannot issue this

8      warrant.  A U.S. magistrate judge cannot issue this

9      warrant.  The U.S. Supreme Court has upheld the

10     validity of these warrants.  They have a case

11     called U.S. versus Abel.

12          So people have gripes with these warrants.  Go

13     to congress, but it is the law of the land that

14     these warrants are valid and these are the warrants

15     that we have to honor.

16          So the next warrant that we have that's in

17     your packet is called a 205, and that's the warrant

18     of deportation.  This is a warrant that gets issued

19     after an immigration judge issues a final order of

20     deportation, a final order of removal.

21          So it really doesn't matter for our purposes,

22     a 200 or a 205 is fine, but there are differences.

23     One is a probable cause arrest, if you will, and

24     the other is after they have been through the

25     immigration system and the judge has issued the

1      205.

2          Now, one of the big differences, though, and a

3      big difference for us, is these 205's once they're

4      issued is that they remain in effect in perpetuity.

5      That's foreign to us because we get a state

6      warrant, we arrest on the warrant, the warrant gets

7      purged.  Not these.  That's why it's important also

8      that people keep in mind that, again, some of it is

9      just self-serving rhetoric.

10         You got somebody that got removed in Portland,

11     Oregon, 10 years ago because they committed an

12     armed robbery and they got removed over a final

13     order, and then the guy that had a 205 and then the

14     person comes back and now they get arrested on a no

15     valid DL charge.

16         What goes through that system with the

17     biometric system when it goes all the way up to ICE

18     service center, they look and they say well, this

19     person was removed previously and they were removed

20     in Portland, Oregon, 10 years ago because they had

21     an armed robbery charge.  Well, then these people

22     write well, they got picked up by ICE out of the

23     Pinellas County Jail or the Polk County Jail or

24     wherever and all they did is they had a no valid DL

25     charge.  No.  It's because they committed this

1    armed robbery 10 years ago and they were removed

2    and they came back again, but nobody sees that.

3        So there is a lot of stuff that goes on behind

4    the scenes with these things that you got to peel

5    back the onion to understand it.

6        So we go back to this.  So right now in

7    Florida we were able to get this done within the

8    last short period of time.  So I said that the 247,

9    which is the detainer, has to have a warrant

10    attached to it.

11        Under Option 1 we are going to get this done

12    now within the last few weeks.  Every single

13    Florida county jail, whether it is a sheriff-run

14    jail or a county-run jail, has some type of a

15    housing agreement with ICE.  Everyone has a BOA or

16    an IGSA.

17        So, under this, every jail under this option,

18    because ICE does its own work, they can come in and

19    they can serve the person with the detainer, they

20    can serve them the warrant and then fill out then

21    what's called an I-203, which is the housing form,

22    the booking form, and they're just housing them in

23    your facility because you're a county jail under

24    that booking form and you can hold them for up to

25    48 hours.

1        So this is what a booking form looks look.

2    It's an order to detain or release the alien.   In

3    this case it's the order to detain.   So, as long as

4    we have the detainer, we've got one of those two

5    warrants and we got this booking form, then we're

6    good to go and ICE has done its own work.   We don't

7    need to do anything.   This has nothing to do with

8    287.   This is the way to get to yes.

9        As you will see right now because of some

10    holdups, not every county jail in Florida has more

11    service calls.   So there are some 90 jails in

12    Florida today that this was being done or this

13    can't be done to make sure that these people can be

14    held.   So that's Option 1.

15        So have I confused you all?

16        So Option 2.   This is under 287.

17        Now, this is the Warrant Service Officer

18    program.   Under the Warrant Service Officer program

19    the prints go up.   Law Enforcement Service Center

20    of Vermont says "whoa, it looks like a good

21    candidate," sends it down to the local ERO office,

22    the deportation officer gets it and says "oh, I

23    think we want this guy."   Doesn't have the final

24    word because he's never been removed previously,

25    but we got probable cause he's here illegally and

1    we got proof of alien, we got proof of basis for

2    removability, and they want him.

3          So they go to the supervisor, and the

4    supervisor says, "Okay.  I agree with you, and I'll

5    authorize you to issue the detainer and I'll sign

6    the warrant."

7          In this case it's a 200.  It's not a 205.

8    It's a 200 because it's a probable cause arrest.

9    They send that order to the jail and they watch the

10   detainer.  The person is sitting in there on a

11   burglary charge.  One week goes by, two weeks go

12   by, three weeks go by.  All of the sudden grandma

13   comes in and is going to bond this guy out.

14         Now what they do is they go and they take the

15   200, but the warrant is served at the jail.  They

16   kick in that 48-hour period so he can't bond out

17   that warrant.  There is no ICE officer there.  So

18   this is where the Warrant Service Officer program

19   comes in because this is where a deputy or a

20   correctional officer in the county jail has

21   authority to serve that warrant because they can't

22   get there in time because this guy is bonding out.

23         So, now, under Option 2, we're doing some work

24   for them.  We are serving the warrant.  We are

25   serving the detainer at the expiration of that --

```
 1        the period of that person's hold on the state
 2        immigration charges.  So the WSO serves the warrant
 3        detainer and then that starts triggering that
 4        48-hour period.
 5            So, Option 1, ICE is really doing all the
 6        work.  They issued the 203 which is really the
 7        booking form, we hold him for 48 hours.  We're
 8        basically a hotel for 48 hours.
 9            Under this is, is that we got the detainer and
10        we got the form sitting in our files, and as soon
11        as that person's state law charge is resolved, then
12        one of our deputies or a correctional officer in
13        the jail goes cell side and says "here you go" and
14        serves him with it, but, guess what, you ain't
15        getting out.  We notify ICE and within 48 hours
16        they come and pick him up.
17            So Option 1 is the 203 which is the housing
18        agreement.  Option 2 is we serve the warrant and we
19        hold them for to 48 hours.
20            So, getting back to what I said on the slide a
21        second ago, what does it take to meet the ESO.
22        Again, this is all very flexible because it all
23        depends upon, you know, again, like Mr. Keefe
24        mentioned, you know, what's in the wall, what's in
25        the rule, what's regulation, what's in policy.
```

1          Well, this is all set up by policy, and under the
2     WSO program, county jail personnel gets eight hours
3     to train and then they're able to watch the
4     detainer wait for the person to get released on
5     their state charges and notify ICE.  Real simple.
6     That's about all they do.  All they do is serve the
7     warrants, and that's why it's only eight hours of
8     training.
9          Now, under that model, and you heard
10    Mr. Lopez-Vega talk about it a little bit under the
11    JEM, which is the Jail Enforcement Model, is, is
12    that under the WSO model all they did was serve
13    warrants.  That's it.  Just serving the warrant,
14    doing the violation, in 48 hours they come and get
15    them, we're done.
16         The problem with that, I put that in quotes,
17    because it's very effective.  It's really not a
18    problem.  What happens is remember when you got
19    that process that takes place -- so, if somebody
20    comes into the county jail, they get their
21    fingerprints taken.  The fingerprints got to go up
22    through FDLE, through the FBI and the Law
23    Enforcement Service Center.  They got to come back
24    down to the ERO office when he's got to look at it
25    and decide whether they want to send the detainer

1      or the warrant over.

2            Well, what happens is, it varies from county

3      to county.  It just does about time that it takes

4      for that process to occur.  What happens in some

5      places, though, is that these people are able to

6      get out and bond out before that process can occur.

7      So things fall through the cracks.  You get the guy

8      that gets booked in on a burglary charge, his

9      prints were taken, he's making his way through that

10     whole whoops I just explained to you, but then they

11     send the detainer over and it's, whoops, he's

12     already gone.

13           So this is where the JEM or the Jail

14     Enforcement Model eliminates that or mitigates that

15     because you have some deputy sheriffs or

16     correctional officers who are designated under 287

17     under the Jail Enforcement Model as DIO.  So they

18     conduct full-blown investigations.

19           So what happens is a person comes in and the

20     deputy at the booking desk asks certain questions,

21     and if the person is four or more, then one of the

22     DIO's working in the jail, one of the 287(g), if

23     you will, deputies or officers that's there, they

24     take the person off to the side and they begin

25     actually doing an investigation.  They do

1      interviews, they have separate access to the ICE

2      systems, they have fingerprint scanners, they have

3      access to the biometric systems, so they actually

4      begin a true full-blown immigration investigation

5      on their own before that whole process has taken

6      place.  So, again, eliminates or mitigates the

7      chance a person is going to get out.

8          Now, there is a lot of upside to that.  The

9      downside to it is it's very time consuming and it

10     takes a lot of work and a lot of effort and there

11     are very few of those JEM facilities.  There is

12     only four in Florida; Collier County,

13     Hernando County, Clay County and Duval County.

14         It takes between one and three hours to do

15     each investigation.  When they do their own

16     investigations, again, they do their interviews,

17     they build a case file, they make a decision to

18     watch the detainer, they contact my supervisor,

19     they get authority for the detainer and the warrant

20     and they do all that work, they're building it all,

21     and it is very time consuming.

22         Now, it's also very effective, but the

23     majority of the jails in the country are not.

24     Generally, the majority of them are nothing or they

25     are WSO, and, again, we have four here in Florida.

 1            The training for that also is very different.
 2      I told you that WSO training -- really, they come
 3      in, it's eight hours and they're giving them the
 4      basic, but traditionally the Jail Enforcement Model
 5      training was you had to assign your personnel to
 6      four weeks, a month worth of training, in
 7      Charleston, South Carolina.  Those classes were
 8      limited to 25 people, hard to get into, they don't
 9      do it very often, and you have to go back every two
10      years for additional training.
11            So what they have done now, again, because
12      this is all, if you will, fundable because it
13      depends on what the DHS secretary decides.  Is that
14      four-week training now on the task force model, and
15      I'll get to that, has been reduced to 40 hours.
16            Here we're talking about the JEM, the Jail
17      Enforcement Model, and there is right now no plan
18      to expand the JEM model that we know of and any
19      revision to that four-week, in-person training has
20      not been stated, so we don't know what it would be,
21      whether it would, again, be consistent with what
22      they're doing to the task force for 40 hours or
23      whatever it would be.  So the JEM is kind of
24      stagnant with those four.
25            So here's where we are.  Here's the bottom

1          line.  You got four jail force model jails, that

2          means you got 63 of them, and the remaining 63 all

3          have WSO agreements, but only 41 have an active WSO

4          because right now there is a backlog at ICE and

5          especially the credentialing process.

6               So, what that means is, is that the two others

7          from the 205's and the detainers, specifically the

8          warrants which really give effect to the detainer,

9          are not being served by county jail personnel in 22

10         of Florida's 67 counties.

11              So that means that either one of these guys

12         has to come by and do it or some of those guys that

13         I gave you an example of before are getting out on

14         the street.

15              So, to get to what Sheriff Judd said and

16         Mr. Keefe said, I think they got to figure out a

17         way to step this up.  Now, they're trying.  The

18         people on the ground are working hard, you know,

19         because under the Biden administration they were

20         gutted.  They didn't have any people sitting up

21         there at the 287 office in Washington, and all the

22         sudden they were told to go from zero to 100 in 30

23         seconds.  Well, it's hard to do.  They're working

24         their tail ends off, they're working hard.

25              Right now we're stuck in Florida because we

1          have 22 jails that don't have any WSO's and don't

2          have any JEM model employees.  So you got 22 jails

3          in Florida that can't do any of this at this point,

4          and that really needs to move.

5              The last model, task force model, is the cops

6          on the street.  December 31st, 2012, DHS Secretary

7          Janet Napolitano ended the 287 task force model

8          program on the street.  Said we're not doing this

9          anymore.  Took all the authority away from all the

10         cops in this country to help ICE out at all.  That

11         program, again, hasn't been in place since 2012.

12         Of course it was resurrected by the Trump

13         administration in January 2025.

14             Like the JEM model, in order to be a task

15         force officer, you had to go to Charleston,

16         South Carolina.  There is about two months' worth

17         of training, very expensive, very limited, hard to

18         get in those classes, but what they have done is

19         they have taken what was previously in Charleston,

20         South Carolina, and they put it online and it's now

21         40 hours conducted online.

22             They began nationally with training Florida

23         Highway Patrol troopers, troopers in Oklahoma and

24         Texas on personnel.  Those are the only ones that

25         have been signed up for the training so far.

1          So here's how that works.  The agency and all

2     67 Florida sheriff's offices have and I know a

3     number of police departments in Florida have signed

4     the Memorandum Of Agreement.  So that's the first

5     step.  You got to sign the MOA, Memorandum of

6     Agreement.  Then you have to nominate your

7     personnel, and the nomination process is fill out

8     forms, and that's basically it once those forms are

9     completed.

10         The sheriffs are now in the process of

11     nominating all their personnel.  We should have all

12     of those nomination forms up to the 27 program

13     office this week, and once they get those, they do

14     an initial vetting, they're going to send all the

15     contact information for the deputies who we've

16     nominated over to FLETC, the Florida Law

17     Enforcement Training Center.  They will then send

18     emails to those enrollees that they can then online

19     access the training.  They will have 60 days to

20     complete their 40 hours' worth of training.  Once

21     they complete it, take the test and get through all

22     that training, then ICE will go through an

23     additional process of issuing credentials and the

24     designation of authorities and whatever those

25     authorities are that they decide that these DIO's

1    can exercise.

2         So currently there are some highway patrol

3    troopers that have received the training.  As of

4    this morning, no troopers in Florida have received

5    any credentials or authorities.  They're supposed

6    to get them this week.  They were supposed to get

7    them last week.  It didn't happen.  They're

8    supposed to start getting them this week.

9         As I said, the sheriffs have received the

10    nomination forms, we're divying them up, but the

11    city police departments have not received any of

12    the nomination forms as of yet.

13         It's a capacity issue for ICE which then goes

14    back to what Sheriff Judd said in his opening

15    remarks, why not.  As soon as you can complete the

16    training, why not give you authority -- if you pass

17    the test, it doesn't give you authority.  They got

18    to go through the rest of this whole process, and

19    that's what's holding it up for the troopers

20    because the troopers have had -- some of them have

21    completed the training weeks ago, but they can't

22    start acting until they actually come down here,

23    put their credentials in their hand and, guess

24    what, have them sign more forms.  That's just how

25    it works.

1          So one of the things to keep in mind is that

2     with these civil warrants that I said a minute ago,

3     the 200 or the 205, there is no signal that a law

4     enforcement has had any authority to serve these

5     warrants.  All the other people listed in 8 CFR

6     3745(b)(3), which is the statute, if you will,

7     those are only people that have authority to serve

8     them.

9          As I mentioned a few minutes ago, there are

10    about 1.4 million final orders of removal that have

11    a 205 attached to it, which means it's the warrant

12    that allows you to rule them out after the judge

13    issues the final order.

14         Probably about a month ago ICE decided they

15    were going to take all of those -- not all of

16    them -- they took several hundred thousand of those

17    and they put them in NCIC.  So, for the people that

18    don't know what that is, the National Crime

19    Information Center, it's the computer system that

20    all the cops across country when they're here in

21    Florida have access to and where we run people's

22    names to see if they have warrants.

23         Well, they put these administrative warrants.

24    These administrative warrants, they're now at NCIC.

25    We had it happen here in Pinellas.  A deputy was

1        out there doing traffic stops, citizen encounters,

2        running people's names, boom, you got a hit on one

3        of these 205 administrative forms.

4            Well, go back to what is in that first

5        paragraph up there.  What do I do with it because

6        they're not DIO's and they're not authorized to

7        serve the warrant.

8            So, where we are today is that when the cops

9        come across somebody and they run it in NCIC, they

10       can't arrest that person on those warrants.

11           If they have a state law charge, any state law

12       criminal charge, they can arrest them on that state

13       law criminal charge, welcome to the county jail and

14       then we're going to take that process that I

15       explained to you and it will take care of itself

16       through that process.

17           If you don't have any state law criminal

18       charge and you're sitting on the side of I-4 at

19       3:00 in the morning and you've got three guys and

20       they got three 205's outstanding, about the only

21       thing you can do is to call somebody from ICE and

22       have them come out and see if they will make the

23       arrest, which, then again, for law enforcement begs

24       the question how long do you wait, how long do you

25       keep them, how long do you detain them.  That's

1          why, you know, you guys get paid the big bucks and
2          you get to make those decisions about what that
3          guidance is.
4               Also, in addition to arresting them of 205's
5          in NCIC, after these troopers get those credentials
6          in their hands, then they're going to be authorized
7          to conduct immigration investigations and make
8          probable cause arrests.
9               So, forget about the warrants.  Now, once
10         these DIO's are out there and once their
11         credentials start going in their hands and they're
12         making these probable cause arrests, then they will
13         be able to make these civil arrests on these
14         immigration charges.  Well, what are you going to
15         do with them.  You have to have a place to take
16         them.
17              Mr. Keefe talked about this a little bit, you
18         know, identify the targets, arrest the targets, but
19         what are you going to do with them, and then once
20         you put them in the bucket, how you can get them
21         out of the bucket and get them out of here.
22              Well, one the things we also know is, is that
23         we have to, we absolutely have to, give guidance to
24         the cops on the street.  We have to give them some
25         framework within which to work.  We can't just give

them these credentials and say "here, go do
something."  This is not going to work.

So we came up with a model where all 67 county
jails in Florida, all 67, under the use of the BOA
process where these cops are arresting these people
on these civil immigration charges, et cetera, that
they could use all 67 county jails to hold these
people pending transfer to ICE.

Under our plan the sheriffs agree to step up
because ICE doesn't have the resources.  So what
we're going to do is when these people get
arrested, whether it's a trooper in Pensacola,
eventually a deputy in Leon County, city cop in
Osceola County, wherever it is, and you didn't have
any state charges at all, you just take them to the
county jail.

We have a process in place where the county
jail, before you got there, would get the 247, the
detainer, they would get the 200, which is the
probable cause warrant, and they would get a 203
which is the booking form.  Then those people would
sit there and every day county jail would notify
the Florida Immigration Response Center.  I mean,
we would get those people transported out and the
sheriffs agreed to do the transports.

1          You will see in here one of the documents that

2     you have.

3          If you look at the last page here, it says

4     "The Florida Law Enforcement Officer Civil

5     Immigration Arrest Transportation Process."

6          We came up with our own transportation

7     process.  We divided the state into seven zones,

8     and the sheriffs in these counties will hold these

9     people in their sheriff-led zones agreed to do the

10    transports.  Everything from Marion County north,

11    from Alabama to Jacksonville.  We were going to get

12    them out of these county jails within that 48-hour

13    period, coordinate with ICE, get them to the right

14    suboffice, ICE can then do the processing and they

15    can get them into the ICE system, but ICE wouldn't

16    approve the plan, so it's dead.  So I don't know

17    what's going to happen.

18         The only place we can now take these people

19    when they start getting arrested are to one of the

20    IGSA or IGA which is a U.S. Marshall service,

21    piggyback down to some of those contracts.

22         The bottom line is, there is only housing

23    agreements with seven county jails; Collier, Baker,

24    Glades, Pinellas, Orange, Martin and Fort Walton.

25         So you get a trooper who gets his credentials

1    and he stops somebody on the side of I-10 in Leon

2    County on Thursday of this week, and it's only

3    civil immigration.  He's either going to take him

4    to the ICE suboffice, and, if it's 3:00 in the

5    morning, there ain't nobody there or you can drive

6    all the way over to Baker County or you can go down

7    to Orange County.  That ain't gonna work, but

8    that's what you got.  That's where it is.  They'll

9    figure it out, I guess.

10        This is what the plan looked like.  You've got

11    a copy of the flowchart.  This was something we're

12    going to give to every cop on the street.  This is

13    what they would do and how they would follow it if

14    there was not a warrant.  This is what they would

15    do if there was a warrant and it was real easy and

16    real easy to follow.  None of this is in place

17    because ICE headquarters -- not these guys, ICE

18    headquarters wouldn't approve.

19        Another problem you got is that under ICE

20    policy is that it's not like what we do.  If a cop

21    does an investigation, the cop makes the decision

22    whether to arrest somebody.  Not here, not under

23    this because you can't make a probable cause arrest

24    unless you have approval from my supervisor, and

25    then the ICE supervisor would then issue the 200,

1          the probable cause warrant.

2              The Florida Immigration Response Center, which

3       is down at Chrome where there was going to be 24/7

4       access to an SDDO, which is a Supervisor Detention

5       Deportation Officer, who could issue the warrant.

6              So, again, how this is going to work when

7       people start getting credentials in their hands

8       without a process in place, without a framework in

9       place, I don't know what's going to happen.

10             So, because there is other issues that have to

11      get worked out, one of them is making sure that the

12      DIO has the right person identified because under

13      this, even once they get credentials in their hands

14      and troopers are going to start getting credentials

15      this week and then cops after that, this is not

16      going to give you any access to the ICE systems

17      because they're not running you through the

18      background check process which would then give you

19      access to the systems, and that's going to be way

20      down the road before anybody gets access to their

21      systems.

22             So how are we going to know -- especially --

23      I'm not saying this in any type of a derogatory

24      way.  It's very difficult especially with Hispanics

25      that have hyphenated names.  That's just a reality.

```
 1        It's a hard thing to try and figure out because of

 2        all that.  Do you have the right person.  Even

 3        these guys occasionally will end up arresting the

 4        wrong people, and they know what they're doing.

 5             Our guys on the street, unless they have

 6        access to somebody and they know how to flesh this

 7        out with this program and having access to the FIRC

 8        and working through this, they're going to have a

 9        hard time because they're going to arrest the wrong

10        person.

11             Ensuring the person is not in fact a U.S.

12        citizen.  Some people have no citizenship.  There

13        are some people that don't even know that they're

14        citizens, and that's why you've got to get into the

15        system because of their parents' status.  Some

16        carry multiple passports.  Some may have a passport

17        from a foreign country, but they have got one from

18        the U.S. as well because it's a game that they

19        play.  So this is why we really have to be able to

20        provide a framework for our people.

21             The next thing I want to cover --

22        SHERIFF JUDD:  Sheriff, why don't we take a

23        break for 30 minutes because I know there is going

24        to be a lot of questions and this is very important

25        on itself.  We're at a perfect time to take about a
```

         1          30-minute break before you start the immigration

         2     laws, and then we'll have questions for you for our

         3     ICE officials and for our executive director.

         4     About 30 minutes, maybe 35.

         5          All right.  We'll stand in recess.

         6          (Whereupon, there was a break in the meeting

         7     for lunch.)

         8          SHERIFF JUDD:  Good afternoon.

         9          We will start our afternoon session.

        10          Sheriff Gualtieri.

        11          SHERIFF GUALTIERI:  Where we left off in the

        12     presentation is transitioning over to Florida's

        13     immigration laws.

        14          So these are legal terminologies, but what the

        15     legislature says it means, and the legislature

        16     means what it says.  Those are the basic concepts

        17     of statutory construction without using all the

        18     legal stuff and the Latin terms and all the other

        19     nonsense, but that's where it comes down to.

        20          So think about this.  What does the burglary

        21     statute in Florida say.  If you go way back to

        22     common law stuff, right, it says that if you break

        23     in and enter into a dwelling at night, well that

        24     ain't the law to enforce.  Is it that you enter or

        25     remain in a structure or conveyance with the intent

1          to commit an offense therein.

2              That means that if you hang out in Target and

3          you hide in the restroom all night long and then

4          you're going to carry away a bunch of TV's in the

5          middle of the night, that's a burglary because it

6          doesn't say you got to enter.  It says "enter or

7          remain."

8              If you look at the theft statute, what does it

9          say.  There is no attempted theft in Florida.  It's

10         theft, right, because it's whoever obtains or

11         endeavors to obtain, endeavors to obtain.

12             So I say that to say this.  The legislature,

13         means what it says -- I don't know if this would

14         work.  The legislature means what it says and says

15         what it means.  So what it says under these new

16         immigration laws is that someone who knowingly

17         enters or attempts to enter Florida.

18             So the first element of the statute is, you

19         have to knowingly enter or attempt to enter.  So

20         that means if you're driving from Alabama and

21         you're in the backseat of the car asleep, that

22         ain't knowingly enter unless you have some other

23         way to prove it.  So somebody has to knowingly

24         enter Florida.

25             Then the second element is that they knowingly

1    came into the state after they entered the United

2    States by eluding or avoiding examination or

3    inspection at the border.  So what that doesn't

4    mean is that you're here in the United States

5    illegally.

6        So remember what I said before is, is that all

7    immigration violations that are not criminal.

8    There are some immigration violations that are

9    purely simple, like being an overstay.  So, if

10   you're in Kansas and you had a visa and four years

11   ago you should have left and you didn't, that's not

12   this because what you have to prove is the person

13   came into Florida and they came into Florida after

14   they eluded or avoided an examination or inspection

15   at the border.  That's not an overstay.

16       So you can be here illegally all day long, but

17   you don't even fit anywhere near this because you

18   didn't elude or avoid examination or inspection at

19   the border.  So, in order to prove this crime, you

20   have to prove that they knowingly came into the

21   state and they came into the state after, my word,

22   "surreptitiously," crossed the border.  They eluded

23   or avoided examination or inspection, so they came

24   through the Rio Grande, they came through Eagle

25   Pass, they came through some border someplace.

1          So more likely than not is they came through
2     Alabama or Georgia or they floated in on a raft,
3     but let's not talk about that.  Let's just assume
4     they came through the Alabama or Georgia border.
5     Then for the cop, for a sheriff's deputy, state
6     trooper, city police officer to arrest, you got to
7     prove that they knowingly came into the state.

8          Look at what it says.  It says the crime is
9     knowingly enter or attempt to enter the state.
10    That's the crime.  It's like enter or remain.  It
11    doesn't say "remain."  It says "enter."  It doesn't
12    say "theft, obtain or endeavor to obtain."  It says
13    here "whoever enters."

14         So the crime is entering the state, that's the
15    crime and you enter the state after you have
16    avoided examination or inspection.

17         How is a cop, when you see somebody come
18    across the Alabama line into Pensacola in
19    Escambia County, how are you going to prove that
20    person avoided examination or an inspection of the
21    border.  You don't have access to any ICE
22    databases, you don't know if -- if they avoided
23    inspection or detection, unless they were
24    apprehended and then released, and there was a
25    whole bunch of those, not so much anymore, but a

1      whole bunch that are apprehended and then released

2      on ROR, on EM, all kinds of other stuff, they get

3      to stay here while their case is pending in the

4      past.  So how are you going to prove that they did

5      that.

6           The first time that somebody does it is a

7      misdemeanor.  So it's a misdemeanor that has to

8      occur in your presence in order for you to arrest,

9      and there is no misdemeanor exception for probable

10     cause to arrest.

11          The second or subsequent times are felonies,

12     but the elements are still the same which means

13     that you have to have come into Florida knowingly

14     after you avoided examination or inspection.

15          Now, it also says and in these statutes they

16     set up three different schemes.  One is you cannot

17     be arrested.  So that means it's a bar to arrest.

18     The next one is an affirmative defense.  Well, an

19     affirmative defense is different than a bar to

20     arrest.

21          An affirmative defense means I can arrest you,

22     but you can claim this as a defense.  Work that out

23     with the state attorney and your lawyer, too bad,

24     so sad, you're going to jail, but not here.  It

25     says you cannot be arrested for a violation of this

 1          section if you were encountered by a law
 2          enforcement officer during the investigation of
 3          another crime and the unauthorized alien witnessed,
 4          reported or was the victim of a crime.
 5              So if somebody came across the border and they
 6          reported a crime, that's how you came in contact
 7          with them, so you have to weed this out first.
 8          I'll show you more here and explain it, but all
 9          this has to happen at the border.  This has to
10          happen somewhere along the Georgia border,
11          somewhere along the Alabama border or somewhere
12          where they're floating in on a raft.
13              It doesn't say that if you're sitting in
14          downtown West Palm Beach at a convenience store and
15          a West Palm Beach police officer comes up to you,
16          it doesn't say you're founded for it.  It says,
17          quite plainly, that whoever enters or attempts to
18          enter after avoiding an examination.  It doesn't
19          say founded for it.  It says knowingly enters or
20          intends to enter, and then you can't be arrested if
21          the cop came in contact with you because of one of
22          those things and then now it's an affirmative
23          defense.
24              So cops don't need to be too worried about
25          this, but the State Attorney does in order to get a

1          successful prosecution because if the federal

2          government has granted that alien lawful presence

3          or discretionary relief that authorizes the

4          unauthorized alien to remain in the United States,

5          that's a defense.  How is a copy going to know

6          that.  Or the unauthorized alien is subject to

7          relief under the Cuban Adjustment Act, whatever

8          that is.

9              Can you imagine some 24-year-old cop at 3:00

10         in the morning trying to figure out whether

11         somebody is subject to relief under the Cuban

12         Adjustment Act or the unauthorized alien's entry

13         into the United States did not constitute a

14         violation of 8-USC-1325 which is the criminal

15         charge for crossing the border.

16             So you got to go to 1325, you got to look at

17         the elements of 1325, and it's a defense if those

18         elements aren't met.  So, even if you go back to

19         this that says yeah, come into Florida after

20         entering by avoiding their examination, inspection

21         or immigration, but if the elements of 1325-A are

22         not met, then the crime isn't committed.

23             Now you go to 103.  The legislature says what

24         it means, it means what it says.  It says that if

25         you are -- I'm going to shorthand this -- if you

1       have previously been denied admission or removed,

2       so previously you were tossed out and thereafter --

3       so you have a 205, you have a final order and you

4       were removed, deported, and then thereafter you

5       come back and you try and enter Florida or you do

6       enter Florida, so at the Alabama line, Georgia line

7       or on a raft, then you committed this felony

8       because you were previously removed and you came

9       back or attempted to come back or you're found

10      outside at that convenience store in downtown

11      West Palm Beach, now you've committed the offense.

12      So they purposely put in this statute "or is at any

13      time found in the state," and there is no "at any

14      time found in the state" in 102.

15          Now, one of the reasons that it may be in 103

16      and not 102 is, is that there are, I'll say,

17      conservatives about the constitutionality of any

18      state law that delves into immigration and making

19      it a criminal offense because of the supremacy

20      clause in the U.S. Constitution and all the other

21      court decisions that are out there in Iowa, in

22      Utah, in Arizona, in Texas, it might be under 102

23      that they ordered the best specific way to increase

24      the chance of survivability of this law in Florida

25      as opposed to the others that have been held in the

```
 1            Constitution.  Regardless, 102 clearly says "enter
 2            Florida."  The crime is entering Florida.
 3                  Under 103 it's "enter or a second time found
 4            in this state."  The fact that it's in 103 and not
 5            in 102 adds significantly to the premise that
 6            simply being in Florida is not the crime under 102.
 7                  Now, when you look at 103, it also says "an
 8            unauthorized alien does not commit a violation of
 9            this subsection."
10                  So you've got a bar to arrest under 102.  So
11            it's a bar to arrest.  If they're a victim or they
12            reported a crime or they witnessed a crime, it's a
13            bar to arrest.
14                  You've got an affirmative defense under 102,
15            and then under 103 it says "the unauthorized alien
16            does not commit a violation of this subsection."
17                  That probably cuts more towards the bar to
18            arrest, but they don't say that.
19                  If before the unauthorized alien's
20            re-embarkation at a place outside an admission from
21            a foreign country, the attorney general expressly
22            consented to his or her reapplication for admission
23            or with respect to the alien who was denied or
24            moved.  They established that they were not
25            required to obtain such a vast consent under the
```

1        INA.  How is a cop at 3:00 in the morning going to
2        figure that out.
3            So here we get into the sentences with it.  So
4        I go back to what I said earlier.  To me this is
5        clear.  Everyone can have their own thoughts on it,
6        of course, but, you know, go back to what the
7        legislature says it means, means what it says.
8        Look at all the statutes, look at the burglar
9        statute, enter or remain.  You can go down a whole
10       list of them.  When they intend to do something and
11       they intended to do this here because they said
12       "where knowingly enters," and the next section
13       "where knowing enters or attempts to enter or is
14       found in Florida."  If they wanted "and found in
15       Florida" to apply to this, they would have put it
16       in here, but they didn't.
17           So I don't think you can charge this unless
18       you actually see them enter Florida and then you
19       can prove not that they're illegal because that's
20       not enough because not everything that somebody has
21       done to be here illegally is a violation of
22       8-USC-1325.  That is illegally crossing the border.
23       So you'd have to prove that they illegally crossed
24       the border.  How are you going to prove it.
25           Look at it from a state attorney's

1          perspective.  Okay.  Somebody can say well, if
2          there is four guys in a car and the one who is
3          driving in my hypothetical, the other three will
4          say oh, yeah, well, we were with him, and he
5          came -- we came across the border, we walked across
6          the Rio Grande with him.  Really, there was no
7          witnesses and you're going to try this misdemeanor
8          case.  So how are you going to get it done.  You're
9          not is my point.  It is not going to happen because
10         you don't have anything to show that these people
11         came in illegally.
12             I don't see how 102 is chargeable unless you
13         see them and somehow then you can prove it, but,
14         regardless, if you find the person in downtown
15         West Palm Beach, again being here is not the crime,
16         but, even if it were the crime of crossing, you
17         still got a misdemeanor, not your presence issue
18         that goes with it.
19             So, anyway, those are my thoughts on 102 and
20         103.  I don't think it gives us a lot of tools to
21         work with.  We hear a lot and I have a lot of
22         questions from some of the ERO people about the use
23         of this statute because it would be easier for
24         them, and they're right, if we could just arrest
25         these people and put them in our state law charges,

```
1          then they could go through that whole fingerprints
2          and detainer process and everything we talked about
3          because we got a system in place for that, but this
4          isn't useable the way it is for these reasons that
5          I've talked to, and that's my view of it.
6               Sheriff Judd, that's it for this presentation.
7          I don't know if you want to take questions or how
8          you want to do it.
9               SHERIFF JUDD:  Thank you, Sheriff.
10              Council, now we are ready for questions for
11         the sheriff, for our colleagues from ICE and from
12         Larry Keefe.
13              If you want, Sheriff, we can let you talk from
14         your chair and the others can use the podium should
15         they have any questions.
16              Questions?
17              Yes.
18              SHERIFF PRUMMELL:  I actually had a question
19         for Mr. Lopez-Vega.
20              Thank you, sir.
21              In your presentation you talked about the five
22         different inspections for the detention facilities.
23              We were told, but we have yet to see in
24         writing, that they were going to lessen that here
25         in Florida to the Florida jail standards.
```

 1              Have you heard that, and is that occurring?

 2              MR. LOPEZ-VEGA:  It is being worked on.  It's

 3      not finalized; however, they are looking to mirror

 4      the state correction standards for the early

 5      detention as well.

 6              SHERIFF PRUMMELL:  Okay.  Great.

 7              Thank you.

 8              CHIEF BAGE:  Mr. Chair, I have a question for

 9      him too while he's up there.

10              SHERIFF JUDD:  Proceed.

11              CHIEF BAGE:  When you were talking about

12      biometrics, when the Biden administration was

13      enrolling just under 2,000,000 people in the

14      country every year for the past four years, were

15      biometrics collected on everybody that was paroled

16      into the country?

17              MR. LOPEZ-VEGA:  I believe the answer is yes;

18      however, there could have been cases where they

19      were unable to, but, for the most, yes.

20              SHERIFF JUDD:  I have a question.

21              It's my understanding there have been 700,000

22      final warrants from deportation with the NCIC.

23      Now, there is supposed to be 1.4 million.

24              Is that an accurate number, and, if it is, do

25      they anticipate putting the rest of those warrants

1          in the system?

2               MR. LOPEZ-VEGA:  Those are the numbers that

3          they have been talking about, and I believe the

4          700,000 was the first time.  Eventually they're

5          going to be able to put the rest of them.

6               SHERIFF JUDD:  But they anticipate putting the

7          rest of them in?

8               MR. LOPEZ-VEGA:  Yes, sir.

9               CHIEF GOERKE:  Thank you, sir.

10               Since you're still up here, obviously some of

11          the challenges we're having is a logistical moving

12          issue and obviously a manpower issue as well.

13               Is that something that's EOP or at least ERO

14          is looking to bolster in the state of Florida since

15          we seem to be leading the way in the country; is

16          that something that you're working towards now?

17               MR. LOPEZ-VEGA:  Correct.  Yes.

18               CHIEF GOERKE:  Thank you.

19               CHIEF BAGE:  I have two questions for

20          Sheriff Gualtieri.

21               The first one is, you said that our plan for

22          the jails was denied.

23               Was there is a reason for the denial?

24               SHERIFF GUALTIERI:  No, not really, other than

25          they never used -- what I was told was that there

```
 1        was some sense tonight from the lawyers of it that

 2        they had used the BOA process in that manner

 3        before, but I guess back to everything that many of

 4        us has said and what Mr. Keefe has said and others,

 5        you know, you've got to get to yes.  It is not

 6        wrong.  I believe it is absolutely fine and is

 7        correct.  In fact, it's never been done that way

 8        before.  So what.  Try.  You got to step outside

 9        the box.

10            This is a different time, it's a different

11        situation, there is a sense of urgency, and what

12        I've said to everybody else that -- everybody that

13        I've talked to is we spent a lot of time developing

14        that process, everything you see there from the

15        guide sheet to the work post and the transportation

16        plan and everything.

17            If anybody, I don't care who you are or where

18        you are, if anybody has got a better process and

19        better plan, something, because what I'm worried

20        about is the cop on the street and how is this

21        going to work or not going to work if you don't

22        give them some framework.  There isn't one person

23        that has come up with anything different or better.

24        So that's why.  It really just came down to cold

25        feet, in my opinion.
```

1          CHIEF BAGE:  I think it was a great plan too,
2     and I would fully endorse the plan.  I don't know
3     if the council or the board or -- that's why I
4     wanted to ask why the no came about -- how we can
5     maybe get some emphasis done because that's an out
6     of our strategies aspect that was never done.
7          Mr. Keefe talked about the judge advocates on
8     the basis for the National Guard.  I never heard
9     that strategy until now to help move along the
10    process of the system.
11         I have one other questions for the Sheriff, if
12    I can.
13         SHERIFF JUDD:  Please.
14         CHIEF GOERKE:  My other question was just on
15    Option 2 where you talked about the grandma that
16    comes to the jail, the burglary guy is going to
17    bail out, you put the $40 hold on the person.
18         What happens if Mr. Perez doesn't come within
19    48 hours; what happens at that 49th or that 50th
20    hour?
21         SHERIFF GUALTIERI:  Unfortunately, we have to
22    release them.  I can tell you that the sheriffs go
23    to great pains to not do that.
24         Again, this was also another reason, I hate to
25    keep saying it, but it goes back to our plan

1          because with our plan employees in helping ICE out
2          and helping ERO out, the sheriffs have agreed --
3          several sheriffs have agreed to step up to be that
4          transport to ensure that 48 hours is not blown and
5          to coordinate with the local suboffice and get that
6          out so that would never be blown.

7               Where ICE is most challenged in Florida is in
8          the north part of the state.  They have the DO's
9          and their staff and they have contract transport
10         that will go and get these people out of the jails,
11         but they don't have the resources.

12              Sometimes I'll get phone calls from sheriff's
13         primarily in north Florida that's, like, okay, this
14         is now, you know, hour 40 and we only got 48 hours
15         and whoop de doo.

16              I said "well, start making phone calls," and
17         that's what they do.

18              We have had situations -- you know, they try
19         the best they can.  These guys are working really,
20         really hard, but there is only so many of them and,
21         you know, to some degree and some respects they
22         have been asked to build the Empire State Building
23         with toothpicks, you know.  It's a hard thing to
24         do.  They're trying.

25              I guess the direct answer to your question is,

1    you got to let them know because the law is that

2    you can only hold them for 48 hours.

3         Now, if you have -- there is always, you know,

4    exceptions.  If you have an idea, say, okay, which

5    is only a few of us in Pinellas or Walton and

6    Collier, Baker, but that's different, you can offer

7    up 72 hours probably without getting in trouble,

8    but the majority of the counties, 63 counties,

9    you've got to let them go, which is horrible

10   especially given the backdrop of some of those

11   people that I showed you about.

12        So the answer is, is that by law you have to

13   let them go.

14        CHIEF GOERKE:  And then what happens to that

15   person?

16        So the burglary suspect goes out on bail.  You

17   put your 48-hour hold and he comes in at 47, grabs

18   the guy at hour 47, do they have to come back to go

19   through the state charges?

20        SHERIFF GUALTIERI:  Used to be like in 2020,

21   2021, I feel like it was 2022.  Mr. Lopez-Vega can

22   clarify that.  Under the Biden administration the

23   answer was they couldn't remove them because they

24   had to have a conviction, but then finally that was

25   changed and now the answer is that once they get

 1          out, they're not going to come get them from the
 2          jail unless they're getting out.  They will let
 3          them wind through the process and let the state
 4          charges be resolved.  If they're getting out, they
 5          will come get them and then they will begin the
 6          removal process and they will get them out of here
 7          and then the state charges just go where they go.
 8               Is that anything different?
 9               MR. LOPEZ-VEGA:  That is accurate unless while
10          the process is ongoing we reserve the right to
11          surrender the subject.
12               SHERIFF GUALTIERI:  Then you get them out.
13               They used to be -- back in 2021 for a while
14          you had to have a conviction, but that's no longer
15          the case.
16               The answer is the same terms.  They will take
17          them and put him into custody.  Again, if there
18          are, as they call them, a rapid removal because
19          it's a 205 and they have already been through, they
20          can get them out in about 48 hours, but if they
21          have to put them through the usual because it's a
22          200 probable cause situation and they put them
23          through, it depends upon the basis for it, they
24          will probably get them removed probably 50, 60
25          days, somewhere in there, but they will be gone.

1      What happens to the state charges is the state

2      charge is gone because they have gone back to

3      Mexico or Honduras or Guatemala or wherever.  So

4      the state charge is not to be prosecuted.

5           SHERIFF JUDD:  Another question?

6           SHERIFF PRUMMELL:  Just a followup.

7           First off, I've been working with

8      Sheriff Gualtieri since the special session

9      started, and he's done some phenomenal work in the

10     area of immigration.  When he came up with the BOA,

11     I thought it was a phenomenal idea.  We were able

12     to get all 67 counties to sign the BOA's.

13     Unfortunately, like Mr. Keefe stated earlier,

14     lawyers got involved and, like you stated before,

15     cold feet.

16          Now, I know that they're trying to reach some

17     leadership.  I have made some phonecalls myself and

18     I've been unlucky so far, but I know Mr. Keefe has

19     spoken to some leadership and, Mr. Chair, I know

20     you spoke to the governor.

21          Are we making any headway in trying to reach

22     leadership to maybe override this decision?

23          SHERIFF JUDD:  We sent to the governor at his

24     request a one-page paper that gave five topics that

25     need to be covered, and I covered those five topics

1        in my presentation.

2              The governor was going to meet with Tom Homan

3        on Thursday of that week and then was scheduled to

4        see the president over the weekend.  I don't know

5        where that may be now, but I know that the governor

6        asked for it and we sent that to him at the time

7        after talking to Mr. Keefe.

8              Do you have any update on that?

9              MR. KEEFE:  I would just say that, once again,

10        with all due respect to our fellow colleagues --

11              SHERIFF JUDD:  Speak into the microphone.

12              MR. KEEFE:  Okay.  My best assessment of what

13        I can share today on that is the governor and I and

14        Mr. Cadman were with Mr. Homan in Sarasota a week

15        and a half ago, and from there went to Washington

16        and had meetings with senior ICE leadership, the

17        senior-most ICE leadership.  I don't have any

18        progress to report on that right now.

19              SHERIFF JUDD:  I think this would be a

20        question maybe for Mr. Vega.

21              The top group in ICE, are they working now on

22        any of these projects that we have brought to them

23        such as -- I know Mr. Keefe has talked about and

24        gone through spinning up as many as 10,000 beds in

25        order to house so you would have a capacity, and we

1      want to work with you.

2          Once again, I underscore the folks on the

3      ground and you are working around the clock

4      answering our calls working with us, but do you see

5      any movement to change any of these ICE rules, or

6      is there any trickledown from the White House

7      telling the lawyers at the top end of ICE "hey,

8      figure out a new answer" because we can't keep

9      doing the same old thing and get a different

10     outcome.

11         MR. LOPEZ-VEGA:  I have seen some

12     communication.  We're limited to what we can see at

13     the local level; however, I've seen instances where

14     there has been some flexibility to move through

15     with that.

16         SHERIFF JUDD:  So it's stand by to stand by

17     for the time being, right?

18         Again, I do want to say our frustration has to

19     be your frustration, and it's 1,000 times worse

20     because you know that we're all here to help and

21     that we can do a lot if the decision makers at ICE

22     will allow us to.  That seems to be what we're

23     waiting on at this time.

24         Are there any other questions?

25         SHERIFF PRUMMELL:  We'll need a president and

```
 1          secretary, and they all have nothing better to do
 2          today than to tune in to the Florida channel.
 3               SHERIFF JUDD:  You're missing an opportunity
 4          if you're not watching.
 5               Any other questions?
 6               Okay.  We'll move on.
 7               Next I would like, once again, general
 8          counsel, Kate Holmes, to provide some information
 9          on the grant rule process.
10               Now, FDLE has promulgated this.  Certainly we
11          have the opportunity to provide input if we need
12          to.  If not, if we like it like it is, then we can
13          approve this and recommend to the board that this
14          is the grant rules that are followed.
15               Before we obviously have a vote after
16          Ms. Holmes talks to us, then there is some
17          questions and some statements that I would like to
18          present as far as where we go in establishing grant
19          priorities because we have a finite amount of state
20          money to be used.  We'll talk about that as soon as
21          she explains the details about the grant process.
22               MS. HOLMES:  Thank you, Mr. Chair.
23               I would like to -- I might be throwing your
24          schedule off just a little bit.
25               We had talked internally within FDLE and our
```

```
 1            grant team.  It think it would probably be helpful
 2            for you all to hear from our grant team first and
 3            then have me go through the draft rule and
 4            everything.
 5                 SHERIFF JUDD:  That would be fine.
 6                 MS. HOLMES:  So if I could invite Cody Menacof
 7            up to be able to present on the grant rules and the
 8            functions and the grant process and everything and
 9            then I'll come back up to go through the draft rule
10            that you all have in the materials.
11                 SHERIFF JUDD:  Yes, ma'am.  That's fine.
12                 MS. HOLMES:  Thank you.
13                 MR. MENACOF:  Good afternoon, council.
14                 I appreciate the opportunity to be here.
15                 I'm Cody Menacof.  I'm the Chief of the Office
16            of Criminal Justice Grants within Florida
17            Department of Law Enforcement.
18                 Part of our goal here today is to kind of give
19            you a high-level overview of the grant program and
20            what we want to do.  Part of this discussion is
21            identify -- and there has been a lot of discussion
22            about road blocks or speed bumps or anything like
23            that.  We want to identify those on the front end,
24            get some clarification, get some discussion going
25            so those don't happen later on down the line.  We
```

1    want to be able to implement this and keep running

2    forward and not hitting any of those or possible

3    U-turns as we go through.

4         I'll go through the general program overview

5    and then we'll discuss the different areas,

6    activity areas that funding can be used for, kind

7    of a high level of the award process and the work

8    flows.  Then at the end we'll kind of discuss these

9    issues where we've seen that could potentially

10   cause issues either because the language is too

11   broad or vague.

12        We need your input as the subject matter

13   experts of what you need, what you see feasible,

14   what you see reasonable, and there is also some

15   language in here that requires your input that has

16   you -- you have to establish some things that we

17   need to put into this solicitation as it moves

18   forward.

19        I know this was established under 908.  There

20   are approximately $250,000,000 in nonrecurring

21   funding for this program.  This will fund the

22   different activities all the way up through the end

23   of June of 2026.  It is basically to support the

24   local agencies that are assisting ICE in the

25   federal immigration laws and enforcing those

 1          programs.

 2               Our funding model is the first come first

 3      serve basis, which basically means once an

 4      application gets to us, we're going to review them.

 5      There are people that are going to review them.

 6      They will look at those as they come in, and those

 7      are going to be moved forward in that same order.

 8               It's going to be a rolling application process

 9      which means there is not a deadline.  If you have

10      your application in, as long as they're funding,

11      we're going to keep accepting the applications.

12      We're going to keep processing those as long as

13      there is available funding.  The eligible

14      applicants or recipients in the local law

15      enforcement agencies, including chief correctional

16      officers that are operating county detention

17      facilities.

18               Some of the activity areas that are part of

19      this program are subletting of detention beds to

20      the ICE facilities.  This allows for reimbursing

21      the cost associated with subletting those beds.

22      The way this is written, there is really not

23      funding for, like, major renovations to facilities.

24      Those would follow under a different type of

25      allocation, the FCO allocation.  We can reimburse

1        for bed day rates associated with that with, you

2        know, the backup documentation that we'd be able to

3        track those for those expenditures.  You know,

4        we've seen there are different prices of ICE's

5        ability to pay and what it may cost.  We can see

6        those gaps filled in with some of this funding as

7        well.

8            There is also equipment, travel and lodging

9        associated with the 287 program.  This funding has

10        to be tied back to the performance or related to

11        the 287.  If they're purchasing equipment and

12        they're going to use their own purchasing policy

13        and follow those policies, as far as a grant

14        perspective, we have to verify all this.

15            We're going to need backup documentation,

16        purchase orders, proof of payment invoices, things

17        like that, and the type of documentation that's

18        going to be required is going to depend upon, you

19        know, what are the three models that they're going

20        to be using as far as participation.

21            Equipment, travel and lodging, it's the same

22        thing.  You know, if it's gonna be tied to this 287

23        program, clearly tied to it, reimburse for the

24        travel is going to be based on the state of Florida

25        guidelines.

1     We have kind of made some standard forms that
2     will hopefully make it a little easier for the
3     agencies to submit these travel records and these
4     expense records.  We've kind of done some lessons
5     learned through other similar programs that we have
6     and kind of seen where the issues may arise.  We're
7     trying to standardize this process across the board
8     so it will make it as easy as possible, as painless
9     as possible to the participating agencies.
10    The training for the immigration enforcement,
11    there is funding for that.  It can include the
12    certified apprenticeship programs, difference
13    programs that kind of ties to supporting the
14    federal immigration laws.  We can reimburse for
15    registration and training materials and other
16    associated travel costs related to it, and we can
17    collect agendas and payment and travel
18    documentation to help with that reimbursement.
19    One of the things that we will talk about is,
20    as you said, part of the requirements are laid out
21    and the language is for the board to advise on what
22    types of program that you would see reasonable and
23    feasible that would help reach that goal.  So
24    that's one of the things that we'll need your input
25    on.

1          Hardware and software.  Again, these things

2     need to be able to be tied back to the program in

3     assisting with immigration enforcement.  It's

4     usually, you know, purchasing hardware for

5     computers, it could be any type of things like

6     that, software programs that may assist.  Again,

7     we'll just need the standard backup purchase

8     orders, invoices, proof of payment to be able to

9     process them through the grant system.

10          The bonus payments for officers.  These are

11     one-time bonus payments that are available for

12     officers up to $1,000 per officer.  The

13     stipulations are the law enforcement officer must

14     participate in one or more of the at-large task

15     force operations.  The language says it doesn't

16     include operations occurring solely in the

17     detention facilities.  These are for officers that

18     are out in the field participating in these

19     operations that are eligible for this.

20          It will require that participating agency to

21     track the officer participation.  We have come up

22     with a standard certification form, and they can

23     certify this officer or these officers participated

24     in one or more of these programs that allow us to

25     do this through the grant reimbursement process.

1           The award process.  We will use our AmpliFund
2      Electronic Grant Management System.  They will
3      apply through there.  A lot of these agencies that
4      will be involved in this are already familiar with
5      AmpliFund because they already get federal grants
6      through our agency that we manage, and this will be
7      a much simpler process than the American Federal
8      Grant Process because there are a lot of
9      requirements and loopholes or hurdles that you have
10     to go over to get that.  So this will be a much
11     more streamline going through the AmpliFund system
12     here.
13          Part of the application process requires the
14     agency to have a reasonable plan and estimate costs
15     because you will submit a budget.  This is what I
16     think I'm going to, you know, need.  These are the
17     activities that I'm going to spend it on, this is
18     how much I think I'm going to need to carry this
19     forward.  They all, of course, must follow the
20     standard DFF guidelines of reasonable and
21     necessary.
22          The award process, continuing.  Once the
23     application comes in, it will be reviewed, again,
24     as they come in on a first come first served.
25     Incomplete applications can be returned for

1    corrections or anything that's missing, and then

2    they can resubmit it and it will, you know, drop

3    back in line of when we get it in.

4        The completed application, outside initial

5    review, everything is there, all the required

6    documentation is there to move it forward.  It will

7    be sent to the executive director for his

8    recommended approval.

9        The executive director, if it's authorized in

10   rule, can approve awards up to $25,000.  The awards

11   for more than $25,000 with the workflow that's

12   established in this language, those will go on up

13   to the board and the board has to unanimously

14   approve those for those to move forward.  The board

15   will provide notice to the legislative budget

16   committee at that point of their approval on the

17   applications and that they have a 14-day window to

18   either move those forward or reject those and send

19   those back.

20       There is a reporting process that goes along

21   with that.  They're monthly required to submit

22   performance and financial reporting which will

23   request reimbursements through that.  So there is

24   not a quarterly where they would have to wait for

25   every quarter to be able to submit any new.  As you

```
 1        incur expenses, you can submit those expenditure
 2        reports and performance reports monthly and they
 3        will be processed and that reimbursement process
 4        will be able to happen a little more frequently.
 5        All the backup documentation things that required
 6        to go into that reporting, of course, is going to
 7        vary depending on what program or what activities
 8        you're funding in those programs.
 9            Just kind of a high-level overview of the
10        process.  The work flows with that.  They will
11        submit the applications, they will go through the
12        initial review, they will go to the executive
13        director for his recommendation whether it's 125 or
14        over 25 that's under, he can go ahead and execute
15        the warrant.  If it's over, he's going to have to
16        send the recommendations to the board and then the
17        board will notify the legislative budget committee
18        and then, depending on their decision, whether it
19        goes forward or if it stops.  If it stops, it has
20        to come to a unanimous resolution at that point
21        before it can move forward or if it's just
22        cancelled altogether.
23            As you can see, there is multiple steps in the
24        approval process of this, so, you know, one of our
25        concerns is there is going to be potentially a
```

1          considerable delay moving these things through that

2          process in some instances.

3              Some of the council responsibilities that you

4          touched on earlier, recommend program participation

5          expenses related.  What can we feasibly reimburse

6          for.  The people that are going to be reviewing

7          these applications aren't the subject matter

8          experts, they're not the boots on the ground, so we

9          need you all's input to say, yeah, this is what you

10         can expect, this is what we need funding for.

11         These are reasonable asks.  So we're going to need

12         your input on that.

13             The council has to get guidance from ICE for

14         what types of training opportunities there are and

15         advise on new training activities that we can

16         reimburse for.  Again, we're grants people.  We

17         don't know what the law enforcement side is

18         actually going to need.  We're going to lean on you

19         heavily for that and recommend financial resources

20         that may be necessary and the recommendations to

21         enhance the information sharing which is kind of

22         outside of the grant program.

23             Some of the different areas of funding.  The

24         cost discussions that we kind of need to have are

25         the subletting of detention beds, and these are

1         things that, as we were reading through it, you

2         know, we need clarification on or it may be too

3         broad or it just may not be real clear.

4              The eligibility currently does not appear to

5         include private room facilities, so we weren't

6         sure, you know, what your input on that would be

7         because of the way it's written.  It doesn't look

8         like it includes those.

9              It doesn't really make allowances for large

10        scale renovations of upgrades to facilities.  This

11        is not a fixed capital outlay funding where you can

12        just build up a detention facility.  You probably

13        do, you know -- if you need new security scanners,

14        maybe things like that, upgrading some facilities

15        could do under this, but, as far as a construction

16        project, that wouldn't be allowable under here.

17             Currently there has been some discussion about

18        the number of days that someone can be held.  Right

19        now it's the 48 hours per the language.

20             Things that we've seen with other grant

21        programs.  Again, we're looking over to you to say

22        what's reasonable.  Just from our stance, we've

23        seen where there is broad language and you can get

24        everything under the sun.  We can see just from

25        looking at it there is a going to be a request for

1          firearms, specialized firearms, standard issued

2          vehicles, anything from, you know, just regular

3          patrol cars to boats to transport vans.

4               We can even start seeing requests for SWAT

5          vehicles, things like that, office furniture,

6          laptops, computers for briefing rooms, drones,

7          uniforms, specialized uniforms, surveillance

8          equipment, night vision goggles, you know,

9          electronic surveillance equipment, SWAT related,

10         and then have us looking at funding like

11         out-of-state travel if we're going to have

12         out-of-state training or transporting out of state

13         or anything like that.

14              These are all things that aren't directly

15         addressed, but we probably need some guardrails

16         from the council as we move forward because we need

17         to outline this in the sub-solicitation before it

18         goes out because what we don't want is, you know, a

19         police chief or a sheriff putting together a grant

20         package and sending it on and then it gets way down

21         the road and go, "yeah, we're not going to fund

22         that" and send it all the way back.  So if we can

23         put that clearly in the solicitation and in the

24         contract, it will avoid having to make a U-turn

25         down the road and keep this thing moving forward as

1    fast as we can.

2         Again, the training and immigration

3    enforcement.  What types of training do you see

4    needing to use this funding for.  The approved ICE

5    training, the interagency training, any type of

6    tactical training, things like that.  We'll need

7    some sort of limitation or some sort of suggestions

8    on what, if we see it come to us, if we can turn it

9    around on the front end or if we know off the bat,

10   yeah, that's not a problem with that, we can move

11   it on through.

12        Hardware and software.  Some of the things

13   that, you know, we think we'll see is mobile

14   biometric devices, CAT software, SAAS software,

15   upgrades to existing RMS and JMS systems, servers.

16   We're not making adjustment one way or another.

17   These are just things that we kind of expect to

18   see.  So you guys can look at that and go, yeah,

19   that's reasonable, I think, those kind of deal.  We

20   just really need your input on those because it's

21   not real clear the way it's written.

22        The bonus payments for the officers.  Part of

23   the language on Line 859 states that the

24   participants want more operation, they have to be

25   participating in more operations and provide any

1      additional information required by the board.

2      Nowhere does it state what that additional

3      information is.  So, if payment on that is

4      contingent on that, we're going to need to know

5      what that information is that they have to submit

6      to us before we can move that forward.

7           These are just issues.  Like I say, we're not,

8      you know, saying yes or no on any of them.  They're

9      just issues that we see as popping up, and we don't

10     want it to get to the legislative budget committee

11     or something and then they deny it or something

12     like that.  If we can establish what's allowable,

13     what's reasonable, what you're looking for, what

14     your expectations are upfront, that will help us in

15     the long run not hitting these road bumps or

16     anything through the board.

17          Questions?

18          SHERIFF JUDD:  One think I want to point out,

19     and I think this is the appropriate time, is

20     $250,000,000 is a finite amount of money, and it

21     would be easy for large professional agencies with

22     the grant writers to suck all this up immediately

23     and smaller agencies not get any of it, or to see

24     this as Christmas time and go out and buy the piece

25     of equipment that they always wanted that they

1     don't need to.  He's already spoke to the

2     guardrail.

3          So, as we work through the questions on this,

4     we need to have in mind as council things that it's

5     like, hey, you should have that to do your

6     day-to-day operations anyway, and we're not going

7     to use this money, this immigration money, for

8     those kind of things.  In fact, it needs to -- as

9     we narrow or put up the guardrails, at least they

10    have some direct response to proactively either

11    removing housing or assisting ICE.

12         So, with that, Sheriff Gualtieri.

13         SHERIFF GUALTIERI:  I have a copy of the

14    proposed rule.  The proposed rule tracks everything

15    you just went through.  So I'm going to kind of

16    track down my stuff off of what is the proposed

17    rule.

18         The first thing that is in the proposed rule,

19    which is Chapter 11Q-1, is, if you go down about

20    halfway under 002(4) it says "local law enforcement

21    agency may not submit an application or receive

22    grants for any activity for which the agency has

23    received or expects to receive federal or other

24    funding."

25         So it's a question, but also a point that has

1          to be clarified because otherwise you're going to

2          have a lot of confusion on this.  So under the BOA

3          that I talked about a little while ago under the

4          Basic Border Agreement, if we house somebody under

5          the BOA for up to the 48-hour period, it is a

6          maximum reimbursement of $50 for the entire 48-hour

7          period.

8              If you're a jail that has an IGSA or an IGA or

9          one of the four long terms, so up to 72 hours -- so

10         I'm not talking about ways for Baker which are

11         beyond the 72 hours within that window.  Obviously

12         then you're negotiated rate is probably about $72 a

13         day.  So, if you're BOA, you get 48 bucks for the

14         whole thing.  If you're IGSA, you get $72.  That

15         doesn't cover all the cost.

16             So what are you going to do if, let's just

17         say, the bulk of it is the 63 counties that are

18         just BOA's?

19             It's 50 bucks for the entire 48-hour period,

20         and the sheriff or the county says, "you know what,

21         I'm not going to go down that route, I'm trying to

22         get this 50 bucks, I'm just going to charge all my

23         costs against this $250,000,000."

24             Are you guys going to allow that?

25                 MR. MENACOF:  As long as they're not

1     receiving -- you know, if they receive the 50 bucks

2     a day and we can possibly pay the difference in

3     what it would cost them a bad day, if they're going

4     to bypass it, you know, we should be fine.

5         SHERIFF GUALTIERI:  The question is going to

6     come up, and we just need clarification on this.

7     So what is the policy going to be as long as we

8     don't submit for the reimbursement from --

9         MR. MENACOF:  Of course.

10        SHERIFF GUALTIERI:  Nobody should.  That's a

11    given.  I just want to make sure that you all

12    aren't going to say well, you could get it from

13    them, so you've got to go get the first 50 bucks

14    from them or the first 72 from them and that we

15    could say we're just going to bill it especially

16    from the 63 counties on the BOA.

17       We just forget about even seeking that and we

18    can do it all -- we can seek our costs under this?

19       MR. MENACOF:  As far as the way I understand

20    it, yes.  If you're not going to receive it, it's

21    fine.  I mean, I can go back and get some

22    clarification and make sure if you're eligible to

23    receive it and you don't seek it, you know --

24       SHERIFF GUALTIERI:  I'm just telling you I

25    know that's going to come up.

1          SHERIFF JUDD:  I think that's one of the

2     examples that alone if we went down that path would

3     suck up $250,000,000 in a blink of an eye.

4          For example, right now I've got -- and I don't

5     have as many as some others -- I've got 70 -- as of

6     Friday 74, 78 on the tankers right now.  Now, we

7     still have state charges on them, but then you get

8     your gap money, you know, once they're finished

9     with the state charges.  You know, I guess that's

10    what we're ultimately going to try.

11         SHERIFF GUALTIERI:  You're not going to get

12    any of that money if they're in jail three weeks

13    under a burglary charge.  It doesn't take any of

14    the 48-hour period.

15         Here's also a difference.  I suggest maybe,

16    you know, from a policy recommendation standpoint

17    is that -- let's just make it simple for the

18    48-hour period under the BOA for the 48 hours.  You

19    could forego seeking the $50, just to make it easy.

20    Then you can go to one place, it's one stop, you

21    don't have to go through it because it's a big

22    thing to get all the reimbursement that you're

23    never going to do in one place for only the 48-hour

24    period, but those that are going to hold more long

25    term -- as an example, Baker, Glades -- and you're

```
1        going to talk about that report this afternoon.  I

2        believe you reported that you had like 200 beds

3        that you could -- that would be more for the long

4        term.

5             SHERIFF JUDD:  Yes.

6             SHERIFF GUALTIERI:  The long term, because

7        you're going to have an IGSA contract, you're going

8        to negotiate that.  That's going to have more of

9        the seven hundred something, but for the

10       48-hour period that you don't require that they

11       seek the reimbursement because there is less than

12       an economic impact on that and it's easier, but, if

13       you're going to go beyond 48 hours, then you would

14       have to exhaust the federal money first so you can

15       see the difference in the long term because that

16       would kind of split the baby on that.

17            SHERIFF JUDD:  Chief.

18            CHIEF GOERKE:  Yeah.  I'm sorry.  When you

19       finish with that, I just had some other comments.

20       Go ahead and finish what you have on that.  Sorry.

21            SHERIFF GUALTIERI:  So when you get the

22       attention it's a cost down year, 0031-A, you can

23       get reimbursed for detention beds.  It's going to

24       come up, so what does that mean.  So you referenced

25       a per-diem cost.  I'm just telling you because
```

1          we've been through this many, many times.  Sheriffs

2          and county jails determine their per-diem costs

3          very differently.  So, as an example, I'm in the

4          weeds, but you've got to be in the weeds.  This is

5          going to come up.

6               In many counties the sheriff's budget doesn't

7          include the facility maintenance cost, the facility

8          operating cost and all of those because those are

9          done by the county, not by the sheriff.

10              So you can ask for ours.  Our average daily

11         cost to house an inmate is about $160 a day.  So,

12         to get that, we take our jail cost, the county's

13         and their budget, not at ours, operating costs for

14         the jail.  We put all that together, and then we

15         use an average daily population in inmates to come

16         to it.

17              Some counties, they don't reach out.  They

18         don't get county jail costs.  They're just using

19         their personal services cost.  You're going to find

20         a wide disparity, you know, in that if use a

21         per diem.

22              Then the other question is, when it says

23         "detention beds, somewhat" is that -- if you got to

24         open a wing in the jail -- let's say hypothetically

25         Sheriff Judd has 200 beds in that wing, but he's

 1          got to open it up in whatever period of time.  You

 2          have to staff it with detention deputies.  Is it

 3          going to be all personnel costs, is it going to be

 4          all overtime costs, is everything, all personnel

 5          services costs, is that all reimbursable.  You

 6          know, we're talking about the detention beds.  Then

 7          you have to have them operating because you're

 8          going to have everything that goes with the

 9          operating costs for that.

10              I'm not trying to be a pain, but I'm just

11          saying these are the things that are for sure going

12          to come up.

13              MR. MENACOF:  Yeah.  That's, like I said, one

14          of the reasons I brought this up so it could be

15          discussed and ironed out now because we don't want

16          to need it ironed out once we've got 150

17          applications in and --

18              SHERIFF GUALTIERI:  That's what you're going

19          to have --

20              MR. MENACOF:  Yeah.

21              SHERIFF GUALTIERI:  -- because unless you put

22          out guidance that says, okay, everybody has to

23          use -- in order to get reimbursed for your

24          detention beds, you have to use a per-diem cost and

25          that you should include all costs, including

```
 1        operating, capital, personal services, three
 2        buckets.  Include what it costs you, what it costs
 3        the county because we're only going to reimburse.
 4        We're not going to get into -- set things at the
 5        average cost and then somebody is going to say,
 6        okay, that gives you the baseline, but what about
 7        overtime, personal service costs when you got to
 8        bring people in at overtime to staff it.
 9            All I'm saying is, I think you got to come up
10        with some rules, you got to tell people what the
11        rules are because, otherwise, you're just going to
12        be all over the board.
13            MR. MENACOF:  Yeah.
14            SHERIFF GUALTIERI:  So, on equipment down
15        there under B, equipment travel and training down
16        there.  So who is going to come up with this.  So
17        what about as you have troopers now, but you're
18        eventually assuming that you're going to have
19        deputies at 40 hours' worth of training for the
20        task force officers.
21            As you get these hundreds, thousands of
22        deputies and police officers and they have to do
23        that 40 hours' worth of training on the task force
24        officer model, let's say is there time spent doing
25        the training on the 287(g) program and if they do
```

1      it on overtime is that reimbursement.
2           MR. MENACOF:  I think it's just for travel
3      expenses associated with the training.
4           SHERIFF GUALTIERI:  Again, I'd just say, those
5      are things said.  I seen that.
6           You can read it that way, but my question is,
7      are you guys going to read it that way?
8           MR. MENACOF:  Well, you have the same language
9      that we got, so that's why we're looking for you
10     guys for guidance on what you think is reasonable.
11          CHIEF GOERKE:  There is the CNS training
12     programs as well.  So that will be a training
13     program.
14          SHERIFF GUALTIERI:  Right.
15          CHIEF GOERKE:  Seed covers that.
16          SHERIFF GUALTIERI:  Right.  Training programs.
17     I think it does, but are they going to interpret --
18     the people you're going to have -- it would be
19     better if you put it out -- somebody put out to the
20     sheriffs and the police chiefs that says, yes, all
21     27(g) training, whether it's for WSO's for JEM's or
22     whether it's for a task force, yes, that's
23     reimbursable because if you don't you're going to
24     get some that will put in for it, some don't.  I
25     just think you better clarify this stuff.

1          SHERIFF JUDD:  Quite frankly, we're going to
2     have to make a list at this council and say this is
3     the first priorities, we won't hear anything else
4     until we hear this first and then we can either
5     enlarge it or shrink it.  I think we have the
6     discretion to do that and then, of course, that
7     goes as a recommendation to the board.
8          Chief.
9          CHIEF GOERKE:  Yeah.  Sure.  Thank you, sir.
10          To your point, Sheriff, you're 100-percent
11     correct.  That was really what I was going to key
12     in on.  I saw equipment put up there, night vision
13     goggles, BearCats.  There is other brands for that
14     specifically or federal grants you can apply for.
15     I would be very cautious about really kind of
16     determining these priorities.  That's what I
17     recommend to the council.  We determine where these
18     funds are best used.  Night vision, BearCats, I
19     don't see those as tactical vehicles to support the
20     immigration.  There is plenty of regional assets
21     that we can use as well as sheriffs.
22          SHERIFF JUDD:  Sheriff.
23          SHERIFF GUALTIERI:  We're on the second page.
24     I'm going to read for the bonus.  So how are you
25     all going to do this.  It says a bonus of $1,000

1          for each local law enforcement officer, blah, blah,

2          blah.  At least one Department of Homeland Security

3          transport operation under 287(g).

4               So tonight your ERO comes over and says, you

5          know, we're going up to Clearwater, we're going to

6          go pick up a couple of people and we just need a

7          little bit of operational support.  So they call

8          the comp center and the sergeant in the squad

9          assigns two deputies to go with them just to

10         provide some operational support while they go and

11         do their business.

12              Are they going to get $1,000?

13              MR. MENACOF:  Part of the program is we don't

14         develop a certification form from the law

15         enforcement agency --

16              SHERIFF GUALTIERI:  I saw that.

17              MR. MENACOF:  -- that they're going to certify

18         that that person participate in that nationally.

19              SHERIFF GUALTIERI:  It's harder when you

20         guys -- what I'm saying is, do you have to be a DIO

21         in order to get reimbursed for this, or is it going

22         to be that any time that any cop does one thing a

23         year to help them out, they're eligible for the

24         $1,000, or is this going to be -- I think

25         consistency is a win here, is a good thing, whether

1    you can provide it or not because this is ambiguous

2    and, otherwise, what you're going to end up with --

3    what I hear you saying is, is it's up to us to

4    certify it.

5        We certify, you're going to sell it and you're

6    going to have some chiefs or sheriffs that are

7    going to say well, no, I'm only going to do it if

8    you're a DIO in the task force and you've got to go

9    out and the other ones are going to say well, if a

10   squad sergeant assigns two deputies and for

11   20 minutes they went out and provided some

12   operations report -- if you guys think I'm wrong on

13   this, tell me.

14       CHIEF GOERKE:  Then he's going to swap it out

15   and --

16       SHERIFF GUALTIERI:  They're going to send

17   somebody else and then in the squad you're going to

18   end up with, you know, four people get $1,000 and

19   the other four cops don't.  So there has got to be

20   some direction on this, what's it limited to.

21       I understand the predicament you guys are in

22   because you said you got the same language we got,

23   but somebody has got to provide some rules on this.

24       SHERIFF JUDD:  I think the bigger question is,

25   because, you know, the legislature means what it

1        says, says what it means.

2              You know, as a council, you say look, we're

3        not going to give you $1,000 for going out in one

4        night, we're just not going to do it, we've got

5        other priorities.   Now if we fund all those other

6        priorities, come back and see us.

7              Do we have the latitude to do that?

8              I guess, until we're sued, we do.

9              MR. KEEFE:   I think you do if you make the

10       recommendation.   I believe FDLE does because

11       FDLE -- in the statute FDLE has afforded to make a

12       ruling.   You guys can take some of these things

13       that we're raising here and talking about, I

14       believe, and you guys can put in a rule which would

15       provide the guidance.

16             So, if you use the council's recommendation on

17       some of these things, there is a lot here to clear

18       up the ambiguity and provide the framework, I think

19       that you guys could put in a rule.

20             MR. MENACOF:   We can definitely.   These

21       guidelines that we argue, we can definitely put in

22       the grant solicitation.   These are things that are

23       refundable.   These are not.   Here's what meets the

24       qualification as one of the task force operations,

25       you know.   So, once we can get these established,

```
 1        we can include those when the solicitation goes out

 2        as well.

 3             SHERIFF JUDD:  Ms. Holmes, is this when you

 4        need to weigh in?

 5             MS. HOLMES:  Yes.

 6             CHIEF GOERKE:  As she's walking up, I was just

 7        going to add a little context to in.  In 3A of the

 8        actual statute it says officers participated in one

 9        or more operations.  So, if it's one or more --

10             SHERIFF GUALTIERI:  What's "operation" mean?

11             Does that mean you can go sit in your cruiser

12        and provide, you know, operational -- coordinator

13        at the end of the street?

14             CHIEF GOERKE:  Right.  Put you on an

15        operational plan.

16             SHERIFF GUALTIERI:  Right.  That's where I

17        intended this, that without some guidance, you guys

18        know this, some agencies are going to say "oh,

19        yeah, I'm going to get overtime."  No, no, no.

20        We're not playing that game.

21             CHIEF GOERKE:  Just for clarity, I don't know

22        which one of the two of you may answer this

23        question.  We have the statute, then we have the

24        rule, but in any grant solicitation from FDLE it's

25        usually multiple pages long, and in that
```

```
 1          solicitation it kind of outlines a little bit more
 2          than the statute or the rule.  It gives the
 3          guidelines of the grant.
 4              Is that what we're kind of flushing out here
 5          is the guidelines for that or the actual rule?
 6              MR. MENACOF:  We usually pull the guidelines
 7          from the rule or the statute what's allowed and
 8          what's not, but also included in a lot of the grant
 9          package is reporting requirements, you know,
10          documentation requirements that we need, deadline,
11          you know, all the other stuff that goes along with
12          that, but we can build the solicitation in the
13          contract around what's laid out in statute and the
14          rule what's allowable, what's not.
15              SHERIFF JUDD:  And our next meeting is
16          April 30th, but it doesn't mean that we can't give
17          them some direction today and have a Zoom meeting
18          to deal with an issue next week or a week after
19          next before our next formal meeting.
20              My suggestion is that we -- go ahead.
21              MS. HOLMES:  Sure.
22              A lot of what the questions that Chair is
23          hearing as posed are the same tech ones that we've
24          had internally, and we're relying on you all to be
25          able to provide that additional criteria so then we
```

1          can incorporate it into the rule.

2              So this draft rule that you have before you is

3          pretty much what the statute lays out and

4          everything because we're not the ones that are

5          going to be making this decision.  This is the

6          council's recommendations that goes to the board

7          and then the board ultimately decides what they

8          want to do at that point in time to adopt your

9          recommendations or not.

10             So we're trying to help as much as we can

11         through all of this.  So we'll take down all the

12         recommendations that you have, put another draft

13         rule together to then be able to talk about it at

14         your next meeting if you want to do that Zoom or

15         Teams Meeting.

16             SHERIFF JUDD:  I think my recommendation is

17         that -- and I'll throw this on the table and the

18         rest of you all -- is that we present to them

19         topics that we think should be the top priority for

20         funding.

21             For example, I'm going to try to train as many

22         of my people as I can on duty time, but when it

23         gets to 40 hours, you know, you just don't have

24         guys and gals that have stuck around for 40 hours

25         in patrol that can sit on their computer and do

 1          things.  So we've got to have them trained before
 2          we can do anything, and there has got to be
 3          capacity before you can do anything and there has
 4          got to be training.
 5              The issue is, when it gets to capacity, when
 6          you look at this collectively, we can burn through
 7          $250,000,000 in 60 days statewide.  So I think
 8          we've got to say hey, we've got to first have
 9          people trained, you know -- to me equipment has to
10          be just a nonstarter because everybody ought to
11          have enough equipment to be able to go take
12          somebody in custody if they need to or assess.
13              That's where it's your feedback and input and
14          the collective wisdom of council of what the
15          priority is.  I see training because, if they're
16          not trained, then we don't get there at all.
17              CHIEF GOERKE:  It creates a liability also.
18              SHERIFF JUDD:  Sure.
19              And then it gets to be, okay, you've got 1,000
20          deputies, you want to train 1,000 of them.  Well,
21          we don't need 1,000, we need 100 or 200, so we'll
22          fund 200, you fund 800.  I mean, where is the
23          limits.
24              SHERIFF GUALTIERI:  Can I offer a suggestion?
25              SHERIFF JUDD:  Sure.

1          SHERIFF GUALTIERI:  So you guys sent this

2     proposal out to us which, again, now I understand

3     it better.  Thank you because all you did is take

4     the statute basically, this wasn't a proposal, and

5     you're looking for us to --

6          MS. HOLMES:  Correct.

7          SHERIFF GUALTIERI:  -- and that's helpful to

8     understand now because I thought this was further

9     along than it was which caused concern.

10         I think we got it -- in pdf is how we got

11    this.  So maybe what we will do is, we can all get

12    it in a Word document, we could go through it and

13    make our changes in TREK, send all of those by a

14    certain date that you set it, Melissa, and then

15    have FDLE staff kind of de-conflict and assemble it

16    all into one document that's got all of our

17    thoughts inflicted on it, send it back out and then

18    we can sit down next week here on Zoom and have a

19    discussion about it.

20         SHERIFF JUDD:  That's fine.  I think we need

21    to brainstorm here about what kind of -- I mean,

22    some of us can look through this and see some of

23    this is nonstarters for us all and some of it, you

24    know, may be necessary.  What's a nonstarter for a

25    large agency or a well-funded agency may be an

```
 1        absolute mandate when you get to Liberty County in
 2        north Florida.
 3             Yes, sir.
 4             CHIEF BAGE:  I was confused to shake my head,
 5        but I would say that I agree with training.  I know
 6        overtime reimbursement is a big topic that's
 7        probably going to be on there.  Equipment.  I would
 8        look at some of the unique equipment for
 9        immigration enforcement such as the biometrics that
10        you put up there, especially when you get to
11        smaller midsize agencies.  A lot of them may not
12        have any type of biometric fingerprint scanners or
13        readers and stuff like that.
14             So I think there is a small lane for some
15        equipment, that it should not just be a nonstarter,
16        but it should be a limited access highway for
17        equipment.
18             CHIEF GOERKE:  Some software programs also
19        that might help to further fusion center operations
20        information sharing throughout the state, but, yes,
21        to your point.
22             SHERIFF JUDD:  Any other ideas?
23             CHIEF BAGE:  Sure.
24             I was trying to think about how you were
25        talking about a 1,000-man agency, a 100-person
```

1    agency.

2        How do you determine what level we should fund

3    from the grant?

4        MR. MENACOF:  I know the organization version

5    of a state law that was not passed had a percentage

6    in there.  It was 10 percent if you're over a

7    35-person agency or something.  Maybe we can look

8    at some type of matrix like that, that would level

9    the playing field a little bit so if it is

10   10 percent and you have a-1,000 person agency, the

11   grant would then pay for up to 100 people.

12       If you have a 50-person agency, you would pay

13   up to five people to go through the training, and

14   that would level the playing field across the state

15   for agencies of various sizes.

16       SHERIFF JUDD:  I like that idea, but I think

17   you have to scale it because, for example, for a

18   small agency they may only have 10 police agencies

19   with 20 employees.  Well, you couldn't give them

20   one because that's not enough trained or equipped

21   for 24/7.  You may have to -- say, if you're a

22   large agency, we'll scale it at 10 percent and, if

23   you're a small agency, we'll scale it at 50 percent

24   or if you're a medium agency 25 percent.

25       CHIEF BAGE:  Or you could just do a minimum

 1          number saying that we would train a minimum of 10

 2          or 15 so if you're under that number you can train

 3          everybody in your agency, and if you're over a

 4          certain number then the percentage kicks in.

 5               SHERIFF JUDD:  Yeah.

 6               CHIEF BAGE:  One other thing speaking about

 7          agency sizes.  I can tell you that northwest

 8          Florida we do have some of those very small

 9          agencies up there.  There is probably two or three

10          of the smaller agencies that I've spoken with when

11          the initial 287(g) push came out, and a lot of them

12          were concerned about capacity.  It's been mentioned

13          here, but it gets magnified.  The smaller you are,

14          the greater that capacity to seek its capacity.

15               So anything we can do for overtime

16          reimbursement or other things for these smaller

17          agencies would probably get more agencies to the

18          table.

19               SHERIFF JUDD:  I think you're exactly right

20          because for a small county jail to house 25 extra

21          people is maybe cost prohibitive for

22          Sheriff Gualtieri or I or Sheriff Waters who when

23          we see an extra 100 in the jail is just like --

24               CHIEF BAGE:  Is Monday?

25               SHERIFF JUDD:  Is Monday.

 1            So we want to come up with a list and resubmit
 2       it.  We'll submit it to Melissa and her folks about
 3       the priorities and then we will -- I think we need
 4       to get this moving, and I believe Larry Keefe wants
 5       to approve it too.
 6            MS. KIEFER:  Yes, sir.
 7            SHERIFF JUDD:  If we go back and work on this
 8       and then we'll have to notice and do a Zoom call
 9       just for a priority list so that they can prepare
10       so that they can, you know -- and then, if we're
11       comfortable with it, we can vote it at that meeting
12       or, because I hate to wait for the vote for the end
13       of the month because Larry indicated to me a month
14       ago he was ready --
15            MR. KEEFE:  I am.  I want to get that money
16       out to you all.
17            SHERIFF JUDD:  Okay.
18            CHIEF GOERKE:  There is a stop gap in place,
19       sir, just like you said.  I mean, it goes to the
20       executive director to actually review.  So, if it's
21       something we may have missed in here, it's an
22       expensive piece of equipment, I know it's going to
23       go through the process and hopefully somebody will
24       put the brakes on it or at least correct it and
25       send it back.

1          SHERIFF JUDD:  Does that sound good to you

2     all?

3          (Heads nodding in the affirmative).

4          SHERIFF GUALTIERI:  So we're going to get a

5     Word document from them and then we're going to go

6     through and do it TREK, have it submitted to her

7     and whatever we want to put in it, all the

8     different ideas everybody has.  That's fine for me.

9          SHERIFF JUDD:  Yes.

10          I'll talk to Melissa about it and we'll get

11     together and get it back out to you all and then

12     call for a Zoom meeting.

13          Let me refer to this 11Q-1.004(3).

14          It says, "Upon receipt of the grant

15     application, the executive director shall review

16     them for completeness and compliance with

17     eligibility requirements set out," and it has those

18     numbers.

19          "Incomplete applications or those from local

20     law enforcement agencies that fail to attest to the

21     meeting requirements provided in those numbers

22     shall be denied, but may have the opportunity to

23     resubmit a complete application.  Any application

24     denied for failing to meet eligibility requirements

25     according to the executive director will be

 1          submitted to the board for review and oversight."

 2              I would rather that say "may" than "will"

 3      because if these grant proposals are coming in to

 4      Larry and he says it clearly does not comport with

 5      the law, I don't think there should be a mandatory

 6      override of the executive director.  I think "may"

 7      intent means, you know, it may have helped if they

 8      disagree with the board, but not an automatic.

 9              Is there any problem with that?

10              CHIEF BAGE:  Is that in the statute or is

11      that -- I see it here.

12              CHIEF GOERKE:  I see where it is here, but --

13              SHERIFF JUDD:  11Q-1.004(3).

14              Is there a problem with that, counselor?

15              MS. HOLMES:  I don't think that that would be

16      an issue for that.  We can make those necessary

17      changes to the draft rule.  That should be fine.

18              SHERIFF JUDD:  All right.  Anything else from

19      council?

20              Counselor, do you have anything else for us to

21      present around this?

22              MS. HOLMES:  No, but I was going to present --

23      I was just going over the draft rule and for you

24      all to have this open discussion and forum for the

25      agreed date for it.

1          We'll get the Word document sent out to

2     everybody so you can make those changes and

3     recommendations.

4          Sheriff, do you have something else?

5          SHERIFF GUALTIERI:  Yeah.

6          Can you tell me what this requirement is for

7     this specific audit because I'm just not familiar

8     with it.  It says $750,000 state funding all

9     sources, including from the State board is

10     expended.

11          So, in other words, if we get more than 750

12     and all sources from the State, we have to have

13     this audit done; is that what that means; what is

14     that audit because I'm not familiar with what that

15     means?

16          MR. MENACOF:  Yeah.  It's the single audit

17     that's required.  It's on all grant programs.

18          SHERIFF GUALTIERI:  So who does the audit?

19          MR. MENACOF:  She's our expert on that.

20          SHERIFF GUALTIERI:  Yeah.  I don't care.  I

21     just wanted to know what it looked like because I'm

22     not familiar with it.

23          MS. ROBINETTE:  Yeah.  That's part of the

24     Florida Single Audit Act, and it's generally done

25     by, I guess, the County, the board and the clerk of

1        court if you're a county or a city by an

2        independent CPA.

3            SHERIFF GUALTIERI:  Okay.  So that's the

4        normal fiscal audit that we have every year?

5            MS. ROBINETTE:  Yes.

6            SHERIFF GUALTIERI:  My question is, is it

7        something that FDLE or somebody comes in and audits

8        us or -- that's just our normal annual audit?

9            MS. ROBINETTE:  That's correct.

10           SHERIFF GUALTIERI:  Okay.  Good.  So we do

11       that anyway.

12           MS. HOLMES:  That's all that we have for that,

13       and we'll take all those recommendations and make

14       them into one nice cohesive form where we'll have a

15       couple different options for you all just depending

16       upon how you want to phrase things.  We'll have

17       that ready for the next meeting.

18           SHERIFF JUDD:  How much total meeting notice

19       do we have for this?

20           MS. BUJEDA:  Seven days.

21           SHERIFF JUDD:  Seven days to complete it.

22           So, if we do close of business Friday or close

23       of business Monday to get information back, then

24       there has to be seven days.  So we can't act.

25           MS. BUJEDA:  Unless we close the meeting right

1           now.

2                   SHERIFF JUDD:  Right now.

3                   How fast can you all process your briefs and

4           stuff together?

5                   MS. HOLMES:  We can make it work.

6                   SHERIFF JUDD:  Can we get our ideas in by

7           close of business next Monday and then maybe meet,

8           say, Wednesday afternoon sometime to go over it?

9                   So the afternoon of the 9th, say 1400 hours on

10          the 9th, does that work?

11                  So we will have notice tomorrow, close of

12          business -- if we could do it close of business

13          Monday, will that give you all enough time, two

14          days, or would you rather do it close of business

15          on Friday and have an extra day on Monday?

16                  MS. HOLMES:  I always like more time, but

17          whatever works for everyone else's schedule, we'll

18          definitely make it work.

19                  MS. BUJEDA:  We can have a Word document out

20          to you guys after this meeting so you guys will all

21          have it.

22                  SHERIFF JUDD:  Friday or Monday?

23                  CHIEF BROADWAY:  Friday is fine.

24                  SHERIFF WATERS:  Friday.

25                  SHERIFF JUDD:  Close of business Friday?

1          CHIEF BROADWAY:  Friday.

2          SHERIFF WATERS:  This coming Friday?

3          SHERIFF JUDD:  Yes, sir.

4          Whatever input to be used this Friday.

5          MS. HOLMES:  Sounds great.

6          SHERIFF JUDD:  We'll get the information back,

7     we'll hold a Zoom on Wednesday afternoon, Wednesday

8     the 9th.

9          Mr. Keefe?

10          MR. KEEFE:  Yes, sir.

11          SHERIFF JUDD:  Good?

12          MR. KEEFE:  Yes, sir.

13          SHERIFF JUDD:  Any other input there?

14          MS. HOLMES:  No, sir.

15          Thank you.

16          SHERIFF JUDD:  Okay.  It's time for public

17     comment.

18          The State Immigration Enforcement Council

19     invites and encourages all members of the public to

20     provide comment on matters before the council.  Let

21     me reiterate the topics must be about matters that

22     council has discussed today.

23          Members of the public shall limit their time

24     to three minutes.  Please wait to be recognized by

25     the Chairman before you approach the podium to

 1          speak and state your full name, please.

 2              Do we have any requests to speak?

 3              No requests to speak.

 4              Is there anyone in the lobby or in the group

 5      that wants to speak?

 6              Going once.  Going twice.

 7              Okay.  We've discussed when our next Zoom

 8      meeting is.

 9              If there is no other business before the

10      council, we'll adjourn.

11              All in favor?

12              SHERIFF GUALTIERI:  Aye.

13              SHERIFF WATERS:  Aye.

14              SHERIFF PRUMMELL:  Aye.

15              CHIEF BROADWAY:  Aye.

16              CHIEF DOMINGUEZ:  Aye.

17              CHIEF BAGE:  Aye.

18              CHIEF GOERKE:  Aye.

19              (Whereupon, the meeting was concluded at

20      2:15 p.m.)

21

22

23

24

25                          *  *  *  *  *

1                    CERTIFICATE OF REPORTER

2    STATE OF FLORIDA        )

3    COUNTY OF PINELLAS      )

4         I, KATHERINE A. LYLE, Court Reporter, in and

5         for the Sixth Judicial Circuit, State of

6         Florida.

7         DO HEREBY CERTIFY that the foregoing

8         proceedings were had at the time and place set

9         forth in the caption thereof; that I was

10        authorized to and did stenographically report

11        the said proceedings and that the foregoing

12        pages, numbered 1 through 184, inclusive, is a

13        true and correct transcription of said

14        stenographic report.

15        IN WITNESS WHEREOF, I have hereunto affixed my

16        signature and seal of office this 8th day of

17        May, 2025, at Clearwater, Pinellas County,

18        Florida.

                          *Katherine Lyle*
19        ----------------------------
20        KATHERINE A. LYLE
          Court Reporter
21

22

23

24

25

**$1000** 146:12 164:25 165:12,24 166:18 167:3 (6)

**$160** 160:11

**$25000** 148:10,11

**$250000000** 142:20 154:20 156:23 158:3 171:7 (5)

**$40** 133:17

**$50** 156:6 158:19

**$500** 20:3

**$5000** 35:2

**$72** 156:12,14

**$750000** 179:8

**'03** 44:3

**0024** 155:20

**0031a** 159:22

**1000man** 173:25

**100percent** 164:10

**100person** 173:25

**11q1** 155:19

**11q10043** 177:13 178:13

**1325a** 124:21

**14day** 148:17

**15th** 25:10 28:13

**1st** 26:13 37:10

**205's** 97:3 106:7 111:20 112:4 (4)

**247's** 92:8

**24yearold** 124:9

**27g** 163:21

**287g** 12:14,20 13:25 37:3 49:15,16 50:4 67:8,16 69:14 70:3 77:19,20,21 81:14 103:22 162:25 165:3 175:11 (19)

**30minute** 118:1

**30th** 39:17 169:16

**31st** 3:3 107:6

**35person** 174:7

**3745b3** 110:6

**3a** 168:7

**48hour** 93:24 100:16 101:4 114:12 135:17 156:5,6,19 158:14,18,23 159:10 (12)

**49th** 133:19

**50person** 174:12

**50th** 133:19

**8th** 184:16

**8usc1325** 124:14 127:22

**8usc1373** 23:10

**9th** 181:9,10 182:8

**a1000** 174:10

**abel** 96:11

**abilities** 35:23

**ability** 10:2,19 21:1 63:6 144:5 (5)

**able** 18:11 19:18 20:10,16,19 25:24 26:14,15,21 27:10

28:1,7,11 29:22 31:1,2 32:22 35:24 36:16 37:5 44:15 84:21 98:7 102:3 103:5 112:13 117:19 131:5 137:11 141:7 142:1 144:2 146:2,8 148:25 149:4 169:25 170:13 171:11 (39)

**about** 4:23 5:2 11:19 13:5 14:15 17:13 18:8 19:16,17 20:21 21:3,10,12 27:25 28:15,18 29:1,14 30:5 31:16 32:19,19 35:12,16 36:25 37:13 38:14 39:5,24,25 44:3,4 46:3 55:19,23 56:2,7,18,25 57:2 58:17 59:9,10,12,13 60:1 61:7,7,8,8,10 62:25 63:1,9 65:19 67:22 69:12 70:11,21 72:10 73:19,20 74:4,18 75:2,3,3,5,10,12 76:25 78:13,22 79:4,5,6,7,16,17,18,25 80:1,2,11 81:4,9 82:2 83:1,14,18 85:3,10,22 86:8,14 87:15,17,18 89:13 90:18 91:3,9 94:20 95:20 102:6,10 103:3 105:16 107:16 110:10,14 111:20 112:2,9,17 117:25 118:4,20 121:3 123:24 125:17 128:22 129:2,21 130:11 131:3 132:20 133:4,7,15 135:11 136:20 138:23 140:20,21 141:22 145:19 151:17 155:19 156:3,10,12 157:17 159:1 160:11 161:6 162:6,17 164:15 167:13 170:13 172:19,21 173:24,25 175:6,12 176:2 177:10 182:21 (160)

**absolute** 17:24 65:4,17 173:1 (4)

**absolutely** 45:21 77:6 112:23 132:6 (4)

**absolved** 47:20

**accept** 54:22 55:5

accepted 57:24

accepting 143:11

access 11:10 14:9,13 18:14
23:25 80:1 104:1,3 108:19
110:21 116:4,16,19,20 117:6,7
121:21 173:16 (18)

accolades 65:6

accomplish 7:12 9:24

accordance 36:18

according 11:17 177:25

accordingly 91:21

accountable 8:13 45:24
46:4,16 64:5 68:19 (6)

accurate 74:6 130:24 136:9

accused 26:6

achievable 77:6

acronyms 94:20

across 50:18 51:20 80:7 86:7
92:6 93:5 110:20 111:9 121:18
123:5 128:5,5 145:7 174:14
(14)

act 13:7 35:21 41:5 47:18
63:18 70:22 71:5 77:22 78:2,3
80:13 124:7,12 179:24 180:24
(15)

acting 6:20 28:23 34:19,20
109:22 (5)

action 7:22 8:1 11:1,16 24:17
25:22 35:17 (7)

actions 29:5 36:20 50:11 78:5
(4)

active 3:15 11:14 14:13 106:3

(4)

actively 25:21

activities 50:25 52:4 142:22
147:17 149:7 150:15 (6)

activity 142:6 143:18 155:22

actor 45:23,23

acts 88:7

actual 39:14 168:8 169:5

actually 17:25 58:14 70:16
84:15 92:21 103:25 104:3
109:22 127:18 129:18 150:18
176:20 (12)

add 168:7

addition 35:23 44:22 112:4

additional 10:23 11:9 26:21
27:8 36:15 41:18 53:13 105:10
108:23 154:1,2 169:25 (12)

additionally 28:17 41:8,17

address 3:22 17:8 55:9 63:4
(4)

addressed 152:15

adds 126:5

adhere 53:15 55:4

adjourn 183:10

adjustment 41:5 124:7,12
153:16 (4)

administer 25:6

administration 7:16,19,25
56:8,12 57:7,8 73:15 82:4
106:19 107:13 130:12 135:22
(13)

administrative 4:24 26:8
35:13 51:6,10 52:1 75:6,6,7
77:2 85:21 110:23,24 111:3
(14)

admission 42:5 125:1
126:20,22 (4)

admonishing 70:12

adopt 170:8

adopted 23:7

adopts 34:8

adult 40:1

advice 34:20

advise 7:10 11:19 27:13
145:21 150:15 (5)

advised 4:24

advising 26:12

advocacy 89:12

advocate 6:7 66:6

advocates 133:7

affirmative 41:2,6
122:18,19,21 123:22 126:14
177:3 (8)

affixed 184:15

afforded 167:11

afis 88:21

after 6:9 9:8 11:4 40:4 42:5
47:16 55:14 60:15 82:25 83:15
87:9 92:3 93:15 96:19,24
110:12 112:5 116:15
120:1,13,21 121:15 122:14
123:18 124:19 138:7 140:15
169:18 181:20 (29)

**afternoon** 28:16 118:8,9 141:13 159:1 181:8,9 182:7 (8)

**again** 4:8 15:6 17:23 37:15 39:22 40:13 43:4,11 64:1 68:1 74:9 77:5 88:16 91:17 93:24 97:8 98:2 101:22,23 104:6,16,25 105:11,21 107:11 111:23 116:6 128:15 133:24 136:17 138:9 139:2,18 140:7 146:1,6 147:23 150:16 151:1 153:2 163:4 172:2 (42)

**against** 34:16 35:2 36:1 37:13 55:24 57:8 74:2,19 80:23 156:23 (10)

**age** 42:4

**agencies** 11:22 14:4,5 25:5,9,17,18,19,20 27:14,18 28:10,19,20 35:8 45:17 47:22 48:24 49:21 52:3 62:15 67:11 142:24 143:15 145:3,9 147:3 154:21,23 168:18 173:11 174:15,18 175:9,10,17,17 177:20 (38)

**agency** 21:23 22:2,4,6,25 23:9,21,23,23 24:4,10 29:3,4,8,9,11,16,19 30:1,2 31:13 33:4,22,24,25 34:1,9 36:2 41:20 43:13 47:14 50:18 108:1 146:20 147:6,14 155:21,22 165:15 172:25,25 173:25 174:1,7,10,12,18,22,23,24 175:3,7 (52)

**agenda** 3:23 15:12

**agendas** 145:17

**agent** 18:1 28:23

**agents** 10:13 79:17

**aggravated** 42:22,25

**aggressively** 50:24

**ago** 56:18 58:17 60:12,21 67:7 81:5 94:7 97:11,20 98:1 101:21 109:21 110:2,9,14 120:11 138:15 156:3 176:14 (19)

**agree** 100:4 113:9 173:5

**agreed** 113:25 114:9 134:2,3 178:25 (5)

**agreement** 12:17 24:2 35:7 37:6 89:3 94:17 98:15 101:18 108:4,6 156:4 (11)

**agreements** 12:17,20 35:8 37:1,3,9 94:16 106:3 114:23 (9)

**agricultural** 6:17

**ahead** 5:10 149:14 159:20 169:20 (4)

**aid** 27:18

**aids** 51:8

**ain't** 75:9 76:13 84:2 101:14 115:5,7 118:24 119:22 (8)

**air** 54:10,11,14,15 56:3 (5)

**airplane** 3:9

**alabama** 114:11 119:20 121:2,4,18 123:11 125:6 (7)

**albritton** 5:12,18,21 9:19 (4)

**alien** 8:19 22:6,11,15,18 32:10,13,14 37:24 38:12 39:5 40:1,2,22,24 41:25 42:3 50:2 52:13 95:15 99:2 100:1 123:3 124:2,4,6 126:8,15,23 (29)

**alien's** 43:13 124:12 126:19

**aliens** 8:18 9:3,11 10:3 11:13 13:12 37:18 38:6 39:8 48:25

49:6,22 50:21 51:14,17 52:1,5,7,9,12,20,22 53:13 54:3,6,10,13,16,19 (29)

**aliens'** 53:10 54:14

**all's** 24:25 27:3 150:9

**allegiance** 4:4 8:22

**allocation** 143:25,25

**allow** 10:22 11:15 12:17 95:17 139:22 146:24 156:24 (7)

**allowable** 151:16 154:12 169:14

**allowances** 151:9

**allowed** 11:4 23:8 42:14 169:7 (4)

**allowing** 10:19 12:3 49:2

**allows** 26:7 50:7 110:12 143:20 (4)

**alluding** 40:5

**almost** 64:22

**alone** 158:2

**along** 45:22 65:5 92:12 95:7 123:10,11 133:9 148:20 169:11 172:9 (10)

**alphabet** 62:15

**already** 8:6 9:17 12:11 26:3 28:8 35:6,16 37:2,11 64:12 103:12 136:19 147:4,5 155:1 (15)

**also** 5:15 6:12,21 10:3 19:6 21:24 22:24 23:5 24:22 25:8,21 26:7 27:5,7,13,23 28:4 31:15 32:16 33:2 35:25

41:1,21 48:2,15 49:25 50:13
53:3,3 68:19 72:23 74:12
75:17 76:22 82:9 84:6 85:8,24
86:5 94:19 95:19 97:7 104:22
105:1 112:4,22 122:15 126:7
133:24 142:14 144:8 155:25
158:15 169:8 171:17 173:18
(56)

**alternative** 53:8

**although** 12:23

**altogether** 149:22

**always** 40:20 68:2,17 76:2
135:3 154:25 181:16 (7)

**am** 15 17:5,12 57:25 68:23
69:16 71:9 176:15 (8)

**ambiguity** 167:18

**ambiguous** 166:1

**amenable** 61:12

**amend** 25:22

**amended** 38:8

**american** 147:7

**amongst** 63:1

**amount** 140:19 154:20

**amplifund** 147:1,5,11

**analysis** 48:7

**analytical** 61:20

**andor** 49:2

**ankle** 53:22,22

**annual** 180:8

**another** 8:21,23 22:3 30:6

40:21 60:3,23 78:23 87:23,25
88:5 115:19 123:3 133:24
137:5 153:16 170:12 (17)

**answer** 3:11 44:15 93:22
130:17 134:25 135:12,23,25
136:16 139:8 168:22 (11)

**answered** 47:2

**answering** 139:4

**anticipate** 130:25 131:6

**anybody** 20:21 31:10 34:8
35:16 91:9 116:20 132:17,18
(8)

**anymore** 107:9 121:25

**anyone** 46:3,9,9 183:4 (4)

**anything** 19:4,13 21:3 32:20
41:15 43:10 45:13 62:16 70:2
93:25 95:7 99:7 128:10 132:23
136:8 141:22 148:1 152:2,13
154:16 164:3 171:2,3 175:15
178:18,20 (26)

**anyway** 128:19 155:6 180:11

**anywhere** 120:17

**appeals** 83:10

**appear** 151:4

**appearance** 33:11

**appearances** 2:1

**applicable** 30:5,7

**applicants** 143:14

**application** 143:4,8,10
147:13,23 148:4 155:21
177:15,23,23 (10)

**applications** 143:11 147:25

148:17 149:11 150:7 161:17
177:19 (7)

**applies** 18:21 19:2,12 28:22
(4)

**apply** 32:16,22 36:17 127:15
147:3 164:14 (6)

**appointed** 5:9,12 6:21 24:21
56:9 (5)

**appointee** 68:22

**appointing** 5:16 6:18

**appointment** 24:18

**appreciate** 3:14 5:13 7:5
55:15 59:14 141:14 (6)

**apprehended** 54:7 63:9
121:24 122:1 (4)

**apprehending** 62:4

**apprehension** 51:21 64:19

**apprehensions** 51:25

**apprenticeship** 145:12

**approach** 9:2 182:25

**approached** 73:21

**approaches** 63:2

**appropriate** 14:11 46:5
154:19

**approval** 28:8 90:16 115:24
148:8,16 149:24 (6)

**approve** 13:20,21,25 37:9
114:16 115:18 140:13
148:10,14 176:5 (10)

**approved** 47:22 153:4

**approximately** 142:20

**april** 26:13 37:10 169:16

**are** 4:15 5:3,3,21,22,25 6:22
7:8 8:6,16 9:5,6,20 10:1,8,13
12:9,17 13:6 14:6,14 18:17,20
19:13,18,20,22,24 20:7
22:11,20 23:1,3,4 25:15,25
26:20 27:1,7,16,19,23 28:4
29:10 30:12 31:24,25
32:3,18,21,25 33:22
38:10,11,22 39:24 40:17 41:6
42:7,13,14,17 43:11,19 44:2,10
48:1,8 49:4 50:5,11,14,19
51:6,22 53:21,24 54:3
59:7,7,8,18 60:2,16,18
61:4,5,11,13,13,15,24
62:2,3,19,24,25 63:5,5,14
64:5,11,12 65:4,11 66:24 67:9
68:5,8,9,10,14 69:12
70:9,10,20 71:1,23,24 73:20
74:7 75:18
76:16,17,17,18,19,21 77:2,3
78:4 79:10,13,15,19,19 80:17
81:15,15,17 82:5,5,6,10,21
83:1,17,19,22,23,23,24,24
84:3,6,15 85:10,25 86:2,19
87:1,3,9,16 88:9,12 89:13
91:5,6,6,10,14 92:3 95:2,9
96:14,14,22 98:11 99:11
100:24,24 103:5,16
104:11,23,24,25 105:25
106:9,13,18 107:24
108:8,10,25 109:2 110:7,9
111:8 112:10,14,19 113:5
114:19 116:14,22 117:13
118:14,16 120:7,8,8 121:19
122:1,4,11,12 124:21,25
125:16,21 127:24 128:8,19
129:10 130:3 131:2 132:17,18
134:19 136:18 137:21 138:21
139:3,24 140:14 142:20,24
143:5,5,7,16,18,19 144:4,19
145:20 146:10,11,13,17,18,19
147:4,8,16 150:6,11,14,24,25
152:14 153:17 154:7,14
156:10,16,17,24 158:24 160:8
161:11,11 162:11 163:5,7,17
164:18,24 165:12 166:6,9,21

167:22,22,23 168:18 169:23
170:4 175:13 178:3 (293)

**area** 56:4 70:18 72:25 137:10
(4)

**areas** 10:8 20:13 39:4 74:10
142:5,6 143:18 150:23 (8)

**aren't** 124:18 150:7 152:14
157:12 (4)

**argue** 167:21

**arise** 145:6

**arizona** 125:22

**arizonamexico** 6:13

**armed** 97:12,21 98:1

**around** 44:2 62:23 64:18
65:19 69:5 74:3 75:15,20 84:9
86:10 92:20 95:20 139:3 153:9
169:13 170:24 178:21 (17)

**arrest** 10:2 22:19 41:21 43:13
44:24 48:14 49:17 50:10 51:13
52:10 61:17 85:14 86:4 88:5
95:8,8,12,13,18 96:23 97:6
100:8 111:10,12,23 112:18
114:5 115:22,23 117:9 121:6
122:8,10,17,20,21
126:10,11,13,18 128:24 (41)

**arrested** 15:2 40:20 41:1,19
51:4 52:3 54:6 82:7 87:7
89:14,15,22 97:14 113:12
114:19 122:17,25 123:20 (18)

**arresting** 41:19 43:12 62:4
112:4 113:5 117:3 (6)

**arrests** 50:17 51:2,6,10 52:1
80:4 112:8,12,13 (9)

**art** 65:22

**ask** 71:6 91:11,12 133:4

160:10 (5)

**asked** 58:25 134:22 138:6

**asking** 72:11

**asks** 31:10 103:20 150:11

**asleep** 119:21

**aspect** 48:1 50:4 51:7 133:6
(4)

**aspects** 68:5

**assault** 32:19

**assemble** 172:15

**assess** 171:12

**assessed** 35:2

**assessment** 67:6 71:8 138:12

**assets** 164:20

**assign** 105:5

**assigns** 165:9 166:10

**assist** 7:10 9:24 12:10 18:3
21:15 24:19 26:25 27:10 61:5
62:10 78:10 146:6 (12)

**assistance** 25:5 32:1 37:1 38:2
39:12 (5)

**assisting** 30:3 142:24 146:3
155:11 (4)

**associated** 35:10 42:17
143:21 144:1,9 145:16 163:3
(7)

**association** 5:17 12:13

**assume** 49:3 52:11 121:3

**assuming** 162:18

**assure**  43:6

**asymmetric**  57:8

**atd**  53:9,13,15

**atlarge**  146:14

**attached**  22:16 81:7 98:10
110:11 (4)

**attacks**  47:17

**attempt**  7:17 42:8 119:19
121:9 (4)

**attempted**  119:9 125:9

**attempting**  44:5 52:10

**attempts**  40:3 119:17 123:17
127:13 (4)

**attendance**  41:10 43:7

**attention**  45:19 46:14 159:22

**attest**  177:20

**attestation**  38:10

**attorney**  6:16 20:15,20 33:17
34:11,23 35:25 42:11 44:9,16
45:2,22 46:15 50:23 56:9
72:24 122:23 123:25 126:21
(19)

**attorney's**  33:18 78:16,17
127:25 (4)

**attractable**  65:2 66:21

**attributable**  71:11

**audit**  32:7
179:7,13,14,16,18,24 180:4,8
(9)

**auditor**  32:8

**audits**  180:7

**authorities**  28:19 81:15
108:24,25 109:5 (5)

**authority**  39:13 49:20 50:7
73:2 77:15,17 78:1,3 80:12
93:1 100:21 104:19 107:9
109:16,17 110:4,7 (17)

**authorization**  14:11 31:8
68:12

**authorize**  96:5 100:5

**authorized**  13:5 33:7 35:22
36:23 41:15 66:7 111:6 112:6
148:9 184:10 (10)

**authorizes**  20:6 124:3

**automated**  88:21

**automatic**  178:8

**automatically**  89:1,6

**available**  14:16 26:6 27:9
28:6 30:25 143:13 146:11 (7)

**average**  160:10,15 162:5

**avoid**  120:18 152:24

**avoided**  120:14,23
121:16,20,22 122:14 (6)

**avoiding**  40:5 120:2 123:18
124:20 (4)

**awaiting**  67:10 68:11

**award**  142:7 147:1,22

**awards**  148:10,10

**aware**  26:1 33:11 73:5

**away**  107:9 119:4

**awful**  87:6

**aye**  183:12,13,14,15,16,17,18
(7)

**b**  33:25 162:15

**b's**  33:24

**baby**  159:16

**back**  31:1 42:14 52:13 58:23
68:2 72:20 80:21
82:13,16,17,19,21 87:11
88:14,16 91:15 92:5,19 97:14
98:2,5,6 101:20 102:23 105:9
109:14 111:4 118:21 124:18
125:5,9,9 127:4,6 132:3
133:25 135:18 136:13 137:2
141:9 144:10 146:2 148:3,19
152:22 157:21 167:6 172:17
176:7,25 177:11 180:23 182:6
(53)

**backdrop**  74:19 135:10

**background**  11:5 58:24 67:10
116:18 (4)

**backlog**  106:4

**backseat**  119:21

**backup**  144:2,15 146:7 149:5
(4)

**bad**  122:23 157:3

**bage**  2:9 6:24 15:24,25
17:16,17,17 43:21,23 44:18
130:8,11 131:19 133:1
173:4,23 174:25 175:6,24
178:10 183:17 (21)

**bail**  33:8 87:8 90:11 133:17
135:16 (5)

**baker**  114:23 115:6 135:6
156:10 158:25 (5)

**bar** 122:17,19 126:10,11,13,17 (6)

**base** 36:20

**based** 22:4 27:3 63:3 69:19 92:18 144:24 (6)

**baseline** 162:6

**basic** 12:16 18:17 77:11 94:17 105:4 118:16 156:4 (7)

**basically** 63:1 94:16 101:8 108:8 142:23 143:3 172:4 (7)

**basics** 47:13

**basis** 93:8 100:1 133:8 136:23 143:3 (5)

**basketball** 19:17 70:8

**bat** 153:9

**battery** 87:24 88:1

**battle** 57:8

**beach** 17:18 123:14,15 125:11 128:15 (5)

**beachdestin** 56:4

**bear** 68:24

**bearcats** 164:13,18

**bears** 14:15

**beat** 64:1

**beating** 80:23

**because** 32:14 39:23 44:11 46:25 58:15 59:1 68:18 71:7,9 74:14 76:6,9 77:2,19 79:23 80:3 81:25 82:14 83:21 84:7,10,17 85:5,5,12,20,22,23 86:5 87:5 88:3 89:19,20,22

92:5,7,13 93:8,11 94:2,8 95:5,22 96:3 97:5,11,20,25 98:18,23 99:9,24 100:8,19,21,22 101:22 102:17 103:15 105:11,12 106:4,19,25 109:20 111:5 113:10 115:17,23 116:10,12,17 117:1,9,15,18,23 119:5,10 120:12,17 123:21 124:1 125:8,19 127:11,19,20 128:9,23 129:3 132:19 133:5 134:1 135:1,23 136:18,21 137:2 139:8,20 140:19 142:10 147:5,8,15 151:7 152:16,18 153:20 156:1 158:21 159:6,11,15,25 160:8 161:7,15,21 162:3,11 163:23 166:1,22,25 167:10 170:4 171:10,15 172:3,8 174:17,20 175:20 176:12,13 178:3 179:7,14,21 (141)

**become** 12:21 38:24 71:25

**becomes** 38:23,25 39:1,2 40:13 62:7 (6)

**bed** 85:8 86:5,5,8 144:1 (5)

**beds** 9:18 14:16 26:6 28:6 86:12,14 138:24 143:19,21 150:25 159:2,23 160:23,25 161:6,24 (16)

**before** 3:20 11:24 18:25 23:23 45:15 49:3,6 58:4,7,8,8 62:9 67:12 83:8,9 89:20 90:11 103:6 104:5 106:13 113:18 116:20 118:1 120:6 126:19 132:3,8 137:14 140:15 149:21 152:17 154:6 169:19 170:2 171:1,3 182:20,25 183:9 (39)

**began** 107:22

**begin** 11:4 46:18 74:18 103:24 104:4 136:5 (6)

**beginning** 47:16

**begs** 111:23

**behalf** 11:16

**behind** 98:3

**behold** 66:24

**being** 30:13 32:22 49:18,18 52:13 53:23 55:15 61:8 67:25 68:1 69:1,23 70:7 75:22 76:7 84:21 92:5 99:12 106:9 120:9 126:6 128:15 130:2 139:17 (24)

**belabor** 39:23

**belief** 67:6

**believe** 21:18 22:5,10,14,17 26:3 28:8 35:5 37:2,10 51:8 58:25 130:17 131:3 132:6 159:2 167:10,14 176:4 (19)

**bellyaching** 89:13

**belonging** 8:22

**ben** 5:12

**benefiting** 38:20

**best** 7:10 27:25 28:21 57:15,18 60:22 65:4,17 69:17 70:11,15 125:23 134:19 138:12 164:18 (15)

**better** 8:10,11,11 58:21 60:19 73:6 87:4,4 132:18,19,23 140:1 163:19,25 172:3 (15)

**between** 9:11 14:4 24:25 25:16 44:12 104:14 (6)

**beyond** 3:11 48:25 60:25 156:11 159:13 (5)

**biden** 7:16,18 57:7,8 106:19 130:12 135:22 (7)

**big** 5:10 49:13 97:2,3 112:1 158:21 173:6 (7)

**bigger** 79:12,12 166:24

**biggest** 14:19 50:11 53:6

**bill** 2:6 5:17 8:5 15:18 16:22 157:15 (6)

**biographical** 90:22

**biographically** 90:23

**biometric** 41:24 43:16 89:10,25 90:21 97:17 104:3 153:14 173:12 (9)

**biometrically** 90:23

**biometrics** 89:5 130:12,15 173:9 (4)

**bit** 29:14 63:20 70:19 79:6 81:21 82:2 86:15 102:10 112:17 140:24 165:7 169:1 174:9 (13)

**blah** 165:1,1,2

**blind** 14:14

**blink** 158:3

**blocks** 141:22

**blown** 134:4,6

**blueprint** 57:17 66:24 68:10 69:24 (4)

**boa** 98:15 113:4 132:2 137:10 156:2,5,13 157:16 158:18 (9)

**boa's** 137:12 156:18

**board** 4:18,25 6:20 7:9 11:19 12:9 13:3,8 18:3,18,25 24:15,16,17,25 25:1,8,9,21 26:4,7,9,11,12,25 27:2,13

28:8,9,11 37:7,8 46:21 55:17 58:1 59:7 60:4,8 72:8,8 83:9 94:4 133:3 140:13 145:7,21 148:13,13,14 149:16,17 154:1,16 162:12 164:7 170:6,7 178:1,8 179:9,25 (61)

**boards** 68:21

**boats** 152:3

**bob** 2:4 5:13 15:14 16:11 72:21 (5)

**bolster** 131:14

**bond** 90:11 100:13,16 103:6 (4)

**bonding** 100:22

**bonus** 146:10,11 153:22 164:24,25 (5)

**booked** 82:7 89:6,11 90:10 103:8 (5)

**booking** 98:22,24 99:1,5 101:7 103:20 113:21 (7)

**books** 21:17

**boom** 111:2

**boots** 79:19 150:8

**border** 6:13 7:17 8:2,3,12,25 13:13 47:24 50:12 54:7 58:13 75:23 94:17 120:3,15,19,22,25 121:4,21 123:5,9,10,11 124:15 127:22,24 128:5 156:4 (29)

**borders** 56:22 57:9

**both** 5:20 8:25

**bottom** 105:25 114:22

**bound** 26:18

**box** 26:14 132:9

**brace** 53:22

**bracelet** 53:22

**brain** 66:13

**brainstorm** 172:21

**brakes** 176:24

**brand** 48:8

**brands** 164:13

**brat** 56:3

**break** 117:23 118:1,6,22 (4)

**brief** 47:6 55:11

**briefing** 152:6

**briefly** 16:8 74:20 81:5

**briefs** 181:3

**brightest** 57:18

**bring** 18:2 162:8

**broad** 142:11 151:3,23

**broadway** 2:7 6:23 15:20,21 17:1,2,2 181:23 182:1 183:15 (10)

**broke** 24:24

**broken** 8:9

**brought** 54:18 138:22 161:14

**bucket** 83:19,21 112:20,21 (4)

**buckets** 162:2

**bucks** 112:1 156:13,19,22

**budget** 147:15 148:15 149:17 154:10 160:6,13 (6)

**build** 60:6 104:17 134:22 151:12 169:12 (5)

**building** 62:19 104:20 134:22

**bujeda** 2:11 15:13,16,18,20,22,24 16:1,3,5 180:20,25 181:19 (13)

**bulk** 156:17

**bumps** 73:20 141:22 154:15

**bunch** 77:23 119:4 121:25 122:1 (4)

**bureau** 48:23

**bureaucracy** 60:7 81:21

**burglar** 127:8

**burglary** 40:25 100:11 103:8 118:20 119:5 133:16 135:16 158:13 (8)

**burlington** 89:4

**burn** 171:6

**business** 69:8 165:11 180:22,23 181:7,12,12,14,25 183:9 (10)

**buy** 154:24

**bypass** 157:4

**c** 3:1

**cabinet** 6:19 24:16 57:1 64:3 69:8 (5)

**cadman** 58:4,6,14,17,19 60:13 138:14 (7)

157:1,13 (6)

**call** 3:25 15:11,13 26:17,21 56:18 57:23,24 62:3 66:16 69:3,18 76:10 86:2 91:17 94:6 111:21 136:18 165:7 176:8 177:12 (21)

**called** 76:11 78:9 79:15 91:20 94:17,19 96:11,17 98:21 (9)

**calls** 3:10 53:23,24 71:16,25 77:24 99:11 134:12,16 139:4 (10)

**came** 80:20 82:16,19 92:4 93:15 94:14,18 98:2 113:3 114:6 120:1,13,13,20,21,23,24,25 121:1,4,7 123:5,6,21 125:8 128:5,5,11 132:24 133:4 137:10 175:11 (32)

**can** 3:10,25 7:10 8:11 10:4,11 11:21 12:6,21 13:10,22 14:1,3,10 17:7 18:2 19:16,16,25 20:15 26:15,17,22 31:5,9,12 36:10 38:4 43:6 46:11 49:6 50:16 59:3 62:9 63:3,19 65:9 68:10 69:17 71:2 73:1 74:4 76:21,22 77:1,4,6,25 78:1,4,8,10 80:4,4,5 81:16,18 83:11 84:25 85:2 91:16 92:14,17 93:12,13,17,21 94:1 95:1,24 96:1,4,5 98:18,19,20,24 99:13 103:6 108:18 109:1,15 111:12,21 112:20 114:14,15,18 115:5,6 120:16 122:21,22 124:9 127:5,9,17,19 128:1,13 129:13,14 133:4,12,22 134:19 135:2,6,21 136:20 138:13 139:12,21 140:12 142:6 143:25 144:5 145:11,14,16 146:22 147:25 148:2,10 149:1,14,21,23 150:5,10,15 151:11,18,23,24 152:4,22 153:1,8,10,18 154:6,12 157:2,18,18,21 158:20 159:14,22 160:10 163:6 164:4,14,21 166:1 167:12,14,20,21,25 168:1,11

169:12 170:1,10,22,25 171:2,3,6,24 172:11,18,22 174:7 175:2,7,15 176:9,10,11 178:16 179:2,6 181:3,5,6,19 (189)

**can't** 15:4 32:12 69:4 71:7 76:3,14,22 77:2 94:10,12 99:13 100:16,21 107:3 109:21 111:10 112:25 115:23 123:20 139:8 169:16 180:24 (22)

**cancelled** 149:22

**candidate** 99:21

**candidly** 81:20

**cannot** 12:1 29:8,18,20 30:1 35:3 36:19 37:20 38:7 44:24 63:19 96:7,8 122:16,25 (15)

**capabilities** 66:4

**capacities** 64:15

**capacity** 9:14,18 10:24 14:18,19 66:22,23 86:18 109:13 138:25 171:3,5 175:12,14,14 (15)

**capital** 151:11 162:1

**caption** 184:9

**car** 119:21 128:2

**card** 3:24

**care** 48:6 52:19 69:8 84:5 111:15 132:17 179:20 (7)

**career** 17:25 68:17

**careful** 63:16 71:21

**carolina** 105:7 107:16,20

**carrier** 37:17,21

**carriers** 37:15

**carry** 49:5 71:19 117:16 119:4 147:18 (5)

**cars** 152:3

**case** 20:12 30:6,8,8 36:7 41:13 43:8 53:10 83:6 87:8 96:10 99:3 100:7 104:17 122:3 128:8 136:15 (17)

**cases** 50:20 79:12 130:18

**cat** 52:12 153:14

**catch** 44:6

**category** 82:22

**cause** 22:5,10,14,17 51:8 95:13,14 96:23 99:25 100:8 112:8,12 113:20 115:23 116:1 122:10 136:22 142:10 (18)

**caused** 172:9

**causes** 77:19

**causing** 84:5

**cautious** 164:15

**cbp** 54:7

**cell** 101:13

**center** 11:7 89:4,8 90:3 97:18 99:19 102:23 108:17 110:19 113:23 116:2 165:8 173:19 (13)

**centers** 14:10 28:3

**certain** 50:7 64:20 103:20 172:14 175:4 (5)

**certainly** 60:13 68:15 73:4 82:22 140:10 (5)

**certificate** 184:1

**certification** 146:22 165:14

**certified** 145:12

**certify** 146:23 165:17 166:4,5 184:7 (5)

**cetera** 48:12 78:8 113:6

**cfr** 80:15 110:5

**chair** 26:16 27:25 129:14 130:8 137:19 140:22 169:22 (7)

**chairman** 6:18 13:7 182:25

**challenged** 134:7

**challenges** 131:11

**chance** 104:7 125:24

**change** 10:9 139:5

**changed** 135:25

**changer** 7:15

**changes** 172:13 178:17 179:2

**channel** 4:9 140:2

**chapter** 21:11 29:13,17 35:15,22 36:4,14,17,20 155:19 (10)

**charge** 75:23 78:18 85:13,15 89:14,15,22 90:10,13 97:15,21,25 100:11 101:11 103:8 111:11,12,13,18 124:15 127:17 137:2,4 156:22 158:13 (25)

**chargeable** 128:12

**charged** 76:3 87:22 88:2

**charges** 11:14 51:5 75:6,12,18 92:2,3 95:2 101:2 102:5 112:14 113:6,15 128:25 135:19 136:4,7 137:1 158:7,9 (20)

**charles** 2:7 15:20 17:2

**charleston** 105:7 107:15,19

**charlotte** 2:6 16:23

**chart** 50:16

**charter** 54:15

**check** 26:14 54:1 116:18

**checks** 11:5 67:10

**chief** 2:7,8,9,10 6:16,23,24,24,25 7:1,3,5 15:20,21,22,23,24,25 16:1,2 17:1,2,3,4,10,11,12,16,17,17,21,2 2,22 25:1 43:21,23 44:18 130:8,11 131:9,18,19 133:1,14 135:14 141:15 143:15 152:19 159:17,18 163:11,15 164:8,9 166:14 168:6,14,21 171:17 173:4,18,23 174:25 175:6,24 176:18 178:10,12 181:23 182:1 183:15,16,17,18 (74)

**chiefs** 6:22 44:2,2 65:5 163:20 166:6 (6)

**child** 87:23,24 88:1,8 (4)

**choice** 9:12

**choose** 12:18

**chosen** 68:20

**christmas** 154:24

**chrome** 116:3

**circuit** 184:5

**circumstances** 84:25

**ciro** 2:8 15:22 17:11

**citation** 41:14 43:9

**cities** 84:13

**citizen** 83:25 111:1 117:12

**citizens** 55:5 117:14

**citizenship** 47:24 117:12

**city** 14:1 17:17 78:7 91:8
109:11 113:13 121:6 180:1 (8)

**civil** 20:2 35:1 41:14 43:9
52:16 75:8,14,15,19,22,24
76:3,18,19 77:3 78:19 80:4
91:25 92:1,2 110:2 112:13
113:6 114:4 115:3 (25)

**claim** 122:22

**clarification** 44:17 141:24
151:2 157:6,22 (5)

**clarified** 156:1

**clarify** 135:22 163:25

**clarity** 168:21

**class** 65:16

**classes** 105:7 107:18

**classic** 68:22

**clause** 38:10 76:8 125:20

**clay** 104:13

**clear** 46:8 127:5 151:3 153:21
167:17 (5)

**clearer** 94:10

**clearly** 126:1 144:23 152:23

178:4 (4)

**clearwater** 165:5 184:17

**clerk** 179:25

**clermont** 2:7 6:23 17:3

**clock** 139:3

**close** 20:10,16,18 65:25 67:25
68:1 180:22,22,25
181:7,11,12,14,25 (14)

**closely** 13:10 58:11

**closure** 20:6

**cloud** 2:10 7:7 17:22

**cns** 163:11

**code** 50:22 80:14,16 93:23 (4)

**cody** 141:6,15

**cohesive** 180:14

**cold** 132:24 137:15

**collaboration** 47:12 54:20

**collaborations** 49:14

**collateral** 86:4

**collaterals** 85:10 86:2

**colleague** 58:4

**colleagues** 12:10 13:1 47:4
62:22 129:11 138:10 (6)

**collect** 25:8 28:10 145:17

**collected** 130:15

**collecting** 14:22

**collective** 171:14

**collectively** 171:6

**collier** 49:19 104:12 114:23
135:6 (4)

**come** 18:25 57:2 65:2 66:5
67:12 68:2 75:25 81:1
82:13,21 93:16 98:18 101:16
102:14,23 105:2 106:12
109:22 111:9,22 121:17
122:13 124:19 125:5,9 132:23
133:18 135:18 136:1,5 141:9
143:2,6 146:21 147:24,24
149:20 153:8 157:6,25 159:24
160:5,15 161:12 162:9,16
167:6 176:1 (48)

**comes** 47:15 58:23 68:13 74:6
80:12 93:20 94:3 95:3 97:14
100:13,19 102:20 103:19
118:19 123:15 133:16 135:17
147:23 165:4 180:7 (20)

**comfortable** 176:11

**coming** 67:14 86:13 178:3
182:2 (4)

**commendable** 70:6

**comment** 3:24 182:17,20

**comments** 3:20 86:10 159:19

**commercial** 54:15

**commission** 18:7,22,25 20:9
60:4 (5)

**commissioner** 6:17

**commit** 40:12 42:25 85:25
87:6 119:1 126:8,16 (7)

**committed** 9:7 38:18 82:6
83:22 84:18 85:23 88:6
97:11,25 124:22 125:7,11 (12)

**committee** 148:16 149:17
154:10

**committing** 9:8 84:4 87:5 88:13 (4)

**common** 37:14,16,21 118:22 (4)

**communicate** 66:17 67:1

**communication** 3:8 19:2,11 139:12 (4)

**communities** 17:8 84:3,9 92:10 (4)

**community** 23:17 49:1,7 52:7,14 55:12 77:11 79:11 83:24 84:20 85:7,11 91:16 (13)

**comp** 165:8

**compact** 25:23

**companion** 75:14,16,22

**comparison** 53:16,18,25

**complain** 85:10

**complete** 22:9,9 108:20,21 109:15 177:23 180:21 (7)

**completed** 26:3 50:17 67:9 108:9 109:21 148:4 (6)

**completeness** 177:16

**completing** 11:5

**complex** 17:8 74:5,10

**compliance** 34:12,24 35:20 53:11,19,21 67:8 177:16 (8)

**complicated** 94:8

**complied** 37:11

**comply** 23:17 29:21 33:15 34:9,22 (5)

**complying** 23:9,14,20,22 (4)

**components** 95:23

**comport** 178:4

**comprehensive** 8:4

**computer** 110:19 170:25

**computers** 146:5 152:6

**concentration** 62:17

**concepts** 118:16

**concern** 43:25 172:9

**concerned** 44:3 175:12

**concerns** 149:25

**concluded** 183:19

**concludes** 43:18

**conclusion** 3:23 90:12

**conditions** 41:9 43:6 53:11

**conduct** 35:4 103:18 112:7

**conducted** 54:25 107:21

**conducts** 51:7

**conferences** 6:6

**confidential** 20:11

**confined** 30:9

**confirm** 15:11 29:22

**confused** 99:15 173:4

**confusion** 77:19 91:3 156:2

**congratulations** 5:8

**congress** 47:17 63:19 70:22 71:5 76:2,9,13 96:3,3,13 (10)

**congressional** 25:22

**connection** 19:5

**consent** 126:25

**consented** 42:12 126:22

**conservatives** 125:17

**consider** 13:20 22:7 27:11

**considerable** 150:1

**consideration** 67:2 68:12

**considered** 6:24 55:6

**consistency** 165:25

**consistent** 39:8 105:21

**consists** 51:19

**constitute** 124:13

**constitution** 36:23,24 76:8 125:20 126:1 (5)

**constitutional** 73:4

**constitutionality** 125:17

**constraints** 74:2

**construction** 118:17 151:15

**consulting** 56:17 57:12

**consuming** 104:9,21

**contact** 46:11,11 104:18 108:15 123:6,21 (6)

**contain** 48:15

**contains** 25:12

**contempt** 36:10

**content** 19:11

**context** 59:11,11,14 61:1
74:14 168:7 (6)

**contingent** 154:4

**continue** 27:16

**continued** 51:12

**continues** 31:4

**continuing** 36:6,11 147:22

**continuum** 61:16 62:3

**contract** 37:17,20,21 38:1,9
86:13 94:24 134:9 152:24
159:7 169:13 (11)

**contracting** 37:14 38:10
48:12

**contractor** 38:6

**contracts** 38:4,5,7 94:21
114:21 (5)

**contrary** 91:2

**contribution** 17:6 66:10

**control** 7:17

**controlled** 49:12

**convenience** 123:14 125:10

**conversation** 19:3 61:19

**conversations** 63:22

**conveyance** 118:25

**convicted** 40:10

**conviction** 40:10,19 42:24

135:24 136:14 (5)

**convictions** 40:16 42:21
51:4,5 (4)

**cooperate** 21:14,20 25:3
78:25 (4)

**cooperating** 31:24 85:5

**cooperation** 23:12 25:13
27:20 28:18 32:5 50:23 (6)

**coordinate** 25:3,4 28:1
114:13 134:5 (5)

**coordinated** 12:12 13:1 51:22

**coordinates** 55:8

**coordinating** 54:9

**coordination** 25:13,16

**coordinator** 168:12

**cop** 85:18 113:13
115:12,20,21 121:5,17 123:21
124:9 127:1 132:20 165:22
(12)

**cops** 77:1 81:7 107:5,10
110:20 111:8 112:24 113:5
116:15 123:24 166:19 (11)

**copy** 65:9 91:22 92:23 115:11
124:5 155:13 (6)

**corp** 48:5

**correct** 44:25 45:1 131:17
132:7 164:11 172:6 176:24
180:9 184:13 (9)

**correction** 130:4

**correctional** 30:18 35:7
100:20 101:12 103:16 143:15
(6)

**corrections** 148:1

**cost** 39:14 68:6 143:21 144:5
150:24 156:15 157:3
159:22,25 160:7,8,11,12,19
161:24 162:5 175:21 (17)

**costs** 35:5,9 145:16 147:14
156:23 157:18 160:2,13,18
161:3,4,5,9,25 162:2,2,7 (17)

**could** 20:2 24:9 26:6 58:20
59:23 62:13 63:21 67:5,7
75:14 89:18,19,20 90:11 113:7
116:5 128:24 129:1 130:18
141:6 142:9 146:5 151:15
157:12,15 158:19 159:3
161:14 167:19 172:12 174:25
181:12 (32)

**couldn't** 135:23 174:19

**council** 1 3:4,14,19,21
4:12,15,17 5:2,10,13 6:21 7:8
11:18 13:5 19:6 25:1 26:10,24
47:8 59:8 60:5 94:4 129:10
133:3 141:13 150:3,13 152:16
155:4 164:2,17 167:2 171:14
178:19 182:18,20,22 183:10
(39)

**council's** 167:16 170:6

**councils** 68:21

**counsel** 3:23 19:16 34:20
46:11 140:8 (5)

**counselor** 18:6 178:14,20

**count** 55:24

**counties** 49:17 91:7 106:10
114:8 135:8,8 137:12 156:17
157:16 160:6,17 (11)

**countries** 54:22,25 55:4,6 (4)

**country** 7:20 8:21,23 9:5,6
42:14 43:25 49:17 50:15,19

67:21 69:24 78:25 84:2 85:18
86:7 88:11,15 95:20 104:23
107:10 110:20 117:17 126:21
130:14,16 131:15 (27)

**country's** 58:13

**counts** 87:22

**county** 2:3,4,6 6:6 10:17
11:20,24 14:1 15:7
16:11,13,18,23 35:14 40:11
49:18,19 58:18,19 59:24
79:13,22 80:7 82:18 86:12
87:16,17 90:17 91:5,6,14 92:6
93:5 94:7,23,24 97:23,23
98:13,23 99:10 100:20
102:2,20 103:2,3
104:12,13,13,13 106:9 111:13
113:3,7,13,14,16,17,22
114:10,12,23 115:2,6,7 121:19
143:16 156:20 160:2,9,18
162:3 173:1 175:20 179:25
180:1 184:3,17 (78)

**county's** 160:12

**countyrun** 98:14

**couple** 60:6 64:24 86:16
87:14 94:6 165:6 180:15 (7)

**course** 23:2 55:25 67:15
92:21 107:12 127:6 147:19
149:6 157:9 164:6 (10)

**court** 34:13,25 36:5,6 41:9
43:5,7 83:4,10,16 93:15 96:7,9
125:21 180:1 184:4,20 (17)

**cover** 45:7 117:21 156:15

**covered** 137:25,25

**covers** 163:15

**cpa** 180:2

**cracks** 103:7

**create** 10:23 12:2 26:7 48:8
(4)

**created** 26:11 34:22 38:12
39:6,20 (5)

**creates** 171:17

**creating** 47:18

**credentialing** 11:1,6 106:5

**credentials** 67:10 70:17
108:23 109:5,23 112:5,11
113:1 114:25 116:7,13,14 (12)

**crime** 7:21 9:8 25:22 32:14
38:15,16,21 40:21,22,23 75:21
82:7 86:1 87:5 89:18 110:18
120:19 121:8,10,14,15
123:3,4,6 124:22 126:2,6,12,12
128:15,16 (31)

**crimes** 32:18,21 39:24 83:22
84:4 87:6 88:13 (7)

**criminal** 9:1 25:25 30:6,8,8
31:19 32:15 41:13 48:3
49:6,11,22 50:19,20,21,24
51:2,3,3,4,21 52:4,8,12
75:9,13,16,18,24
76:2,13,14,17,18 78:15,19 82:5
83:20 87:1 88:9 91:25
111:12,13,17 120:7 124:14
125:19 141:16 (48)

**criminalize** 76:7

**criminally** 76:3 78:17 79:9

**criminals** 9:4,6

**crisis** 6:14 7:18 9:22 12:5
57:10 (5)

**criteria** 13:17 27:6 62:2
63:3,5 90:1,4,8 169:25 (9)

**critical** 68:5 70:14

**critically** 5:25

**cross** 75:23

**crossborder** 6:9

**crossed** 120:22 127:23

**crossing** 124:15 127:22
128:16

**cruiser** 168:11

**cuba** 88:2

**cuban** 41:5 124:7,11

**culpability** 91:4

**current** 10:13 12:2

**currently** 14:20 17:2 109:2
151:4,17 (5)

**custody** 9:15 10:5 14:12 24:5
30:14,21,22,23 31:3,11 33:4,25
48:3,7,24 49:3,23 52:6,9,12,20
53:5 63:11 84:8,22,23 87:10
90:9,24 91:16 93:18 136:17
171:12 (33)

**custom** 23:7 47:23 63:18,23
70:23 71:4 (6)

**customer** 62:9,23

**customers** 62:7

**customs** 47:22,23

**cuts** 126:17

**czar** 8:25 13:13 56:14
58:13,16 60:12 (6)

**d** 3:1

**daily** 160:10,15

**dan** 58:4,6,14,17,19 60:13 (6)

**danny** 5:15

**data** 14:13,21 25:8 28:10 64:10 (5)

**databases** 11:11 61:22 64:11 80:1 121:22 (5)

**date** 24:4 41:11 172:14 178:25 (4)

**day** 8:17 40:15 42:20 46:1 69:12 71:17 72:4 79:19 83:4,16 113:22 120:16 144:1 156:13 157:2,3 160:11 181:15 184:16 (19)

**days** 30:20 64:24 84:25 85:3 108:19 136:25 151:18 171:7 180:20,21,24 181:14 (12)

**daytoday** 155:6

**ddso** 95:16

**de** 134:15

**dead** 114:16

**deadline** 37:10 143:9 169:10

**deal** 7:17 74:15 95:25 153:19 169:18 (5)

**dealing** 31:18

**deals** 23:18

**dealt** 74:16

**deaths** 7:22

**decades** 17:14

**december** 25:10 28:13 107:6

**decide** 102:25 108:25

**decided** 110:14

**decides** 105:13 170:7

**decision** 104:17 115:21 137:22 139:21 149:18 170:5 (6)

**decisions** 71:12 93:15 112:2 125:21 (4)

**decisive** 5:6

**declaratory** 36:2

**declare** 20:18 34:14

**declared** 59:19

**deconflict** 172:15

**decreasing** 52:6

**dedicated** 6:15

**deemed** 22:21 24:9

**defendant** 30:9

**defendant's** 30:19

**defense** 34:19 35:4 122:18,19,21,22 123:23 124:5,17 126:14 (10)

**defenses** 41:2,7

**defer** 72:12

**defined** 23:19

**defines** 21:23,24 22:24 23:5 24:16 (5)

**definitely** 26:16 167:20,21 181:18 (4)

**definition** 22:1,24 38:15

**definitions** 21:22 23:3 37:16 39:22 (4)

**defy** 46:4

**degree** 40:7 42:9 43:1 60:25 134:21 (5)

**delay** 150:1

**delays** 10:25

**delegated** 47:14

**delegates** 49:20

**delegation** 50:1

**delves** 125:18

**dem** 39:7

**denial** 131:23

**denied** 42:4,12 125:1 126:23 131:22 177:22,24 (7)

**deny** 154:11

**department** 2:7,8,9,10 17:3,5 41:21 43:14 47:19 54:20 55:8 58:9 67:20 74:21 89:2 141:17 165:2 (17)

**departments** 91:8 108:3 109:11

**depend** 144:18

**dependent** 59:10

**depending** 149:7,18 180:15

**depends** 81:25 84:24 101:23 105:13 136:23 (5)

**deployment** 68:6

**deport** 15:1,4 61:18

**deportation** 9:4 10:3 14:6,18 56:23 61:10,12 63:6 64:25 79:16,21 82:11 83:3 90:6,15

95:3,14,16 96:18,20 99:22
116:5 130:22 (23)

**deported** 15:3 42:5 89:17
125:4 (4)

**deporting** 62:5

**deputies** 67:24 82:20 101:12
103:23 108:15 161:2
162:19,22 165:9 166:10
171:20 (11)

**deputizing** 79:25

**deputy** 47:5 78:7 82:17
100:19 103:15,20 110:25
113:13 121:5 (9)

**derogatory** 116:23

**desantis** 6:2,7,12,14 9:19
56:13 69:7 (7)

**describe** 62:23

**describes** 36:13

**description** 61:1

**desert** 46:3

**designate** 78:1

**designated** 10:24 78:9 103:16

**designation** 81:15 82:1
108:24

**designed** 60:21

**desk** 103:20

**destination** 54:14

**detailed** 25:14 45:20

**details** 67:4 140:21

**detain** 11:13 22:4 32:12,23

61:17,17,17 99:2,3 111:25 (10)

**detained** 41:12 43:8 52:17

**detainees** 12:18 48:6

**detainer** 21:24 22:7,21
23:14,16,18 29:21 30:12,17,24
32:13 33:5,10,12,14,16,18,21
34:4,6,10,23 48:22 87:21
90:17,19 91:1,17 92:16 93:18
95:4,6 98:9,19 99:4
100:5,10,25 101:3,9 102:4,25
103:11 104:18,19 106:8
113:19 129:2 (48)

**detainers** 33:3 49:4 80:5,22
87:19 91:4,10,10 92:8,13
106:7 (11)

**detaining** 35:10 62:5 64:20

**detains** 52:20

**detection** 121:23

**detention** 10:16,17,24
30:10,18 37:25
52:15,16,18,22,23,24,25
53:1,9,14 63:10 64:14 66:22
68:2 95:16 116:4 129:22 130:5
143:16,19 146:17 150:25
151:12 159:23 160:23
161:2,6,24 (34)

**determine** 14:21 90:24 160:2
164:17 174:2 (5)

**determines** 19:11 34:25

**determining** 81:13 164:16

**develop** 165:14

**developing** 61:23 132:13

**devices** 3:8,10,11 153:14 (4)

**dff** 147:20

**dhs** 47:20 58:8 81:12 82:1
95:23 105:13 107:6 (7)

**dictionary** 8:21

**didn't** 82:15,24 85:25 106:20
109:7 113:14 120:11,18
127:16 (9)

**diem** 160:21

**difference** 4:20 5:23 6:4 75:4
97:3 145:12 157:2 158:15
159:15 (9)

**differences** 96:22 97:2

**different** 24:24 28:2 63:15
69:4 87:22 105:1 122:16,19
129:22 132:10,10,23 135:6
136:8 139:9 142:5,22 143:24
144:4 150:23 177:8 180:15
(22)

**differently** 160:3

**difficult** 74:10 116:24

**dio** 78:9 103:17 116:12
165:20 166:8 (5)

**dio's** 10:25 11:8 12:21 103:22
108:25 111:6 112:10 (7)

**diplomatic** 69:2,17

**direct** 39:15 134:25 155:10

**direction** 12:12 13:13 51:13
166:20 169:17 (5)

**directly** 52:9 152:14

**director** 24:18,21 46:21 47:6
55:17 57:25 62:14 65:17 81:1
118:3 148:7,9 149:13 176:20
177:15,25 178:6 (17)

**directs** 71:19

**disability** 36:22

**disagree** 178:8

**discretion** 164:6

**discretionary** 124:3

**discriminate** 36:19

**discuss** 3:6 5:4 19:13,18
20:11 142:5,8 (7)

**discussed** 161:15 182:22
183:7

**discussion** 21:4 44:22 47:3
60:24 63:1 93:10 141:20,21,24
151:17 172:19 178:24 (12)

**discussions** 18:24 19:20,22
20:4,15 44:9 150:24 (7)

**disparity** 160:20

**disposition** 43:8

**distinction** 44:12 71:22

**district** 56:10 83:10 96:7

**diverse** 52:17

**diversion** 41:14 43:10

**divided** 114:7

**division** 39:9 65:18

**divying** 109:10

**dl** 97:15,24

**dl's** 85:16

**dms** 38:12

**do's** 134:8

**document** 29:13 32:4,11

53:12 92:16 95:10 172:12,16
177:5 179:1 181:19 (11)

**documentation** 22:16 29:15
32:12,25 144:2,15,17 145:18
148:6 149:5 169:10 (11)

**documents** 14:12 114:1

**does** 8:20 18:16 20:21
32:16,22 36:17 42:21 46:10
48:5 55:11,23 61:20 65:3 71:4
80:9 81:16 90:7 98:18 101:21
103:3 115:21 118:20 119:8
122:6 123:25 126:8,16 151:4
154:2 159:24 163:17 165:22
167:10 168:11 177:1 178:4
179:18 181:10 (38)

**doesn't** 33:25 44:23 71:23
80:6 88:23 92:25,25 93:1,8,25
95:6,24 96:21 99:23 109:17
113:10 119:6 120:3 121:11,11
123:13,16,18 133:18 146:15
151:7,9 156:15 158:13 160:6
169:16 (31)

**doing** 10:13 19:21 23:12
24:11 29:9 46:7 57:11 59:7
60:14 65:7 69:13 79:1,1,20,24
94:5 100:23 101:5 102:14
103:25 105:22 107:8 111:1
117:4 139:9 162:24 (26)

**dominguez** 2:8 6:24 15:22,23
17:10,11,11 183:16 (8)

**donald** 7:15

**done** 11:24 12:6 16:14,20,24
20:4,13 24:17 26:19,20,22
28:9 35:6 37:2 53:21 67:5
71:13 77:7 81:22 83:13 84:12
95:1,5 98:7,11 99:6,12,13
102:15 105:11 107:18 127:21
128:8 132:7 133:5,6 137:9
145:4 160:9 179:13,24 (41)

**doo** 134:15

**doug** 2:10 16:1 17:22

**douglas** 20:9

**down** 45:16 62:21 69:25 76:7
86:15 90:5 99:21 102:24
109:22 114:21 115:6 116:3,20
118:19 127:9 132:24 141:25
152:20,25 155:16,19 156:21
158:2 159:22 162:14,15
170:11 172:18 (28)

**downside** 104:9

**downtown** 123:14 125:10
128:14

**draft** 11:12 141:3,9 170:2,12
178:17,23 (7)

**drive** 115:5

**driver's** 89:14

**driving** 88:4 119:20 128:3

**drones** 152:6

**drop** 148:2

**drum** 64:1

**drunk** 88:4

**due** 57:9 65:14 138:10

**dui** 51:24 88:3,3

**duplicative** 68:16

**dural** 62:20

**during** 9:23 40:21 45:8 54:1
56:8 57:6 63:24 73:15 123:2
(9)

**duties** 10:14 19:5,14 24:24,25
26:10 27:16 28:25 33:2 35:15
(10)

**duty** 26:24,24 170:22

**duval** 16:18 49:18 104:13

**dwelling** 118:23

**dynamics** 69:22

**e** 3:1,1

**each** 5:8 16:7 25:10 35:6
104:15 165:1 (6)

**eagle** 82:19 120:24

**earlier** 14:15 27:25 53:6
70:20 127:4 137:13 150:4 (7)

**early** 130:4

**earth** 65:23

**easier** 128:23 145:2 159:12

**east** 87:15

**easy** 115:15,16 145:8 154:21
158:19 (5)

**echo** 17:23

**economic** 159:12

**ecp** 50:20

**edges** 61:22

**educate** 73:6

**education** 36:17 46:6

**educational** 46:12

**effect** 38:13 64:25 97:4 106:8
(4)

**effective** 7:24 11:12 16:14
84:11 102:17 104:22 (6)

**effectively** 10:6,11 11:23

64:17 (4)

**effects** 6:4

**efficient** 49:11 52:10

**efficiently** 11:23 64:18

**effort** 70:10 72:24 104:10

**efforts** 6:8 27:14 28:21 54:9
70:11,15 86:19 (7)

**eggshells** 87:4

**eight** 55:3 102:2,7 105:3 (4)

**either** 106:11 115:3 142:10
148:18 155:10 164:4 (6)

**el** 87:25

**elected** 35:2 59:15 64:4,5
68:20,23 (6)

**electronic** 26:23 53:17 88:24
147:2 152:9 (5)

**element** 119:18,25

**elements** 122:12 124:17,18,21
(4)

**eligibility** 151:4 177:17,24

**eligible** 41:13 43:9 70:7
143:13 146:19 157:22 165:23
(7)

**eliminates** 103:14 104:6

**else** 19:14 42:13 45:13 70:2
91:9 132:12 164:3 166:17
178:18,20 179:4 (11)

**else's** 181:17

**elude** 120:18

**eluded** 120:14,22

**eluding** 120:2

**em** 122:2

**email** 19:4

**emails** 19:5 108:18

**embed** 79:21

**embedded** 67:3

**embraced** 66:19

**emergency** 59:17,20 60:16
64:1 65:18,20 66:12 71:18 (8)

**emphasis** 133:5

**empire** 134:22

**employee** 29:3

**employees** 107:2 134:1
174:19

**employment** 28:24

**enabled** 7:19

**enabling** 11:11

**encountered** 123:1

**encounters** 111:1

**encouraged** 7:19

**encourages** 3:19 182:19

**end** 3:22 4:1 46:1 47:3 72:4
93:6 117:3 139:7 141:23
142:8,22 153:9 166:2,18
168:13 176:12 (16)

**endeavor** 66:11 121:12

**endeavors** 119:11,11

**ended** 56:13 107:7

**endorse** 133:2

**ends** 106:24

**enforce** 11:22 17:7 34:12,24 35:20 48:18 77:15 118:24 (8)

**enforcement** 1 3:4 4:12,19 5:1,2,4,9 6:21 7:9 8:1 10:10 11:2,3,4,12,15,16,20 12:3,21 13:9,16 14:1,4,8,11,14 19:15 21:15,21 22:4,6,25 23:9,12 24:10,15 25:5,6,9,15,19 27:1,5,9,14,18,21 28:10,20,21 29:2,4,9 30:1,2 33:4,22 35:12 36:2,25 41:20,22 43:12,14 46:19 47:15,23 48:1,4,7,24 49:10,15,20,21 50:7,9,10,13,25 51:7,12,16,22 52:3 56:24 58:1 62:22 63:8 65:5,14 67:21 68:17 74:13,14,23 77:10,12 78:5,6 81:6 89:4,8 90:3 92:10 99:19 102:11,23 103:14,17 105:4,17 108:17 110:4 111:23 114:4 123:2 141:17 143:15 145:10 146:3,13 150:17 153:3 155:20 165:1,15 173:9 177:20 182:18 (132)

**enforcing** 34:17 142:25

**engage** 61:14

**engaging** 49:11 70:16

**enhance** 11:6 14:3 27:24 150:21 (4)

**enhancement** 39:3 51:1

**enjoin** 36:5

**enlarge** 164:5

**enough** 58:24 127:20 171:11 174:20 181:13 (5)

**enrollees** 108:18

**enrolling** 130:13

**enrollment** 54:1

**ensure** 11:9 14:8 31:8 54:22 134:4 (5)

**ensures** 52:4

**ensuring** 117:11

**enter** 35:7 37:20 38:1,4,7 40:4 42:7,8 44:5 118:23,24 119:6,6,17,19,19,22,24 121:9,9,10,11,15 123:18,20 125:5,6 126:1,3 127:9,13,18 (32)

**entered** 8:14 37:3,6 120:1 (4)

**entering** 9:9 40:4 44:5 121:14 124:20 126:2 (6)

**enters** 40:3 119:17 121:13 123:17,19 127:12,13 (7)

**entire** 156:6,19

**entities** 25:17 37:14

**entity** 22:25 23:1,8 24:9 29:2,25,25 34:8 36:1,14 37:17,20 (12)

**entrusted** 47:14

**entry** 40:1 41:5 124:12

**enumerated** 32:17

**environment** 49:12 52:6

**eop** 131:13

**equipment** 144:8,11,21 152:8,9 154:25 162:14,15 164:12 171:9,11 173:7,8,15,17 176:22 (16)

**equipped** 174:20

**ero** 48:3,14 50:2 51:7

52:5,18,20 53:3 54:6,8,16,18,21 55:1,3,6,7,11 74:22 75:3 78:12 79:16,21 80:6 90:5,6 95:24 96:1 99:21 102:24 128:22 131:13 134:2 165:4 (34)

**ero's** 49:4 54:10,12

**escambia** 121:19

**eso** 101:21

**especially** 106:5 116:22,24 135:10 157:15 173:10 (6)

**establish** 142:16 154:12

**established** 25:7 126:24 142:19 148:12 167:25 (5)

**establishing** 27:6 140:18

**estimate** 147:14

**estimated** 9:18

**et** 48:12 78:8 113:6

**even** 12:7 58:8 66:5 82:25 85:25 89:22 116:13 117:2,13 120:17 124:18 128:16 152:4 157:17 (14)

**eventually** 113:13 131:4 162:18

**eversion** 71:14

**every** 8:17 26:18 59:11 60:10 69:12 71:17 79:19 85:17,17,18 88:20 98:12,17 99:10 105:9 113:22 115:12 130:14 148:25 180:4 (20)

**everybody** 37:11 73:11 77:17,24 89:6 92:12 130:15 132:12,12 161:22 171:10 175:3 177:8 179:2 (14)

**everyone** 4:8 16:10 18:4 46:2,8 56:1 98:15 127:5 181:17 (9)

**everything** 13:10 17:23 34:2 35:15 56:20 59:12 69:22 71:20 88:24 114:10 127:20 129:2 132:3,14,16 141:4,8 148:5 151:24 155:14 161:4,8 170:4 (23)

**exactly** 175:19

**examination** 40:5 120:2,14,18,23 121:16,20 122:14 123:18 124:20 (10)

**example** 75:21 76:24 106:13 158:4,25 160:3 170:21 174:17 (8)

**examples** 10:15 87:14 158:2

**excellent** 70:7

**except** 36:18,22 37:24

**exception** 122:9

**exceptions** 135:4

**excessive** 81:12

**exchanging** 29:18

**excited** 17:13

**excluded** 42:5

**exclusion** 70:1

**exclusively** 64:23

**execute** 30:4 50:2 96:4 149:14 (4)

**executes** 50:21

**executing** 24:6 30:2

**execution** 30:3

**executive** 10:9 12:7 21:1 24:18,21 35:13 46:21 55:17 57:25 71:2 118:3 148:7,9 149:12 176:20 177:15,25 178:6 (18)

**exercise** 109:1

**exercising** 70:15

**exhaust** 159:14

**existing** 153:15

**expand** 86:20 105:18

**expect** 150:10 153:17

**expectations** 154:14

**expects** 155:23

**expedite** 13:11,14

**expedited** 11:6

**expeditiously** 26:20

**expendable** 69:16

**expended** 179:10

**expenditure** 149:1

**expenditures** 144:3

**expense** 14:23 145:4

**expenses** 13:15 27:2 149:1 150:5 163:3 (5)

**expensive** 107:17 176:22

**experience** 59:4

**experiences** 27:4

**expert** 72:22 179:19

**experts** 4:23 142:13 150:8

**expiration** 100:25

**explain** 91:11 123:8

**explained** 103:10 111:15

**explains** 140:21

**express** 67:1

**expression** 59:21,22

**expressly** 42:11 126:21

**expresstype** 64:15

**extent** 36:22

**extra** 175:20,23 181:15

**extraterrestrial** 8:20

**eye** 70:15 158:3

**face** 22:10,13 77:9

**facial** 53:16,18

**facially** 22:7,22

**facilitate** 27:20 37:25 54:12

**facilitating** 13:14 39:7 54:9

**facilities** 10:18,21 52:22 64:19 65:21,22 104:11 129:22 143:17,20,23 146:17 151:5,10,14 (15)

**facility** 30:10,18 35:7 98:23 151:12 160:7,7 (7)

**fact** 7:18 36:12,16 117:11 126:4 132:7 155:8 (7)

**fail** 177:20

**failing** 177:24

**fails** 22:12

**fair** 46:2

**fairly** 75:18

**faith** 31:24 34:21

**fall** 82:22 103:7

**familiar** 20:7 147:4 179:7,14,22 (5)

**family** 53:2 56:2

**far** 59:3 64:8 66:11 107:25 137:18 140:18 144:13,20 151:15 157:19 (10)

**fashion** 4:1

**fast** 10:24 13:25 81:16,22 153:1 181:3 (6)

**favor** 183:11

**fbi** 89:2,2,7 90:2 102:22 (5)

**fco** 143:25

**fdle** 15:10 18:6 26:8 46:11 89:1 102:22 140:10,25 167:10,11,11 168:24 172:15 180:7 (14)

**fear** 71:15

**feasible** 142:13 145:23

**feasibly** 150:5

**february** 24:14 39:21

**fed** 66:17

**federal** 5:5 8:1,5,16 11:21 14:5,25 15:5 18:2 21:15,16,23 22:2,13,21 23:21,22 24:3 25:4,14,16,17,19 27:10,15,21,21 28:2,18

29:11,19 30:13,21,23 31:10,13 34:9 35:8 39:8,13 41:3,6 42:25 46:19 48:21,23 58:21 62:1,15,18 63:10,16,16,17,18 64:9,15 66:18,19 67:22 68:11 70:21,21 73:3 74:4,7,17 75:21 76:4 77:13 80:14 91:18 92:2 93:23 124:1 142:25 145:14 147:5,7 155:23 159:14 164:14 (82)

**feds** 61:4,21

**feed** 65:24

**feedback** 171:13

**feel** 135:21

**feels** 69:9

**feet** 132:25 137:15

**fellow** 138:10

**fellows** 66:15

**felonies** 122:11

**felony** 38:19,25,25 39:1,2,2 40:13,17 42:1,9,21,22,24,25 43:1 44:12 125:7 (17)

**fentanyl** 6:9 7:21

**ferpa** 36:19

**few** 4:7 7:24 13:4 67:7 88:17 98:12 104:11 110:9 135:5 (9)

**fhp** 91:8

**field** 47:5 48:4 50:5,18 51:11 54:12 67:24 69:13,15 70:8 72:19 76:11 146:18 174:9,14 (15)

**fight** 6:10 83:6,7

**fighting** 6:4 57:7

**figure** 73:23,24,25 76:20,21 80:21,24 93:13 106:16 115:9 117:1 124:10 127:2 139:8 (14)

**file** 36:1 104:17

**files** 33:13 101:10

**filing** 93:4

**fill** 3:24 98:20 108:7

**filled** 144:6

**final** 42:1 54:4,16 83:2,12 96:19,20 97:12 99:23 110:10,13 125:3 130:22 (13)

**finalized** 130:3

**finally** 22:19 82:24 135:24

**financial** 6:16 27:17 148:22 150:19 (4)

**find** 14:16 61:14,16,21,21 63:4 64:12 66:5 87:12 128:14 160:19 (11)

**finding** 61:25 67:23

**findings** 21:13 36:12,16

**finds** 34:13

**fine** 20:3 35:1 63:23 96:22 132:6 141:5,11 157:4,21 172:20 177:8 178:17 181:23 (13)

**fingerprint** 88:21 104:2 173:12

**fingerprints** 41:23 43:15 102:21,21 129:1 (5)

**finish** 46:25 73:25 159:19,20 (4)

**finished** 158:8

**finite**  140:19 154:20

**firc**  11:7,9 117:7

**firearms**  152:1,1

**first**  3:5 5:11 9:2,8 13:14 15:10 21:10 26:12 33:10 39:1 40:6,7,10 42:18 46:18 56:8 62:11 67:15,17 73:15 79:9 80:18 87:2 108:4 111:4 119:18 122:6 123:7 131:4,21 137:7 141:2 143:2,2 147:24,24 155:18 157:13,14 159:14 164:3,4 171:8 (43)

**firstdegree**  38:23,24 39:2

**fiscal**  51:1 54:24 180:4

**fit**  26:17 61:20 120:17

**five**  43:2 52:23 87:15 129:21 137:24,25 174:13 (7)

**fix**  8:9

**fixed**  151:11

**fixes**  66:9,25

**flag**  4:3

**flesh**  117:6

**fletc**  108:16

**flexibility**  139:14

**flexible**  101:22

**flip**  75:14

**floated**  121:2

**floating**  123:12

**florida**  3:7 4:9 5:7,11,17,22 6:11,20 7:12 9:20,22 10:3,18,22 11:7,21 12:3,9,10,13 13:12 14:8,10 16:23 17:12 18:12,15 19:17 21:6 22:20 24:12 32:24 37:23 44:1 55:12 56:4,5,10 57:13,15,19,21 58:20 60:17,22 61:4,11,25 62:17 64:3 65:1,3,7 66:1,17,24 67:7,15 68:7,9 69:6,23 72:23 84:10,13 85:6 86:11 91:5 98:7,13 99:10,12 104:12,25 106:25 107:3,22 108:2,3,16 109:4 110:21 113:4,23 114:4 116:2 118:21 119:9,17,24 120:13,13 122:13 124:19 125:5,6,24 126:2,2,6 127:14,15,18 129:25,25 131:14 134:7,13 140:2 141:16 144:24 173:2 175:8 179:24 184:2,6,18 (117)

**florida's**  6:8 11:20 12:14 14:4 56:14 57:1,1,18 106:10 118:12 (10)

**floridans**  5:24

**flowchart**  115:11

**flows**  142:8 149:10

**fluid**  52:17

**flushing**  169:4

**flying**  14:14

**focus**  5:4 9:1 48:16 51:22 64:7,22 73:1 86:18,22 (9)

**focused**  4:17 72:24

**focuses**  50:10 51:25

**folks**  3:13 70:13 139:2 176:2 (4)

**follow**  15:12 45:25 115:13,16 143:24 144:13 147:19 (7)

**followed**  140:14

**following**  18:21 29:5 53:15

**followup**  137:6

**force**  9:14 12:20 18:1 50:5,6 56:3 67:18 85:6 105:14,22 106:1 107:5,7,15 146:15 162:20,23 163:22 166:8 167:24 (20)

**forceable**  42:24

**forces**  70:6

**forcing**  85:4

**forefront**  6:2

**forego**  158:19

**foregoing**  184:7,11

**foreign**  51:17 54:19 97:5 117:17 126:21 (5)

**foremost**  87:3

**foreseeably**  18:25

**forget**  112:9 157:17

**forgot**  77:18

**form**  19:2 22:3,9,12 91:18,20 98:21,22,24 99:1,5 101:7,10 113:21 146:22 165:14 180:14 (17)

**formal**  18:21 169:19

**former**  47:20,21 60:12

**forms**  76:12 108:8,8,12 109:10,12,24 111:3 145:1 (9)

**fort**  2:9 6:25 17:18 56:4 114:24 (5)

**forth**  184:9

**forum** 178:24

**forward** 16:13,19,24
17:6,15,19 18:3 33:19 47:11
55:20 71:21 72:11 142:2,18
143:7 147:19 148:6,14,18
149:19,21 152:16,25 154:6
(24)

**found** 18:15 21:13 42:7,8
44:4 125:9,13,14 126:3
127:14,14 (11)

**founded** 123:16,19

**four** 7:23 14:3 33:6 57:4 64:4
103:21 104:12,25 105:6,24
106:1 120:10 128:2 130:14
156:9 166:18,19 (17)

**fourweek** 105:14,19

**framework** 61:20 112:25
116:8 117:20 132:22 167:18
(6)

**frank** 59:2

**frankly** 164:1

**freed** 87:7

**frequently** 149:4

**frictions** 69:3

**friday** 158:6 180:22
181:15,22,23,24,25 182:1,2,4
(10)

**friend** 5:11

**front** 9:20 91:23 141:23 153:9
(4)

**fruit** 79:3

**frustration** 69:5 139:18,19

**fsa** 13:2

**fugitive** 51:19,19

**fugitives** 51:18

**full** 12:4 14:2 183:1

**fullblown** 103:18 104:4

**fully** 133:2

**function** 62:1 78:9

**functions** 141:8

**fund** 142:21 152:21 167:5
171:22,22 174:2 (6)

**fundable** 105:12

**funding** 13:17 27:6 142:6,21
143:2,10,13,23 144:6,9 145:11
149:8 150:10,23 151:11
152:10 153:4 155:24 170:20
179:8 (20)

**funds** 13:23 35:3 164:18

**furniture** 152:5

**further** 33:1 46:10 86:20
172:8 173:19 (5)

**furtherance** 37:22

**furthering** 38:20

**fusion** 173:19

**future** 19:1 41:11 43:7 47:11
51:15 (5)

**g** 3:1 77:21

**gals** 170:24

**game** 7:15 70:8 117:18
168:20 (4)

**gang** 55:2

**gap** 158:8 176:18

**gaps** 144:6

**gathering** 18:22

**gators** 19:17

**gave** 92:23 106:13 137:24

**gender** 36:21

**general** 6:16 18:6 20:23 32:8
34:11,23 35:25 38:5 42:11
45:22 46:15 66:3,6,13 126:21
140:7 142:4 (17)

**general's** 44:10,16 45:3

**generally** 77:14 104:24
179:24

**geniuses** 66:16

**georgia** 121:2,4 123:10 125:6
(4)

**get** 11:24 13:22 14:10 15:9
16:20,24 30:4,7 31:2 40:12
44:16 46:12 57:24 59:25 60:25
61:11 62:6,13 63:3,10,13 65:7
66:7 67:9,23 69:13,13 70:8,9
71:13 72:5 73:24,24 74:3
75:19 76:7,23 77:6,7,20
78:3,4,20 79:11,20 81:10
82:14,15,15,24,25 83:12 84:25
85:3 86:15 87:7 88:12,25
90:16 91:13,15,15 93:11,14
94:11 97:5,14 98:7,11 99:8
100:22 102:4,14,20 103:6,7
104:7,19 105:8,15 106:15
107:18 108:13,21 109:6,6
112:1,2,5,20,21
113:11,18,19,20,24
114:11,13,15,25 116:11,13
117:14 122:2 123:25 127:3
128:8 132:5 133:5 134:5,10,12
135:25 136:1,5,6,12,20,24
137:12 139:9 141:24,24
147:5,10 148:3 150:13 151:23

154:10,23 156:13,14,22
157:12,13,21 158:7,11,22
159:21,23 160:12,18 161:23
162:4,21 163:24 165:12,21
166:18 167:25 168:19 171:16
172:11 173:1,10 175:17
176:4,15 177:4,10,11 179:1,11
180:23 181:6 182:6 (167)

**gets**  6:14 57:23 59:15,16
75:20 76:9,11,15,25 81:21
89:6 96:18 97:6 99:22 102:2
103:8 114:25 116:20 143:4
152:20 170:23 171:5,19
175:13 (24)

**getting**  13:2 16:14 17:13
78:12 81:21 92:7 101:15,20
106:13 109:8 114:19 116:7,14
135:7 136:2,4 (16)

**give**  21:5 46:1 60:24 70:10
87:14 106:8 109:16,17
112:23,24,25 115:12 116:16,18
132:22 141:18 167:3 169:16
174:19 181:13 (20)

**given**  18:20 20:9 91:23
135:10 157:11 (5)

**gives**  128:20 162:6 169:2

**giving**  71:7 105:3

**glad**  58:14 82:23

**glades**  86:12 114:24 158:25

**go**  6:9 21:1 31:1,4 33:25
45:15 46:6 60:5 61:13 62:11
67:17 68:9 69:15 71:20 78:23
83:5,8,9,10,11,14 84:19,22,23
85:11,12,13,19 87:10,11,11
88:18,22 89:1,1,6,7,7 95:15
96:2,12 98:6 99:6,19
100:3,11,12,14 101:13 102:21
105:9 106:22 107:15 108:22
109:18 111:4 113:1 115:6
118:21 124:16,18,23 127:4,6,9
129:1 133:22 134:10

135:9,13,18 136:7,7 140:18
141:3,9 142:3,4 147:10 148:12
149:6,11,12,14 152:21 153:18
154:24 155:19 156:21
157:13,21 158:20,21 159:13,20
165:6,9,10 166:8 168:11
169:20 171:11 172:12 174:13
176:7,23 177:5 181:8 (108)

**goal**  78:14 141:18 145:23

**goerke**  2:10 6:25 7:1,1,2,3,5
16:1,2 17:21,22,22 131:9,18
133:14 135:14 159:18
163:11,15 164:9 166:14
168:6,14,21 171:17 173:18
176:18 178:12 183:18 (29)

**goes**  28:17 29:1 30:5 72:13
76:22 89:23 90:15 97:16,17
98:3 100:11 101:13 109:13
128:18 133:25 135:16 148:20
149:19 152:18 161:8 164:7
168:1 169:11 170:6 176:19
(25)

**goggles**  152:8 164:13

**going**  4:7,16,20,22 9:24 13:4
15:10 16:19,24 17:20 19:13
20:18 23:17 28:14 30:20
31:6,21,22 32:3 39:23 45:7,22
46:17,18,20,22,24 47:6
57:15,16,17,22 60:18,22 64:11
67:3 69:11 70:9,10 72:12
74:12,20 78:23 85:17,18
86:1,14 87:5,9 88:18 91:22
92:12 94:11,11,12 95:21 98:11
100:13 104:7 108:14 110:15
111:14 112:6,11,14,19
113:2,11 114:11,17 115:3,12
116:3,6,9,14,16,19,22
117:8,9,23 119:4 121:19
122:4,24 124:5,25 127:1,24
128:7,8,9 129:24 131:5
132:21,21 133:16 136:1 138:2
141:24 143:4,5,7,8,11,12
144:12,15,18,18,19,24
147:11,16,17,18 149:6,15,25
150:6,11,18,18 151:25

152:11,21 154:4 155:6,15
156:1,16,21,22,24
157:3,5,7,12,15,20,25
158:10,11,23,24
159:1,7,7,8,13,23 160:5,19
161:3,3,8,11,18
162:3,4,5,11,16,18
163:7,17,18,23 164:1,11,24,25
165:5,5,12,17,21,24
166:2,5,6,7,7,9,14,16,17
167:3,3,4 168:7,18,19 170:5,21
173:7 176:22 177:4,5
178:22,23 183:6,6 (204)

**gone**  66:20,20 83:13 103:12
136:25 137:2,2 138:24 (8)

**gonna**  115:7 144:22

**good**  3:2 4:10,10,11,16 16:10
18:9 31:24 34:20 47:9 55:22
56:1 64:11,12 65:7,11,19 72:1
73:11 92:17 94:3 99:6,20
118:8 141:13 165:25 177:1
180:10 182:11 (29)

**gordian**  65:2 66:21

**got**  5:10 45:4 56:18 62:8 68:8
71:21 74:21,22 77:7 81:23
83:5,5,6 84:17,19 85:12,16,19
86:7,21,21 87:11,20
89:11,13,15,22 90:10 91:21
93:6,13 94:6,22 95:5
97:10,10,12,22 98:4 99:4,5,25
100:1,1 101:9,10
102:18,21,23,24 106:1,2,16
107:2 108:5 109:17
111:2,19,20 113:18
115:8,10,19 117:14,17 119:6
121:6 124:16,16 126:10,14
128:17 129:3 132:5,8,18
134:14 135:1,9 137:14 157:13
158:4,5 160:4,23 161:1,16
162:7,9,10 163:9
166:8,19,22,22,23 167:4
171:1,2,4,8,8,19 172:10,10,16
(106)

**governed**  10:18

**government** 8:23 21:15 25:4,14,18 27:21 28:2 29:8 34:16 41:3 45:23,23 60:3 64:9,10 66:19 77:13 91:18 124:2 (19)

**government's** 15:3

**governmental** 22:25 28:3 29:2,25 34:7 36:1,14 37:14,17,19 (10)

**governments** 54:19

**governor** 6:2,7,12,19 9:19 35:18,19 45:21 46:2,14 56:13,25 57:6 58:17 61:6 64:3 69:7 84:12 137:20,23 138:2,5,13 (23)

**governor's** 35:23

**governs** 18:14

**gps** 53:16,20

**grabs** 135:17

**grady** 2:3 16:3

**grande** 120:24 128:6

**grandma** 100:12 133:15

**grandpa** 57:11

**grant** 13:16,19,22 25:6 27:5,13 28:14 33:8 140:9,14,18,21 141:1,2,7,8,19 144:13 146:9,25 147:2,8 150:22 151:20 152:19 154:22 167:22 168:24 169:3,8 174:3,11 177:14 178:3 179:17 (35)

**granted** 124:2

**grants** 141:16 147:5 150:16 155:22 164:14 (5)

**great** 10:13 17:19,20 48:17 57:22 60:4 81:19 130:6 133:1,23 182:5 (11)

**greater** 175:14

**greatest** 66:10

**grew** 56:2,3

**gripes** 96:12

**griping** 95:19

**ground** 79:19 106:18 139:3 150:8 (4)

**group** 68:16 138:21 183:4

**groups** 89:12

**gualtieri** 2:4 5:13 12:12 15:6,14,15 16:9,10,11 20:7 45:4,7,10 46:20 67:16 72:13,18 73:7,10 118:10,11 131:20,24 133:21 135:20 136:12 137:8 155:12,13 157:5,10,24 158:11 159:6,21 161:18,21 162:14 163:4,14,16 164:23 165:16,19 166:16 168:10,16 171:24 172:1,7 175:22 177:4 179:5,18,20 180:3,6,10 183:12 (59)

**guard** 66:2,3 133:8

**guardrail** 155:2

**guardrails** 152:15 155:9

**guatemala** 137:3

**guess** 93:4 101:14 109:23 115:9 132:3 134:25 158:9 167:8 179:25 (9)

**guest** 55:16

**guidance** 27:7 112:3,23 150:13 161:22 163:10 167:15

168:17 (8)

**guide** 132:15

**guidelines** 144:25 147:20 167:21 169:3,5,6 (6)

**guthrie** 65:17 66:12

**gutted** 106:20

**guy** 58:10 82:18 84:17 85:14,20,22 87:20 88:2 89:13,15 90:7 97:13 99:23 100:13,22 103:7 133:16 135:18 (18)

**guys** 79:18 106:11,12 111:19 112:1 115:17 117:3,5 128:2 134:19 153:18 156:24 163:7,10 165:20 166:12,21 167:12,14,19 168:17 170:24 172:1 181:20,20 (25)

**haas** 66:2,3,13

**half** 138:15

**halfway** 155:20

**hand** 109:23

**handles** 48:2,3,11

**hands** 112:6,11 116:7,13 (4)

**hang** 119:2

**hanging** 79:3

**happen** 4:10,11,16 61:14 65:8 74:1 81:17 86:24 88:24 109:7 110:25 114:17 116:9 123:9,10 128:9 141:25 149:4 (18)

**happened** 42:7,13 60:15

**happening** 72:3 73:16,17 92:5,19 94:1 (6)

**happens** 33:10 34:7 80:8
102:18 103:2,4,19 133:18,19
135:14 137:1 (11)

**happy** 16:25

**hard** 12:25 81:23 105:8
106:18,23,24 107:17 117:1,9
134:20,23 (11)

**harder** 165:19

**hardsided** 65:21

**hardware** 146:1,4 153:12

**has** 6:3 8:2 9:7 12:6 20:13
21:17,17,18 22:1,13,22 25:9
26:3 28:8 33:4 34:23 35:6
36:9,15 37:11 38:18
42:6,19,23 43:25 44:22 46:8
50:3 53:3 58:7 59:1,19 64:22
69:21,23 72:18 73:1 75:14,16
76:2,9,13 81:12,17 94:24
95:14 96:9,25 98:9,14,15
99:6,7,10 100:20 104:5
105:15,19 106:12 110:4
116:12 119:23 122:7 123:9,9
124:2 127:20 132:4,4,18,23
137:18 138:23 139:14,18
140:10 141:21 142:15 144:9
148:13 149:19 150:13 151:17
155:22,25 156:8 160:25
161:22 166:19,23 167:11
171:2,3,9 177:8,17 180:24
182:22 (98)

**hasn't** 107:11

**hate** 133:24 176:12

**haven't** 60:23 70:3

**having** 18:10 26:18 47:10
57:4 70:17 80:1 91:19 117:7
131:11 152:24 (10)

**havoc** 79:10 83:23 84:4 88:13
(4)

**he** 6:3,3 7:25 12:12 55:16
56:13 58:5,9,11,15,17,18,23
59:16,16 65:18,25 71:18
72:18,22 75:5 82:19,20
85:23,23 88:3,4 100:16 115:1
128:4 135:17 137:10 149:14
176:14 178:4 (35)

**he's** 6:15 47:6 58:14
72:22,23,24 73:7 79:7 85:22
87:21,22,24 88:2 99:24,25
102:24 103:9,11 115:3 130:9
137:9 149:15 155:1 160:25
166:14 (25)

**head** 173:4

**headed** 5:3

**headquarters** 73:22
115:17,18

**heads** 80:23 177:3

**headway** 137:21

**health** 48:5

**hear** 3:13 4:22 5:2 13:4 63:17
69:12 128:21 141:2 164:3,4
166:3 (11)

**heard** 60:23 67:19 75:5 79:7
102:9 130:1 133:8 (7)

**hearing** 3:12 169:23

**heavily** 92:4 150:19

**held** 19:23 26:13,15 46:4,15
99:14 125:25 151:18 (8)

**help** 9:21 10:4,5,11 12:4
27:10 46:10 62:9 78:25 107:10
133:9 139:20 145:18,23
154:14 165:23 170:10 173:19
(18)

**helped** 178:7

**helpful** 141:1 172:7

**helping** 134:1,2

**helpless** 88:6

**helps** 49:5

**her** 35:14 87:25 126:22 176:2
177:6 (5)

**here** 3:17 6:22 13:6
15:5,15,17,19,23,25
16:2,4,12,19,24,25 17:18,24
18:10 19:21 23:4 24:22 46:9
47:10 55:11,12,15,23 57:25
58:14,18 59:7 60:14 61:1
66:13 68:4 69:11 70:3 75:25
78:12,20 79:11,20 82:18
83:1,14 84:2,6,10
85:1,3,6,22,25 86:23
87:6,20,21 88:14 91:14,22
92:15,22 93:16 99:25 101:13
104:25 105:16 109:22
110:20,25 112:21 113:1
114:1,3 115:22 120:4,16
121:13 122:3,24 123:8
127:3,11,16,21 128:15 129:24
131:10 136:6 139:20
141:14,18 142:15 147:12
151:16 165:25 167:13,17
169:4 172:18,21 175:13
176:21 178:11,12 (105)

**here's** 10:15 88:17 105:25,25
108:1 158:15 167:23 (7)

**hereby** 184:7

**hereunto** 184:15

**hernando** 104:13

**hey** 139:7 155:5 171:8

**hidden** 63:12

**hide** 119:3

**high** 60:25 62:12 142:7

**highest** 12:7

**highlevel** 141:19 149:9

**highlight** 6:8,13 45:18 70:1 (4)

**highlighted** 21:25 92:23

**highlymotivated** 65:10

**highpressure** 65:20

**highstress** 65:20

**highway** 107:23 109:2 173:16

**him** 6:15 7:13 8:8 58:3 72:20 100:2 101:7,14,16 115:3 128:4,6 130:9 136:17 138:6 (15)

**himself** 46:22

**hinges** 59:9

**his** 5:14 8:8,9 15:7 34:23 35:14 56:8,12,22,23 58:20 60:12 65:25 66:13 71:19 72:24,24 73:1 86:10,19 103:8,9 109:14 114:25 126:22 137:23 148:7 149:13 (28)

**hispanics** 116:24

**history** 47:16 51:5 58:7

**hit** 111:2

**hitting** 142:2 154:15

**hold** 14:17 45:22 91:12,24 92:1,18,24 93:9,21 94:9,12 98:24 101:1,7,19 113:7 114:8 133:17 135:2,17 158:24 182:7 (22)

**holding** 8:13 92:8 94:9 109:19 (4)

**holds** 93:25

**holdups** 99:10

**holmes** 18:6,9 21:5,8 43:20 44:8 45:1,6,12 140:8,16,22 141:6,12 168:3,5 169:21 172:6 178:15,22 180:12 181:5,16 182:5,14 (25)

**homan** 8:25 58:13,13,16,19 60:12 73:23 79:8 81:1 138:2,14 (11)

**homan's** 13:13

**home** 47:18

**homeland** 17:25 47:19 48:17 58:9 74:21,25 77:25 165:2 (8)

**honduras** 88:5 137:3

**honest** 69:2

**honor** 6:5,12 17:24 56:11 80:22 95:21 96:15 (7)

**honorably** 56:11

**honored** 17:18

**honoring** 92:13

**hope** 18:2 60:8,9 68:12 (4)

**hopefully** 86:15 145:2 176:23

**horrible** 135:9

**host** 6:5

**hosting** 15:7

**hotel** 101:8

**hotlines** 14:10

**hour** 133:20 134:14 135:18

**hours** 10:20 17:4 48:25 86:9 92:3 93:19,22 98:25 101:7,8,15,19 102:2,7,14 104:14 105:3,15,22 107:21 133:19 134:4,14 135:2,7 136:20 151:19 156:9,11 158:18 159:13 170:23,24 181:9 (34)

**hours'** 108:20 162:19,23

**house** 5:15 10:2,20 12:18 25:12 26:5 52:22 65:23 85:12,14 94:24 138:25 139:6 156:4 160:11 175:20 (16)

**housing** 10:19,23 35:9,10 94:16,21 98:15,21,22 101:17 114:22 155:11 (12)

**how** 5:5 7:10 9:23 11:19 14:3,22 27:25 29:1 36:13,13 50:17 54:1,8 61:10,12,21 62:24,25 63:13 64:17 65:23 69:8,9 73:23,24,25 81:16,17 88:17 90:20,25 93:10,13 94:22 108:1 109:24 111:24,24,25 112:20 115:13 116:6,22 117:6 121:17,19 122:4 123:6 124:5 127:1,24 128:8,12 129:7 132:20 133:4 147:18 164:24 172:10 173:24 174:2 180:16,18 181:3 (64)

**however** 40:19,20 46:13 48:18 50:13 130:3,18 139:13 (8)

**hsi** 48:2 62:19 74:24 75:3 79:18 (5)

**huge** 77:10

**huh** 92:22

**human** 55:3

**humanely** 64:21

**hundred** 86:16 110:16 159:9

**hundreds** 162:21

**hurdles** 147:9

**hurricane** 68:7

**hyphenated** 116:25

**hypothetical** 128:3

**hypothetically** 160:24

**i'd** 163:4

**i'll** 21:9 44:14 45:10 58:6,24
81:9,20 87:14 91:11 92:15
95:11 100:4,5 105:15 123:8
125:16 134:12 141:9 142:4
170:17 177:10 (21)

**i'm** 4:7 16:11,25 17:12,18
18:10 20:7 28:14 39:22 43:25
45:2,7 47:11 58:14 59:9
60:13,14 64:25 65:12 68:17,22
70:18 73:5 74:12,20 78:22
82:23 86:18 88:18 91:21 95:21
116:23 124:25 132:19
141:15,15 147:16,17,18 155:15
156:10,21,21,22 157:24
159:18,25 160:3 161:10,10
162:9 164:24 165:20 166:7,12
168:19 170:21 179:7,14,21
(60)

**i've** 17:25 18:1 44:8 45:4
66:10 67:19 69:6 72:19
73:12,21 91:21 129:5
132:12,13 137:7,18 139:13
158:4,5 175:10 (20)

**i10** 115:1

**i200** 95:12,13

**i200's** 95:9

**i203** 98:21

**i205's** 95:9

**i247** 91:20

**i4** 111:18

**ice** 9:1,24 10:9,12,16 11:10,17
12:1,4,5,7,10,18,18 13:10,24
14:2,6,9,10,17 25:3 28:6
39:11,13,16 41:20 43:13
47:16,22 48:1 50:25 51:17
52:19 58:22 74:22,22,24 75:2
78:10,25,25 79:1,15 81:1
82:4,23 84:7,15,23 86:12
87:10,18 88:11 89:3,9,23,24
90:2 91:4,11,12,16,24 94:15,25
95:22 96:6 97:17,22 98:15,18
99:6 100:17 101:5,15 102:5
104:1 106:4 107:10 108:22
109:13 110:14 111:21
113:8,10 114:13,14,15,15
115:4,17,17,19,25 116:16
118:3 121:21 129:11 134:1,7
138:16,17,21 139:5,7,21
142:24 143:20 150:13 153:4
155:11 (112)

**ice's** 9:14 10:1,11 12:14 53:14
144:4 (6)

**idea** 135:4 137:11 174:16

**ideas** 173:22 177:8 181:6

**identification** 52:1 88:22

**identified** 50:3,25 116:12

**identify** 41:24 43:16 48:14,16
49:22 63:3 112:18 141:21,23
(9)

**identifying** 49:13 69:3

**identity** 29:22

**iga** 94:19 114:20 156:8

**igsa** 94:19 98:16 114:20
156:8,14 159:7 (6)

**illegal** 3:6 5:6 6:5,10,14

7:12,18,19 8:2,17,18
9:1,7,11,15,25 10:2,4 12:23
13:11 14:12,17 40:1 42:2
72:19 85:25 95:15 127:19 (28)

**illegally** 8:14,15 9:5,6,9,9
14:25 15:5 75:23,25 85:23
87:2,3,6,20,25 99:25 120:5,16
127:21,22,23 128:11 (23)

**illegals** 79:10 82:5 83:20
86:19 87:1 88:9 (6)

**imagine** 124:9

**immediately** 11:4,13 57:24
90:9 154:22 (5)

**immerse** 62:6

**immersing** 69:20

**immigrant** 9:7

**immigrants** 8:18 9:1,16,25
10:5 12:23 14:12,18 (8)

**immigration** 1 3:4,7,19
4:12,18 5:1,1,3,6,9,20
6:5,10,14,20 7:9,12,18,20 8:2,5
9:21,22 10:25 11:7,12,19,22
12:5 13:9,16 16:15
21:16,21,23,24 22:2,7,13,21
23:14,15,18,21,22 24:3,15
25:1,6,17,18,19,24 26:1,11,25
27:1,11,15,22 28:18,22
29:6,11,19,21 30:12,17,24
31:10,13 32:13
33:3,5,9,12,14,15,18,21
34:4,6,9,10,22 35:8 36:25
37:3,8 47:15,20,23,25
48:2,18,19 49:22,24 50:7,14
51:6,23 52:16 54:4,17 55:18
58:1,10,22 62:18 66:8 72:6,19
74:5,7 75:11,12,13,17
77:12,15,22 78:5,10 80:13,16
83:3,5,8,10 91:1 92:2 93:18
96:19,25 101:2 104:4 112:7,14
113:6,23 114:5 115:3 116:2
118:1,13 119:16 120:7,8

124:21 125:18 137:10 142:25
145:10,14 146:3 153:2 155:7
164:20 173:9 182:18 (162)

**impact** 5:6 159:12

**impede** 70:12

**impedes** 23:8

**implement** 60:21 142:1

**implementation** 24:19 81:13

**important** 5:25 19:6,10
21:14,25 23:2 70:2,4 87:13
97:7 117:24 (11)

**importantly** 95:5

**importation** 61:2

**impressed** 68:18

**imprints** 88:23

**imprisoned** 42:23

**imprisonment** 40:8,18

**improve** 25:12

**improving** 5:23

**ina** 77:21 127:1

**inaugurated** 59:16 60:16

**include** 3:9 23:3 38:8
41:22,23 42:22 54:5 145:11
146:16 151:5 160:7 161:25
162:2 168:1 (14)

**included** 169:8

**includes** 151:8

**including** 4:8 35:18 55:9
56:19 62:13 65:21 73:22
143:15 161:25 179:9 (10)

**inclusive** 184:12

**incoming** 44:1

**incomplete** 22:12 147:25
177:19

**incorporate** 170:1

**incorporating** 50:5

**increase** 10:1 28:5 125:23

**increased** 11:8

**incur** 149:1

**independent** 180:2

**indicate** 22:12

**indicated** 176:13

**indicates** 22:9 30:10

**indictments** 51:3

**individual** 29:22 30:11,16
31:6,7,9 32:9 33:20,24 36:13
38:3,18 41:19 42:3,19,23
43:17 (17)

**individual's** 26:1

**individuals** 3:17 10:20 17:19
22:11 (4)

**inflicted** 172:17

**information** 14:3 18:8 20:11
21:7 23:25 24:5 27:24 28:1
29:6,11,12,19,20,23 30:23
31:2,12,13,15,17 32:23
41:22,24 43:16 108:15 110:19
140:8 150:21 154:1,3,5 173:20
180:23 182:6 (34)

**infraction** 20:3

**infrastructure** 9:14 13:18

**infused** 64:16

**inhibit** 70:12

**initial** 108:14 148:4 149:12
175:11 (4)

**initiate** 34:11 35:19,25 36:10
(4)

**initiates** 50:20

**injunction** 34:15

**injunctive** 36:3

**inmate** 22:24 23:24,25 31:12
160:11 (5)

**inmates** 87:17 160:15

**inperson** 105:19

**input** 59:6 140:11 142:12,15
145:24 150:9,12 151:6 153:20
171:13 182:4,13 (12)

**ins** 58:10

**insights** 58:21

**inspection** 32:8 40:5
120:3,14,18,23 121:16,20,23
122:14 124:20 (11)

**inspections** 129:22

**instances** 139:13 150:2

**instituted** 53:3

**insufficient** 9:16

**intelligencedriven** 51:15

**intend** 3:25 127:10

**intended** 127:11 168:17

**intends** 123:20

**intent** 4:11 21:13 118:25 178:7 (4)

**interagency** 153:5

**interchangeably** 8:19

**interest** 21:14 38:20

**interested** 70:18

**interim** 18:6

**interior** 54:6 56:23

**internally** 140:25 169:24

**international** 54:21 55:4

**interpret** 163:17

**interview** 24:1

**interviews** 104:1,16

**into** 7:20 8:1 10:5 14:12 21:1,11 30:7,13,21,22 31:5 33:24 35:7 37:3,6,20,23 38:1,4,6,7 40:1 42:14 43:24 44:10,14 49:7,23 52:6,9,13 56:16 58:21,25 59:25 63:10 64:8 68:1 73:18 76:6,10,11,23,25 77:20 78:3,4 81:10 82:7 84:8,15,19,23 85:7,11,14 87:10 89:6 90:8,24 91:15,16 92:4 102:20 105:8 114:7,15 117:14 118:23 120:1,13,13,20,21 121:7,18 122:13 124:13,19 125:18 127:3 130:16 136:17 138:11 142:17 149:6 162:4 170:1 172:16 180:14 (90)

**intractable** 69:19

**introduce** 16:8 46:22 58:3 72:17 (4)

**introduced** 58:3

**invalid** 34:15

**investigate** 12:22

**investigation** 31:21,25 40:21 103:25 104:4,15 115:21 123:2 (8)

**investigations** 48:3 74:25 103:18 104:16 112:7 (5)

**investigative** 32:5 33:13

**invite** 141:6

**invites** 182:19

**invoices** 144:16 146:8

**involved** 73:13 137:14 147:4

**involvement** 92:4

**iowa** 125:21

**ironed** 161:15,16

**is** 3:5 4:12,23 6:2,3,25 7:15 8:10,13 9:7,10,10,16,21 10:6 11:11,18 12:5,15,23 14:19 15:10 17:13 18:13,15 19:3,10,11,18,25 20:12,12,14,17 21:24 22:5,6,9, 10,12,14,15,17,18,19,21 23:6,11,13,15,16 24:8,22,22 25:1,8,21 26:2,19,20,24 29:14 30:6,11,16,20,21,24 31:10,15,18,20 32:3,9,9,10,16 33:12,17,20,24 34:3,5,13,19,21,21,25 35:1,12,21,21 36:11 37:4,8,19,21,24 38:9 39:6,10,16,19 40:2,7,9,16,19 41:9,19 42:1,2,3,4,9,12 43:4,5 44:8,11,13,24 45:1,2,11,16,21 46:2,7,8,20,22 47:5,14 48:10,15 49:13 50:1,5,16,19 52:9 53:7,8,22,25,25 54:8 55:11,16 57:15,16,23 58:17 59:6,15 60:2,9,10,16,17,18,22

61:1,2,10,23,25 63:2,2,4,7,11,1 7,17,17,17,18,18,20,23 64:8,14,16,24 65:1,7,18,22 66:1,6,8,11,22 67:3,3,6,14,15,21,22 68:15 69:5,10,18,19,21,22 70:2,15,19,20,21,22 71:2,3,3,6,7,10,10,10,12,20 72:1,22 73:1,5,5,23 74:5,9,13,15,23,24 75:12,13,13,15,17,24,25 76:5,15,23,25 77:11,11,12,21,21,22,23,23 78:8,12,15,17,18,19,25 79:1,2,3,13,14 80:6,9,14,16,16,18,20 81:2,5,6,7,10,10,10,11 83:8,14,21 84:19,22 85:15,18,24 86:6,11,13,21,24,25 87:1,9,12,13,20,21 88:10,21,23,24 89:4,10,11,16,21 90:13 91:3,17,18,24 92:1,4,5,6,17,21 93:10,12,12,21,21,22,23 94:3,7 ,12,15,16,17,19,19,22,25,25 95:1,4,8,12,12,13,14,16,19,25 96:3,5,13,17,18,22,23,24 97:3,4,8,24 98:3,9,13,21 99:1,8,16,17 100:10,13,14,15,17,18,19,22 101:5,6,9,9,11,17,17,18,22 102:1,6,11,11,11,18 103:2,5,13,19,21 104:7,8,9,11,21 105:1,12,13,17,23 106:4,6,6 107:5,16,18 108:7 110:1,3,6,18 111:4,8,21 112:3,22,22 113:2,11,14,19,21 114:20,22,22 115:8,10,12,14,16,19,20 116:3,4,6,10,11,15 117:11,19,23,24 118:12,24 119:9,16,18,25 120:4,6,6,12 121:1,8,14,17 122:3,6,9,16,18,19 124:5,6,8,11,14 125:12,13,16,16 126:2,6 127:1,4,13,21,22 128:2,2,9,9,12,15 129:4

130:1,2,17,23,24,24
131:11,13,14,15,21,23
132:5,6,6,10,11,13,20,20
133:16 134:4,7,7,14,20,25
135:1,3,5,9,12,12,25
136:8,9,10,16 137:1,2,4 138:13
139:6 140:12,14,16 141:18,20
142:10,14,23 143:2,9,13,22,22
144:8,18,24 145:11,19,21
147:15,17 148:5,6,20,23
149:6,23,25,25 150:9,10,17,21
151:11,23,25 152:18 153:13
154:3,3,5,19,19,20
155:16,18,19,19 156:5,12,17
157:5,7 158:17 159:11
160:4,11,22,23 161:2,3,4,5
162:5,9,16,24 163:1,6,10,11
164:2,13,20
165:13,20,21,24,25,25
166:1,3,3,24 167:17 168:3
169:4,5,9,15,20,22
170:2,5,16,18 171:5,15,22
172:3,10,11,23 173:6,14 174:9
175:9,21,23,24,25 176:18
178:9,10,10,12,14
179:6,9,13,13 180:6,6 181:23
183:4,8,9 184:12 (664)

**isn't** 72:3 124:22 129:4
132:22 (4)

**issuance** 55:10

**issue** 5:20 6:3 17:8 18:12
30:17 34:15 36:16 55:9 60:1
72:20 73:4 83:12 90:25
96:1,7,8 100:5 109:13 115:25
116:5 128:17 131:12,12
169:18 171:5 178:16 (26)

**issued** 22:2,20 48:22 54:4,17
83:3 95:22,22 96:18,25 97:4
101:6 152:1 (13)

**issues** 3:6 4:25 24:9 26:25
30:25 96:19 110:13 116:10
142:9,10 145:6 154:7,9 (13)

**issuing** 95:18 108:23

**items** 3:24 23:13 24:11 29:10
33:6 (5)

**its** 12:2 22:10,13 24:19 49:3,5
79:1 94:15 98:18 99:6 175:14
(11)

**itself** 93:24 95:6 111:15
117:25 (4)

**jacksonville** 2:5 16:18 114:11

**jag's** 66:6

**jail** 10:19,20 12:14 15:3 40:11
49:15,20 81:5 82:8 86:3
87:7,13,16,17 88:20,22 89:7
90:2,17 91:5,10,14 93:5
94:7,23,24 95:3 97:23,23
98:13,14,14,17,23 99:10
100:9,15,20 101:13
102:2,11,20 103:13,17,22
105:4,16 106:1,9 111:13
113:16,18,22 122:24 129:25
133:16 136:2 156:8 158:12
160:12,14,18,24 175:20,23
(65)

**jails** 11:21 12:17 52:2 69:14
70:5 79:12,13,22 80:7 84:15
88:12 91:6 92:6 99:11 104:23
106:1 107:1,2 113:4,7
114:12,23 131:22 134:10
160:2 (25)

**janet** 107:7

**january** 59:16 107:13

**jem** 81:5 102:11 103:13
104:11 105:16,18,23 107:2,14
(9)

**jem's** 163:21

**jms** 153:15

**job** 5:10 10:13 56:15 57:22,24
62:6 64:14,23 68:23 79:20 (10)

**john** 66:2

**join** 6:12

**juan** 47:6

**judd** 2:3 3:2 4:6 7:2,4,7
16:3,4,6,16,21 17:1,10,16,21
18:5 20:25 43:19,22 44:19
45:9,13 55:13,25 59:1,21
70:24 72:14,16 73:10,12 79:7
86:9 106:15 109:14 117:22
118:8 129:6,9 130:10,20 131:6
133:13 137:5,23 138:11,19
139:16 140:3 141:5,11 154:18
158:1 159:5,17 160:25
164:1,22 166:24 168:3 169:15
170:16 171:18,25 172:20
173:22 174:16 175:5,19,25
176:7,17 177:1,9 178:13,18
180:18,21 181:2,6,22,25
182:3,6,11,13,16 (87)

**judge** 30:10,15,25 33:7 34:3
36:12,15 54:5,17 66:5 82:25
83:3,9 96:7,8,19,25 110:12
133:7 (19)

**judges** 66:8

**judgment** 30:9 71:24

**judicial** 24:6 30:3 31:8 34:11
35:19 184:5 (6)

**jump** 58:25

**june** 39:17 142:23

**jurisdiction** 36:7

**just** 4:10 7:24 8:23 13:4 19:19
20:17,23 21:4 24:13 26:18
37:4 38:5 39:3,20 58:5 61:17
62:19 64:4 66:9 68:4 69:14,25
70:17 74:20 76:16 77:18 81:20
83:15 91:13 92:12,18 93:11
94:9,10,13,21 95:5 97:9 98:22
102:13 103:3,10 109:24
112:25 113:15 116:25 121:3

128:24 130:13 132:24 133:14
136:7 137:6 138:9 140:24
146:7 149:9,21 151:3,12,22,24
152:2 153:17,20 154:7,9
155:15 156:16,18,22
157:6,11,15,17,24 158:17,19
159:19,25 160:18 161:10
162:11 163:2,4,25 165:6,9
167:4 168:6,21 170:23 171:10
173:15 174:25 175:23
176:9,19 178:23 179:7,21
180:8,15 (103)

**justice** 25:25 67:20 89:2
141:16 (4)

**justify** 32:25

**kansas** 120:10

**kate** 18:6 140:8

**katherine** 23 184:4,20

**keefe** 24:22 46:22 55:16,22
56:1 72:15 73:19 78:14 86:19
101:23 106:16 112:17 129:12
132:4 133:7 137:13,18
138:7,9,12,23 167:9 176:4,15
182:9,10,12 (27)

**keep** 4:14 6:10 32:12 70:14
97:8 110:1 111:25 133:25
139:8 142:1 143:11,12 152:25
(13)

**kevin** 65:17 66:12

**key** 164:11

**kick** 100:16

**kicks** 175:4

**kiefer** 176:6

**killed** 82:17,20 88:3

**kind** 14:21 21:25 35:6
56:16,21 57:7 60:25 70:7 71:1

88:18,19 105:23 141:18
142:6,8 145:1,4,6,13 149:9
150:21,24 153:17,19 155:8,15
159:16 164:15 169:1,4
172:15,21 (32)

**kinds** 89:17 122:2

**kissimmee** 17:5

**knew** 56:25

**knot** 65:2 66:22

**know** 4:19 23:15 58:23 59:5
61:5,7 62:7,8,24 65:16,25
67:5,10 69:1,4,7,8,9 70:4
72:2,12 76:16 82:13 94:3
101:23,24 105:18,20 106:18
108:2 110:18 112:1,18,22
114:16 116:9,22 117:4,6,13,23
119:13 121:22 124:5 127:6
129:7 132:5 133:2
134:14,18,21,23 135:1,3
137:16,18,19 138:4,5,23
139:20 142:19 144:2,3,19,22
146:4 147:16 148:2 149:24
150:17 151:2,6,13 152:2,8,18
153:9,13 154:4,8 156:20
157:1,4,23,25 158:8,9,16
160:20 161:6 165:5 166:18,25
167:2,25 168:12,18,21
169:9,11 170:23 171:9 172:24
173:5 174:4 176:10,22 178:7
179:21 (110)

**knowing** 19:25 35:1 37:24
61:4 127:13 (5)

**knowingly** 40:3
119:16,19,22,23,25 120:20
121:7,9 122:13 123:19 127:12
(12)

**knowledge** 72:18

**known** 55:1,2 63:4 89:20 (4)

**knows** 33:19 61:21 65:25
94:25 (4)

**labor** 9:14

**lack** 7:22 14:18

**laid** 145:20 169:13

**land** 96:13

**lane** 173:14

**language** 142:10,15 145:21
146:15 148:12 151:19,23
153:23 163:8 166:22 (10)

**laptops** 152:6

**large** 48:10 51:11,13,17 52:11
78:16 151:9 154:21 172:25
174:22 (10)

**largely** 57:6 63:16

**largest** 62:17

**larry** 24:22 46:22 55:16,19
129:12 176:4,13 178:4 (8)

**lascivious** 87:24 88:7

**last** 5:18 7:23 28:9 50:17 63:4
66:14 73:14 98:8,12 107:5
109:7 114:3 (12)

**later** 26:13 28:15 29:14 47:2
141:25 (5)

**latin** 118:18

**latitude** 81:12,19,25 167:7 (4)

**law** 4:23 6:8 8:1,16 9:22
10:10,18 11:2,3,15,16,20
12:3,21 13:6,11,16
14:1,4,8,11,13,25 15:5
18:8,11,13,16,17
19:7,12,14,23,24 20:22
22:3,6,20,25 23:6,9,12 24:10
25:5,6,8,15,19 26:7
27:5,9,14,18 28:10,20,22
29:2,4,9 30:1,2 33:3,22

36:2,11 39:8 41:6,20,22 42:25
43:12,14 45:20 46:4 48:7,24
49:9,21 50:9,14 51:3 52:3
56:5,7 62:21 63:7 65:5,13
67:20 68:16 70:5,21 73:3,3
74:2,5,7,8,13,14 75:17,22 76:4
77:3,9,15 78:6 81:10 82:6
89:4,8 90:2 95:2 96:4,13 99:19
101:11 102:22 108:16 110:3
111:11,11,13,17,23 114:4
118:22,24 123:1 125:18,24
128:25 135:1,12 141:17
143:14 146:13 150:17 155:20
165:1,14 174:5 177:20 178:5
(144)

**lawfare** 71:16

**lawful** 24:6 30:3 48:22
54:5,17 71:20 124:2 (7)

**lawfully** 80:25

**laws** 8:17 11:22 21:16
27:15,22 45:25 46:14 48:18,19
60:20 118:2,13 119:16 142:25
145:14 (15)

**lawsuit** 72:5

**lawsuits** 93:4

**lawyer** 71:9 122:23

**lawyers** 62:1 71:23 132:1
137:14 139:7 (5)

**lays** 170:3

**lead** 64:13

**leader** 6:15

**leaders** 5:22 65:13

**leadership** 5:20 8:6,8
137:17,19,22 138:16,17 (8)

**leading** 9:20 131:15

**leads** 51:15

**lean** 150:18

**learn** 5:4

**learned** 57:4 68:7 145:5

**least** 131:13 155:9 165:2
176:24 (4)

**left** 83:16 118:11 120:11

**legal** 39:13 64:17 76:10,10
83:25 92:16 93:8 118:14,18 (9)

**legislative** 21:12 60:6 148:15
149:17 154:10 (5)

**legislature** 20:5,13 21:13,19
24:24 41:1,8,17 57:1 60:9 64:3
69:9 71:5 84:11 118:15,15
119:12,14 124:23 127:7
166:25 (21)

**leon** 113:13 115:1

**less** 63:7,20 67:21 84:16
159:11 (5)

**lessen** 129:24

**lessons** 57:4 68:8 145:4

**let** 10:12 45:15 84:15 88:11
94:15 129:13 135:1,9,13
136:2,3 177:13 182:20 (13)

**let's** 15:9 16:9 60:5
61:13,14,14 67:23 73:23,24,25
75:7 121:3,3 156:16 158:17
160:24 162:24 (17)

**level** 12:6,7 14:17 16:15 45:24
61:3,3 66:17,18 70:15 139:13
142:7 174:2,8,14 (15)

**levels** 28:2

**lewd** 87:23 88:7

**liability** 171:17

**liberty** 173:1

**license** 71:9 89:14

**lieutenant** 66:2

**life** 39:2

**like** 7:4 13:20 16:7 19:4 20:25
32:20 41:15 42:16 43:10
59:24,24 60:1 64:4 65:9 67:3
69:18 70:7,9 72:17,21 78:14
91:13 92:16,17 96:2,2 99:20
101:23 107:14 115:10,20
120:9 121:10 134:13
135:20,21 137:13,14
140:7,12,12,17,23 141:22
143:23 144:17 146:5 151:8,14
152:5,10,13 153:6 154:7,12
155:5 159:2 161:13 173:13
174:8,16 175:23 176:19
179:21 181:16 (65)

**likely** 121:1

**limit** 182:23

**limitation** 153:7

**limited** 50:8 85:8 86:5,6
105:8 107:17 139:12 166:20
173:16 (9)

**limits** 73:2 81:18 171:23

**line** 13:12 44:7 59:6 67:17
73:25 106:1 114:22 121:18
125:6,6 141:25 148:3 153:23
(13)

**list** 63:2 83:19,21 127:10
164:2 176:1,9 (7)

**listed** 29:10 32:18 110:5

**litigation** 20:14,17

**little** 29:14 55:19 63:20 70:19

79:6 81:21 82:2 86:15 102:10
112:17 140:24 145:2 149:4
156:3 165:7 168:7 169:1 174:9
(18)

**lived** 69:6

**lives** 5:23 58:18

**lobby** 183:4

**local** 8:17 10:10,12 11:2,15,20
12:3,6 13:16 14:17 16:15
22:25 23:16 24:8 25:18
27:5,14,18 28:20 29:2,8,25
34:7,16,17 36:1,2,13 37:19
48:20,23 49:9,21,23 50:1,8
64:9 67:21 74:13,14 77:9
90:5,6 99:21 134:5 139:13
142:24 143:14 155:20 165:1
177:19 (51)

**locals** 49:14 61:24

**locate** 51:13 52:10

**located** 50:18

**locates** 56:3

**locations** 53:20 84:14

**lock** 57:19

**lodged** 60:18

**lodging** 144:8,21

**logistical** 131:11

**logistics** 63:8 64:15

**long** 21:18 34:1 58:7 68:23
94:24 99:3 111:24,24,25 119:3
120:16 143:10,12 154:15
156:9,25 157:7 158:24
159:3,6,15 168:25 (22)

**longer** 36:9 59:18 71:2,3,4
93:19 136:14 (7)

**longish** 21:19

**longterm** 86:8

**look** 16:13,23 17:15,19 55:20
66:9 72:11 89:9 90:3 92:23
93:17 95:10 97:18 99:1 102:24
114:3 119:8 121:8 124:16
126:7 127:8,8,25 143:6 151:7
153:18 167:2 171:6 172:22
173:8 174:7 (31)

**looked** 115:10 179:21

**looking** 16:19 17:6 18:3
44:10,14 47:11 59:11 62:2,25
65:1 130:3 131:14 151:21,25
152:10 154:13 163:9 172:5
(18)

**looks** 89:24 90:7 92:16,17
99:1,20 (6)

**loopholes** 147:9

**lopezvega** 47:6,9 75:5 79:5
102:10 129:19 130:2,17
131:2,8,17 135:21 136:9
139:11 (14)

**lose** 94:11

**lot** 17:24 18:2 33:10 44:2
61:22 63:11,22 65:10 67:3
68:7 69:23 74:7,8,8
75:12,13,15 81:23 91:2,3 92:6
94:3 95:19 98:3 104:8,10,10
117:24 128:20,21,21 132:13
139:21 141:21 147:3,8 156:2
167:17 169:8,22 173:11
175:11 (42)

**lots** 61:22 62:1

**low** 66:24

**lowest** 79:3

**lpr** 83:25

**lunch** 118:7

**lyle** 23 184:4,20

**ma'am** 141:11

**made** 6:3 33:11 64:5 66:10
73:7 137:17 145:1 (7)

**magistrate** 96:8

**magnified** 175:13

**maintain** 29:16 32:24 48:24
93:18 (4)

**maintaining** 29:12

**maintenance** 160:7

**major** 143:23

**majority** 78:14,19 104:23,24
135:8 (5)

**make** 4:11,14,16,20,20
19:7,22 21:20 26:19 33:23,25
36:7,12 38:9 44:24 45:19
46:15 53:21 61:14 65:8 73:25
80:4 83:6 99:13 104:17 111:22
112:2,7,13 115:23 145:2,8
151:9 152:24 157:11,22
158:17,19 164:2 167:9,11
172:13 178:16 179:2 180:13
181:5,18 (47)

**makers** 139:21

**makes** 59:17 115:21

**making** 5:22 14:5 17:6 71:24
84:16,16 103:9 112:12 116:11
125:18 134:16 137:21 153:16
170:5 (14)

**man** 57:22 58:11

**manage** 53:7,10 147:6

**management** 48:4,10 53:10

65:18 66:12 147:2 (6)

**manages** 52:18

**managing** 54:9

**mandate** 56:22,23 59:16 173:1 (4)

**mandated** 7:13

**mandatories** 42:17

**mandatory** 40:7,14 43:2 178:5 (4)

**manner** 132:2

**manpower** 131:12

**manslaughter** 32:20 88:3

**many** 8:16 50:17 61:11,13 70:2 132:3 134:20 138:24 158:5 160:1,1,6 170:21 (13)

**march** 8 3:3

**marion** 114:10

**marjory** 20:8

**marshall** 114:20

**martin** 114:24

**mass** 56:23 61:2,10 64:25 (4)

**match** 89:10 90:22,22

**matches** 89:25

**material** 46:12

**materials** 141:10 145:15

**matrix** 174:8

**matter** 4:22 18:23,24 20:24 45:24 72:22 96:21 142:12

150:7 (9)

**matters** 3:20 182:20,21

**maximizes** 85:8 86:5

**maximum** 156:6

**may** 3:22 18:24 28:5 29:3 35:17,19,25 36:20 40:20,25 45:17 47:1 52:14 53:14 58:24 71:25 117:16 125:15 138:5 144:5 145:6 146:6 150:20 151:2,3 155:21 168:22 172:24,25 173:11 174:18,21 176:21 177:22 178:2,6,7 184:17 (38)

**maybe** 8:9 45:16 72:6 79:14 118:4 133:5 137:22 138:20 151:14 158:15 172:11 174:7 175:21 181:7 (14)

**me** 6:18 10:12 18:10 45:15 56:2,9,14 58:24,25 59:10 62:22 68:14,23 72:8,9 79:23 82:13 127:4 141:3 166:13 171:9 176:13 177:8,13 179:6 182:21 (26)

**mean** 8:20 18:16 71:23 95:6 113:23 120:4 157:21 159:24 168:10,11 169:16 171:22 172:21 176:19 (14)

**meaning** 78:11

**means** 8:20 9:2 18:18 19:13 26:23 30:8 71:20 75:8,9 83:4,4 84:19 90:10 106:2,6,11 110:11 118:15,16 119:2,13,14,15,20 122:12,17,21 124:24,24 127:7,7 143:3,9 166:25 167:1 178:7 179:13,15 (38)

**measured** 69:17

**measurement** 61:9

**medical** 48:6

**medium** 79:14 174:24

**meet** 26:14 90:7 101:21 138:2 177:24 181:7 (6)

**meeting** 1 3:4,5,6,12,22 4:1,9 5:13 13:22 18:19,21,22 20:6,11,16,19 26:12 28:9 58:4 59:25 64:19 118:6 169:15,17,19 170:14,15 176:11 177:12,21 180:17,18,25 181:20 183:8,19 (37)

**meetings** 18:14,18 26:15,17,21 138:16 (6)

**meets** 22:8 90:1,4 167:23 (4)

**melissa** 2:11 172:14 176:2 177:10 (4)

**member** 16:7

**members** 3:14,19 18:23 55:2 182:19,23 (6)

**memorandum** 108:4,5

**menacof** 141:6,13,15 156:25 157:9,19 161:13,20 162:13 163:2,8 165:13,17 167:20 169:6 174:4 179:16,19 (18)

**mentioned** 53:6 58:12 60:24 86:10 101:24 110:9 175:12 (7)

**mentor** 58:20 60:12

**merriamwester's** 8:21

**message** 19:4 82:15,25

**messaging** 3:11

**messed** 75:19

**met** 39:11 124:18,22

**method** 49:11

**mexico** 87:21 88:1 137:3

**miami** 62:19,20 66:20

**microphone** 138:11

**middle** 119:5

**midsize** 173:11

**might** 27:8 28:6 31:11 70:12 72:5 125:22 140:23 173:19 (8)

**miles** 87:15

**military** 56:2 66:6

**million** 7:21 9:3,11 83:1,14 110:10 130:23 (7)

**mind** 97:8 110:1 155:4

**mindset** 60:22

**minimizes** 85:9

**minimum** 40:7,14 42:17 43:2 174:25 175:1 (6)

**minor** 89:22

**minute** 58:6 79:4 81:4 110:2 (4)

**minutes** 13:4 18:20 110:9 117:23 118:4 166:11 182:24 (7)

**mirror** 130:3

**misdemeanor** 20:1 38:19,23,23,24 40:6 42:16,21 44:13,23 122:7,7,9 128:7,17 (15)

**misinformation** 91:2

**missed** 176:21

**missing** 140:3 148:1

**mission** 4:18 7:13 9:24 10:11 13:8 49:5 59:6 70:16 73:7 (9)

**misunderstanding** 77:10 94:8

**mitigates** 85:9 86:4 103:14 104:6 (4)

**mixed** 75:19

**moa** 108:5

**moaning** 89:13

**mobile** 51:20 153:13

**mode** 3:9

**model** 50:6,6 57:16 69:23 80:9 81:6,7 102:9,11,12 103:14,17 105:4,14,17,18 106:1 107:2,5,5,7,14 113:3 143:2 162:24 (25)

**models** 78:22 144:19

**modify** 12:1

**molestation** 88:7

**moment** 30:7 60:21 86:23

**monday** 175:24,25 180:23 181:7,13,15,22 (7)

**money** 140:20 154:20 155:7,7 158:8,12 159:14 176:15 (8)

**monitor** 53:22

**monitoring** 53:16,17,20

**monitors** 53:18

**month** 56:18 64:23 105:6 110:14 176:13,13 (6)

**monthly** 148:21 149:2

**months** 40:8,12

**months'** 107:16

**more** 10:6,11,20 11:12 13:4 18:23 30:20 40:16 42:20 52:9 59:1 60:19 63:8 64:2 78:11 81:9 86:9,16 88:23 91:11 93:22 95:13 99:10 103:21 109:24 121:1 123:8 126:17 146:14,24 147:11 148:11 149:4 153:24,25 158:24 159:3,8 168:9,9 169:1 175:17 179:11 181:16 (44)

**morning** 3:2 6:23 16:10 18:9 47:9 56:1 73:11 74:12 87:18 109:4 111:19 115:5 124:10 127:1 (14)

**most** 37:15 49:16 51:17 52:16 55:4 69:6 74:10 78:11,18 79:12 80:7 130:19 134:7 (13)

**motto** 49:15

**move** 21:11 33:19 64:18 65:23 107:4 133:9 139:14 140:6 148:6,14,18 149:21 152:16 153:10 154:6 (15)

**moved** 31:9 54:24 126:24 143:7 (4)

**movement** 54:13 139:5

**moves** 142:17

**moving** 65:19 81:22 131:11 150:1 152:25 176:4 (6)

**ms** 15:13,16,18,20,22,24 16:1,3,5 18:9 21:5,8 43:20 44:8 45:1,6,12 140:16,22 141:6,12 168:3,5 169:21 172:6 176:6 178:15,22 179:23 180:5,9,12,20,25 181:5,16,19 182:5,14 (39)

**much** 4:6 10:23 16:6 18:5 45:14 55:13 64:2,16 81:17,21 83:6 92:18 121:25 147:7,10,18

170:3,10 180:18 (19)

**multiple** 117:16 149:23
168:25

**multipliers** 67:18

**municipal** 35:14

**murder** 32:20 84:18

**must** 9:1 12:1 14:5 18:18,20
20:4 24:17 25:14 26:8 34:11
36:5,12 37:9 39:11,11,13,15
41:22 42:22 43:8,12,13 93:1
146:13 147:19 182:21 (26)

**my** 4:11 5:11 6:5 13:6
17:24,24 43:18 45:8 55:24
57:6 58:4,6 59:3,5,8 60:8
62:18,21 64:8,13,22,23 67:6,19
68:15,15 69:1,6,19,25 71:7
72:7 75:1 92:4 104:18 115:24
120:21 128:3,9,19 129:5
130:21 132:25 133:14
138:1,12 155:16 156:22 163:6
169:20 170:16,22 173:4 180:6
184:15 (55)

**myself** 55:24 56:19 62:6,22
69:20 137:17 (6)

**n** 3:1

**name** 183:1

**names** 110:22 111:2 116:25

**naples** 2:8 6:24 17:11

**napolitano** 107:7

**narrow** 155:9

**nation** 4:14 51:20

**nation's** 11:22

**national** 10:16 25:22 36:21
50:12 52:24,25 53:1 59:17,17

61:3 64:6 65:3 66:1,3 82:10
89:21 110:18 133:8 (18)

**nationality** 77:22 80:13

**nationally** 107:22 165:18

**nationals** 54:23

**nationwide** 9:18 52:2

**naturalization** 47:21 58:10

**navigate** 74:9

**navigating** 80:2

**ncic** 14:7 110:17,24 111:9
112:5 130:22 (6)

**near** 120:17

**necessarily** 31:17 67:4

**necessary** 7:11 11:11 14:25
27:18,19 31:20 32:1,4,10
41:24 43:16 71:20 147:21
150:20 172:24 178:16 (16)

**need** 6:1 10:8,15 11:8 19:22
20:18 21:7 29:16 31:7,22 38:1
63:10,14 64:6 65:13 77:7
79:11 83:13 86:22 99:7 123:24
137:25 139:25 140:11
142:12,13,17 144:15 145:24
146:2,7 147:16,18
150:9,10,11,18,24 151:2,13
152:15,16 153:6,20 154:4
155:1,4 157:6 161:16 165:6
168:4 169:10 171:12,21,21
172:20 176:3 (57)

**needed** 10:23

**needing** 153:4

**needs** 26:19 46:10 66:12 72:7
107:4 155:8 (6)

**negative** 6:4

**negotiate** 159:8

**negotiated** 156:12

**network** 54:11

**never** 76:1,2,13 88:14 99:24
131:25 132:7 133:6,8 134:6
158:23 (11)

**new** 8:4 9:22 10:4,9 24:13
39:19 47:22 50:4 53:23 71:4
119:15 139:8 148:25 150:15
151:13 (15)

**newest** 80:19 81:2

**news** 6:6 71:17

**next** 10:22 14:8 17:4 38:14
39:23 47:5 55:16 72:17 88:17
95:10 96:16 117:21 122:18
127:12 140:7 169:15,18,19,19
170:14 172:18 180:17 181:7
183:7 (24)

**nice** 180:14

**night** 118:23 119:3,5 152:8
164:12,18 167:4 (7)

**nine** 40:8,12

**no** 7:16 23:15,17 26:13 36:9
41:9 43:6 45:23 59:18 68:20
71:2,3,3,7 73:5 75:18 77:1
85:16 88:23 91:4 93:18,22
97:14,24,25 100:17 105:17
109:4 110:3 117:12 119:9
122:9 125:13 128:6 131:24
133:4 136:14 154:8 166:7
168:19,19,19 178:22 182:14
183:3,9 (46)

**nobody** 59:1 68:22 84:2 98:2
115:5 157:10 (6)

**nodding** 177:3

**nominate** 108:6

**nominated** 108:16

**nominating** 108:11

**nomination** 108:7,12
109:10,12 (4)

**noncitizen** 84:1

**noncompliance** 34:14

**nondetained** 48:9 53:7,8,12
(4)

**none** 14:24 115:16

**nonexistent** 8:10

**nonpriority** 86:4

**nonrecurring** 142:20

**nonsense** 118:19

**nonstarter** 171:10 172:24
173:15

**nonstarters** 172:23

**nonviolation** 20:2

**norm** 63:17,24 70:23 71:3 (4)

**normal** 180:4,8

**north** 56:4 114:10 134:8,13
173:2 (5)

**northern** 56:10

**northwest** 175:7

**nose** 83:15

**note** 19:10 58:6

**noted** 14:24 70:3,19,24 (4)

**nothing** 19:15 91:25 93:12
99:7 104:24 140:1 (6)

**notice** 18:19 33:9 34:3 44:11
148:15 176:8 180:18 181:11
(8)

**notification** 33:23 41:18
43:11 49:2 (4)

**notifications** 34:1

**notify** 23:23 33:16 37:7
41:20,21 43:12,13,14 101:15
102:5 113:22 149:17 (12)

**notion** 70:20

**november** 47:18 59:15

**now** 5:3,25 7:15 24:13 26:10
28:15 40:13,14 42:13 46:17
50:5 60:23 63:21 68:4
73:13,16,17 78:3 79:23 83:18
84:24 86:12,20 87:16
91:2,14,21 95:5 97:2,14
98:6,12 99:9,17 100:14,23
102:9 104:8,22 105:11,14,17
106:4,17,25 107:20 108:10
110:24 112:9 114:18 122:15
123:22 124:23 125:11,15
126:7 129:10 130:23 131:16
133:9 134:14 135:3,25 137:16
138:5,18,21 140:10 151:19
158:4,6,6 161:15 162:17 167:5
172:2,8 181:1,2 (79)

**nowhere** 154:2

**nuances** 80:2

**number** 9:12 11:8 13:9,24
25:15 26:5 28:6 58:12 70:25
71:10 72:5 95:1 108:3 130:24
151:18 175:1,2,4 (18)

**numbered** 184:12

**numbers** 54:24 61:8 91:19,20
131:2 177:18,21 (7)

**numerous** 88:7

**o** 3:1

**obligations** 34:23

**observation** 62:18 69:19

**obstacles** 74:3

**obtain** 31:7 119:11,11
121:12,12 126:25 (6)

**obtained** 54:1

**obtains** 119:10

**obvious** 10:8 68:16

**obviously** 131:10,12 140:15
156:11 (4)

**occasionally** 117:3

**occur** 39:15 44:23 57:13
80:10 103:4,6 122:8 (7)

**occurring** 130:1 146:16

**occurs** 59:14

**off** 3:9 93:6 103:24 106:24
118:11 137:7 140:24 153:9
155:16 (9)

**offenders** 49:11 50:24 51:24

**offense** 31:19 32:15 39:3
40:6,13 41:7 42:2,18,18 68:20
119:1 125:11,19 (13)

**offenses** 38:17,22

**offer** 69:23 135:6 171:24

**office** 2:3,4,5,6 6:7 7:25 33:19
35:19,24 44:10,16 45:3,17
47:5 78:16,17 90:6 99:21
102:24 106:21 108:13 141:15
152:5 184:16 (24)

**officer** 6:17 25:2 35:14 49:25

50:6,6 78:7,8,10 80:18,20
90:15 95:3,14 99:17,18,22
100:17,18,20 101:12 107:15
114:4 116:5 121:6 123:2,15
146:12,13,21,23 162:24 165:1
(33)

**officers** 10:25 11:2,3,21
14:9,14 19:15 25:15 27:9
52:5,7 67:24 79:16,21 84:8,17
90:7 103:16,23 143:16
146:10,12,17,23 153:22
162:20,22 168:8 (28)

**offices** 50:18,23 54:12 79:15
90:5 108:2 (6)

**official** 22:3,13 28:22,25 35:3
52:8 96:6 (7)

**officials** 96:4 118:3

**often** 65:3 77:9 93:20 105:9
(4)

**oh** 92:17 99:22 128:4 168:18
(4)

**oklahoma** 107:23

**old** 40:3 88:2,23 139:9 (4)

**older** 40:3 42:4

**onboard** 54:18 67:12

**once** 4:8 15:6 44:15 60:25
63:9 64:1 97:3 108:8,13,20
112:9,10,19 116:13 135:25
138:9 139:2 140:7 143:3
147:22 158:8 161:16 167:25
183:6 (24)

**one** 8:12 13:9 14:19 22:22
26:3,18 43:21 47:2
49:4,13,17,18 52:16,23 64:23
70:4,24 71:9 73:5 74:10,18
76:5 82:13,20 83:18
87:20,23,25 88:5 90:5,6 93:20
94:17 95:23 96:3,23 97:2 99:4

100:11 101:12 103:21,22
104:14 106:11 110:1 111:2
112:22 114:1,19 116:11
117:17 122:16,18 123:21
125:15 128:2 131:21 132:22
133:11 145:19,24 146:14,24
149:24 153:16 154:18 156:9
158:1,20,20,23 161:13
165:2,22 167:3,24 168:8,9,22
172:16 174:20 175:6 180:14
(83)

**onepage** 137:24

**ones** 61:25 67:17 79:14 95:24
107:24 166:9 169:23 170:4 (8)

**onetime** 146:11

**ongoing** 136:10

**onion** 98:5

**online** 86:13 107:20,21
108:18 (4)

**only** 28:22 44:4 65:1 72:23
76:19 77:4 86:11 89:13,15
96:4 102:7 104:12 106:3
107:24 110:7 111:20
114:18,22 115:2 134:14,20
135:2,5 158:23 162:3 166:7
174:18 (27)

**open** 18:18 19:18 57:9 72:2
86:14 160:24 161:1 178:24 (8)

**opening** 4:7 109:14

**operate** 52:22

**operating** 143:16 160:8,13
161:7,9 162:1 (6)

**operation** 24:7 51:12,15,20
54:11 153:24 165:3 168:10 (8)

**operational** 71:12 165:7,10
168:12,15 (5)

**operations** 46:19 47:7 48:5,13
51:11,19,22 52:17,18 54:25
74:23 146:15,16,19 153:25
155:6 166:12 167:24 168:9
173:19 (20)

**operators** 93:5

**opinion** 45:4 132:25

**opioid** 51:24

**opportunities** 150:14

**opportunity** 20:10 73:13
78:24 79:2 140:3,11 141:14
177:22 (8)

**opposed** 84:20 125:25

**option** 94:14,15,22 98:11,17
99:14,16 100:23 101:5,17,18
133:15 (12)

**options** 180:15

**orange** 114:24 115:7

**order** 6:9 12:8,16 27:9 30:17
31:1,8 36:7 37:5 39:9 42:6
54:5,16,18 59:18 60:2 63:24
71:2 83:12 87:8 96:19,20
97:13 99:2,3 100:9 107:14
110:13 120:19 122:8 123:25
125:3 138:25 143:7 161:23
165:21 (36)

**ordered** 41:11 125:23

**orderly** 3:25

**orders** 9:4 10:9 14:6 83:2
110:10 144:16 146:8 (7)

**ordinance** 34:15,17,17

**ordinary** 63:24

**oregon** 97:11,20

**organization** 38:15,21
62:13,14 174:4 (5)

**organizations** 38:16 49:10

**origin** 36:21

**osceola** 113:14

**other** 3:17 4:15 5:25 20:13
21:7 22:15 26:17,19,23 27:19
28:3 29:15 35:21 38:5 39:4
41:24 43:15 44:19 48:21 49:18
52:3 53:10,19 54:5,17 62:15
65:8,13 67:4,7 68:11 70:19
74:24 76:12 85:15,24 89:18
92:11 93:20 94:18 95:24 96:24
110:5 116:10 118:18 119:22
122:2 125:20 128:3 131:24
133:11,14 139:24 140:5
145:5,15 151:20 155:23
159:19 160:22 164:13
166:9,19 167:5,5 169:11
173:22 175:6,16 179:11
182:13 183:9 (72)

**others** 73:19,20,23 79:8 106:6
125:25 129:14 132:4 158:5 (9)

**otherwise** 30:13 43:5 72:9
156:1 162:11 166:2 (6)

**ought** 171:10

**our** 3:5 4:3,14,21,23 5:5 8:9
9:5 10:6 11:18,22 12:10,10
13:14 14:13 15:12 44:23 46:21
47:3,5,11,13
48:6,8,10,11,12,16,17,19,20
49:13 50:8,10,18,20
51:11,15,21,25 52:5,8,12,15
55:16 58:12 60:24 64:3
65:4,5,5,12 72:22 73:2 75:7,8
76:21 78:6 80:23 82:20 83:23
84:3 87:1 88:9 96:21
101:10,12 113:9 114:6
117:5,20 118:2,3,9 128:25
129:11 131:21 133:6,25 134:1
138:10 139:4,18 140:25
141:2,18 143:2 147:1,6 149:24

151:22 157:18 160:10,12
169:15,19 172:13,16 179:19
180:8 181:6 183:7 (102)

**ours** 160:10,13

**out** 3:24 31:7,9 40:12 49:5
58:5 67:24 69:13 71:17,19
72:4,7 73:23,24,25 76:20,21
78:12,20 79:11,20 80:9,21,24
82:16,25 84:3,6,19,23
85:1,3,6,11,12,19 86:20 87:5
88:13,14,16 89:12 90:2,11
91:3,13,14,15 93:13,15,16 94:4
95:19 97:22 98:20
100:13,16,22 101:15 103:6,6
104:7 106:13,16 107:10 108:7
110:12 111:1,22 112:10,21,21
113:24 114:12 115:9 116:11
117:1,7 119:2 122:22 123:7
124:10 125:2,21 127:2
133:5,17 134:1,2,6,10 135:16
136:1,2,4,6,12,20 139:8 145:20
146:18 152:12,18 154:18,24
160:17 161:15,16,22 163:19,19
165:23 166:9,11,14 167:3
168:1 169:4,13 170:3 172:2,17
175:11 176:16 177:11,17
179:1 181:19 (128)

**outcome** 139:10

**outlay** 151:11

**outline** 152:17

**outlines** 9:23 169:1

**outlining** 43:23

**outofstate** 152:11,12

**outset** 67:12 70:25

**outside** 42:10 91:5 125:10
126:20 132:8 148:4 150:22 (7)

**outstanding** 6:22 72:23
111:20

**over** 7:21,22 28:14 36:7 47:10
66:14 67:19 76:15 89:7,23
90:2,16 97:12 103:1,11 108:16
115:6 118:12 138:4 147:10
149:14,15 151:21 162:12
165:4 174:6 175:3 178:23
181:8 (29)

**overall** 59:13

**overdose** 7:22

**overlap** 47:1

**overlays** 64:16

**overloaded** 86:17

**overlooked** 17:14

**override** 137:22 178:6

**oversee** 51:16 52:15

**oversight** 50:8 53:13 178:1

**overstated** 12:1

**overstay** 75:24 76:1 120:9,15
(4)

**overtime** 161:4 162:7,8 163:1
168:19 173:6 175:15 (7)

**overused** 74:6

**overview** 20:23 21:6 46:19
141:19 142:4 149:9 (6)

**owing** 8:22

**own** 15:1 61:23 79:1,24 94:15
98:18 99:6 104:5,15 114:6
127:5 144:12 (12)

**p** 3:1

**package** 152:20 169:9

**packet** 96:17

**page**  114:3 164:23

**pages**  168:25 184:12

**paid**  112:1

**pain**  161:10

**painless**  145:8

**pains**  133:23

**palm**  123:14,15 125:11
128:15 (4)

**paper**  137:24

**paragraph**  77:21 111:5

**parentheses**  45:19

**parents'**  117:15

**paroled**  130:15

**part**  10:6 31:4 64:13 68:9
134:8 141:18,20 143:18
145:20 147:13 153:22 165:13
179:23 (13)

**participant's**  53:19

**participants**  53:15 153:24

**participate**  146:14 165:18

**participated**  146:23 168:8

**participating**  24:1,7 145:9
146:18,20 153:25 (6)

**participation**  3:15 27:2
144:20 146:21 150:4 (5)

**particular**  20:6

**particularly**  67:16 68:18 70:1

**partners**  5:5 14:2 18:2 50:2
54:21 (5)

**partnerships**  48:20 49:9

**parts**  22:1

**pass**  82:19 109:16 120:25

**passed**  9:22 24:14 47:17
174:5 (4)

**passionate**  5:19

**passport**  117:16

**passports**  117:16

**past**  122:4 130:14

**path**  77:5 158:2

**patrol**  107:23 109:2 152:3
170:25 (4)

**patronis**  6:17

**pay**  45:19 46:13 67:4 144:5
157:2 174:11,12 (7)

**payment**  144:16 145:17 146:8
154:3 (4)

**payments**  35:9 146:10,11
153:22 (4)

**pdf**  172:10

**peel**  98:4

**penalties**  19:24

**pending**  10:3 14:18 20:14,17
41:12 43:8 113:8 122:3 (8)

**pensacola**  113:12 121:18

**people**  4:10 6:1,11 25:25
61:11 62:12,19 63:3 64:4,5,18
65:10,14,19,23,24,24,24
67:11,13 68:8,19 69:12 71:19
72:2 73:22 75:2,4,19 76:25
77:4 78:6,12,18 79:10,20,25

80:7 81:23 82:6,21
83:1,14,22,23,24 84:3,5,8,20
85:9,15,24 87:15 88:12,14,22
91:12,13 92:1,8,25 93:6
94:2,9,10 95:20 96:1,12
97:8,21 99:13 103:5 105:8
106:18,20 110:5,7,17
113:5,8,11,21,24 114:9,18
116:7 117:4,12,13,20
128:10,22,25 130:13 134:10
135:11 143:5 150:6,16
162:8,10 163:18 165:6 166:18
170:22 171:9 174:11,13
175:21 (110)

**people's**  88:25 110:21 111:2

**per**  146:12 151:19 160:21

**percent**  67:20,22 75:1
174:6,10,22,23,24 (8)

**percentage**  174:5 175:4

**perception**  59:6 60:8 64:8
68:15 76:11 (5)

**perceptions**  55:24 59:5

**perdiem**  159:25 160:2 161:24

**perez**  5:15,19,21 9:20 133:18
(5)

**perfect**  56:21 57:2,12 58:5
117:25 (5)

**perfectly**  19:18

**performance**  144:10 148:22
149:2

**performancebased**  52:25

**perhaps**  63:20

**period**  30:19 46:6 93:24 98:8
100:16 101:1,4 114:13
156:5,7,19 158:14,18,24
159:10 161:1 (16)

**permanent** 34:15 83:25

**permission** 10:16

**perpetuity** 97:4

**person** 8:20 22:4,5,14,18
30:20 32:16 33:4,12,17 34:3,5
36:8,22 37:23,24 58:21 69:16
88:6 89:11,17 90:1,8,18,20,24
91:25 94:12,23,25 95:15
97:14,19 98:19 100:10 102:4
103:19,21,24 104:7 111:10
116:12 117:2,10,11 120:12
121:20 128:14 132:22 133:17
135:15 165:18 174:10 (53)

**person's** 29:6 33:8 89:24
95:2,18 101:1,11 (7)

**personal** 160:19 162:1,7

**personnel** 51:16 54:18 80:7
102:2 105:6 106:9 107:24
108:7,11 161:3,4 (11)

**persons** 35:11 52:19

**perspective** 74:14 75:1 128:1
144:14 (4)

**pertaining** 19:20 27:8,15
29:23 38:5 (5)

**pertains** 19:14

**petit** 89:15

**phenomenal** 137:9,11

**phone** 53:23,24 134:12,16 (4)

**phonecalls** 137:17

**phones** 53:19

**photographs** 41:23 43:15

**phrase** 180:16

**physical** 36:21 64:14 71:12

**physically** 88:6

**pick** 84:20 85:20 101:16
165:6 (4)

**picked** 97:22

**picking** 86:3

**piece** 154:24 176:22

**piggyback** 114:21

**pinellas** 2:4 15:7 16:11,13
58:18,19 82:18 87:16,17 97:23
110:25 114:24 135:5 184:3,17
(15)

**place** 3:8 8:7 42:10 49:23
57:3 65:11 76:15 85:17 88:10
102:19 104:6 107:11 112:15
113:17 114:18 115:16 116:8,9
126:20 129:3 158:20,23
176:18 184:8 (24)

**placed** 71:15

**places** 54:18 78:24 80:10
103:5 (4)

**plain** 59:1

**plainly** 123:17

**plan** 105:17 113:9 114:16
115:10 131:21 132:16,19
133:1,2,25 134:1 147:14
168:15 (13)

**planet** 59:3 65:23

**play** 70:10,16,17 71:17 72:7
117:19 (6)

**playing** 168:20 174:9,14

**please** 3:8,11,24 18:7 45:6
46:10 133:13 182:24 183:1 (9)

**pleased** 18:11

**pleasure** 16:18 47:10 72:20

**pledge** 4:3,4

**plenty** 164:20

**pm** 15 183:20

**podium** 129:14 182:25

**point** 20:12,16 21:9,19 39:23
41:12 64:18 107:3 128:9
148:16 149:20 154:18 155:25
164:10 170:8 173:21 (16)

**points** 69:3 71:11

**police** 2:7,8,9,10 6:22
17:3,3,5,5,12,23 44:1 45:17
65:5 67:24 78:8 91:8 108:3
109:11 121:6 123:15 152:19
162:22 163:20 174:18 (25)

**policies** 7:24 53:3 71:19 84:11
144:13 (5)

**policy** 10:8 11:13 12:2 21:4
23:5,6,7,11,16,19 24:8,10
34:21 36:6,9,9 63:17,23 70:22
71:3 81:11 101:25 102:1
115:20 144:12 157:7 158:16
(27)

**political** 68:22

**polk** 2:3 6:6 11:24 59:24
97:23 (5)

**polygraph** 67:11

**popping** 154:9

**population** 160:15

**populations** 53:5

**pornography** 87:23

**portfolio** 48:11 52:15 53:6,7,8 (5)

**portion** 20:19 30:6 31:15 37:11 48:10,13 49:13 (7)

**portland** 97:10,20

**pose** 50:11 82:9

**posed** 169:23

**positive** 4:20 5:23

**possession** 87:22

**possible** 11:23 142:2 145:8,9 (4)

**possibly** 157:2

**post** 132:15

**posture** 60:17 71:18

**potential** 12:4 35:18

**potentially** 19:25 20:2 27:12 35:24 49:7 142:9 149:25 (7)

**power** 21:9

**practice** 23:7 81:11

**practiced** 56:7

**predecessor** 92:9

**predicament** 166:21

**predict** 71:10,24

**preemption** 76:12,12

**preliminary** 71:8

**premise** 77:11 126:5

**prepare** 176:9

**presence** 44:24 122:8 124:2 128:17 (4)

**present** 13:18 15:21 18:11 76:7 140:18 141:7 170:18 178:21,22 (9)

**presentation** 43:18 45:8 55:21 118:12 129:6,21 138:1 (7)

**presenters** 55:15

**presenting** 47:13

**president** 5:11,16,18,21 7:13,15 8:8,25 9:19 10:10 12:8 13:12 25:11 26:4 44:1 56:8,12,22 57:3,15,20 58:12 59:15,18 60:10,15,18 61:7 64:2 69:9 71:1,15,17 79:8 138:4 139:25 (36)

**presume** 41:9 43:5

**pretrial** 87:8

**pretty** 64:11,12 67:12 92:17 170:3 (5)

**prevent** 11:1

**prevention** 25:23

**prevents** 52:13

**previous** 51:24

**previously** 82:12,18 89:17,19 97:19 99:24 107:19 125:1,2,8 (10)

**prices** 144:4

**primarily** 134:13

**primary** 49:4 61:4

**print** 63:23

**prints** 88:25 89:5 99:19 103:9 (4)

**prior** 42:20,24 57:5

**priorities** 13:6,15 79:6 82:3,3,5 83:17,18 140:19 164:3,16 167:5,6 176:3 (14)

**prioritizing** 9:3

**priority** 59:17 60:25 64:6 79:5 82:10,22,23 84:7 86:25 88:10 90:1 170:19 171:15 176:9 (14)

**prison** 10:21 43:2

**prisons** 52:2

**privacy** 25:23

**private** 56:16 62:8 151:5

**proactive** 12:2

**proactively** 155:10

**probable** 22:5,10,14,17 51:8 95:13,14 96:23 99:25 100:8 112:8,12 113:20 115:23 116:1 122:9 136:22 (17)

**probably** 74:6,9 84:24 86:7 92:19 110:14 126:17 135:7 136:24,24 141:1 151:12 152:15 156:12 173:7 175:9,17 (17)

**problem** 7:11 17:14 59:13 62:24 65:2 66:21 68:2 69:11,19,21 102:16,18 115:19 153:10 178:9,14 (16)

**problems** 14:19 65:3 73:18 76:5 (4)

**procedure** 23:7

**proceed** 130:10

**proceeding** 33:1 42:6

**proceedings** 22 3:16 34:12 35:20,25 36:10 43:7 49:24 184:8,11 (10)

**process** 9:15 13:11 48:15 67:8 81:24 84:24 87:12 90:20 102:19 103:4,6 104:5 106:5 108:7,10,23 109:18 111:14,16 113:5,17 114:5,7 116:8,18 129:2 132:2,14,18 133:10 136:3,6,10 140:9,21 141:8 142:7 143:8 145:7 146:9,25 147:1,7,8,13,22 148:20 149:3,10,24 150:2 176:23 181:3 (53)

**processed** 149:3

**processing** 52:21 114:14 143:12

**producing** 49:16

**product** 58:18

**professional** 10:18 154:21

**professionals** 68:17

**program** 12:15 13:17,17,19 24:2 25:7 27:5,11,13 28:14 39:6,6 41:14 43:10 49:15 50:1,4 51:25 53:9 60:3 80:19,20 81:3,5 92:11 99:18,18 100:18 102:2 107:8,11 108:12 117:7 141:19 142:4,21 143:19 144:9,23 145:22 146:2 149:7 150:4,22 162:25 163:13 165:13 (47)

**programs** 53:4 80:11,12,17 81:2,14 92:9 143:1 145:5,12,13 146:6,24 149:8 151:21 163:12,16 173:18 179:17 (19)

**progress** 138:18

**prohibit** 29:3,9,18,20 30:1 36:5 (6)

**prohibited** 23:21,24 24:1,3,6 42:15 (6)

**prohibiting** 34:16

**prohibition** 37:13 43:5

**prohibitive** 175:21

**prohibits** 23:8,12 24:10

**project** 151:16

**projects** 138:22

**promise** 8:9

**promote** 53:4

**promoting** 38:20

**promulgate** 11:17

**promulgated** 63:21 140:10

**proof** 100:1,1 144:16 146:8 (4)

**properly** 12:22

**proposal** 172:2,4

**proposals** 178:3

**proposed** 155:14,14,16,18 (4)

**prosecute** 50:24

**prosecuted** 137:4

**prosecution** 31:21,23 32:2,11 33:20 41:2,7 50:20 78:15 124:1 (10)

**prosecutions** 50:19

**protect** 6:10

**protection** 47:24

**proud** 7:8 58:1

**proudly** 56:10,15

**prove** 7:22 119:23 120:12,19,20 121:7,19 122:4 127:19,23,24 128:13 (12)

**proven** 6:15

**provide** 3:20 4:7 14:16 18:7 25:4 26:8 27:16,23 28:1,4 29:23 31:2,12,14,17 32:23 33:7 37:16 39:9 43:15 44:15 49:10 52:18 60:19 93:8 117:20 140:8,11 148:15 153:25 165:10 166:1,23 167:15,18 168:12 169:25 182:20 (38)

**provided** 36:10 41:2,4 166:11 177:21 (5)

**provides** 21:22 30:15 33:2 38:15 51:12 53:13 54:11 (7)

**providing** 23:24,25 24:3,4 31:25 37:22 57:17 79:2 (8)

**provisions** 37:16

**prummell** 2:6 5:18 15:18,19 16:21,22,22 44:21 129:18 130:6 137:6 139:25 183:14 (13)

**public** 3:5,13,20 18:14,19 19:6,8 20:6,9 35:3 49:5 50:12 51:1 52:11 56:14 82:9 89:20 182:16,19,23 (20)

**pull** 169:6

**purchase** 144:16 146:7

**purchasing** 48:12 144:11,12 146:4 (4)

**purely** 120:9

**purged** 97:7

**purpose** 11:18 32:7 38:19 39:7 52:20 (5)

**purposely** 125:12

**purposes** 19:9 25:25 26:12 29:13,16 96:21 (6)

**pursuant** 32:13 39:12

**pursue** 50:13

**push** 73:16 175:11

**put** 7:25 45:18 64:10 74:13 75:7 80:7 95:7 96:3 102:16 107:20 109:23 110:17,23 112:20 125:12 127:15 128:25 131:5 133:17 135:17 136:17,21,22 142:17 152:23 155:9 160:14 161:21 163:19,19,24 164:12 167:14,19,21 168:14 170:12 173:10 176:24 177:7 (40)

**putting** 130:25 131:6 152:19

**qualification** 67:8 167:24

**qualified** 53:15 73:6

**quarter** 7:21 26:18 148:25

**quarterly** 26:16 148:24

**question** 43:21 59:11 71:6 111:24 129:18 130:8,20 133:14 134:25 137:5 138:20 155:25 157:5 160:22 163:6 166:24 168:23 180:6 (18)

**questions** 20:21 43:19 44:19 46:24 47:1 55:14 67:3 72:11,12 103:20 117:24 118:2 128:22 129:7,10,15,16 131:19 133:11 139:24 140:5,17 154:17 155:3 169:22 (25)

**quick** 11:25 13:3 14:9 20:23 59:24 (5)

**quicker** 11:11

**quite** 123:17 164:1

**quorum** 15:11 16:5

**quotes** 91:21 102:16

**r** 3:1

**race** 36:21

**raft** 121:2 123:12 125:7

**raising** 167:13

**ran** 73:18

**range** 3:12

**rape** 84:18

**raped** 88:6

**rapid** 11:10 14:13 68:6 136:18 (4)

**rapidly** 66:7

**raping** 88:1

**rare** 80:8

**rat** 85:2

**rate** 156:12

**rates** 144:1

**rather** 15:2 178:2 181:14

**reach** 12:4 137:16,21 145:23 160:17 (5)

**reaching** 9:17

**read** 92:21 93:3 163:6,7

164:24 (5)

**readers** 173:13

**reading** 151:1

**ready** 12:9 67:17 68:9 69:13,15 129:10 176:14 180:17 (8)

**real** 5:21 6:4 102:5 115:15,16 151:3 153:21 (7)

**reality** 80:6 116:25

**really** 17:12 61:2 62:7,9 63:7 64:24 65:18 67:5 69:1 73:12,14 78:4 79:1 80:23 81:12 86:22 94:15 96:21 101:5,6 102:17 105:2 106:8 107:4 117:19 128:6 131:24 132:24 134:19,20 143:22 151:9 153:20 164:11,15 (35)

**reapplication** 126:22

**reason** 4:13 32:25 37:6,8 40:9 46:7 71:25 72:1 83:20 89:16 131:23 133:24 (12)

**reasonable** 18:19 142:14 145:22 147:14,20 150:11 151:22 153:19 154:13 163:10 (10)

**reasons** 125:15 129:4 161:14

**receipt** 177:14

**receive** 3:10 19:5 155:21,23 157:1,20,23 (7)

**received** 23:15 109:3,4,9,11 155:23 (6)

**receives** 34:3

**receiving** 157:1

**recently** 9:17 94:6

**recess** 118:5

**recipients** 143:14

**reclassified** 38:22

**reclassifies** 38:16

**recognizance** 90:12

**recognized** 182:24

**recognizing** 66:11

**recommend** 7:10 13:21 14:3 27:2 140:13 150:4,19 164:17 (8)

**recommendation** 149:13 158:16 164:7 167:10,16 170:16 (6)

**recommendations** 13:14 25:12 27:17,23 28:5 149:16 150:20 170:6,9,12 179:3 180:13 (12)

**recommended** 13:18 72:8 148:8

**record** 15:10 30:11 34:5

**recording** 29:12

**recordings** 53:24

**records** 3:13 19:7,8 32:5,6 36:18 145:3,4 (8)

**reduce** 30:19

**reduced** 8:2 105:15

**reembarkation** 126:20

**reembarked** 42:10

**reentry** 42:2

**refer** 177:13

**referenced** 159:24

**referred** 56:14 58:19

**refers** 58:13

**refundable** 167:23

**refuse** 55:7

**refuses** 34:8,22

**regard** 70:3

**regarding** 24:5 29:6 41:20 43:13 (4)

**regardless** 126:1 128:14

**regional** 164:20

**registration** 145:15

**regular** 59:18 60:2 63:24 152:2 (4)

**regulation** 34:18 81:11 101:25

**regulations** 55:4 74:3,8 80:15 93:23 (5)

**reimbursable** 27:4,12 161:5 163:23 (4)

**reimburse** 39:14 143:25 144:23 145:14 150:5,16 162:3 (7)

**reimbursed** 13:15 159:23 161:23 165:21 (4)

**reimbursement** 35:5 145:18 146:25 149:3 156:6 157:8 158:22 159:11 163:1 173:6 175:16 (11)

**reimbursements** 148:23

**reimbursing** 143:20

**reiterate** 74:20 182:21

**reject** 148:18

**relatable** 36:18

**related** 4:25 27:1 30:13 33:3 51:16 62:18 72:6 144:10 145:16 150:5 152:9 (11)

**relating** 3:6 8:22 27:25 29:11 (4)

**relatively** 66:7 67:13

**release** 23:23 24:4 33:8 41:10 43:6 49:3 53:11 99:2 133:22 (9)

**released** 49:1,7 52:13 90:11 102:4 121:24 122:1 (7)

**relief** 36:3 41:4,4 124:3,7,11 (6)

**religion** 36:21

**relying** 169:24

**remain** 97:4 118:25 119:7 121:10,11 124:4 127:9 (7)

**remained** 8:15

**remaining** 9:9 106:2

**remarks** 4:7 58:7 70:25 109:15 (4)

**remember** 19:6,10 79:15 102:18 120:6 (5)

**remembered** 59:23

**removability** 61:16 62:4 100:2

**removable** 22:6,11,15,18 (4)

**removal** 11:14 31:11 37:25

42:6,6 46:19 52:21
54:3,4,14,17,25 82:11 85:2
96:20 110:10 136:6,18 (18)

**removals** 48:13 54:5

**remove** 9:25 32:23 48:16 49:6
54:8,10,19 95:15 135:23 (9)

**removed** 42:5 51:9 55:1,3
82:12,19,21 89:19
97:10,12,19,19 98:1 99:24
125:1,4,8 136:24 (18)

**removes** 54:16

**removing** 9:15 13:11 155:11

**renew** 37:20

**renewals** 38:9

**renovations** 143:23 151:10

**reoffend** 49:8 52:14

**repealed** 39:16

**repeating** 14:16

**report** 25:10,24 26:4 28:12
33:13 46:20,23 138:18 159:1
166:12 184:10,14 (12)

**reported** 22 9:10 32:14 40:22
123:4,6 126:12 159:2 (8)

**reporter** 184:1,4,20

**reporting** 37:1 53:17
148:20,22 149:6 169:9 (6)

**reports** 9:17 40:24 149:2,2
(4)

**representative** 28:23

**request** 11:3 13:24 22:3
23:20,22 27:7 33:15 39:11
48:22 91:24 137:24 148:23

151:25 (13)

**requested** 92:24 93:19

**requests** 152:4 183:2,3

**require** 25:23 71:4 146:20
159:10 (4)

**required** 27:7 28:4,11,12
31:14 49:2 126:25 144:18
148:5,21 149:5 154:1 179:17
(13)

**requirement** 29:24 37:4
179:6

**requirements** 18:17 19:7 22:8
29:15 33:23 37:2 39:10 41:18
43:11 81:14 145:20 147:9
169:9,10 177:17,21,24 (17)

**requires** 24:18 30:9,18 34:10
41:17 70:5 142:15 147:13 (8)

**research** 72:25

**reserve** 136:10

**residential** 53:2

**resisted** 88:4

**resolution** 28:9 41:12 90:9
149:20 (4)

**resolve** 12:4

**resolved** 92:3 95:2 101:11
136:4 (4)

**resource** 14:23 25:3

**resources** 10:14 11:9
27:17,19 48:17 52:8 53:14
57:18 60:19 113:10 134:11
150:19 (12)

**respect** 29:5 57:9 65:14
126:23 138:10 (5)

**respects** 134:21

**respond** 31:24

**response** 11:7,10 14:10
113:23 116:2 155:10 (6)

**responsibilities** 24:20 150:3

**responsibility** 74:17 77:13

**responsible** 45:24 54:8

**rest** 63:7 109:18 130:25
131:5,7 170:18 (6)

**restrain** 35:21

**restrict** 29:4 30:1 70:13

**restroom** 119:3

**resubmit** 148:2 176:1 177:23

**result** 8:4,5

**resulted** 51:2

**results** 65:7 90:19

**resurrected** 107:12

**retain** 19:8 32:6

**retired** 57:11

**retirement** 56:16

**return** 54:22 55:5

**returned** 147:25

**review** 67:2 68:12 143:4,5
148:5 149:12 176:20 177:15
178:1 (9)

**reviewed** 147:23

**reviewing** 150:6

**revision** 105:19

**revolving** 68:14

**rhetoric** 97:9

**right** 4:13,13,13 7:4,5 18:14 21:10 57:3,3,4,14 61:12 68:4 69:1 84:23,24 85:17 86:20 87:16 98:6 99:9 105:17 106:4,25 114:13 116:12 117:2 118:5,22 119:10 128:24 136:10 138:18 139:17 151:18 158:4,6 163:14,16 168:14,16 175:19 178:18 180:25 181:2 (45)

**rightfully** 93:7

**rights** 55:3

**rio** 120:24 128:6

**risk** 52:7 71:14 84:1

**rms** 153:15

**road** 63:13 73:20 86:15 116:20 141:22 152:21,25 154:15 (8)

**roads** 64:13

**robbery** 40:25 84:18 85:13,15,24 97:12,21 98:1 (8)

**robert** 2:9 15:24 17:17

**robinette** 179:23 180:5,9

**robust** 11:10 14:9

**robustly** 12:10 73:17

**role** 4:23 68:15 69:1 72:7 (4)

**roles** 59:8,8 76:22

**roll** 15:11,13

**rolling** 143:8

**ron** 6:2,14

**room** 65:15 151:5

**rooms** 152:6

**ror** 122:2

**route** 156:21

**routes** 90:2

**rule** 34:8,18 57:18 63:21 74:23 81:10 101:25 110:12 140:9 141:3,9 148:10 155:14,14,17,18 167:14,19 168:24 169:2,5,7,14 170:1,2,13 178:17,23 (28)

**rules** 11:17 12:2 26:8 38:13 74:2,8 139:5 140:14 141:7 162:10,11 166:23 (12)

**ruling** 167:12

**run** 68:1 76:6 91:6,6 110:21 111:9 154:15 (7)

**running** 111:2 116:17 142:1

**s** 3:1

**saas** 153:14

**sad** 122:24

**safe** 4:14 6:10 17:7,7 49:10 84:16 85:4 (7)

**safely** 49:6 64:20 65:19,24 (4)

**safer** 4:21

**safest** 84:7

**safety** 20:9 49:5 50:12 51:1 52:11,19 53:4 56:14 82:9 89:20 (10)

**said** 4:5 9:1 41:8 67:19 73:12 76:2,9,13 78:14 80:12 92:22 93:16 98:8 101:20 106:15,16 107:8 109:9,14 110:2 120:6 127:4,11 131:21 132:4,4,12 134:16 145:20 161:13 163:5 166:22 176:19 184:11,13 (35)

**salvador** 87:25

**same** 44:21 60:17 69:18 73:16 91:17 122:12 136:16 139:9 143:7 144:21 163:8 166:22 169:23 (13)

**sanctions** 55:10

**sanctuary** 23:5,6,19 24:9 36:6,8,9 84:13,14 (9)

**sarasota** 58:16 138:14

**saw** 57:11,13 59:5 164:12 165:16 (5)

**say** 3:12 9:17 11:24 58:15 59:10 60:2 61:17 62:8 65:13 68:4 71:2,9 75:1,15 76:14 81:20 83:20 84:12 92:22,25,25 93:1,12 95:21 97:18 113:1 118:21 119:6,9,12,12 121:11,12 123:13,16,19 125:16 126:18 128:1,4 135:4 138:9 139:18 150:9 151:21 154:7 156:17 157:12,15 160:24 162:5,24 163:4 164:2 166:7,9 167:2 168:18 171:8 173:5 174:21 178:2 181:8,9 (64)

**saying** 57:14 65:9 95:6 116:23 133:25 154:8 161:11 162:9 165:20 166:3 175:1 (11)

**says** 8:22 23:17 28:19 35:13 37:19 38:11 63:19 76:13 77:3 83:13 90:7 92:24 93:17 99:20,22 100:4 101:13 114:3 118:15,16,22 119:6,13,14,14,15 121:8,8,11,12 122:15,25

123:16,19 124:19,23,24,24
126:1,7,15 127:7,7 146:15
155:20 156:20 160:22 161:22
163:20 164:25 165:4 167:1,1
168:8 177:14 178:4 179:8 (57)

**scalable**  68:10

**scale**  63:6 64:25 151:10
174:17,22,23 (6)

**scanners**  104:2 151:13 173:12

**scenes**  51:20 98:4

**schedule**  140:24 181:17

**scheduled**  3:23 138:3

**schemes**  122:16

**school**  56:6 88:23

**scope**  10:6,14 28:24,24 (4)

**screen**  60:21

**sddo**  116:4

**seal**  184:16

**second**  38:25 40:9 43:1 81:4
91:11,22 95:11 101:21 119:25
122:11 126:3 164:23 (12)

**secondary**  61:5

**seconddegree**  20:1 38:22 39:1

**seconds**  106:23

**secretary**  77:25 81:12 82:1
105:13 107:6 140:1 (6)

**section**  22:24 34:13,24 38:14
39:16 42:1 49:13 77:21 80:14
123:1 127:12 (11)

**sections**  39:24

**sector**  62:8

**secure**  4:15 8:12 41:10 92:10
(4)

**secured**  30:10 49:12 52:4,6
56:22 (5)

**securely**  31:5

**security**  17:25 47:18,19 48:18
50:12,13 52:19 58:9 66:4
74:22,25 77:25 82:10 89:21
151:13 165:2 (16)

**see**  14:20 26:17 27:3 28:5
50:16 60:10,20 63:22 65:12
69:1 71:16 72:1,7 76:23 77:20
79:4 82:23 89:10 90:4 92:14
99:9 110:22 111:22 114:1
121:17 127:18 128:12,13
129:23 132:14 138:4 139:4,12
142:13,14 144:5 145:22
149:23 151:24 153:3,8,13,18
154:9,23 159:15 164:19 167:6
171:15 172:22 175:23
178:11,12 (53)

**seed**  163:15

**seeing**  56:20 152:4

**seek**  25:21 157:18,23 159:11
175:14 (5)

**seeking**  10:4 157:17 158:19

**seem**  131:15

**seemless**  30:22 31:3 84:21

**seems**  60:11 139:22

**seen**  39:4 139:11,13 142:9
144:4 145:6 151:20,23 163:5
(9)

**sees**  89:24 98:2

**self**  15:1,4

**selfserving**  97:9

**sell**  166:5

**semantics**  8:24

**senate**  5:12 25:11 26:5

**send**  90:4,16 100:9 102:25
103:11 108:14,17 148:18
149:16 152:22 166:16
172:13,17 176:25 (14)

**sending**  29:10 152:20

**sends**  99:21

**senior**  62:14 138:16

**seniormost**  138:17

**sense**  4:19 8:7 13:7 59:22
61:19 69:5 132:1,11 (8)

**sent**  40:11 137:23 138:6 148:7
172:1 179:1 (6)

**sentence**  30:19

**sentenced**  40:14 42:19 43:1
87:10 90:12 (5)

**sentences**  30:16 127:3

**separate**  104:1

**sergeant**  165:8 166:10

**serious**  7:17 9:4 46:3

**serve**  3:15 25:2 56:11 77:1,4
98:19,20 100:21 101:18
102:6,12 110:4,7 111:7 143:3
(15)

**served**  77:18 100:15 106:9
147:24 (4)

**servers**  153:15

**serves** 55:16 101:2,14

**service** 37:22 49:25 80:18,20 89:4,8 90:3 97:18 99:11,17,18,19 100:18 102:23 114:20 162:7 (16)

**services** 39:10 47:21,22,25 48:5 54:15 58:10 160:19 161:5 162:1 (10)

**serving** 100:24,25 102:13

**session** 9:23 21:2 39:20 56:20 57:13 118:9 137:8 (7)

**sessions** 60:6

**set** 10:22 62:24 74:20 102:1 122:16 162:4 172:14 177:17 184:8 (9)

**sets** 52:23

**seven** 73:14 114:7,23 159:9 180:20,21,24 (7)

**several** 110:16 134:3

**sex** 51:23

**sexual** 32:19 88:1

**shake** 173:4

**shalimar** 57:21

**shall** 26:13 28:20 30:17 32:4 33:5 34:4,14 35:7 41:9,20,21 92:25 177:15,22 182:23 (15)

**share** 25:24 45:6,10 64:10 138:13 (5)

**sharing** 14:4 27:24 89:3 150:21 173:20 (5)

**she** 140:21

**she's** 168:6 179:19

**sheet** 132:15

**sheriff** 2:3,4,5,6 3:2 4:6 5:12,16,17 7:2,4,6,7 10:17 12:12,25 15:6,14,15,16,17,18,19 16:3,4, 5,6,9,10,16,16,17,17,18,21,21, 22,22,23 17:1,10,16,21 18:5 20:7,25 43:19,22 44:19,21 45:4,7,9,10,13 46:20 55:13,25 59:1,21 67:16 70:24 72:13,14,16,18,23 73:7,9,10,10,12 78:7 79:7 86:9 106:15 109:14 117:22,22 118:8,10,11 129:6,9,9,11,13,18 130:6,10,20 131:6,20,24 133:11,13,21 135:20 136:12 137:5,6,8,23 138:11,19 139:16,25 140:3 141:5,11 152:19 154:18 155:12,13 156:20 157:5,10,24 158:1,11 159:5,6,17,21 160:9,25 161:18,21 162:14 163:4,14,16 164:1,10,22,22,23 165:16,19 166:16,24 168:3,10,16 169:15 170:16 171:18,24,25 172:1,7,20 173:22 174:16 175:5,19,22,22,25 176:7,17 177:1,4,9 178:13,18 179:4,5,18,20 180:3,6,10,18,21 181:2,6,22,24,25 182:2,3,6,11,13,16 183:12,13,14 (189)

**sheriff's** 2:3,4,5,6 5:17 6:6 12:13 45:17 67:23 108:2 121:5 134:12 160:6 (13)

**sheriffled** 114:9

**sheriffrun** 98:13

**sheriffs** 12:11,21 16:12 65:4 67:15 68:18 91:6 93:4 103:15 108:10 109:9 113:9,25 114:8 133:22 134:2,3 160:1 163:20 164:21 166:6 (21)

**shooter** 69:2

**short** 98:8

**shorthand** 91:19 124:25

**shortly** 60:15

**shot** 76:7

**should** 12:18 13:15 14:21,24 27:4 87:2,6 88:14 108:11 120:11 129:14 155:5 157:4,10 161:25 170:19 173:15,16 174:2 178:5,17 (21)

**shouldn't** 85:4 86:24,24 88:15,16 (5)

**show** 22:17 69:3 71:11 91:22 92:15 95:11 123:8 128:10 (8)

**showed** 135:11

**shrink** 164:5

**shrugs** 58:15

**sibling** 66:1

**side** 48:4 57:12 63:13 66:4,17 74:24 79:17,18 101:13 103:24 111:18 115:1 150:17 (13)

**sign** 70:5 95:17 96:5 100:5 108:5 109:24 137:12 (7)

**signal** 110:3

**signature** 184:16,18

**signed** 12:14,16 107:25 108:3 (4)

**significant** 71:10

**significantly** 52:9 126:5

**signs** 95:3

**similar** 145:5

**simple**  69:22 102:5 120:9
158:17 (4)

**simpler**  147:7

**simply**  76:7 126:6

**simpson**  6:18

**since**  7:25 21:18 73:22 107:11
131:10,14 137:8 (7)

**single**  98:12 179:16,24

**sir**  7:3 43:22 44:20 47:8
72:14,15 129:20 131:8,9 164:9
173:3 176:6,19 182:3,10,12,14
(17)

**sit**  113:22 168:11 170:25
172:18 (4)

**sitting**  57:21 87:15 91:14
94:23 100:10 101:10 106:20
111:18 123:13 (9)

**situation**  24:16 132:11 136:22

**situations**  65:20 134:18

**six**  14:21

**sixth**  184:5

**sizes**  174:15 175:7

**skip**  28:14

**slide**  48:15 101:20

**slides**  88:18

**slowly**  12:24

**small**  173:14 174:18,23
175:8,20 (5)

**smaller**  79:14 154:23 173:11
175:10,13,16 (6)

**smart**  53:19 65:10

**smarter**  60:19

**sneaking**  43:24

**so**  3:25 4:2 7:11 8:8 10:10
12:19,21,25 13:22,25 14:10
18:2,13 21:2,10,12,18 22:21
23:2,5,11,13 24:8,24 25:1,25
26:13,24 28:17 29:8 30:21
31:14,20 32:9,16 33:2,10,18
34:7 35:5,15 36:14,25 37:13
38:1,14,18,22 39:2,5,18,22,25
40:2,24 41:11,17 42:2,16,18
43:23 44:6,8 45:4 46:1,6,7
47:5 55:7 57:2,11 58:22 59:25
60:13,15 62:6,11,21 64:16,22
65:12,12,15 66:10,14 67:12
68:4,14,23 69:16,20,25
70:14,17 72:2 73:2,9 74:18,21
75:10,21 76:14,15 77:9,16,23
78:20,22 79:15 80:8,11,17,25
82:2,20 83:1,17 85:8,10
86:2,2,17,18,22 87:12,13,14
88:17,25 89:5 90:1,20,22
91:8,12,15,17,18,25 92:18
93:3,7,10,15,23 94:14,22
96:12,16,21 98:3,6,6,8,17
99:1,3,11,14,15,16
100:3,16,17,23 101:2,5,17,20
102:19 103:7,13,17,19 104:3,6
105:11,20,23,25 106:6,11,15
107:2,25 108:1,4 109:2
110:1,17 111:8 112:9 113:3,10
114:16,16,25 116:6,10,22
117:19 118:14,20
119:12,15,18,19,23
120:3,6,9,16,19,23 121:1,14,25
122:4,7,17,24 123:5,7,24
124:16,18 125:2,3,6,12
126:10,10 127:3,3,17,23
128:8,19 132:8,24 134:6,20
135:12,16 137:3,18 138:25
139:16 141:6,25 145:8,23
147:10 148:23 149:24
150:8,11 151:5 152:22 153:18
154:3 155:3,12,15,25
156:2,9,9,13,16 157:7,13
159:14,21,24,24 160:3,10,11

161:14 162:14,16,16 163:9,12
164:24 165:4,7 166:19
167:16,25 168:9 169:25
170:2,10,11 171:1,7,21
172:1,11 173:14 174:9
175:2,15 176:1,9,10,20 177:4
179:2,11,18 180:3,10,22,24
181:9,11,20 (320)

**socalled**  8:4

**softsided**  65:21

**software**  146:1,6
153:12,14,14 173:18 (6)

**solely**  32:13 77:12 146:16

**solicitation**  142:17 152:23
167:22 168:1,24 169:1,12 (7)

**solutions**  66:18 68:5

**solvable**  69:21

**solve**  7:11 9:21

**some**  10:15 16:14 18:23,24
19:24 21:22,25 22:15 23:11
24:8 29:15 31:17 34:21 37:5
38:2 40:9 41:4,18 42:17
43:4,25 45:15 46:25 47:1
56:16 57:4,11 59:5 67:7,11
69:25 71:23 73:3,3,4,17,18
75:17 76:5,16,17,18,24 77:16
78:18,24 79:13,13,14 80:10
82:3 87:8 90:1 95:24 97:8
98:14 99:9,11 100:23 103:4,15
106:12 109:2,20 112:24
114:21 117:12,13,15,16 119:22
120:8,25 124:9 128:22 131:10
132:1,22 133:5 134:21,21
135:10 137:9,16,17,19
139:11,14 140:8,16,17
141:24,24 142:14,16 143:18
144:6 145:1,4 150:2,3,23
151:14,17 152:15 153:7,7,12
155:10 157:21 158:5 159:19
160:17 162:10 163:24,24
165:10 166:6,11,20,23

167:12,17 168:17,18 169:17
172:22,22,23 173:8,14,18
174:8 175:8 (134)

**somebody**  37:6 65:13 71:6
85:13 88:3 92:21 93:3,9,21,25
94:12,25 97:10 102:19
111:9,21 115:1,22 117:6
119:23 121:17 122:6 123:5
124:11 127:20 128:1 156:4
162:5 163:19 166:17,23
171:12 176:23 180:7 (34)

**somebody's**  85:12

**somehow**  30:12 128:13

**someone**  32:3 35:24 119:16
151:18 (4)

**someplace**  120:25

**something**  12:5 20:13 21:17
23:6 42:13 44:8,11,14 45:2
59:24,25 63:19,20 72:21
74:15,16 80:25 86:9 92:17
93:13 95:7 113:2 115:11
127:10 131:13,16 132:19
154:11,11 159:9 174:7 176:21
179:4 180:7 (34)

**sometime**  181:8

**sometimes**  65:8 71:14
81:20,20 85:2 90:21,21 134:12
(8)

**somewhat**  71:8 160:23

**somewhere**  9:11 86:7
123:10,11,11 136:25 (6)

**soon**  6:23 15:4 68:13 101:10
109:15 140:20 (6)

**sorry**  159:18,20

**sort**  19:8 20:14 21:20 22:15
23:11 24:4,7 27:10 29:23
34:21 38:8 41:4,14 43:4,9

61:15,16 64:12 67:23 68:21
87:8 153:7,7 (23)

**sorting**  61:25

**sorts**  66:8

**sound**  177:1

**sounds**  182:5

**sources**  46:5 179:9,12

**south**  62:19 105:7 107:16,20
(4)

**southern**  8:2

**space**  65:12 66:1 79:2 85:9
86:5,5 (6)

**speak**  3:25 55:15 65:15
138:11 183:1,2,3,5 (8)

**speaker**  5:15,19,21 9:20
25:11 26:5 47:5 (7)

**speakers**  46:18

**speaking**  46:25 59:2 77:14
175:6 (4)

**special**  9:23 39:20 56:19
57:13 79:17 137:8 (6)

**specialized**  152:1,7

**speciallydesignated**  77:16

**specific**  39:13 51:23 72:25
77:4 125:23 179:7 (6)

**specifically**  20:5 39:11 78:11
106:7 164:14 (5)

**specifics**  81:9

**speed**  68:6 141:22

**spend**  55:23 147:17

**spent**  132:13 162:24

**spinning**  138:24

**split**  159:16

**spoke**  137:20 155:1

**spoken**  137:19 175:10

**squad**  165:8 166:10,17

**st**  2:10 7:7 17:22

**staff**  15:7 62:14 134:9 161:2
162:8 172:15 (6)

**staffing**  11:9

**stagnant**  105:24

**stance**  151:22

**stand**  4:2 6:8 84:13 118:5
139:16,16 (6)

**standard**  145:1 146:7,22
147:20 152:1 (5)

**standardize**  145:7

**standards**  10:16,19
52:23,24,25 53:1,2 129:25
130:4 (9)

**standing**  21:18,19

**standpoint**  158:16

**start**  14:5 15:13 16:9
109:8,22 112:11 114:19
116:7,14 118:1,9 134:16 152:4
(13)

**started**  13:22 15:9 93:3,10
137:9 (5)

**starting**  92:19

**starts**  24:14 101:3

**state** 1 3:3,7,18
4:11,14,18,21,25 5:1,7,9,22
6:19,20 7:9 8:17 10:10,17,22
11:14,15,19,20 12:3,9 13:2,8
14:1,17 18:15 21:14,16 23:1,8
24:11,14 25:2,17 26:11,25
28:20 29:25 30:22 31:7,9
33:16,18 34:4 35:13 36:24
37:7,8,23 38:3,7,12 39:24
40:2,4 41:13 42:7,8,9
44:2,4,5,7 46:21 48:21,23
49:9,21,23 50:1,8 54:21
55:9,17 58:1,20 59:19
60:16,17 61:3,11,23 62:21
64:9 65:1,11,22 67:6,21 68:7
69:6 73:3 78:6 82:6 84:22
86:11 90:10,13 92:3 94:4 95:2
97:5 101:1,11 102:5
111:11,11,12,17 113:15 114:7
120:1,21,21 121:5,7,9,14,15
122:23 123:25 125:13,14,18
126:4 127:25 128:25 130:4
131:14 134:8,22 135:19
136:3,7 137:1,1,4 140:19
144:24 152:12 154:2 158:7,9
173:20 174:5,14 179:8,9,12
182:18 183:1 184:2,5 (158)

**state's** 25:13

**stated** 82:4 105:20 137:13,14
(4)

**statements** 140:17

**states** 7:14 8:14,15 9:8,10,13
25:23 36:23 38:3 40:4 42:11
49:14 50:22 51:9,14 54:10,13
55:8 57:20 59:19 60:11 64:2
65:8 68:11 76:6,14 78:21 80:8
83:2 84:9,14 88:20 92:7 93:5
120:2,4 124:4,13 153:23 (39)

**statewide** 171:7

**status** 12:22 25:24 26:1 29:7
62:2 117:15 (6)

**statute** 18:13 21:6,23 22:1
23:4 28:17,19 29:1 30:6,15

31:4,16 33:2 34:10 37:12 38:8
39:4 63:18 70:10,22 110:6
118:21 119:8,18 125:12 127:9
128:23 167:11 168:8,23
169:2,7,13 170:3 172:4 178:10
(36)

**statutes** 18:12 24:13 39:19
43:24,25 122:15 127:8 (7)

**statutory** 37:4,15 93:1 118:17
(4)

**stay** 122:3

**stead** 57:19

**stenographic** 184:14

**stenographically** 184:10

**step** 8:11,13 36:15 106:17
108:5 113:9 132:8 134:3 (8)

**stepped** 12:11 58:5

**stepping** 9:21

**steps** 149:23

**still** 32:24 40:17 46:9 56:3
67:2 81:24 94:1,7 122:12
128:17 131:10 158:7 (12)

**stipulations** 146:13

**stoneman** 20:8

**stop** 93:11 158:20 176:18

**stops** 111:1 115:1 149:19,19
(4)

**store** 123:14 125:10

**storm** 56:21 57:2,12

**straight** 66:16 69:2 87:10

**straightforward** 59:2

**strategic** 21:3

**strategies** 133:6

**strategy** 133:9

**streamline** 147:11

**street** 81:8 87:11 88:15,16
106:14 107:6,8 112:24 115:12
117:5 132:20 168:13 (12)

**streets** 17:7

**strict** 46:13

**strikes** 71:18

**strong** 8:6

**structure** 118:25

**stuck** 106:25 170:24

**study** 60:5

**stuff** 64:15,17 65:19 76:10,11
77:24 80:16 89:18 98:3
118:18,22 122:2 155:16
163:25 169:11 173:13 181:4
(17)

**subject** 4:22 30:11,16,24
31:11 33:5,9,12,14,17,20
34:4,5 35:17 40:18 49:3
54:4,16 72:22 124:6,11 136:11
142:12 150:7 (24)

**subjects** 54:2

**subletting** 143:19,21 150:25

**submit** 25:9 26:4 28:11,12
145:3 147:15 148:21,25
149:1,11 154:5 155:21 157:8
176:2 (14)

**submitted** 177:6 178:1

**suboffice** 114:14 115:4 134:5

**subsection** 32:22 126:9,16

**subsequent** 40:19 122:11

**subset** 26:7

**subsolicitation** 152:17

**substantive** 58:7

**success** 61:7

**successful** 31:23 32:2 124:1

**such** 40:22 50:3 51:23 70:11 126:25 138:23 173:9 (7)

**suck** 154:22 158:3

**sudden** 100:12 106:22

**sued** 72:5 92:7 93:6 94:11 167:8 (5)

**sufficient** 22:8,22

**suggest** 77:17 158:15

**suggestion** 169:20 171:24

**suggestions** 153:7

**suing** 93:7

**suit** 36:1

**summarize** 66:15 88:19

**summary** 55:11

**sun** 151:24

**sunshine** 18:8,11,13,16,17 19:12,23,24 20:5,22 (10)

**supervision** 10:12 39:16

**supervisor** 90:16 95:17,23,25 100:3,4 104:18 115:24,25 116:4 (10)

**supervisory** 96:6

**support** 11:8 26:8 28:21 48:11 51:13 61:5 142:23 164:19 165:7,10 (10)

**supporting** 4:17 13:8 145:13

**supports** 52:11 63:21

**supposed** 34:2 109:5,6,8 130:23 (5)

**supremacy** 76:8 125:19

**supreme** 96:9

**sure** 4:14 14:6 19:7,22 20:7 21:8,20 26:19 36:7 38:9 45:19 46:15 53:21 99:13 116:11 151:6 157:11,22 161:11 164:9 169:21 171:18,25 173:23 (24)

**surrender** 136:11

**surreptitiously** 120:22

**surveillance** 152:7,9

**surveying** 10:1

**survivability** 125:24

**suspect** 135:16

**suspected** 12:22 55:1,2

**suspend** 35:24

**suspended** 89:14

**suspension** 35:18

**swap** 166:14

**swat** 152:4,9

**system** 8:9,10,10 13:25 48:7 58:22,22,22 83:5,8,15 87:9 88:22 89:9,9,25 96:25

97:16,17 110:19 114:15 117:15 129:3 131:1 133:10 146:9 147:2,11 (28)

**systematically** 55:6

**systems** 12:14 48:8 104:2,3 116:16,19,21 153:15 (8)

**table** 170:17 175:18

**tactical** 21:3 153:6 164:19

**tail** 93:6 106:24

**take** 9:12,15 10:4 11:16 14:12 15:10 46:24 55:14 65:4 69:8 84:8 91:16 100:14 101:21 103:24 108:21 110:15 111:14,15 112:15 113:15 114:18 115:3 117:22,25 129:7 136:16 158:13 160:12 167:12 170:11 171:11 172:3 180:13 (34)

**taken** 15:2 18:20 52:5 88:25 90:8,24 102:21 103:9 104:5 107:19 (10)

**takes** 102:19 103:3 104:10,14 (4)

**taking** 3:18 29:4 52:8 60:17 62:21 (5)

**talk** 19:16,16 20:19 21:10 24:23 28:15,17 29:1,14 30:5 39:24 44:16 59:12 62:12 74:4 75:2,5 76:25 79:4 80:11 81:9 83:18 85:22 90:17 102:10 121:3 129:13 140:20 145:19 159:1 170:13 177:10 (32)

**talked** 14:15 27:24 35:12,16 73:19,19 78:22 79:5,7 81:4 82:2 112:17 129:2,5,21 132:13 133:7,15 138:23 140:25 156:3 (21)

**talking** 21:2 32:18,19 55:23

60:1 70:21 74:18 75:2,3,10,11
79:16,17,18 86:8 105:16
130:11 131:3 138:7 156:10
161:6 167:13 173:25 (23)

**talks** 21:12 31:16 36:25 37:13
38:14 39:5,25 44:3,4 70:11
140:16 (11)

**tankers** 158:6

**target** 51:11,21 87:1 119:2 (4)

**targeted** 51:16

**targets** 112:18,18

**task** 12:20 18:1 50:5,6 70:6
105:14,22 107:5,7,14 146:14
162:20,23 163:22 166:8
167:24 (16)

**team** 19:17 141:1,2

**teams** 51:21 170:15

**tech** 169:23

**technical** 4:25

**technologies** 53:20

**technology** 53:9,18,23

**teleconference** 26:22

**telephone** 19:3

**telephonic** 53:17,24

**tell** 55:19 59:3 69:20 72:9
94:1 133:22 162:10 166:13
175:7 179:6 (10)

**telling** 139:7 157:24 159:25

**tells** 72:8

**temporarily** 12:18

**temporary** 10:23 35:9

**term** 8:18 40:8,18 61:12 75:6
77:19 158:25 159:4,6,15 (10)

**termination** 37:9

**terminologies** 118:14

**terminology** 75:8

**terms** 15:1,3 32:22 38:2,4
61:15 68:6,14 75:8 118:18
136:16 156:9 (12)

**terrorist** 47:17

**terrorists** 55:1

**test** 108:21 109:17

**texas** 82:20 107:24 125:22

**text** 19:3

**tfo** 50:6

**than** 10:20 15:2 26:13 30:20
52:10 59:2 65:13 67:7,22 73:6
86:9 93:19,22 121:1 122:19
131:24 140:2 147:7 148:11
159:11 169:2 172:9 178:2
179:11 (24)

**thank** 3:18 4:6 5:11,15,18
6:1,15 8:8 12:25 15:6 16:6
17:9 18:5,10 44:18 45:12,14
47:9 55:13 72:14,16 73:9,10
129:9,20 130:7 131:9,18
140:22 141:12 164:9 172:3
182:15 (33)

**theft** 89:15 119:8,9,10 121:12
(5)

**their** 5:19 9:18,24 10:13 12:4
15:1 22:3,19 24:5
28:12,21,24,25 32:5 33:19
40:6 41:4,5,10,23 43:6 49:20
54:22 61:23 62:2,24 63:4,5

64:10,10 79:6,24 83:4,6,15,16
84:8,15,17,22 86:13 89:9,25
90:1,16 92:2 93:6 102:5,20
104:5,15,16 106:24 108:11,20
109:23,23 112:6,10,11 114:9
116:7,13,20 117:15 122:3
124:20 127:5 134:9 144:12
148:16 149:18 160:2,13,19
165:11 170:25 182:23 (78)

**them** 3:9 8:16,19 10:5
13:21,21 18:3 23:3 31:22
32:23,24 33:9 41:4 44:6,24
46:25 49:17,23 52:10 61:5,13,
14,15,16,16,18,18,21,21,25
62:4,5,5,5 63:4,9,10,10,13,21
64:20 66:7,9,25 67:1,1,23,23
70:25 77:25 78:20 79:2
82:15,25 84:6,25 85:3,4,4,5,6
86:3 87:19 88:12 90:14
91:16,19 93:7 96:2,2
98:20,22,24 100:24 101:19
102:15 104:24 105:3 106:2
109:6,7,8,10,20,24
110:8,12,16,17
111:12,22,25,25
112:4,15,16,19,20,20,21,24
113:1,15 114:12,13,15 116:11
123:7 127:10,18 128:13,24,25
131:5,7 132:22 133:22 134:20
135:1,2,9,13,23 136:1,3,5,6,12,
17,18,20,21,22,24 138:22
143:4,5 146:9 154:8
157:3,13,14,14 158:7 161:7
165:9,23 169:17 170:18
171:1,20 173:11 174:19
175:11 177:5,16 180:14 (157)

**themselves** 16:8 80:3

**thereafter** 11:6 26:16 125:2,4
(4)

**therein** 119:1

**thereof** 184:9

**these** 3:11,13,16 17:19
22:8,22 23:1,13 24:11 28:3
29:10 32:17 33:5 45:25 46:14

51:7 53:21 54:2 58:23 60:20
61:22 63:15 64:4 71:1,11,24
73:20 77:4 78:12,15,18,22,23
79:20 80:2,17,19,22 81:9,13
82:21 83:19 84:2,4,8,13,14,20
86:19 88:9,12,12,13,14,17 89:5
91:4,12,18,19,25
92:1,8,8,9,11,13,24 93:15
95:20 96:1,5,10,12,14,14
97:3,7,21 98:4 99:13 103:5
106:11 108:25 110:2,4,23,24
111:3 112:5,10,12,13,13
113:1,5,5,6,7,11 114:8,8,12,18
115:17 117:3 118:14 119:15
122:15 128:10,25 129:4
134:10,19 138:22 139:5 142:8
145:3,3 146:1,10,17,18,23,24
147:3,16 150:1,7,11,25 152:14
153:17 154:7,15 161:11
162:21 164:16,17
167:12,17,20,22,23,25 175:16
178:3 (147)

**they'll**  115:8

**they're**  8:16 9:17 28:12,23
30:24 32:1 33:9,14 40:14
41:11,13,15 42:8 43:1,9 52:5
67:12,17,25,25 75:2,3 78:20
79:24 80:3 81:22,23 82:7
83:21 84:16 85:2,17,20
86:1,13,17 90:12 94:9,20 97:3
98:22 102:3 104:20 105:3,22
106:17,23,24 108:14 109:5,7
110:20,24 111:6,6 112:6,11
116:17 117:4,8,9,13 123:12
126:11 127:19 128:24 131:4
134:24 136:1,2,4 137:16
143:10 144:11,12,19 148:21
150:8 154:8 156:25 157:3
158:8,12 160:18 165:17,23
166:16 171:15 (88)

**thing**  60:23 62:11 63:8,8
68:21 70:4,4,14,19 73:16
78:23 79:1 91:10 92:22
93:8,24 94:19 111:21 117:1,21
134:23 139:9 144:22 152:25
155:18 156:14 158:22
165:22,25 175:6 (30)

**things**  4:10,11,13,16 10:15
22:23 26:20 35:17 58:23 61:23
63:25 65:8 66:5 68:14
69:12,25 70:2,11 71:1 73:18
74:19 75:17 76:16,17,18 92:11
93:20 98:4 103:7 110:1 112:22
123:22 142:16 144:16
145:19,24 146:1,5 149:5 150:1
151:1,14,20 152:5,14
153:6,12,17 155:4,8 161:11
162:4 163:5 167:12,17,22
171:1 175:16 180:16 (59)

**think**  59:13 60:9,10 66:10
69:21,23 70:24 71:8 74:5
81:22 82:2 86:9 99:23 106:16
118:20 127:17 128:20 133:1
138:19 141:1 147:16,18
153:13,19 154:18,19 158:1
162:9 163:2,10,17,25 164:5
165:24 166:12,24 167:9,18
170:16,19 171:7 172:10,20
173:14,24 174:16 175:19
176:3 178:5,6,15 (51)

**thinking**  62:25

**third**  12:20 40:19 42:9 81:6
(4)

**thirddegree**  38:24,25
40:13,17 (4)

**those**  8:13,14 13:20 14:25
19:8,19,22 23:3 26:21 27:11
32:6,21 33:23 34:1 35:10,17
36:16 37:9 38:4,7,21 39:9,15
41:6 45:16 50:11,14 51:4,9
52:5 54:7 66:15 70:12,13 77:4
80:4,5,12 82:5,6,9,12,24
83:17,22,23,24 86:2 87:18
91:13 92:3 94:20 99:4 104:11
105:7,24 106:12 107:18,24
108:8,12,13,18,24 110:7,15,16
111:10 112:2,5 113:21,24
114:21 118:16 121:25 123:22
124:17 128:19 130:25 131:2
135:10 137:16 141:23,25
142:2,25 143:6,6,12,21,24
144:3,3,6,13

148:12,14,14,18,18,19 149:1,8
151:8 153:19,20 155:8 158:24
160:8,8 163:4 164:19 167:5
168:1 172:13 175:8
177:17,19,21 178:16 179:2
180:13 (122)

**though**  85:25 97:2 103:5

**thought**  56:21 137:11 172:8

**thoughts**  127:5 128:19 172:17

**thousand**  110:16

**thousands**  162:21

**threat**  50:11 82:10

**threats**  48:17 89:21,21

**three**  6:6 13:24 18:17 22:22
39:10 42:20 46:17,25 47:22
66:14 78:5,22 80:11,17
85:15,24 100:12 104:14
111:19,20 122:16 128:3
144:19 158:12 162:1 175:9
182:24 (27)

**through**  33:19 46:6,11 48:21
50:25 52:12 55:9 59:3 67:15
69:14 77:8 78:23 82:19 83:5
84:23 87:9 88:18,20 90:19
91:13 92:20 96:24 97:16
102:22,22 103:7,9 108:21,22
109:18 111:16 116:17 117:8
120:24,24,25 121:1,4 129:1
135:19 136:3,19,21,23 138:24
139:14 141:3,9 142:3,4,22
145:5 146:9,25 147:3,6,11
148:23 149:11 150:1 151:1
153:11 154:16 155:3,15
158:21 160:1 170:11 171:6
172:12,22 174:13 176:23
177:6 184:12 (75)

**throughout**  13:2 23:1 173:20

**throw**  170:17

throwing 140:23

thumb 83:15

thursday 115:2 138:3

thus 47:18 64:8 66:11

tied 144:10,22,23 146:2 (4)

ties 145:13

time 3:18 4:13 9:16 16:7
20:12,16 21:2 30:25 40:11,11
41:12 44:3 49:2 55:23 57:4
59:25 60:10 64:13 67:19 69:18
75:2 78:11 84:22 85:18 98:8
100:22 103:3 104:9,21
117:9,25 122:6 125:13,14
126:3 131:4 132:10,13 138:6
139:17,23 154:19,24 161:1
162:24 165:22 170:8,22
181:13,16 182:16,23 184:8
(53)

timeframes 63:15

timelines 64:20

timely 11:1

times 58:12 63:25 122:11
139:19 160:1 (5)

timetable 15:1

timetables 15:4

timing 58:5

title 50:21,22 80:15

tk 2:5 5:16 15:16 16:17 (4)

today 3:17 4:1,22 6:1 13:21
15:8 16:25 18:10 21:4 24:22
46:7 59:21 60:24 86:11 87:18
99:12 111:8 138:13 140:2
141:18 169:17 182:22 (22)

together 57:2 61:24 64:11
66:3 67:14 152:19 160:14
170:13 177:11 181:4 (10)

told 82:15,25 105:2 106:22
129:23 131:25 (6)

tom 8:25 13:13 58:13,13,19
138:2 (6)

tomorrow 17:4 86:12 181:11

tonight 132:1 165:4

too 15:4 16:23 62:23 64:1
85:17 86:1 93:21 122:23
123:24 130:9 133:1 142:10
151:2 176:5 (14)

took 7:25 92:20 107:9 110:16
(4)

tools 8:6 53:10 66:8 128:20
(4)

toothpicks 134:23

top 82:3,4 83:19,21 138:21
139:7 170:19 (7)

topic 173:6

topics 137:24,25 170:19
182:21 (4)

torrent 8:3

tossed 125:2

total 180:18

totaled 51:5

touched 150:4

towards 126:17 131:16

track 10:24 13:25 144:3
146:21 155:16 (5)

tracks 53:20 155:14

traditionally 74:16,17 77:14
105:4 (4)

traffic 111:1

traffickers 6:9 51:24

train 102:3 170:21 171:20
175:1,2 (5)

trained 25:15 171:1,9,16
174:20 (5)

training 11:1,5 12:15,23
13:25 27:8,20 67:9 81:16,17
102:8 105:1,2,5,6,10,14,19
107:17,22,25 108:17,19,20,22
109:3,16,21 145:10,15
150:14,15 152:12 153:2,3,5,5,6
162:15,19,23,25
163:3,11,12,16,21 171:4,15
173:5 174:13 (51)

trainings 27:12

transcription 184:13

transfer 30:22 31:3 52:4
90:19 113:8 (5)

transferred 30:13,21 33:24

transition 84:21

transitioning 118:12

transmit 3:10

transnational 38:14,16,21

transparency 68:24

transparent 72:2

transport 10:2,5 31:5,6 38:6
39:6,7,10,12,14,15 134:4,9
152:3 165:3 (15)

**transportation** 54:11 63:11 64:14 66:22 68:3 114:5,6 132:15 (8)

**transported** 113:24

**transporting** 37:23 38:2,11 152:12 (4)

**transports** 113:25 114:10

**travel** 144:8,21,24 145:3,16,17 152:11 162:15 163:2 (9)

**treat** 65:24

**treatment** 48:6

**trek** 172:13 177:6

**trial** 31:22 41:11

**tribal** 48:24 49:9

**trickle** 8:3

**trickledown** 139:6

**tried** 76:6

**tries** 46:3

**triggering** 101:3

**trooper** 113:12 114:25 121:6

**troopers** 107:23,23 109:3,4,19,20 112:5 116:14 162:17 (9)

**trouble** 46:13 135:7

**true** 104:4 184:13

**trump** 7:16,25 8:8,25 10:10 56:8,12,22 57:15 58:12 61:7 69:9 71:1,15,17 73:15 107:12 (17)

**trump's** 7:13 13:12

**trust** 5:14

**trustworthy** 67:13

**truth** 68:24

**try** 68:24 69:16 74:12 117:1 125:5 128:7 132:8 134:18 158:10 170:21 (10)

**trying** 61:2 66:16 67:1 74:3,13 76:20,20 80:21,24 85:20 86:18,20 106:17 124:10 134:24 137:16,21 145:7 156:21 161:10 170:10 173:24 (22)

**tune** 140:2

**turkey** 7:4

**turn** 3:9 24:13 153:8

**turns** 72:4

**tv's** 119:4

**twice** 82:19 183:6

**twisted** 75:20 77:5

**two** 5:25 8:13 18:23 39:23 40:16,18 42:23 49:16 63:2 66:14 85:3 90:22 94:16 99:4 100:11 105:9 106:6 107:16 131:19 165:9 166:10 168:22 175:9 181:13 (24)

**type** 98:14 116:23 143:24 144:17 146:5 153:5 173:12 174:8 (8)

**types** 53:16 78:5 80:17 94:16 145:22 150:14 153:3 (7)

**ultimate** 11:18

**ultimately** 68:11 158:10

170:7

**unable** 130:19

**unanimous** 24:17 28:7 149:20

**unanimously** 148:13

**unauthorized** 11:13 32:10 37:18,24 38:6,12 39:5,8 40:1,2,22,24 41:25 42:3 123:3 124:4,6,12 126:8,15,19 (21)

**unconventional** 71:22

**uncooperative** 55:7

**under** 7:16 9:2 12:11 13:16 15:3 22:20 24:2 27:4,12 35:15 36:20 39:15 41:5 42:25 50:8,21 52:23 67:2 74:24 75:21 76:4,8 77:24 79:16 82:22 87:24 88:1 93:21 94:22 98:11,17,17,23 99:16,18 100:23 101:9 102:1,9,10,12 103:16,17 106:19 113:4,9 115:19,22 116:12 119:15 124:7,11 125:22 126:3,6,10,14,15,25 130:13 135:22 142:19 143:24 149:14 151:15,16,24 155:20 156:2,3,4 157:18 158:13,18 162:15 165:3 175:2 (77)

**undergrad** 56:5

**underlined** 21:25 85:23

**underlying** 89:16

**underscore** 10:12 20:25 45:15,18 139:2 (5)

**understand** 23:2 46:10 62:24 66:21 74:11 75:4 94:2 98:5 157:19 166:21 172:2,8 (12)

**understanding** 46:8 59:9 130:21

**underway** 12:15,23

**unequivocally** 45:21

**unfold** 56:20

**unfortunately** 133:21 137:13

**unidentified** 48:25

**uniforms** 152:7,7

**unique** 66:4 173:8

**uniquely** 62:1

**united** 7:8,14 8:14,15
9:8,10,12 36:23 38:3 40:4
42:11 50:22 51:9,14 54:10,13
55:8 57:20 59:19 60:11 64:2
78:21 80:8 83:2 84:9,14 88:20
92:7 93:5 120:1,4 124:4,13
(33)

**university** 56:5

**unlawful** 35:4 36:5 71:23

**unless** 20:5 43:4 65:2 115:24
117:5 119:22 121:23 127:17
128:12 136:2,9 161:21 180:25
(13)

**unlucky** 137:18

**unnecessary** 14:22

**unprecedented** 71:22

**until** 46:24 72:7,12 109:22
133:9 164:4 167:8 (7)

**up** 3:25 6:8 9:21 10:22
12:11,14 20:3 24:24 35:2
38:22 48:25 56:2,3 60:18,20
62:12 64:4 65:2 66:16,17 70:5
74:20 75:19,19 80:20 81:1
84:20,22 85:20 86:3,14
89:1,1,7 92:2 93:16,20
94:14,18 97:17,22 98:24 99:19

101:16 102:1,21 106:17,20
107:25 108:12 109:10,19
111:5 113:3,9 114:6 117:3
122:16 123:15 130:9 131:10
132:23 134:3 135:7 137:10
138:24 141:7,9 142:22
146:12,21 148:10,12 151:12
154:9,22 155:9 156:5,9
157:6,25 158:3 159:24 160:5
161:1,12,14 162:9,16 164:12
165:5,6 166:2,3,18 167:18
168:6 173:10 174:11,13 175:9
176:1 (102)

**update** 138:8

**upfront** 154:14

**upgrades** 151:10 153:15

**upgrading** 151:14

**upheld** 96:9

**upon** 3:23 22:4 27:3 28:7
81:25 90:9 101:23 136:23
144:18 177:14 180:16 (11)

**upside** 104:8

**urgency** 4:19 8:7 13:7 59:22
61:19 132:11 (6)

**us** 3:17,18 5:10 12:16 13:2,20
15:7 21:6 41:22 46:23
47:6,10,17,21,23,24 49:2 50:23
54:3,20 55:19 56:9,19 73:6
76:8 78:15,16 80:15 83:25
86:25 87:2,3,15 94:8
96:7,8,9,11 97:3,5 114:20
117:11,18 125:20 128:20
132:4 135:5 139:4,22 140:16
143:4 146:24 152:10 153:8
154:6,14 166:3 167:6
172:2,5,22,23 178:20 180:8
(64)

**use** 8:19,19 10:17 28:20 35:3
48:21 52:8 113:4,7 128:22
129:14 144:12 147:1 153:4

**155:7 160:15,20 161:23,24
164:21 167:16 (21)**

**useable** 129:4

**used** 23:1 59:21,23 68:10 75:5
131:25 132:2 135:20 136:13
140:20 142:6 164:18 182:4
(13)

**uses** 53:9

**using** 8:6 13:22 22:2 29:20
118:17 144:20 160:18 (7)

**usual** 136:21

**usually** 57:16 146:4 168:25
169:6 (4)

**utah** 125:22

**uthmeier** 6:16

**utilize** 28:7 48:9

**utilized** 53:23

**uturn** 152:24

**uturns** 142:3

**vacant** 26:6

**vague** 142:11

**valid** 85:16 96:14 97:15,24
(4)

**validity** 96:10

**vans** 152:3

**varies** 103:2

**various** 64:19 174:15

**vary** 149:7

**vast** 64:23 126:25

**vega** 138:20

**vehicles** 152:2,5 164:19

**verification** 32:7

**verified** 29:24

**verify** 144:14

**vermont** 89:5 99:20

**version** 42:1,16 44:13 174:4
(4)

**versus** 96:11

**very** 4:6 5:10 12:24 16:6,25
18:5 45:14,20 46:2 55:13,22
58:11 60:25 63:16 65:11,25
66:2,2 67:25,25 69:16 70:18
74:10 77:5,5 101:22 102:17
104:9,11,21,22 105:1,9
107:17,17 116:24 117:24
160:3 164:15 175:8 (40)

**vetting** 108:14

**via** 53:19,21 54:14

**viable** 68:5

**victim** 31:20 32:4,15,17 40:23
123:4 126:11 (7)

**victimized** 84:5

**victims** 31:18

**view** 129:5

**violate** 41:6 73:3

**violated** 19:25 36:8,14

**violates** 35:14,16

**violating** 8:16,17 14:25 15:5
(4)

**violation** 19:25 35:1,21
36:3,11 42:18 50:14 51:2
102:14 122:25 124:14
126:8,16 127:21 (14)

**violations** 75:11 120:7,8

**violators** 48:19 49:22 51:23
55:3 (4)

**violent** 7:20 9:4,5 89:18 (4)

**visa** 55:10 76:1 120:10

**vision** 152:8 164:12,18

**visionary** 6:3

**voice** 53:25

**voiceprint** 53:25

**vote** 24:17 140:15 176:11,12
(4)

**voters** 7:14

**vulnerable** 53:5

**wait** 21:9 102:4 111:24
148:24 176:12 182:24 (6)

**waiting** 15:2 67:9 139:23

**waiver** 10:15

**walked** 128:5

**walking** 87:4 168:6

**wall** 80:24 101:24

**walton** 2:9 6:25 17:18 56:4
114:24 135:5 (6)

**want** 8:19 15:6 46:1,12 57:14
58:3 59:12,12 62:6 67:5 72:1
83:11,11 84:6 89:10
90:8,13,24 99:23 100:2 102:25
117:21 129:7,8,13 139:1,18

141:20,23 142:1 152:18
153:24 154:10,18 157:11
161:15 170:8,14 171:20
176:1,15 177:7 180:16 (43)

**wanted** 51:17 59:5 83:7
127:14 133:4 154:25 179:21
(7)

**wants** 84:2 176:4 183:5

**warfare** 71:16

**warning** 46:2

**warrant** 22:19 24:6 30:4
49:25 50:2 53:14 80:18,20
83:13 85:13,21 90:18
95:8,12,18,21 96:8,9,16,17,18
97:6,6,6 98:9,20 99:17,18
100:6,15,17,18,21,24 101:2,18
102:13 103:1 104:19 110:11
111:7 113:20 115:14,15
116:1,5 149:15 (47)

**warrants** 11:14 14:6 30:4
50:21 75:7 76:24,25 77:1,3,3
85:16 95:9,20
96:1,5,5,10,12,14,14 99:5
102:7,13 106:8
110:2,5,22,23,24 111:10 112:9
130:22,25 (33)

**washington** 62:11,16
66:18,20 106:21 138:15 (6)

**wasn't** 8:4 172:4

**waste** 14:23

**watch** 70:14 80:5 100:9 102:3
104:18 (5)

**watching** 4:9 45:18 46:9
56:19 140:4 (5)

**waters** 2:5 5:16 15:16,17
16:16,17,17 175:22 181:24
182:2 183:13 (11)

**way** 26:21 29:3 59:2 63:24
66:6 71:12 73:21 80:22,24
84:7 93:16 97:17 99:8 103:9
106:17 115:6 116:19,24
118:21 119:23 125:23 129:4
131:15 132:7 142:22 143:22
151:7 152:20,22 153:16,21
157:19 163:6,7 (34)

**ways** 10:1,4 14:16 49:4 90:22
95:1 156:10 (7)

**we'd** 77:18 144:2

**we'll** 4:2 15:13 29:14 30:7
46:12 47:3 55:14 58:23 60:5,6
85:21 88:18 90:17 118:2,5
139:25 140:6,20 142:5,8
145:24 146:7 153:6,13 170:11
171:21 174:22,23 176:2,8
177:10 179:1 180:13,14,16
181:17 182:6,7 183:10 (39)

**we're** 4:20,22 9:23 10:3 13:4
16:19,24 17:20 26:14 44:14
46:7,17,18,24 57:16,16,17 60:1
61:4 68:11 71:18 72:12
76:20,20 77:1 79:1,15,17,18
80:21 85:5 86:8 94:5 99:5
100:23 101:7 102:15 105:16
106:25 107:8 109:10 111:14
113:11 115:11 117:25 131:11
139:12,20,22 143:4,11,12
144:15 145:6 150:11,16,18
151:21 152:11,21 153:16
154:4,7 155:6 157:15 158:10
161:6 162:3,4 163:9 164:1,23
165:5,5 167:2,4,8,13 168:20
169:4,24 170:4,10 176:10
177:4,5 (86)

**we've** 39:3 44:21 66:19,20
68:7,8 86:21 99:4 108:15
142:9 144:4 145:4 151:20,22
160:1 161:16 167:4 169:23
171:1,8,8 183:7 (22)

**wealth** 72:18

**weaponization** 71:16

**wednesday** 181:8 182:7,7

**weed** 123:7

**weeds** 45:16 160:4,4

**week** 58:17 60:12 100:11
108:13 109:6,7,8 115:2 116:15
138:3,14 169:18,18 172:18
(14)

**weekend** 138:4

**weeks** 7:24 66:14 67:7 94:6
98:12 100:11,12 105:6 109:21
158:12 (10)

**weigh** 168:4

**welcome** 3:3,15 4:8 16:12
47:8 111:13 (6)

**welfare** 53:4

**well** 18:12,12 24:23,25 25:16
26:22 27:6 28:3 33:16 34:10
35:4 36:19 38:13 43:14,16
44:13 45:3 46:23 48:21 51:10
54:6 65:16,25 66:3 67:14,22
70:18 71:14 72:5 75:11,22
77:18 81:11 85:17,19 92:18
95:21,25 96:2 97:18,21,22
102:1 103:2 106:23 110:23
111:4 112:14,22 117:18
118:23 122:18 128:1,4 130:5
131:12 134:16 144:7 157:12
163:8,12 164:21 166:7,9 168:2
171:20 174:19 (67)

**wellfunded** 172:25

**went** 56:13,15 62:12,21 91:13
92:11 138:15 155:15 158:2
166:11 (10)

**weren't** 151:5

**west** 123:14,15 125:11 128:15
(4)

**what** 4:23,23 13:5,15 14:21
18:16 21:24 23:3,18 26:1
27:3,4,24 30:5 34:7 37:19
39:24 45:10,24 47:13 48:14
55:11 56:20,25 58:25
59:6,7,7,8,9 61:1,6 62:2,3 63:5
64:6 65:9 66:15 69:3
71:10,12,15 72:21 73:1,1
74:12 76:21,21,22 77:24
78:4,13 80:20
81:10,10,10,11,14,15,15,17,18
82:14 84:12 85:9,11
86:2,21,21,24 90:18 92:5,19
93:4 94:5,14,18 95:25 97:16
99:1 100:14 101:14,20,21
102:18 103:2,4,19
105:11,13,20,21 106:6,15
107:18,19 109:14,24 110:18
111:4,5 112:2,14,19 113:10
115:8,10,13,14,20 117:4
118:14,16,20
119:8,13,14,15,15 120:3,6,12
121:8 124:23,24 127:4,6,7
131:25 132:4,8,11,19
133:18,19 134:17 135:14
137:1 138:12 139:12,22
141:20 142:13,13,14 144:5,19
145:21 147:15 149:7,7
150:5,9,10,14,17 151:6 152:18
153:3,8 154:2,5,13,13 155:16
156:16,20 157:3,7 158:10
159:20,24 161:18
162:2,2,6,10,17 163:10
164:11,16 165:20 166:2,3,25
167:1,23 169:4,22 170:3,7
171:14 172:11,21 174:2
179:6,13,13,14,21 (200)

**what's** 36:18 69:11,11 73:17
76:11 78:9 92:22 98:21
101:24,24,25,25 109:19 114:17
116:9 151:22 154:12,13
166:20 168:10
169:7,8,13,14,14 172:24 (26)

**whatever** 3:12,13 8:18 35:20
65:22 84:1,19 90:13 105:23
108:24 124:7 161:1 177:7
181:17 182:4 (15)

**when** 28:23 30:15 31:18
43:23 47:14 48:25 56:12,18
57:11 58:23 60:11 63:16 71:6
74:4,6 75:2,10 78:1,3 79:4
83:11 84:17 85:10,19 88:25
89:6,12 90:23 95:1 97:17
102:18,24 104:15 110:20
111:8 113:11 114:19 116:6
121:17 126:7 127:10
130:11,12 137:10 148:3
159:18,21 160:22 162:7
165:19 168:1,3 170:22 171:5,5
173:1,10 175:10,22 183:7 (60)

**whenever** 58:15

**where** 5:2,3 10:8 31:5,16
33:11 42:3,13 43:12 50:16
52:14 57:19 60:1 61:13,15,20
62:3 63:3,4,5,14 64:13,22
68:14 69:6 72:6 76:15 77:6,9
78:8 79:3,13,15 80:9,16
87:11,15 92:4 93:10 95:14
100:18,19 103:13 105:25
110:21 111:8 113:3,5,17 115:8
116:3 118:11,19 123:12
127:12,13 130:18 132:17
133:15 134:7 136:7 138:5
139:13 140:18 142:9 145:6
148:24 151:11,23 164:17
168:16 171:13,22 178:12
180:14 (75)

**whereof** 184:15

**whereupon** 4:4 118:6 183:19

**wherever** 63:14 74:4 83:11
97:24 113:14 137:3 (6)

**whether** 19:3,12,19 23:13
78:6 84:1 98:13 102:25 105:21
113:12 115:22 124:10
149:13,18 163:21,22 165:25
(17)

**which** 11:11,15 18:23,23 28:8
30:8 39:3,19,25 48:10,11 50:1
51:6 59:14 61:25 70:18
74:23,24 77:17,22 80:16

81:4,6,7 83:24 85:10 86:4
88:21 90:10,17 92:15 95:4,16
98:9,21 101:6,17 102:11 106:8
109:13 110:6,11 111:23
112:25 113:19,21 114:20
116:2,4,18 122:12 124:14
135:4,9 143:3,9 148:22 150:21
155:19,22 156:10 167:14
168:22 172:2,9 (65)

**while** 31:14 53:11 56:15
86:19 87:8 88:4 92:20 122:3
130:9 136:9,13 156:3 165:10
(13)

**white** 139:6

**who** 5:8,22 6:2,22 8:13,14
9:6,7 24:22 30:16 31:10,11
32:3,9,10 34:3 35:14 36:8
38:10 46:3 48:2 50:11,14 52:2
53:14 54:3 57:23 58:11 60:18
61:21 67:3 71:19 79:10
82:5,9,12,18,21,24 83:14
84:5,17 85:24 87:20 88:5,12
93:7 103:16 108:15 114:25
116:5 119:16 126:23 128:2
132:17 162:16 175:22 179:18
(58)

**whoa** 99:20

**whoever** 57:23 119:10 121:13
123:17 (4)

**whole** 49:17 70:20
75:12,13,15 77:23 92:6 103:10
104:5 109:18 121:25 122:1
127:9 129:1 156:14 (15)

**whom** 71:24

**whoop** 134:15

**whoops** 103:10,11

**why** 32:25 37:7 60:13,14 69:4
72:2 74:19 76:24 77:1 83:20
86:18,25 87:1,12 88:9,10
89:11,16 97:7 102:7 109:15,16

112:1 117:14,19,22 132:24
133:3,4 163:9 (30)

**wide** 160:20

**will** 3:13 4:2,17,24,24 5:2,4,5
8:11 13:7,18 15:12 17:4 18:7
19:21 20:17 21:2,4,5,10,11
22:16 25:2 28:15 29:16 31:1
36:6 41:10 46:4,15 47:1,2,13
51:8 55:19 57:19 63:22 64:10
68:24 69:16,20 71:11,14,15
76:23 77:20 78:17 79:4,21
81:14 84:12 86:15 89:3 96:23
99:9 103:23 105:12
108:17,19,22 110:6 111:15,22
112:12 114:1,8 117:3 118:9
128:3 134:10
136:2,5,5,6,16,24,25 139:22
142:21 143:6 145:2,8,19
146:20 147:1,2,4,6,10,15,23
148:2,6,12,15,22
149:3,4,10,11,12,17 152:24
154:14 163:12,24 172:11
176:3,23 177:25 178:2
181:11,13,20 (114)

**willful** 35:1

**willfully** 37:21

**willingness** 3:14

**win** 79:23,23 94:12 165:25 (4)

**wind** 69:25 77:7 92:20 136:3
(4)

**window** 148:17 156:11

**wing** 160:24,25

**winner** 61:8

**wisdom** 171:14

**wish** 59:23

**within** 10:13 13:10 21:16 23:4
26:11 28:23,24 39:6 44:23

48:1 50:16 51:14 53:7 54:13 63:15 74:22 95:23 96:6 98:7,12 101:15 112:25 114:12 133:18 140:25 141:16 156:11 (27)

**without** 11:14 14:13,22 77:16 116:8,8 118:17 135:7 168:17 (9)

**withstanding** 9:3

**witness** 31:20 32:4,17,21 184:15 (5)

**witnessed** 32:14 40:22 123:3 126:12 (4)

**witnesses** 31:18 128:7

**won** 93:7

**won't** 84:15 164:3

**wonderful** 60:3

**wondering** 57:22

**word** 8:10 99:24 120:21 172:12 177:5 179:1 181:19 (7)

**words** 4:15 23:1 179:11

**work** 5:5,19 7:8,10,11 10:7 11:21 12:25 13:9,24 16:14,19,24 17:13,20 19:20,21 20:8 26:19 27:3 48:9 54:19 56:13,17 57:6,12 66:2 79:24 86:21 89:3 94:4,15 98:18 99:6 100:23 101:6 104:10,20 112:25 113:2 115:7 116:6 119:14 122:22 128:21 132:15,21,21 137:9 139:1 142:7 149:10 155:3 176:7 181:5,10,18 (57)

**worked** 18:1 58:11 80:25 116:11 130:2 (5)

**workflow** 148:11

**working** 16:13 17:15 18:4 45:2 61:6,24 72:20 73:21 81:23 88:11 103:22 106:18,23,24 117:8 131:16 134:19 137:7 138:21 139:3,4 (21)

**works** 54:21 88:17 90:20,25 94:22 108:1 109:25 181:17 (8)

**workshop** 18:22

**world** 52:17 65:16

**worldwide** 54:14

**worried** 79:25 123:24 132:19

**worry** 80:1,2 91:9 94:20 (4)

**worse** 84:16 139:19

**worst** 9:2 13:13 79:9,9 82:14,14 86:22,23 (8)

**worth** 105:6 107:16 108:20 162:19,23 (5)

**would** 11:15 13:20 14:24 15:1 16:7 18:24 19:22 20:25 21:5 23:19 37:7 44:6 49:1 66:15 68:4 72:17 75:1 77:17 105:20,21,23 113:18,19,20,21,22,24 115:13,13,14,25 116:18 119:13 127:15 128:23 133:2 134:6 138:9,19,25 140:7,17,23 141:1,5 143:24 145:22,23 148:24 151:6 154:21 157:3 158:2 159:3,13,16 163:18 164:15 167:14 173:5,7 174:8,11,12,14 175:1,17 178:2,15 181:14 (70)

**wouldn't** 114:15 115:18 151:16

**wrap** 62:22

**wreaking** 79:10 83:23 84:4

88:13 (4)

**write** 97:22

**writers** 154:22

**writing** 129:24

**written** 36:12,16 143:22 151:7 153:21 (5)

**wrong** 88:10 117:4,9 132:6 166:12 (5)

**wso** 12:15 81:3 101:2 102:2,12 104:25 105:2 106:3,3 (9)

**wso's** 107:1 163:21

**yeah** 44:21 89:16 93:12 124:19 128:4 150:9 152:21 153:10,18 159:18 161:13,20 162:13 164:9 168:19 175:5 179:5,16,20,23 (20)

**year** 25:10 40:15 42:19 50:17 51:1 54:24 130:14 159:22 165:23 180:4 (10)

**years** 7:23 17:24 32:6 40:3,18 42:4,23 43:2 56:7 57:5 69:7 73:8,8,14 88:2 92:12 97:11,20 98:1 105:10 120:10 130:14 (22)

**yes** 7:3 43:22 44:20 45:1 72:15 73:24 93:11 99:8 129:17 130:17,19 131:8,17 132:5 141:11 154:8 157:20 159:5 163:20,22 168:5 173:3,20 176:6 177:9 180:5 182:3,10,12 (29)

**yet** 60:24 109:12 129:23

**you'd** 127:23

**you're** 15:5 20:18 23:17,20,21,24 24:1,2,5

26:10,17 31:6,14,18,21,22
32:18,19 46:15 61:2
68:19,19,20 69:15 75:10,11
76:1 78:6,7,7 83:13,25 84:1
86:3 94:10,11 98:23 111:18
119:4,20,21 120:4,10 122:24
123:13,16 125:9 128:7,8
131:10,16 140:3,4 149:8
154:13 156:1,8,12,13,14
157:20,22 158:11,22,25
159:7,7,13 160:19 161:7,18
162:11,17,18 163:18,23 164:10
166:2,5,5,8,17 172:5
174:6,21,23,24 175:2,3,19
180:1 (91)

**you've** 23:14 63:9 74:21,22
111:19 115:10 117:14 125:11
126:10,14 132:5 135:9 157:13
160:4 166:8 171:19 (16)

**your** 3:14,15 9:12 13:1,6
19:5,14,20 20:4,8,15,20 23:16
26:10,12,24,24 27:16 29:8
30:4 31:10,20,21,25 32:5
33:13 36:20 37:3 39:3,22
55:20 62:7,9,14 67:11 70:25
72:11 87:8 96:17 98:23 105:5
108:6 122:8,23 128:17
129:14,21 134:25 135:17
139:19 140:23 142:12,15
143:10 145:24 150:12 151:6
153:20 154:14 155:5 158:8
161:23 164:10 165:4 168:11
170:8,14 171:13 173:21 175:3
181:3 183:1 (72)

**yourself** 55:20 71:6

**zero** 106:22

**zeroing** 64:24

**zones** 114:7,9

**zoom** 169:17 170:14 172:18
176:8 177:12 182:7 183:7 (7)

**203** 101:6,17 113:20

**205** 85:21 96:17,22 97:1,13
100:7 110:3,11 111:3 125:3
136:19 (11)

**215** 15 183:20

**237** 54:25

**247** 11:10 14:9 48:22 91:24
95:4 98:8 113:18 116:3 174:21
(9)

**287** 24:2 77:21 80:14 99:8,16
103:16 106:21 107:7
144:9,11,22 (11)

**300** 86:14 111:19 115:4 124:9
127:1 (5)

**750** 179:11

**800** 171:22

**811** 21:11 39:19

**859** 153:23

**908** 21:10 23:2 39:18 142:19
(4)

**911** 47:17 58:8

**1000** 15 139:19 171:19,20,21
(5)

**1325** 124:16,17

**1400** 181:9

**1562** 72:5

**2000** 52:24 86:12

**2002** 47:18

**2008** 53:1

**2011** 53:1

**2012** 107:6,11

**2013** 92:20

**2014** 92:20

**2017** 72:21

**2018** 73:22 80:21 92:5 94:18
(4)

**2019** 21:18 53:1

**2020** 53:2 135:20

**2021** 135:21 136:13

**2022** 82:17 135:21

**2024** 51:1 54:24 55:2

**2025** 8 3:3 107:13 184:17 (4)

**2026** 142:23

**2027** 39:17

**3000** 87:17

**3012** 51:3

**3014** 51:3

**3034** 51:2

**3706** 55:2

**10000** 138:24

**40000** 9:18 86:10

**90811** 36:25

**90813** 39:5

**286011** 18:15

**516050** 51:5

**700000** 130:21 131:4

**811102** 39:25 41:1,19

| | | |
|---|---|---|
| **811103** 43:24 | | |
| **901106** 35:5 | | |
| **908101** 21:12 | | |
| **908102** 21:22 | | |
| **908107** 35:12 | | |
| **908111** 37:13 | | |
| **908811** 21:6 | | |
| **2000000** 130:13 | | |
| **9081033** 25:7 | | |