



**ORDER NO.**
PO-010321
Issued Date
7/10/2025
Created Date
7/9/2025, 8:59 AM

**SUPPLIER**
Critical Response Strategies LLC
**TOTAL AMOUNT**
$78,525,978.00
Method of Procurement
O2
Event Name
Mission Number
00022
State Contract/Pre-Disaster Agreement ID:

**SHIP TO**
54575 Tamiami Trail, Ochopee, FL34141, Ochopee, 34141
**BILL TO**
DEM Tallahassee
2555 Shumard Oak Boulevard
Sadowski Building
Tallahassee, FL 32399-2100
United States
Phone: +1 850-815-4000

**DELIVER TO**
ACCOUNT MANAGER

## Purchase Order Line Items

| Description | Quantity | Unit | Unit Price | Total Amount |
|---|---|---|---|---|
| Camp Manager - Regular Hours | 2,080.00 | Hourly | $90.00 | $187,200.00 |
| Camp Manager - Overtime Hours | 2,288.00 | Hourly | $135.00 | $308,880.00 |
| Assistant Camp Manager - Regular Hours | 2,080.00 | Hourly | $87.00 | $361,920.00 |
| Assistant Camp Manager - Overtime Hours | 2,288.00 | Hourly | $130.50 | $597,168.00 |
| Operational Admin - Regular Hours | 2,080.00 | Hourly | $41.00 | $341,120.00 |
| Operational Admin - Overtime Hours | 2,288.00 | Hourly | $61.50 | $562,848.00 |
| Operational Coordinator - Regular Hours | 2,080.00 | Hourly | $55.00 | $915,200.00 |
| Operational Coordinator - Overtime Hours | 2,288.00 | Hourly | $82.50 | $1,510,080.00 |
| Compliance Manager - Regular Hours | 2,080.00 | Hourly | $80.00 | $166,400.00 |
| Compliance Manager - Overtime Hours | 2,288.00 | Hourly | $120.00 | $274,560.00 |
| Compliance Coordinator - Regular Hours | 2,080.00 | Hourly | $43.00 | $178,880.00 |
| Compliance Coordinator - Overtime Hours | 2,288.00 | Hourly | $64.50 | $295,152.00 |
| Training Manager - Regular Hours | 2,080.00 | Hourly | $115.00 | $239,200.00 |
| Training Manager - Overtime Hours | 2,288.00 | Hourly | $172.00 | $393,536.00 |
| Training Assistant Manager - Regular Hours | 2,080.00 | Hourly | $44.00 | $183,040.00 |
| Training Assistant Manager - Overtime Hours | 2,288.00 | Hourly | $66.00 | $302,016.00 |
| Training Coordinator - Regular Hours | 2,080.00 | Hourly | $43.00 | $178,880.00 |

| Item | Quantity | Unit | Unit Price | Total |
|---|---|---|---|---|
| Training Coordinator - Overtime Hours | 2,288.00 | Hourly | $64.50 | $295,152.00 |
| Warden - Regular Hours | 2,080.00 | Hourly | $125.00 | $260,000.00 |
| Warden - Overtime Hours | 2,288.00 | Hourly | $187.00 | $427,856.00 |
| Assistant Warden - Regular Hours | 2,080.00 | Hourly | $70.00 | $436,800.00 |
| Assistant Warden - Overtime Hours | 2,288.00 | Hourly | $105.00 | $720,720.00 |
| Safety Officer - Regular Hours | 2,080.00 | Hourly | $55.00 | $228,800.00 |
| Safety Officer - Overtime Hours | 2,288.00 | Hourly | $82.50 | $377,520.00 |
| Corrections Officer - Regular Hours | 2,080.00 | Hourly | $42.00 | $8,736,000.00 |
| Corrections Officer - Overtime Hours | 2,288.00 | Hourly | $63.00 | $14,414,400.00 |
| CO Trainer - Regular Hours | 2,080.00 | Hourly | $45.00 | $187,200.00 |
| CO Trainer - Overtime Hours | 2,288.00 | Hourly | $67.50 | $308,880.00 |
| Class D/G Personnel - Regular Hours | 2,080.00 | Hourly | $42.00 | $8,736,000.00 |
| Class D/G Personnel - Overtime Hours | 2,288.00 | Hourly | $63.00 | $14,414,400.00 |
| Intake Admin - Regular Hours | 2,080.00 | Hourly | $38.00 | $1,580,800.00 |
| Intake Admin - Overtime Hours | 2,288.00 | Hourly | $57.00 | $2,608,320.00 |
| Corrections Admin - Regular Hours | 2,080.00 | Hourly | $38.00 | $1,580,800.00 |
| Corrections Admin - Overtime Hours | 2,288.00 | Hourly | $57.00 | $2,608,320.00 |
| Badge Admin - Regular Hours | 2,080.00 | Hourly | $38.00 | $395,200.00 |
| Badge Admin - Overtime Hours | 2,288.00 | Hourly | $57.00 | $652,080.00 |
| EOC/Operational Support - Regular Hours | 1,000.00 | Hourly | $115.00 | $805,000.00 |
| EOC/Operational Support - Overtime Hours | 1,100.00 | Hourly | $172.50 | $1,328,250.00 |
| Plans Review - Regular Hours | 1,000.00 | Hourly | $185.00 | $1,480,000.00 |
| Detention IT Staff Overtime | 2,080.00 | Hourly | $112.00 | $232,960.00 |
| Detention IT Staff | 2,080.00 | Hourly | $75.00 | $156,000.00 |
| Intake Supervisor | 4,160.00 | Hourly | $55.00 | $228,800.00 |
| Intake Supervisor Overtime | 5,000.00 | Hourly | $82.50 | $825,000.00 |
| CO Captain | 8,320.00 | Hourly | $52.00 | $1,730,560.00 |
| CO Captain Overtime | 9,120.00 | Hourly | $78.00 | $5,690,880.00 |
| Onsite Transportation | 52.00 | Weekly | $800.00 | $83,200.00 |

Purchase Order Field History

| Date | Field | User | Original Value | New Value |
|---|---|---|---|---|
| 7/10/2025, 5:09:44 PM | Auto_Acknowledged__c | Richard Gage | false | true |
| 7/10/2025, 5:09:44 PM | Status__c | Richard Gage | Released | Pending Delivery |
| 7/10/2025, 5:09:44 PM | Released_Date__c | Richard Gage | | 2025-07-10 |
| 7/10/2025, 5:09:44 PM | Status__c | Richard Gage | New | Released |
| 7/9/2025, 12:39:11 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 1 | 0 |
| 7/9/2025, 12:38:36 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 2 | 1 |
| 7/9/2025, 12:38:01 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 3 | 2 |
| 7/9/2025, 12:37:27 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 4 | 3 |
| 7/9/2025, 12:36:57 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 5 | 4 |
| 7/9/2025, 12:35:55 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 6 | 5 |
| 7/9/2025, 12:35:13 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 7 | 6 |
| 7/9/2025, 12:34:37 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 8 | 7 |
| 7/9/2025, 12:31:48 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 9 | 8 |
| 7/9/2025, 12:30:14 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 10 | 9 |
| 7/9/2025, 12:29:43 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 11 | 10 |
| 7/9/2025, 12:28:47 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 12 | 11 |
| 7/9/2025, 12:28:14 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 13 | 12 |
| 7/9/2025, 12:27:41 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 14 | 13 |
| 7/9/2025, 12:27:09 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 15 | 14 |
| 7/9/2025, 12:26:03 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 16 | 15 |
| 7/9/2025, 12:25:27 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 17 | 16 |
| 7/9/2025, 12:24:54 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 18 | 17 |
| 7/9/2025, 12:24:20 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 19 | 18 |
| 7/9/2025, 12:23:40 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 20 | 19 |
| 7/9/2025, 12:23:05 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 21 | 20 |
| 7/9/2025, 12:22:30 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 22 | 21 |
| 7/9/2025, 12:21:28 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 23 | 22 |
| 7/9/2025, 12:20:44 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 24 | 23 |
| 7/9/2025, 12:20:11 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 25 | 24 |
| 7/9/2025, 12:19:21 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 26 | 25 |
| 7/9/2025, 12:18:48 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 27 | 26 |
| 7/9/2025, 12:18:09 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 28 | 27 |
| 7/9/2025, 12:17:25 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 29 | 28 |
| 7/9/2025, 12:16:52 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 30 | 29 |
| 7/9/2025, 12:16:14 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 31 | 30 |
| 7/9/2025, 12:15:33 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 32 | 31 |
| 7/9/2025, 12:14:49 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 33 | 32 |
| 7/9/2025, 12:10:33 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 34 | 33 |
| 7/9/2025, 12:10:06 PM | Change_Order_Created__c | Tiffany Gary | false | true |

| Date/Time | Field | User | Value |
|---|---|---|---|
| 7/9/2025, 12:09:59 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 35 | 34 |
| 7/9/2025, 12:09:23 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 36 | 35 |
| 7/9/2025, 12:08:46 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 37 | 36 |
| 7/9/2025, 12:08:12 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 38 | 37 |
| 7/9/2025, 12:07:14 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 39 | 38 |
| 7/9/2025, 12:06:11 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 40 | 39 |
| 7/9/2025, 12:05:36 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 41 | 40 |
| 7/9/2025, 12:03:56 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 42 | 41 |
| 7/9/2025, 12:03:23 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 43 | 42 |
| 7/9/2025, 12:02:53 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 44 | 43 |
| 7/9/2025, 12:02:17 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 45 | 44 |
| 7/9/2025, 11:59:29 AM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 46 | 45 |
| 7/9/2025, 11:57:40 AM | FLAIR_Contract_Id__c | Brittany Adams | E6028 |
| 7/9/2025, 11:57:40 AM | Financial_Import_Vendor__c | Brittany Adams | a0V3k00000noT63EAE |
| 7/9/2025, 11:57:40 AM | Financial_Import_Vendor__c | Brittany Adams | CRITICAL RESPONSE STRATEGIES, L-F871014108002 |
| 7/9/2025, 8:59:30 AM | Name | Ian Guidicelli | PO-010321 |
| 7/9/2025, 8:59:30 AM | Total_Amount__c | Ian Guidicelli | 78525978 |
| 7/9/2025, 8:59:30 AM | PO_Lines_W_O_CM_Input__c | Ian Guidicelli | 46 |
| 7/9/2025, 8:59:30 AM | Num_PO_Lines_Without_FLAIR_Code__c | Ian Guidicelli | 46 |
| 7/9/2025, 8:59:30 AM | created | Ian Guidicelli | |

Use the link below to view the signed Terms and Conditions documentation.

Signed Terms and Conditions

Next