UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Case No. 2:25-cv-765

M.A., on behalf of himself and a class of similarly situated individuals,

*Plaintiff.*

v.

KEVIN GUTHRIE et al.,

*Defendants*.

**[PROPOSED] PRELIMINARY INJUNCTION**

Upon consideration of Plaintiffs' motion for preliminary injunction, and any opposition, reply, and further pleadings and argument thereto;

It is ORDERED that Defendants are enjoined from detaining any class member at Alligator Alcatraz. Any class members who are currently at the facility must be promptly released or transferred out of the facility.

Entered on _____, 2025

_____
Hon. Judge Kyle C. Dudek
United States District Court Judge