UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

M. A., ON BEHALF OF HIMSELF
AND A CLASS OF SIMILARLY
SITUATED INDIVIDUALS,

    Plaintiff,

v.

Case No. 2:25-cv-765-KCD-DNF

KEVIN GUTHRIE, *et al.*,

    Defendants.

## ORDER

Numerous documents have been filed by the parties under seal without leave of Court. (*See* Docs. 64, 66, 68, 69, 70.) By **October 27, 2025**, the parties must show cause why these filings should remain under seal. *See* Local Rule 1.11. If nothing is filed, the seal will be lifted.

**ORDERED** in Fort Myers, Florida on October 22, 2025.

Kyle C. Dudek
United States District Judge